EXHIBIT "A"

## CERTIFIED POLICY

This certification is affixed to a policy which is a true and accurate copy of the document in the company's business records as of the date shown below.

**No additional insurance is afforded by this copy.**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**Name of Insuring Company(ies)**

| AD-9P86338A-21 | 12/01/2021-12/01/2022 | 12/16/2021 |
|---|---|---|
| **Policy Number(s)** | **Policy Period(s)** | **Date** |

*K. Kupec*

Kenneth Kupec, Second Vice President
BI Document Management



**TRAVELERS**                    One Tower Square, Hartford, Connecticut  06183

```
                          TRAVELERS CORP. TEL: 1-800-328-2189
                          AUTOMOBILE DEALERS
                          COMMON POLICY DECLARATIONS
                          ISSUE DATE: 02/22/21
                          POLICY NUMBER: AD-9P86338A-21-CAG
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   FRED TAYLOR COMPANY INC
   AND AS PER IL T8 03
   2700 PALMYRA RD.
   ALBANY, GA 31707


2. POLICY PERIOD:  From 02/01/21 to 02/01/22 12:01 A.M. Standard Time at
                                            your mailing address.
3. LOCATIONS
      Premises  Bldg.
      Loc. No.  No.  Occupancy            Address




4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   AUTO DEALER COV PART DECLARATIONS              CA T0 77 02 15 TIL




5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:    SEE IL T8 01 10 93


6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                    Policy No.              Insuring Company




7. PREMIUM SUMMARY:
      Provisional Premium   $
      Due at Inception      $
      Due at Each 1 MONTH   $
```



```
NAME AND ADDRESS OF AGENT OR BROKER:        COUNTERSIGNED BY:
   BALDWIN KRYSTYN SHERMAN (CFY65)
   4211 W BOY SCOUT BLVD STE 800          _____
   TAMPA, FL 33607                        Authorized Representative

                                          DATE:_____
```

```
IL T0 02 11 89(REV. 09-07)      PAGE 1 OF 1
OFFICE: SP-ATLANTA
```


**TRAVELERS**

**Report Claims Immediately by Calling\***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

\*Unless Your Policy Requires **Written** Notice or Reporting

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

FRED TAYLOR COMPANY INC
AND AS PER IL T8 03
2700 PALMYRA RD.
ALBANY GA 31707

Presented by:  BALDWIN KRYSTYN SHERMAN

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us as part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   **a.** Make inspections and surveys at any time;

   **b.** Give you reports on the conditions we find; and

   **c.** Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   **a.** Are safe or healthful; or

   **b.** Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

1. The first Named Insured shown in the Declarations:

   **a.** Is responsible for the payment of all premiums; and

   **b.** Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at

**IL T0 01 01 07** (Rev. 09-18) Includes the copyrighted material of Insurance Services Office, Inc. with its permission.   Page 1 of 2

TRAVELERS DOC MGMT Page 4 of 692

the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F.   Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G.   Equipment Breakdown Equivalent to Boiler and Machinery**

On the Common Policy Declarations, the term Equipment Breakdown is understood to mean and include Boiler and Machinery and the term Boiler and Machinery is understood to mean and include Equipment Breakdown.

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

One of the companies listed below (each a stock company) has executed this policy, and this policy is countersigned by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

Secretary                                                    President

Page 2 of 2          Includes the copyrighted material of Insurance Services Office, Inc. with its permission.   **IL T0 01 01 07** (Rev. 09-18)

TRAVELERS DOC MGMT Page 5 of 692


**TRAVELERS**

POLICY NUMBER:  AD-9P86338A-21-CAG

EFFECTIVE DATE:  02-01-21

ISSUE DATE:  02-22-21


LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.


```
IL T0 02 11 89   COMMON POLICY DECLARATIONS
IL T8 01 10 93   FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T0 01 01 07   COMMON POLICY CONDITIONS
IL T8 03         NAMED INSURED
```


COMMERCIAL AUTOMOBILE

```
CA T0 77 02 15   AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15   AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15   AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15   AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 81 02 15   AUTO DEALER DECLARATIONS - ITEM SEVEN
CA T0 82 02 15   AUTO DEALER DECLARATIONS - ITEM EIGHT
CA T0 83 02 15   AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 14 02 15   GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
CA T0 68 02 15   AD COV PART SUPPL SCH - ITEM TWO
CA T0 84 02 16   TOC AD COVERAGE FORM
CA 00 25 10 13   AUTO DEALERS COVERAGE FORM
CA T4 52 02 16   SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE
CA T4 59 02 15   AMENDMENT OF EMPLOYEE DEFINITION
CA T4 72 12 18   AMDT OF PERSONAL & ADV INJURY LIAB COV
CA T6 32 12 18   AMDT OF BODILY INJURY AND PROP DAM COV
CA 01 63 10 13   GA CHANGES- AUTO DEALERS COVERAGE FORM
CA 20 54 10 13   EMPLOYEE HIRED AUTOS
CA 20 55 10 13   FELLOW EMPLOYEE COVERAGE
CA 21 59 10 13   ALABAMA UNINSURED MOTORISTS COVERAGE
CA 25 01 10 13   BROAD FORM PRODUCTS
CA 25 02 10 13   DEALERS DRIVEAWAY COLLISION COVERAGE
CA 31 37 10 13   GA UM COV ADDED TO AT-FAULT LIAB LMTS
CA 99 03 10 13   AUTO MEDICAL PAYMENTS COVERAGE
CA 99 10 10 13   DRIVE OTHER CAR COV-BROAD COV NAMED INSD
CA 99 55 10 13   POLL LIAB-AUTO DEALERS COVERAGE FORM
CA T3 27 02 15   ADDL INSD COVD AUTOS LIAB COVG-DEGN PERS
CA T3 63 02 15   TRUCK DEALERS EXTENSION ENDORSEMENT
CA T4 26 02 15   AUTO DEALERS-ACTS, ERR OR OMISS COVG EXT
CA T4 27 12 18   AD-POLL EXCL-INC LIM POLL COSTS LIAB COV
CA T8 34         CAT619 AL FOR GL COVERAGES
CA T8 00 02 21   AUTO DEALERS-BROAD FORM WORK COVERAGE
CA T8 36         ADDITIONAL INSURED
CA T8 37         INC UM/UIM - $1M
CA T4 82 02 15   ADDL INSD FOR GENERAL LIAB COV
CA T4 81 02 15   AMENDMENT OF EXCLUSION -INTENTIONAL ACTS
CA 20 01 10 13   LESSOR - ADDITIONAL INSURED AND LOSS PAYEE
CA T6 19 01 18   BLANKET ADDL INSD FOR GENERAL LIABILITY COVS
```


IL T8 01 10 93                                      PAGE:   1 OF   2



POLICY NUMBER:  AD-9P86338A-21-CAG

EFFECTIVE DATE:  02-01-21

ISSUE DATE:  02-22-21

INTERLINE ENDORSEMENTS

```
IL T4 12 03 15    AMNDT COMMON POLICY COND-PROHIBITED COVG
IL T4 27 06 19    ADDITIONAL BENEFITS
IL 00 21 09 08    NUCLEAR ENERGY LIAB EXCL END-BROAD FORM
IL 02 62 02 15    GEORGIA CHGS-CANCELLATION AND NONRENEWAL
IL T3 05 07 15    INSURER AMENDMENT ENDORSEMENT
```

IL T8 01 10 93

COMMERCIAL AUTO POLICY

ENDORSEMENT - IL T8 03 02 21

POLICY NUMBER  AD-9P86338A--CAG

** THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY. **

NAMED INSURED


IT IS AGREED THAT:


ITEM 1 NAMED INSURED TO READ:
FRED TAYLOR COMPANY, INC.
INTERSTATE NATIONALEASE, INC.
TRANSPOWER, INC.
TRANS PRO EQUIPMENT SALES, LLC
INTERSTATE WAREHOUSE SERVICES, LLC
JAMES F. TAYLOR ESTATE
JET PROPERTIES, LP
MML PROPERTIES, LP
TERMINAL PROPERTIES, LP
TAYLOR PROPERTY MANAGEMENT, LLC
TAYLOR REAL ESTATE ENTERPRISES, LP
411 FT, LP
FTC AFFILIATE PROPERTIES, LP
JFT PUBLIC PROPERTIES, LP
CHOKEE, LP - WORKERS COMPENSATION ONLY
JAMES F. TAYLOR 2010 IRREVOCABLE TRUST
TRANS POWER HOLDING LLC


EFFECTIVE DATE  02-01-21   EXPIRATION DATE  02-01-22
PAGE 0001  DATE OF ISSUE  02-22-21

# COMMERCIAL AUTOMOBILE



# COMMERCIAL AUTOMOBILE

 **TRAVELERS J**                     One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                          POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  02-22-21  JH

ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period: From:  02-01-21 to 02-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: CORPORATION

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.

ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
      This policy provides only those coverages where a limit, if applicable,
      is shown in the columns below. Each of the "auto"-related coverages
      will apply only to those "autos" shown as covered "autos"."Autos"
      are shown as covered "autos" for the applicable coverages by the
      entry of one or more of the symbols from section I - Covered Autos
      Coverages of the Auto Dealers Coverage Form next to the name of
      the "auto" related coverage.

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS |
|---|---|---|
| COVERED AUTOS LIABILTY | 21 | $ 1,000,000 EACH ACCIDENT |
| GENERAL LIABILITY BODILY INJURY AND PROPERTY DAMAGE LIABILITY | | $ 1,000,000 EACH ACCIDENT |
| DAMAGES TO PREMISES RENTED TO YOU | | $ 100,000 ANY ONE PREMISES |
| PERSONAL AND ADVERTISING INJURY LIABILITY | | $ 1,000,000 ANY ONE PERSON OR ORGANIZATION |
| GENERAL LIABILTY AGGREGATE | | $ 3,000,000 |
| PRODUCTS AND WORK YOU PERFORMED AGGREGATE | | $ 2,000,000 |
| LOCATIONS AND OPERATIONS MEDICAL PAYMENTS | | $ 5,000 |
| AUTO MEDICAL PAYMENTS | 21 | $ 5,000 |

CA T0 77 02 15                        PAGE  (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN   CFY65   OFFICE: SPATLAN  06P

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART DECLARATIONS

POLICY NUMBER: AD-9P86338A-21-CAG
ISSUE DATE:  02-22-21   JH

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS |
|---|---|---|
| UNINSURED AND<br>UNDERINSURED<br>MOTORISTS COVERAGE | 22 | See CA T0 68 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE<br>COMPREHENSIVE COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ DEDUCTIBLE<br>FOR EACH COVERED AUTO.<br>See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE<br>COLLISION COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ Ded. FOR EACH<br>COVERED AUTO.<br>See Item Six for Dealers<br>Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS<br>LIABILITY | | $ 1,000,000    AGGREGATE<br>$    5,000    PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:      ANNUAL

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos
   SYMBOL 32:

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART:  SEE IL T8 01 10 93

CA T0 77 02 15                        PAGE  (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN    CFY65   OFFICE: SPATLAN  06P

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                        POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS          ISSUE DATE:  02-22-21   JH

LOSS PAYABLE CLAUSE

A.  We will pay you and the loss payee named in the policy for "loss"
    to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the
    "loss" results from conversion, secretion or embezzlement on your
    part.

C.  We may cancel the policy as allowed by the CANCELLATION Common
    Policy Condition.  Cancellation ends this agreement as to the loss
    payee's interest.  If we cancel the policy we will mail you and the
    loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their
    rights against any other party.


                        SCHEDULE OF LOSS PAYEES

                    LOSS PAYEE (Name and Address)


     CA T0 77 02 15                    PAGE   (CONTINUED)
     PRODUCER: BALDWIN KRYSTYN SHERMAN    CFY65   OFFICE: SPATLAN  06P


**TRAVELERS**        One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 02-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 1 | 365 SOUTHWELL BLVD TIFTON | GA | 31794 | 119 | |
| 2 | 2924 3RD AVE NORTH BIRMINGHAM | AL | 35203 | 101 | 0001 |
| 3 | 4465 MARION AVE MACON | GA | 31206 | 105 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 1 | Cl I  Empl-Regular | | | |
| | Cl I  Empl-A/O | 3.0 | 1.20 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 1.20 |
| 2 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | 9.0 | 3.60 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 5.60 |
| 3 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | 6.0 | 2.40 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 4.40 |

| | LOCATION # 1 | | LOCATION # 2 | | LOCATION # 3 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▆ | ▆▆ | ▆ | ▆▆ | ▆ | ▆▆ | ▆ |
| LOC & OP MED PAY | | ▆ | | ▆▆ | | ▆ $ | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ $ | ▆ |
| A, E & O LIAB | | ▆ | | | | $ | ▆ |

CA T0 78 02 15             Page  1 (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                        AUTO DEALERS COVERAGE PART DECLARATIONS
                        AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                        Issue date: 02-22-21

                Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
 Loc              Address                       Zip              Cnty/twn
 No          Street and City          State     Code    terr     Code
 ---         ---------------          -----     ----    ----    --------
  4      2291 DOTHAN RD
         BAINBRIDGE                    GA      39817     119

  5      1449 COBB PARKWAY N
         MARIETTA                      GA      30062     120

  6      4541 BUFORD HWY
         NORCROSS                      GA      30071     125


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
 Loc     Class of                     No of    Rating   Total Rating
 No      Operators                    Persons  Units        Units
 ---     ---------                    -------  ------   -----------

  4      Cl I   Empl-Regular           1.0      1.00
         Cl I   Empl-A/O
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over
                                                            1.00


  5      Cl I   Empl-Regular           1.0      1.00
         Cl I   Empl-A/O               3.0      1.20
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over
                                                            2.20


  6      Cl I   Empl-Regular           2.0      2.00
         Cl I   Empl-A/O              11.0      4.40
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over
                                                            6.40
```

```
              LOCATION       LOCATION       LOCATION
               # 4            # 5            # 6
          --------------- --------------- ---------------
```

| | LOCATION # 4 | | LOCATION # 5 | | LOCATION # 6 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▮ | ▮ | ▮ | ▮▮ | ▮ | ▮▮ | ▮ |
| LOC & OP MED PAY | ▮ | ▮ | ▮ | ▮▮ | ▮ | ▮▮ | $ ▮ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | $ ▮ |
| A, E & O LIAB | | | | | | | |

```
     CA TO 78  02 15                   Page  2 (Continued)
```



**TRAVELERS**                              One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 02-22-21

                    Policy Number: AD -9P86338A-21-CAG
```

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 7 | 1251 NEWELL PKWY MONTGOMERY | AL | 36110 | 116 | 0169 |
| 8 | 1860 WESTGATE PKWY ATLANTA | GA | 30336 | 101 | |
| 9 | 154 FALCON DR STE B FOREST PARK | GA | 30297 | 124 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 7 | Cl I  Empl-Regular | 2.0 | 2.00 | |
|   | Cl I  Empl-A/O | 13.0 | 5.20 | |
|   | Cl II Non-Empl-Under age 25 | | | |
|   | Cl II Non-Empl-Age 25 or over | | | |
|   | | | | 7.20 |
| 8 | Cl I  Empl-Regular | 1.0 | 1.00 | |
|   | Cl I  Empl-A/O | 9.0 | 3.60 | |
|   | Cl II Non-Empl-Under age 25 | | | |
|   | Cl II Non-Empl-Age 25 or over | | | |
|   | | | | 4.60 |
| 9 | Cl I  Empl-Regular | 3.0 | 3.00 | |
|   | Cl I  Empl-A/O | 10.0 | 4.00 | |
|   | Cl II Non-Empl-Under age 25 | | | |
|   | Cl II Non-Empl-Age 25 or over | | | |
|   | | | | 7.00 |



|  | LOCATION # 7 | | LOCATION # 8 | | LOCATION # 9 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
|  | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| LOC & OP MED PAY | ■ | ■ | ■ | ■ | ■ | ■ $ | ■ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ■ | ■ | ■ | ■ | ■ | ■ $ | ■ |
| A, E & O LIAB | | | | | | | |

```
      CA T0 78  02  15                      Page  3 (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                          AUTO DEALERS COVERAGE PART DECLARATIONS
                          AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                          Issue date: 02-22-21

                 Policy Number: AD -9P86338A-21-CAG

     ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
       Loc              Address                   Zip                  Cnty/twn
       No         Street and City        State    Code      terr      Code
       ---        ---------------        -----    ----      ----      --------
        10    705 GENE STEWART BLVD
              SYLACAUGA                    AL     35150      129       0222

        11    114 ELI WHITNEY BLVD
              SAVANNAH                     GA     31408      108

        12    708 GIL HARBIN IND BLVD
              VALDOSTA                     GA     31601      119


     ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
     (Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
       Loc      Class of                      No of    Rating    Total Rating
       No       Operators                    Persons   Units        Units
       ---      ---------                     -------   ------    -----------

        10      Cl I   Empl-Regular           2.0      2.00
                Cl I   Empl-A/O
                Cl II  Non-Empl-Under age 25
                Cl II  Non-Empl-Age 25 or over
                                                                      2.00


        11      Cl I   Empl-Regular           3.0      3.00
                Cl I   Empl-A/O              12.0      4.80
                Cl II  Non-Empl-Under age 25
                Cl II  Non-Empl-Age 25 or over
                                                                      7.80


        12      Cl I   Empl-Regular           2.0      2.00
                Cl I   Empl-A/O               5.0      2.00
                Cl II  Non-Empl-Under age 25
                Cl II  Non-Empl-Age 25 or over
                                                                      4.00
```



```
                  LOCATION       LOCATION       LOCATION
                  # 10           # 11           # 12
                  ------------   ------------   ------------


                                                                 TOTAL
                        RATE  PREM   RATE  PREM   RATE  PREM      PREMIUMS
AUTO & GEN LIAB
LOC & OP MED PAY                                            $
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY                                                $
A, E & O LIAB
   CA T0 78 02 15                           Page  4 (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 02-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 13 | 1967 KINSEY RD DOTHAN | AL | 36303 | 121 | 0085 |
| 14 | 979 POINT PETER RD SAINT MARYS | GA | 31558 | 119 | |
| 15 | 1400 & 1404 BRICKLINE CT ALBANY | GA | 31707 | 106 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 13 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | 6.0 | 2.40 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 4.40 |
| 14 | Cl I  Empl-Regular | 1.0 | 1.00 | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 1.00 |
| 15 | Cl I  Empl-Regular | 9.0 | 9.00 | |
| | Cl I  Empl-A/O | 32.0 | 12.80 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 21.80 |

| | LOCATION # 13 | | LOCATION # 14 | | LOCATION # 15 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▬ | ▬▬ | ▬ | ▬▬ | ▬ | ▬▬ | ▬ |
| LOC & OP MED PAY | ▬ | ▬ | ▬ | ▬ | ▬ | $ | ▬ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▬ | ▬ | ▬ | ▬ | ▬ | ▬  $ | ▬ |
| A, E & O LIAB | | | | | | | |

CA TO 78 02 15                          Page  5 (Continued)

**TRAVELERS J**                    One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 02-22-21

                    Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
   Loc              Address                    Zip              Cnty/twn
   No          Street and City         State  Code     terr     Code
   ---         ---------------         -----  ----     ----    --------
    16     US HWY 3415
           HAZLEHURST                   GA    31539    119
    
    17     2700 PALMYRA RD
           ALBANY                       GA    31707    106
    
    18     121 BOWENS MILL RD SE
           DOUGLAS                      GA    31533    119


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
   Loc     Class of                    No of   Rating   Total Rating
   No      Operators                  Persons  Units       Units
   ---     ---------                  -------  ------   -----------

   16      Cl I  Empl-Regular           1.0    1.00
           Cl I  Empl-A/O
           Cl II Non-Empl-Under age 25
           Cl II Non-Empl-Age 25 or over
                                                          1.00


   17      Cl I  Empl-Regular          14.0   14.00
           Cl I  Empl-A/O               1.0     .40
           Cl II Non-Empl-Under age 25
           Cl II Non-Empl-Age 25 or over 4.0    2.00
                                                         16.40


   18      Cl I  Empl-Regular           6.0    6.00
           Cl I  Empl-A/O              12.0    4.80
           Cl II Non-Empl-Under age 25
           Cl II Non-Empl-Age 25 or over
                                                         10.80
```



```
                     LOCATION        LOCATION        LOCATION
                     # 16            # 17            # 18
                  --------------- --------------- ---------------


                                                                    TOTAL
                     RATE    PREM   RATE    PREM   RATE    PREM     PREMIUMS
AUTO & GEN LIAB      �ં██     ▮██   ▮█▄     ██▄▄   ▮█▄     ██▄▄  $  ▄▄▄▄▄▄
LOC & OP MED PAY     ▮       ▮      ▮       ▮      ▮       ▮     $
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY         ██      ██     ██      ██     ██      ██    $  ██▄▄
A, E & O LIAB
     CA T0 78 02 15                       Page  6 (Continued)
```

 **TRAVELERS**
                                    One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 02-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM -  

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal
use of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA T0 78 02 15                                    Page  7



**TRAVELERS**                                One Tower Square, Hartford, Connecticut 06183

                         AUTO DEALERS COVERAGE PART DECLARATIONS
                         Issue Date: 02-22-21

                    Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages            Limit of Insurance for Each Location
  No.

        COMPREHENSIVE        $       450,000     MINUS THE DEDUCTIBLE AS
    1                        SHOWN ON CA T4 14
                                      OR
                            $          MINUS $        DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $          MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF $          MINUS $        DEDUCTIBLE FOR
        LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                      OR
                            $          MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $          MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION           $   450,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                            CUSTOMER'S AUTO.




        CA T0 79 02 15                      PAGE 01   (Continued)

 **TRAVELERS**                One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 2 | COMPREHENSIVE | $        300,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$            MINUS $            DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $            MINUS $            DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$            MINUS $            DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $   300,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 02   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 3 | COMPREHENSIVE | $        375,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $           MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO |
| | | $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $           MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $           MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO |
| | | $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                    PAGE 03   (Continued)

 **TRAVELERS** ͜J

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 4 | COMPREHENSIVE | $       600,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>                    OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO<br>$          MAXIMUM DEDUCTIBLE<br>FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>              OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO<br>$          MAXIMUM DEDUCTIBLE<br>FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $   600,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 04   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

5  COMPREHENSIVE  $        25,000      MINUS THE DEDUCTIBLE AS
                  SHOWN ON CA T4 14
                                OR
                  $           MINUS $          DEDUCTIBLE FOR ALL
                  PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                  $          MAXIMUM DEDUCTIBLE
                  FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

SPECIFIED CAUSES OF  $          MINUS $          DEDUCTIBLE FOR
LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                     OR MISCHIEF OR VANDALISM SUBJECT TO $
                     MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                     ONE EVENT;
                                OR
                     $           MINUS $           DEDUCTIBLE FOR ALL
                     PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                     $          MAXIMUM DEDUCTIBLE
                     FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION            $   250,000 MINUS $      5,000 DEDUCTIBLE FOR EACH
                     CUSTOMER'S AUTO.

CA T0 79 02 15                          PAGE 05  (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 6 | COMPREHENSIVE | $        375,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 06   (Continued)

TRAVELERS DOC MGMT Page 26 of 692

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 7 | COMPREHENSIVE | $      375,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |

                                          OR
                        $           MINUS $          DEDUCTIBLE FOR ALL
                        PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                        $           MAXIMUM DEDUCTIBLE
                        FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


       SPECIFIED CAUSES OF   $           MINUS $          DEDUCTIBLE FOR
       LOSS                  EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                          OR
                             $           MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $           MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.

       COLLISION             $   375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.

CA T0 79 02 15                          PAGE 07   (Continued)

 **TRAVELERS**                      One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages                Limit of Insurance for Each Location
No.

          COMPREHENSIVE          $          600,000          MINUS THE DEDUCTIBLE AS
8                                SHOWN ON CA T4 14
                                          OR
                                $          MINUS $          DEDUCTIBLE FOR ALL
                                PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                $          MAXIMUM DEDUCTIBLE
                                FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


          SPECIFIED CAUSES OF    $          MINUS $          DEDUCTIBLE FOR
          LOSS                   EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                                OR MISCHIEF OR VANDALISM SUBJECT TO $
                                MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                                ONE EVENT;
                                          OR
                                $          MINUS $          DEDUCTIBLE FOR ALL
                                PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                $          MAXIMUM DEDUCTIBLE
                                FOR ALL SUCH LOSS IN ANY ONE EVENT.
          COLLISION              $   600,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                                CUSTOMER'S AUTO.


CA T0 79 02 15                              PAGE 08   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 9 | COMPREHENSIVE | $       525,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>                     OR<br>$           MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>                     OR<br>$           MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $    525,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 09   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 10 | COMPREHENSIVE | $       250,000       MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $         MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   250,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 10   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 11 | COMPREHENSIVE | $       750,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $         MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $         MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $         MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   750,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 11  (Continued)

 **TRAVELERS** J    One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 12 | COMPREHENSIVE | $       750,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |

|  |  | OR |
|---|---|---|
|  |  | $           MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO |
|  |  | $           MAXIMUM DEDUCTIBLE |
|  |  | FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |

|  | SPECIFIED CAUSES OF LOSS | $           MINUS $           DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
|---|---|---|
|  |  | OR |
|  |  | $           MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $   750,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                         PAGE 12   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

13  COMPREHENSIVE   $     375,000    MINUS THE DEDUCTIBLE AS
                    SHOWN ON CA T4 14
                                OR
                    $        MINUS $        DEDUCTIBLE FOR ALL
                    PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                    $         MAXIMUM DEDUCTIBLE
                    FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


    SPECIFIED CAUSES OF  $        MINUS $        DEDUCTIBLE FOR
    LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                         OR MISCHIEF OR VANDALISM SUBJECT TO $
                         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                         ONE EVENT;
                                    OR
                         $        MINUS $         DEDUCTIBLE FOR ALL
                         PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                         $         MAXIMUM DEDUCTIBLE
                         FOR ALL SUCH LOSS IN ANY ONE EVENT.
    COLLISION            $    375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                         CUSTOMER'S AUTO.

CA T0 79 02 15                                    PAGE 13   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 14 | COMPREHENSIVE | $         100,000       MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$           MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $           MINUS $           DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$           MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $    100,000 MINUS $      5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 14   (Continued)

 **TRAVELERS**                    One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages               Limit of Insurance for Each Location
  No.

        COMPREHENSIVE      $     1,200,000      MINUS THE DEDUCTIBLE AS
  15                            SHOWN ON CA T4 14
                                    OR
                               $          MINUS $          DEDUCTIBLE FOR ALL
                               PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                               $          MAXIMUM DEDUCTIBLE
                               FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
        LOSS               EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                           OR MISCHIEF OR VANDALISM SUBJECT TO $
                           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                           ONE EVENT;
                                    OR
                           $          MINUS $          DEDUCTIBLE FOR ALL
                           PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                           $          MAXIMUM DEDUCTIBLE
                           FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION          $ 1,200,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                           CUSTOMER'S AUTO.



CA T0 79 02 15                          PAGE 15   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 18 | COMPREHENSIVE | $        250,000        MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    250,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 16  (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
    Comprehensive
    Specified Causes of Loss
    Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

  DIRECT COVERAGE OPTIONS

    (X) EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
        remains applicable on a legal liability basis. However coverage also
        applies without regard to your or any other "Insured's" legal
        liability for "loss" to a customer's "auto" on an  excess basis over
        any other collectible insurance regardless of whether the other
        insurance covers your or any other "insured's"interest or the interest
        of the covered "auto's" owner.

    ( ) PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
        changed to apply without regard to your or any other "insured's"
        legal liability for "loss" to a customer's "auto" and is primary
        insurance.

CA T0 79 02 15                                        PAGE 17

 **TRAVELERS** J                 One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 02-22-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX

PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
TWO applies only to the types of autos and interest indicated by 'X'.

| COVERAGES | | COMPREHENSIVE | SPECIFIED CAUSES OF LOSS | COLLISION |
|---|---|---|---|---|
| TYPES OF AUTOS | NEW AUTOS | X | | X |
| | USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES | X | | X |
| INTERESTS COVERED | YOUR INTEREST IN COVERED AUTOS YOU OWN | X | | X |
| | YOUR INTEREST ONLY IN FINANCED COVERED AUTOS | X | | X |
| | YOUR INTEREST AND THE INTEREST OF ANY CREDITOR NAMED AS A LOSS PAYEE | X | | X |
| | ALL INTERESTS IN ANY AUTO NOT OWNED BY YOU OR ANY CREDITOR WHILE IN YOUR POSSESSION ON CONSIGNMENT FOR SALE | X | | X |

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
    $  1,000,000 Additional locations where you store covered autos
    $  1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
 Agreed Upon by X)
 (X) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
    You must report to us on our form the locations of your covered "autos"
    and their total value at each such location. For your main sales location
    identified as location no. 1, you must include the total value of all
    covered "autos" you have furnished or made available to yourself, your
    executives, your "employees" or family members and other Class II - Non-
    Employees, and covered "autos" that are temporarily displayed or stored
    at locations other than those stated in ITEM THREE above. For your main
    sales location you must include the total value of all service vehicles.

CA T0 80 02 15                                          PAGE    1



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 02-22-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
 (continued)

> YOUR REPORTING BASIS IS:
> ( ) QUARTERLY you must give us your first report by the fifteenth of the
>     fourth month after the policy begins. Your subsequent reports must
>     be given to us by the fifteenth of every third month. Your reports
>     must contain the value for the last business day of every third
>     month coming within the policy period.
> (X) MONTHLY You must give us your reports by the fifteenth of every
>     month. Your reports will contain the total values you had on the
>     last business day of the preceding month.
> Premiums will be calculated pro rata of the annual premium for the expo-
> sures contained in each report. At the end of each policy year we will
> add the monthly premiums or the quarterly premiums to determine your
> final premium due for the entire policy year. The estimated total
> premiums shown will be credited against the final premium due.
> ( ) NONREPORTING BASIS. Stated limit of insurance shown above applies.

LOC.
NO.     COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

 1      COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 500,000 | ▬ | ▬ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

ALL   BLANKET        $ 14,575,000 MINUS $ 5,000 DEDUCTIBLE FOR EACH
      COLLISION         COVERED AUTO.

                                    COLLISION PREMIUM  $      ▬

CA T0 80 02 15                                      PAGE    2

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 02-22-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE          LIMIT OF INSURANCE FOR EACH LOCATION

2    COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                        BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                        CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 650,000 | ▓▓▓ | ▓▓▓ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

3    COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                        BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                        CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 725,000 | ▓▓▓ | ▓▓▓ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

4    COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                        BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                        CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 250,000 | ▓▓▓ | ▓▓▓ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

CA T0 80 02 15                                    PAGE    3

 **TRAVELERS**            One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 02-22-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

5    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 325,000 | ▇ | ▇ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

6    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 425,000 | ▇ | ▇ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

7    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 250,000 | ▇ | ▇ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

CA T0 80 02 15                                      PAGE    4

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 02-22-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

  8    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                          LIMIT        RATE          PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS                 250,000      ■■■           ■■■
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

  9    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                          LIMIT        RATE          PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS                 625,000      ■■■■          ■■■■
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

 11    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                          LIMIT        RATE          PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS
       NON STANDARD OPEN LOTS             600,000      ■■■           ■■■
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

CA T0 80 02 15                                          PAGE    5

 **TRAVELERS**⌒                                 One Tower Square, Hartford, Connecticut 06183

                                              AUTO DEALERS
                                              COVERAGE PART
                                              DECLARATIONS
                                              ISSUE DATE 02-22-21

                                    POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

  12    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                          LIMIT        RATE          PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS                 500,000      ███           ███
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

  13    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                          LIMIT        RATE          PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS                 250,000      ███           ███
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

  14    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                          LIMIT        RATE          PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS                 100,000      ███           ███
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

CA T0 80 02 15                                            PAGE    6

 **TRAVELERS**                    One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 02-22-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

15    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                      LIMIT       RATE         PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS          1,750,000      ▉▉▉▉        ▉▉▉▉▉
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

17    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                      LIMIT       RATE         PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS          6,875,000      ▉▉▉▉        ▉▉▉▉▉
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

18    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                      LIMIT       RATE         PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS            250,000      ▉▉▉▉        ▉▉▉
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

                            TOTAL  PREMIUM  $      ▉▉▉▉▉

CA T0 80 02 15                                    PAGE    7

 **TRAVELERS** One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 02-22-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX     (CONTINUED)

SCHEDULE OF LOSS PAYEES

(Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)

CA T0 80 02 15                                    PAGE    8

 **TRAVELERS** One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE
PART DECLARATIONS

POLICY NUMBER: AD-9P86338A-21-CAG

INSURED'S NAME:   FRED TAYLOR COMPANY INC              CA T0 81 02 15

ITEM SEVEN - SCHEDULE OF COVERED AUTOS WHICH ARE FURNISHED TO SOMEONE
OTHER THAN A CLASS I OR II OPERATOR OR WHICH ARE INSURED ON A
SPECIFIED CAR BASIS
           AND AS PER IL T8 03

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 1 | ALBANY | GA | 31707 | 0000 | 106 | 21199 | 20000 |
| 2 | ALBANY | GA | 31707 | 0000 | 106 | 34199 | 45000 |
| 3 | ALBANY | GA | 31707 | 0000 | 106 | 01199 | 10000 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF LIAB | AGE GROUP |
|---|---|---|---|---|---|---|
| 1 | 2010 | FORD  F SER | 1FTFW1CU9AF824708 | 21000 | ACV | X |
| 2 | 2018 | KALMA OTTAW | 11VJ813A2JA000543 | 124642 | ACV | 4 |
| 3 | 2013 | FORD  EXPLO | 1FM5K8F84DGC71423 | 39855 | ACV | D |

| | COVERED AUTO  1 | COVERED AUTO  2 | COVERED AUTO  3 | COVERED AUTO | COVERED AUTO |
|---|---|---|---|---|---|
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | NIL | NIL | NIL | | |
| COLLISION | 500 | 500 | 500 | | |

PREMIUMS:
    LIABILITY
    MED PAY
COMPREHENSIVE
    COLLISION

        TOTAL

TOTAL UNINSURED AND UNDERINSURED MOTORISTS PREMIUM:

 * APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES AND COLLISION COVERAGES
                      SPV   3            PAGE   1              001

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART DECLARATIONS
ISSUE DATE 02-22-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM EIGHT

SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.

COVERED AUTOS LIABILITY COVERAGE - COST OF HIRE RATING BASIS (OTHER THAN MOBILE OR FARM EQUIPMENT)

| COVERED AUTOS-LIABILITY COVERAGE | STATE | ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE | | PREMIUM |
|---|---|---|---|---|
| PRIMARY COVERAGE | GA | $ | IF ANY | $ ■■ |
| EXCESS COVERAGE | | $ | | $ ▮ |
| | | TOTAL HIRED AUTO PREMIUM | | $ ████ |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

CA TO 82 02 15                                   PAGE   1


**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART DECLARATIONS
ISSUE DATE 02-22-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM EIGHT(CONTINUED)

SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.

PHYSICAL DAMAGE COVERAGES - COST OF HIRE RATING BASIS FOR ALL AUTOS (OTHER THAN MOBILE OR FARM EQUIPMENT)

| COVERAGES | COMPREHENSIVE | COLLISION |
|---|---|---|
| LIMIT OF INSURANCE THE MOST WE WILL PAY DEDUCTIBLE | ACTUAL CASH VALUE, OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $        DED. FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. | ACTUAL CASH VALUE, OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $        DED. FOR EACH COVERED AUTO |

| STATE | ESTIMATED ANNUAL COST OF HIRE | RATE PER EACH $100 ANNUAL COST OF HIRE COMP      COLL | PREMIUM COMP          COLL |
|---|---|---|---|
| | | | |

TOTAL PREMIUM $         

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent form your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented, or borrowed with a driver.

CA T0 82 02 15                                        PAGE    2

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 02-22-21

Policy Number: AD-9P86338A-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
|-----------------|------------------|----------------|---------|
| 001 | 1 | | |
| 002 | 1 | | |
| 003 | 1 | | |
| 004 | 1 | | |
| 005 | 1 | | |
| 006 | 1 | | |
| 007 | 1 | | |
| 008 | 1 | | |
| 009 | 1 | | |
| 010 | 1 | | |
| 011 | 1 | | |
| 012 | 1 | | |
| 013 | 1 | | |
| 014 | 1 | | |
| 015 | 1 | | |
| 016 | 1 | | |
| 017 | 1 | | |
| 018 | 1 | | |

CA T0 83 02 15                                    Page  1

INCLUDES COPYRIGHTED MATERIAL OF
INSURANCE SERVICES OFFICE, WITH ITS
PERMISSION.  COPYRIGHT, INSURANCE
SERVICES OFFICE, 1985

EXPLANATION OF CERTAIN ENTRIES OR THE ABSENCE THEREOF ON CA TO 81

THE ABSENCE OF AN ENTRY IN PREMIUM SPACES FOR A COVERAGE SHALL MEAN THAT
    INSURANCE IS NOT AFFORDED FOR THE DESIGNATED AUTO.

THE ABBREVIATION 'ACV' IN THE 'LIMIT OF LIABILITY' SPACE SHALL MEAN 'ACTUAL
    CASH VALUE'.

THE ABBREVIATION 'BI' SHALL MEAN 'BODILY INJURY'.

THE ABBREVIATION 'GVW' SHALL MEAN 'GROSS VEHICLE WEIGHT'.

THE ABBREVIATION 'GCW' SHALL MEAN 'GROSS COMBINED WEIGHT'.

THE ABBREVIATION 'ADDED PIP' SHALL MEAN 'ADDED PERSONAL INJURY PROTECTION'
    OR 'EQUIVALENT NO-FAULT COVERAGE'.

THE ABBREVIATION 'BASIC PIP' SHALL MEAN 'BASIC PERSONAL INJURY PROTECTION'
    OR 'EQUIVALENT NO-FAULT COVERAGE'.

THE ABBREVIATION 'NDA' SHALL MEAN 'NO DEDUCTIBLE APPLIES'.

THE ABBREVIATION 'ME$100' SHALL MEAN 'MEDICAL EXPENSE $100'.

THE ABBREVIATION 'WL$200' SHALL MEAN 'WORK LOSS $200'.

THE ABBREVIATION 'CME&WL' SHALL MEAN 'COMBINED MEDICAL EXPENSE & WORK LOSS'.

THE ABBREVIATION 'I' SHALL MEAN 'DEDUCTIBLE APPLIES TO THE NAMED INSURED
    ONLY'.

THE ABBREVIATION 'I/R' SHALL MEAN 'DEDUCTIBLE APPLIES TO THE NAMED INSURED
    AND RELATIVES'.

THE ABBREVIATION 'PD' SHALL MEAN 'PROPERTY DAMAGE'.

THE ABBREVIATION 'SPEC CAUSES' SHALL MEAN 'SPECIFIED CAUSES OF LOSS
    COVERAGE' AS DEFINED IN THE POLICY.

OTHER ABBREVIATIONS DESIGNATED BELOW ARE DEFINED AS FOLLOWS
    THE ABBREVIATION 'SP' SHALL MEAN 'SPECIFIED CAUSES OF LOSS COVERAGE'.
    THE ABBREVIATION 'F' SHALL MEAN 'FIRE COVERAGE' ONLY.
    THE ABBREVIATION 'FT' SHALL MEAN 'FIRE & THEFT COVERAGE'.
    THE ABBREVIATION 'FTW' SHALL MEAN 'FIRE, THEFT & WINDSTORM COVERAGE'.
    THE ABBREVIATION 'LSP' SHALL MEAN 'LIMITED SPECIFIED CAUSES OF LOSS
        COVERAGE'.

THE ABBREVIATION 'MED PAY' SHALL MEAN 'MEDICAL PAYMENTS'.

THE ABBREVIATION 'NFRB CODE' SHALL MEAN 'NO FAULT RATING BASIS'.

THE ABBREVIATION 'PRIM' SHALL MEAN 'PRIMARY'.

THE ABBREVIATION 'XS' SHALL MEAN 'EXCESS'.

POLICY NUMBER: AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS COVERAGE FORM

**PROVISIONS**

1. The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

**SCHEDULE**

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| SEE SCHEDULE EXTENSION | | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| SEE SCHEDULE EXTENSION | | | |

CA T4 14 02 15

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

• For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

    **(1)** Theft or Mischief or Vandalism

    **(2)** Earthquake

    **(3)** Windstorm Or Hail

    **(4)** Flood

    **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

2. The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

    **5. Limit Of Insurance And Deductibles**

      **a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

      **b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

      **c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

3. The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

    **5. Deductible**

    For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

    The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CA T4 14 02 15**

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

#### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

ITEM FIVE - GARAGEKEEPERS COVERAGE

|     |                                                                              | Deductible |                                            |
| --- | ---------------------------------------------------------------------------- | ---------- | ------------------------------------------ |
| Loc | Covered Causes of Loss**                                                     | For Each Covered "Auto" | Maximum Deductible in any one event |
| 1   | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 1   | Windstorm or Hail                                                            | $    5,000 | $    NO |
| 2   | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 2   | Windstorm or Hail                                                            | $    5,000 | $    NO |
| 3   | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 3   | Windstorm or Hail                                                            | $    5,000 | $    NO |
| 4   | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 4   | Windstorm or Hail                                                            | $    5,000 | $    NO |
| 5   | All Covered Perils,                                                          | $    5,000 | $    25,000 |

CA T4 14 SCHED

Page  1 of 12

POLICY NUMBER: AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

other than collision,
not listed separately on
this Schedule

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 5 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 6 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 7 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

Deductible

CA T4 14 SCHED

Page  2 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 8 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

|     |     | Deductible |     |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 9 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 9 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

|     |     | Deductible |     |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 10 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 10 | Windstorm or Hail | $ 5,000 | $ NO |

CA T4 14 SCHED

Page  3 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

|     |                                                                              | Deductible               |                                             |
| --- | ---------------------------------------------------------------------------- | ------------------------ | ------------------------------------------- |
| Loc | Covered Causes of Loss**                                                     | For Each Covered "Auto"  | Maximum Deductible in any one event         |
| 11  | All Covered Perils, other than collision, not listed separately on this Schedule | $     5,000         | $      25,000                               |
| 11  | Windstorm or Hail                                                            | $     5,000              | $         NO                                |

ITEM FIVE - GARAGEKEEPERS COVERAGE

|     |                                                                              | Deductible               |                                             |
| --- | ---------------------------------------------------------------------------- | ------------------------ | ------------------------------------------- |
| Loc | Covered Causes of Loss**                                                     | For Each Covered "Auto"  | Maximum Deductible in any one event         |
| 12  | All Covered Perils, other than collision, not listed separately on this Schedule | $     5,000         | $      25,000                               |
| 12  | Windstorm or Hail                                                            | $     5,000              | $         NO                                |

ITEM FIVE - GARAGEKEEPERS COVERAGE

|     |                                                                              | Deductible               |                                             |
| --- | ---------------------------------------------------------------------------- | ------------------------ | ------------------------------------------- |
| Loc | Covered Causes of Loss**                                                     | For Each Covered "Auto"  | Maximum Deductible in any one event         |
| 13  | All Covered Perils, other than collision,                                    | $     5,000              | $      25,000                               |

CA T4 14 SCHED

Page  4 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

|     |                                                               |    |       |    |        |
|-----|---------------------------------------------------------------|----|-------|----|--------|
|     | not listed separately on this Schedule                        |    |       |    |        |
| 13  | Windstorm or Hail                                             | $  | 5,000 | $  | NO     |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|-----|--------------------------|------|--------|------|--------|
| 14  | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 14  | Windstorm or Hail        | $ | 5,000 | $ | NO     |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|-----|--------------------------|------|--------|------|--------|
| 15  | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 15  | Windstorm or Hail        | $ | 5,000 | $ | NO     |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| | Deductible For Each | | Maximum | |
|-|------|--|---------|--|

CA T4 14 SCHED

Page  5 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

| Loc | Covered Causes of Loss** | Covered "Auto" | Deductible in any one event |
|---|---|---|---|
| 18 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 18 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 1 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |

CA T4 14 SCHED

Page   6 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
|---|---|---|---|---|---|
| 2 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $   5,000 | $   25,000 |
| 3 | Windstorm or Hail | $   5,000 | $   NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $   5,000 | $   25,000 |
| 4 | Windstorm or Hail | $   5,000 | $   NO |

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|--------------------------------------|
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $  5,000 | $  25,000 |
| 5 | Windstorm or Hail | $  5,000 | $  NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|--------------------------------------|
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $  5,000 | $  25,000 |
| 6 | Windstorm or Hail | $  5,000 | $  NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|--------------------------------------|
| 7 | All Covered Perils, | $  5,000 | $  25,000 |

CA T4 14 SCHED

Page  8 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

|   |   | | |
|---|---|---|---|
| | other than collision, not listed separately on this Schedule | | |
| 7 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible | |
| | | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 8 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible | |
| | | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 9 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 9 | Windstorm or Hail | $    5,000 | $    NO |

CA T4 14 SCHED

Page   9 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  02-22-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 11 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 11 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 12 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 12 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 13 | All Covered Perils, other than collision, | $ 5,000 | $ 25,000 |

CA T4 14 SCHED

Page 10 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

not listed separately on
this Schedule

| Loc | Covered Causes of Loss** | | |
|---|---|---|---|
| 13 | Windstorm or Hail | $ 5,000 | $ NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 14 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 14 | Windstorm or Hail | $ 5,000 | $ NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 15 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 15 | Windstorm or Hail | $ 5,000 | $ NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

CA T4 14 SCHED

Page 11 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|--------------------------------------|
| 17 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 17 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|--------------------------------------|
| 18 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 18 | Windstorm or Hail | $ 5,000 | $ NO |

CA T4 14 SCHED

Page 12 of 12

**TRAVELERS**                 One Tower Square, Hartford, Connecticut  06183

**AUTO DEALERS COVERAGE PART**  **POLICY NUMBER:**  AD-9P86338A-21-CAG
**SUPPLEMENTARY SCHEDULE**  **ISSUE DATE:**  02-22-21
**ITEM TWO**
**COVERAGE AND LIMITS OF INSURANCE**
**UNINSURED MOTORISTS COVERAGE AND UNDERINSURED MOTORISTS COVERAGE**

The LIMIT OF INSURANCE for the coverages shown below is the LIMIT OF INSURANCE shown for the State where a covered "auto" is principally garaged. Except that for any individual identified below in the NAMED INDIVIDUAL – LIMIT OF INSURANCE SCHEDULE, the only limit that applies for "bodily injury" to that named individual is the LIMIT shown for the coverage in the NAMED INDIVIDUAL – LIMIT OF INSURANCE SCHEDULE. Refer to the specific coverage endorsement for description of the coverage provided for each State listed below.

**Coverage**

**UNINSURED MOTORISTS**  **LIMIT OF INSURANCE**

| State | "Bodily Injury" and "Property Damage" Combined Single Limit | "Bodily Injury" Each "Accident" | "Bodily Injury" Each Person | "Bodily Injury" Each "Accident" | "Property Damage" Each "Accident" |
|-------|-----|-----|-----|-----|-----|
| AL | $ | $ 100,000 | $ | $ | $ |
| GA | 100,000 | | | | |

**UNDERINSURED MOTORISTS**  **LIMIT OF INSURANCE**
(When not included in Uninsured Motorists Coverage)

| State | "Bodily Injury" and "Property Damage" Combined Single Limit | "Bodily Injury" Each "Accident" | "Bodily Injury" Each Person | "Bodily Injury" Each "Accident" | "Property Damage" Each "Accident" |
|-------|-----|-----|-----|-----|-----|
| | $ | $ | $ | $ | $ |

**NAMED INDIVIDUAL – LIMIT OF INSURANCE SCHEDULE**

| State | Name of Individual | Uninsured Motorist Limit | Underinsured Motorists Limit (When not included in Uninsured Motorists Coverage) |
|-------|-----|-----|-----|
| GA | MARSHA TAYLOR | $ 1,000,000 | $ 1,000,000 |
| | LINDA TAYLOR MCKENNIE | 1,000,000 | 1,000,000 |
| | MARK TAYLOR | 1,000,000 | 1,000,000 |
| | TOMMIE TAYLOR | 1,000,000 | 1,000,000 |
| | FULTON FLETCHER TAYLOR | 1,000,000 | 1,000,000 |
| | GERI JONES WILBANKS | 1,000,000 | 1,000,000 |

**CA T0 68 02 15**        © 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.        Page 1 of 1

PRODUCER                                                OFFICE

# TABLE OF CONTENTS

# AUTO DEALERS COVERAGE FORM

Beginning on Page

SECTION I – COVERED AUTOS COVERAGES

Description Of Covered Auto Designation Symbols .................................................................. 1
Owned Autos You Acquire After The Policy Begins ................................................................. 2
Certain Trailers And Temporary Substitute Autos ................................................................... 2
Covered Autos Liability Coverage
    Coverage .............................................................................................................................. 2
    Who Is An Insured ............................................................................................................... 2
    Coverage Extensions .......................................................................................................... 3
    Exclusions ........................................................................................................................... 3
    Limit of Insurance – Covered Autos Liability ....................................................................... 6
Garagekeepers Coverage
    Coverage .............................................................................................................................. 6
    Who Is An Insured ............................................................................................................... 7
    Coverage Extensions .......................................................................................................... 7
    Exclusions ........................................................................................................................... 7
    Limit of Insurance And Deductibles ..................................................................................... 8
Physical Damage Coverage
    Coverage .............................................................................................................................. 8
    Coverage Extension – Loss of Use Expenses .................................................................... 8
    Exclusions ........................................................................................................................... 9
    Limits of Insurance .............................................................................................................. 10
    Deductible ............................................................................................................................ 11
SECTION II – GENERAL LIABILITY COVERAGES
Bodily Injury And Property Damage Liability
    Coverage .............................................................................................................................. 11
    Exclusions ........................................................................................................................... 12
Personal and Advertising Injury Liability
    Coverage .............................................................................................................................. 15
    Exclusions ........................................................................................................................... 15
Locations and Operations Medical Payments
    Coverage .............................................................................................................................. 17
    Exclusions ........................................................................................................................... 17
Who Is An Insured .................................................................................................................. 18
Supplementary Payments ....................................................................................................... 19
Limits Of Insurance – General Liability   Coverages ............................................................... 19
SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES
Coverage .............................................................................................................................. 20
Exclusions ........................................................................................................................... 21
Who Is An Insured ................................................................................................................ 21
Supplementary Payments ....................................................................................................... 21
Limit of Insurance And Deductible ......................................................................................... 22

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**SECTION IV – CONDITIONS**

Loss Conditions

Appraisal For Physical Damage Loss ................................................................. 22

Duties in the Event Of  Accident, Claim,  Offense,  Suit, Loss Or Acts, Errors Or Omissions ... 22

Legal Action Against Us ................................................................................ 23

Loss Payment – Physical Damage Coverage ..................................................... 23

Transfer Of Rights Of  Recovery Against Others To Us ....................................... 23

General Conditions

Bankruptcy ................................................................................................. 23

Concealment, Misrepresentation Or Fraud ....................................................... 23

Liberalization .............................................................................................. 23

No Benefit To Bailee  – Physical Damage Coverages .......................................... 24

Other Insurance ........................................................................................... 24

Premium Audit ............................................................................................. 24

Policy Period, Coverage Territory ................................................................... 24

Two Or More Coverage Forms Or Policies Issued By Us ...................................... 25

**SECTION V – DEFINITIONS** ......................................................................... 25

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA T0 84 02 16

COMMERCIAL AUTO

# AUTO DEALERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and include your spouse, if you are an individual. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

**SECTION I – COVERED AUTOS COVERAGES**

**A. Description Of Covered Auto Designation Symbols**

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 21 | Any "Auto" | |
| 22 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 23 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 24 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 25 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 26 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 27 | Specifically Described "Autos" | Only those "autos" described in Item Seven of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in Item Seven). |
| 28 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 29 | Non-owned "Autos" Used In Your "Auto" Dealership | Any "auto" you do not own, lease, hire, rent or borrow used in connection with your "auto" dealership described in the Declarations. This includes "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company) or members of their households while used in your "auto" dealership. |

CA 00 25 10 13

© Insurance Services Office, Inc., 2011

TRAVELERS DOC MGMT Page 68 of 692

| 30 | "Autos" Left With You For Service, Repair, Storage Or Safekeeping | Any land motor vehicle, trailer or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. This also includes "autos" left in your care by your "employees" and members of their households who pay for the services performed. |
|---|---|---|
| 31 | "Auto" Dealers' "Autos" (Physical Damage Coverages) | Any "autos" and the interest s in the se "autos" described in Item Six of the Declarations. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **21, 22, 23, 24, 25** or **26** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **27** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**D. Covered Autos Liability Coverage**

1. **Coverage**

   We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos".

   We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

   We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered "Autos" Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

2. **Who Is An Insured**

   The following are "insureds" for covered "autos":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

COMMERCIAL AUTO

**(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing or repairing "autos" unless that business is yours.

**(4)** Your customers. However, if a customer of yours:

**(a)** Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**(b)** Has other available insurance (whether primary, excess or contingent) less than the compulsory or financial responsibility law limits where the covered "auto" is principally garaged, they are an "insured" only for the amount by which the compulsory or financial responsibility law limits exceed the limit of their other insurance.

**(5)** A partner (if you are a partnership), or a member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**d.** Your "employee" while using a covered "auto" you do not own, hire or borrow in your business or your personal affairs.

**3. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required be-

cause of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**4. Exclusions**

This insurance does not apply to any of the following:

TRAVELERS DOC MGMT Page 70 of 692

COMMERCIAL AUTO

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**b. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**(2)** That the "insured" would have in the absence of the contract or agreement.

**c. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the "insured" arising out of and in the course of:

**(a)** Employment by the "insured"; or

**(b)** Performing the duties related to the conduct of the "insured's" business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(a)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(b)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of Covered Autos Liability Coverage, a domestic "employee" is a person engaged in household or domestic work

performed principally in connection with a residence premises.

**e. Fellow Employee**

"Bodily injury" to:

**(1)** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**(2)** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above.

**f. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving:

**(1)** Property owned, rented or occupied by the "insured";

**(2)** Property loaned to the "insured";

**(3)** Property held for sale or being transported by the "insured"; or

**(4)** Property in the "insured's" care, custody or control.

But this exclusion does not apply to liability assumed under a sidetrack agreement.

**g. Leased Autos**

Any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

**h. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(1)** That are, or that are contained in any property that is:

**(a)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

**(b)** Otherwise in the course of transit by or on behalf of the "insured"; or

© Insurance Services Office, Inc., 2011

**CA 00 25 10 13**

**(c)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**(2)** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**(3)** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **(1)** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **(2)** and **(3)** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**i. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**j. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**(1)** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**(2)** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**k. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**l. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**m. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**n. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **n.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**o. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection,

COMMERCIAL AUTO

repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**q. Acts, Errors Or Omissions**

"Bodily injury" or "property damage" arising out of "acts, errors or omission s".

**5. Limit Of Insurance – Covered Autos Liability**

For "accidents" resulting from the ownership, maintenance or use of covered "autos", the following applies:

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" involving a covered "auto" is the Limit of Insurance for Covered "Autos" Liability Coverage shown in the Declarations.

Damages and "covered pollution cost or expense" payable under the Limit of Insurance for Covered "Autos" Liability Coverage are not payable under any applicable Limits of Insurance under Section II – General Liability Coverages or Section III – Acts, Errors Or Omissions Liability Coverage.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to

substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Auto Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**E. Garagekeepers Coverage**

**1. Coverage**

**a.** We will pay all sums the "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations" under:

**(1) Comprehensive Coverage**

From any cause except:

**(a)** The "customer's auto's" collision with another object; or

**(b)** The "customer's auto's" overturn.

**(2) Specified Causes Of Loss Coverage**

Caused by:

**(a)** Fire, lightning or explosion;

**(b)** Theft; or

**(c)** Mischief or vandalism.

**(3) Collision Coverage**

Caused by:

**(a)** The "customer's auto's" collision with another object; or

**(b)** The "customer's auto's" overturn.

**b.** We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any loss to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

© Insurance Services Office, Inc., 2011

**2. Who Is An Insured**

The following are "insureds" for "loss" to "customer's autos" and "customer's auto" equipment:

**a.** You.

**b.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**c.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**d.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**e.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

**3. Coverage Extensions**

The following apply as **Supplementary Payments.** We will pay for the "insured":

**a.** All expenses we incur.

**b.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**c.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**d.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "in-

sured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**4. Exclusions**

**a.** This insurance does not apply to any of the following:

**(1) Contractual**

Liability resulting from any contract or agreement by which the "insured" accepts responsibility for "loss". But this exclusion does not apply to liability for "loss" that the "insured" would have in the absence of the contract or agreement.

**(2) Theft**

"Loss" due to theft or conversion caused in any way by you, your "employees" or by your stockholders.

**(3) Defective Parts**

Defective parts or materials.

**(4) Faulty Work**

Faulty "work you performed".

**b.** We will not pay for "loss" to any of the following:

**(1)** Tape decks or other sound-reproducing equipment unless permanently installed in a "customer's auto".

**(2)** Tapes, records or other sound-reproducing devices designed for use with sound-reproducing equipment.

**(3)** Sound-receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "customer's auto" manufacturer for the installation of a radio.

**(4)** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

COMMERCIAL AUTO

**c.** We will not pay for "loss" caused by or resulting from the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**5. Limit Of Insurance And Deductibles**

**a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit Of Insurance shown in the Declarations for that location. Prior to the application of this limit, the damages for "loss" that would otherwise be payable will be reduced by the applicable deductibles for "loss" caused by:

**(1)** Collision; or

**(2)** With respect to Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage:

**(a)** Theft or mischief or vandalism; or

**(b)** All perils.

**b.** The maximum deductible stated in the Declarations for Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage is the most that will be deducted for all "loss" in any one event caused by:

**(1)** Theft or mischief or vandalism; or

**(2)** All perils.

**c.** To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

**F. Physical Damage Coverage**

**1. Coverage**

**a.** We will pay for "loss" to a covered "auto" or its equipment under:

**(1) Comprehensive Coverage**

From any cause except:

**(a)** The covered "auto's" collision with another object; or

**(b)** The covered "auto's" overturn.

**(2) Specified Causes Of Loss Coverage**

Caused by:

**(a)** Fire, lightning or explosion;

**(b)** Theft;

**(c)** Windstorm, hail or earthquake;

**(d)** Flood;

**(e)** Mischief or vandalism; or

**(f)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

**(3) Collision Coverage**

Caused by:

**(a)** The covered "auto's" collision with another object; or

**(b)** The covered "auto's" overturn.

**b. Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

**(1)** Glass breakage;

**(2)** "Loss" caused by hitting a bird or animal; and

**(3)** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**2. Coverage Extension – Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under

© Insurance Services Office, Inc., 2011

COMMERCIAL AUTO

a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**a.** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

**b.** Specified Causes of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

**c.** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**3. Exclusions**

**a.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**(1) Nuclear Hazard**

**(a)** The explosion of any weapon employing atomic fission or fusion; or

**(b)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**(2) War Or Military Action**

**(a)** War, including undeclared or civil war;

**(b)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(c)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**b.** We will not pay for "loss" to any of the following:

**(1)** Any covered "auto" leased or rented to others unless rented to one of your customers while their "auto" is left with you for service or repair.

**(2)** Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such contest or activity.

**(3)** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**(4)** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**(5)** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**(6)** Any accessories used with the electronic equipment described in Paragraph **(5)** above.

Exclusions **b.(5)** and **b.(6)** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**(a)** Permanently installed in or upon the covered "auto";

**(b)** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**(c)** An integral part of the same unit housing any electrical equipment described in Paragraphs **(a)** and **(b)** above; or

**(d)** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**c. False Pretense**

We will not pay for "loss" to a covered "auto" caused by or resulting from:

**(1)** Someone causing you to voluntarily part with it by trick or scheme or under false pretenses; or

© Insurance Services Office, Inc., 2011

COMMERCIAL AUTO

    (2) Your acquiring an "auto" from a seller who did not have legal title.

**d.** We will not pay for:

    (1) Your expected profit, including loss of market value or resale value.

    (2) "Loss" to any covered "auto" displayed or stored at any location not shown in Item Three of the Declarations if the "loss" occurs more than 45 days after your use of the location begins.

    (3) Under the Collision Coverage, "loss" to any covered "auto" while being driven or transported from the point of purchase or distribution to its destination if such points are more than 50 road miles apart.

    (4) Under the Specified Causes of Loss Coverage, "loss" to any covered "auto" caused by or resulting from the collision or upset of any vehicle transporting it.

**e.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**f.** **Other Exclusions**

We will not pay for "loss" due and confined to:

    (1) Wear and tear, freezing, mechanical or electrical breakdown.

    (2) Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4. Limits Of Insurance**

**a.** The most we will pay for:

    (1) "Loss" to any one covered "auto" is the lesser of:

        (a) The actual cash value of the damaged or stolen property as of the time of "loss"; or

        (b) The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

    (2) All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

        (a) Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

        (b) Removable from a permanently installed housing unit as described in Paragraph **(2)(a)** above; or

        (c) An integral part of such equipment as described in Paragraphs **(2)(a)** and **(2)(b)** above.

**b.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**c.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**d.** The following provisions also apply:

    (1) Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" at any one location is the amount shown in the Declarations for that location. Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" in transit is the amount shown in the Declarations for "loss" in transit.

    (2) **Quarterly Or Monthly Reporting Premium Basis**

If, on the date of your last report, the actual value of the covered "autos" at the "loss" location exceeds what you last reported, when a "loss" occurs we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing your total reported value for the involved location by the total actual value at the "loss" location on the date of your last report.

If the first report due is delinquent on the date of "loss", the most we will pay will not exceed 75 percent of the Limit Of Insurance shown in the Declarations for the applicable location.

    (3) **Nonreporting Premium Basis**

If, when "loss" occurs, the total value of your covered "autos" exceeds the

© Insurance Services Office, Inc., 2011

COMMERCIAL AUTO

Limit Of Insurance shown in the Declarations, we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing the Limit of Insurance by the total actual value at the "loss" location at the time the "loss" occurred.

**5. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit Of Insurance shown in the Declarations, provided that:

**a.** The Comprehensive or Specified Causes of Loss Coverage deductible applies only to "loss" caused by:

**(1)** Theft or mischief or vandalism; or

**(2)** All perils.

**b.** Regardless of the number of covered "autos" damaged or stolen, the per "loss" deductible for Comprehensive or Specified Causes of Loss Coverage shown in the Declarations is the maximum deductible applicable for all "loss" in any one event caused by:

**(1)** Theft or mischief or vandalism; or

**(2)** All perils.

**SECTION II – GENERAL LIABILITY COVERAGES**

**A. Bodily Injury And Property Damage Liability**

**1. Coverage**

**a.** We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies caused by an "accident", and resulting from your "auto dealer operations" other than the ownership, maintenance or use of "autos".

We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph

**F.** Limits Of Insurance – General Liability Coverages; and

**(2)** Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "accident" occurs in the coverage territory;

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision and no "employee" authorized by you to give or receive notice of an "accident" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

COMMERCIAL AUTO

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**2. Exclusions**

This insurance does not apply to any of the following:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured". This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

(1) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

(2) That the "insured" would have in the absence of the contract or agreement.

**c. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the "insured" arising out of and in the course of:

(a) Employment by the "insured"; or

(b) Performing the duties related to the conduct of the "insured's" business;

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

(3) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(4) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **(3)(a), (b)** or **(c)** above are directed.

This exclusion applies:

(a) Whether the injury-causing event described in Paragraph **(3)(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

(b) Whether the "insured" may be liable as an employer or in any other capacity; and

(c) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Paragraphs **(1)** and **(2)** of this exclusion do not apply to liability assumed by the "insured" under an "insured contract".

**e. Damage To Property**

"Property damage" to:

(1) Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person,

organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Property loaned to the "insured";

(3) Property held for sale or being transported by the "insured"; or

(4) Property in the "insured's" care, custody or control.

Paragraphs **(1)**, **(2)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You a s described in Paragraph **F.** Limits Of Insurance – General Liability Coverages.

This exclusion does not apply to liability assumed under a sidetrack agreement.

**f.  Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured";

(b) At or from any premises, site or location that is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;

(c) At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations:

(i) To test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of the "pollutants"; or

(ii) If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured", contractor or subcontractor; or

(d) That are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "insured" or any person or organization for whom you may be legally responsible.

Paragraphs **(1)(a)** and **(1)(c)(ii)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable, or breaks out from where it was intended to be.

Paragraph **(1)(a)** does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests.

Paragraph **(1)(c)(ii)** does not apply to "bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any "insured" or other s test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxify-

COMMERCIAL AUTO

ing or neutralizing, or in any way responding to or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any "insured". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "accident" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any "insured".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises where you conduct "auto dealer operations";

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge; or

**(3)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

**h. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**i. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**j. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **j.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**k. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**l. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**m. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action

or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**n. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**o. Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

Exclusions **c.** through **o.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Paragraph **F.** Limits Of Insurance – General Liability Coverages.

**B. Personal And Advertising Injury Liability**

**1. Coverage**

We will pay all sums the "insured" legally must pay as damages because of "personal and advertising injury" to which this insurance applies, caused by an offense arising out of your "auto dealer operations", but only if the offense was committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

**a.** The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance – General Liability Coverages; and

**b.** Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or Paragraph **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the "insured" with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the "insured" with knowledge of its falsity.

COMMERCIAL AUTO

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the "insured".

**e. Contractual**

"Personal and advertising injury" for which the "insured" has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Electronic Chat Rooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chat room or bulletin board the "insured" hosts, owns, or over which the "insured" exercises control.

**k. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**l. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**m. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**n. War**

"Personal and advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

© Insurance Services Office, Inc., 2011

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**o. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**p. Employment-related Practices**

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(1)(a), (b)** or **(c)** above are directed.

This exclusion applies:

**(a)** Whether the injury-causing event described in Paragraph **(1)(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**q. Acts, Errors Or Omissions**

"Personal and advertising injury" arising out of "acts, errors or omissions".

**C. Locations And Operations Medical Payments**

**1. Coverage**

**a.** We will pay medical expenses as described below to or for each person who sustains "bodily injury" to which this coverage applies, caused by an "accident" and resulting from your "auto dealer operations".

**b.** We will pay only those expenses incurred for services rendered within one year from the date of the "accident".

**c.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expense s for:

**(1)** First aid administered at the time of an "accident";

**(2)** Necessary medical, surgical, diagnostic imaging and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

This insurance does not apply to "bodily injury":

**a. Workers' Compensation**

To a person, whether or not an "employee" of any "insured", if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**b. Insured**

To any "insured".

COMMERCIAL AUTO

### c. Hired Person

To a person hired to do work for or on behalf of any "insured" or a tenant of any "insured".

### d. Injury On Normally Occupied Premises

To a person injured on that part of the premises you own or rent that the person normally occupies.

### e. Athletic Activities

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

### f. Injury Away From Auto Dealer Locations

Sustained by a person away from locations owned, maintained or used for your "auto dealer operations".

### g. Bodily Injury And Property Damage Liability

Excluded under Paragraph **A.** Bodily Injury And Property Damage Liability.

## D. Who Is An Insured

The following are "insureds" for General Liability Coverages:

**1.** You.

**2.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**3.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**4.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**5.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations". However, no "employee" is an "insured" for:

**a.** "Bodily injury" or "personal and advertising injury":

(1) To you (if you are an individual), your partners (if you are a partnership), your members (if you are a limited liability company) or a fellow "employee" of the "insured" while in the course of his or her employment or while performing duties related to the conduct of your "auto dealer operations";

(2) To the spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above;

(3) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)** or **(2)** above; or

(4) Arising out of his or her providing or failing to provide professional health care services.

**b.** "Property damage" to property:

(1) Owned, occupied or used by;

(2) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership), or any member (if you are a limited liability company).

**6.** Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

**b.** Coverage does not apply to:

(1) "Bodily injury" or "property damage" that occurred; or

(2) "Personal and advertising injury" arising out of an offense committed

© Insurance Services Office, Inc., 2011

COMMERCIAL AUTO

before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**E.   Supplementary Payments**

With respect to coverage provided under Bodily Injury And Property Damage Liability and Personal And Advertising Injury Liability Coverages, we will pay for the "insured":

1.   All expenses we incur.

2.   The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

3.   All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

4.   All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

5.   All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**F.   Limits Of Insurance – General Liability Coverages**

1.   Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the:

    **a.**   General Liability Aggregate Limit shown in the Declarations is the most we will pay for the sum of all:

      **(1)**   Damages under Paragraph **A.** Bodily Injury And Property Damage Liability, except damages because of "bodily injury" and "property damage" that are both:

        **(a)**   Sustained away from locations owned, maintained or used for

your "auto dealer operations"; and

        **(b)**   Arising out of your "products" or "work you performed";

      **(2)**   Damages under Paragraph **B.** Personal And Advertising Injury Liability; and

      **(3)**   Medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

    **b.**   The Products And Work You Performed Aggregate Liability Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for "bodily injury" and "property damage" that are both:

      **(1)**   Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

      **(2)**   Arising out of your "products" or "work you performed".

2.   Subject to Paragraph **1.a.** above, the Personal And Advertising Injury Liability Limit is the most we will pay for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization under Paragraph **B.** Personal And Advertising Injury Liability.

3.   Subject to Paragraph **1.a.** above, the Locations And Operations Medical Payments Limit is the most we will pay for all medical expenses because of "bodily injury" for each person injured in any one "accident" under Paragraph **C.** Locations And Operations Medical Payments.

4.   Subject to Paragraph **1.a.** or **1.b.** above, whichever applies, the General Liability Bodily Injury And Property Damage Liability Each "Accident" Limit shown in the Declarations is the most we will pay for the sum of all damages under Paragraph **A.** Bodily Injury And Property Damage Liability resulting from any one "accident".

Damages payable under any applicable Limits of Insurance for General Liability Coverages are not payable under Section I – Covered Autos Coverages or Section III – Acts, Errors Or Omissions Liability Coverage.

5.   Subject to Paragraph **4.** above, the Damage To Premises Rented To You Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for damages

COMMERCIAL AUTO

because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**6.** The Aggregate Limits of Insurance for General Liability Coverages apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limits of Insurance – General Liability Coverages.

**7.** We will deduct $500 from the damages in any "accident" resulting from "property damage" to an "auto" as a result of "work you performed" on that "auto".

## SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

### A. Coverage

We will pay all sums that an "insured" legally must pay as damages because of any "act, error or omission" of the "insured" to which this insurance applies and arising out of the conduct of your "auto dealer operations", but only if the "act, error or omission" is committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "acts, error or omissions" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

**1.** The amount we will pay for damages is limited as described in Paragraph **E.** Limits Of Insurance And Deductible; and

**2.** Our duty to defend or settle ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **D.** Supplementary Payments.

### B. Exclusions

This insurance does not apply to:

**1. Criminal, Fraudulent, Malicious, Dishonest Or Intentional Acts**

Damages arising out of any criminal, fraudulent, malicious, dishonest or intentional "act, error or omission" by an "insured", including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

**a.** Personally commit;

**b.** Personally participate in;

**c.** Personally acquiesce to; or

**d.** Remain passive after having knowledge of;

any such "act, error or omission".

**2. Bodily Injury, Property Damage Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**3. Profit Gain**

Damages based upon, attributable to or arising in fact out of the gaining of any profit, remuneration or advantage to which any "insured" was not entitled.

**4. Contractual**

Liability for which the "insured" has assumed in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

**5. Noncompensatory Damages**

Criminal fines or penalties imposed by law or regulation, punitive or exemplary damages or demands for injunctive or equitable relief.

**6. Quality Or Performance Of Goods – Failure To Conform To Statements**

Damages arising out of the failure of goods, products or services to conform with any statement of quality or performance.

**7. Recording And Distribution Of Material Or Information In Violation Of Law**

Damages arising directly or indirectly out of any "act, error or omission" that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

© Insurance Services Office, Inc., 2011

**c.** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**d.** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**8. Discrimination**

Damages arising directly or indirectly out of any "act, error or omission" that violates a person's civil rights with respect to such person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition, or any other protected class or characteristic established by any federal, state or local statutes, rules or regulations.

**9. Bankruptcy Or Insolvency**

Damages arising out of the:

**a.** Bankruptcy;

**b.** Financial inability to pay;

**c.** Insolvency;

**d.** Liquidation; or

**e.** Receivership;

of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

However, this exclusion does not apply if the insurance company, reinsurer or other risk-assuming entity was rated "B+" or higher by A. M. Best Company, Inc. at the time the insurance was placed or obtained.

**C. Who Is An Insured**

The following are "insureds" for "acts, errors or omissions":

**1.** You.

**2.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**3.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your man-

agers are also "insureds", but only with respect to their duties as your managers.

**4.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**5.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

**6.** Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

**b.** Coverage does not apply to "acts, errors or omissions" that were committed before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Supplementary Payments**

With respect to "Acts, Errors Or Omissions" Liability Coverage, we will pay for the "insured":

**1.** All expenses we incur.

**2.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**3.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**4.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include at-

COMMERCIAL AUTO

torneys' fees or attorneys' expenses taxed against the "insured".

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**E. Limit Of Insurance And Deductible**

1. Regardless of the number of:

   **a.** "Insureds";

   **b.** Claims made or "suits" brought;

   **c.** Persons or organizations making claims or bringing "suits"; or

   **d.** "Acts, errors or omissions",

   the "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under Section **III.**

2. Damages payable under the Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage are not payable under any applicable Limits of Insurance under Section **I** – Covered Autos Liability Coverage or Section **II** – General Liability Coverages.

3. Our obligation to pay damages applies only to the amount of damages in excess of any deductible amount stated in the Declarations as applicable to this coverage. The Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage will not be reduced by the amount of this deductible.

   To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

4. The "Acts, Errors Or Omissions" Liability Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the "Acts, Errors Or Omissions" Liability Aggregate Limit.

**SECTION IV – CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

1. **Appraisal For Physical Damage Loss**

   If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire.

   The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   **a.** Pay its chosen appraiser; and

   **b.** Bear the other expenses of the appraisal and umpire equally.

   If we submit to an appraisal, we will still retain our right to deny the claim.

2. **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions**

   We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

   **a.** In the event of "accident", claim, "suit", offense, "loss" or "act, error or omission", you must give us or our authorized representative prompt notice of the "accident", offense, "loss" or "act, error or omission". Include:

   **(1)** How, when and where the "accident", offense, "loss" or "act, error or omission" occurred;

   **(2)** What the "act, error or omission" was;

   **(3)** The "insured's" name and address;

   **(4)** To the extent possible, the names and addresses of:

   **(a)** Any injured persons and witnesses; or

   **(b)** Anyone who may suffer damages as a result of an "act, error or omission".

   **b.** Additionally, you and any other involved "insured" must:

   **(1)** Assume no obligation, make no payment or incur no expense without our

© Insurance Services Office, Inc., 2011

consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

**(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of an "act, error or omission" to which this insurance may also apply.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3.  Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under any liability coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4.  Loss Payment – Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5.  Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

This condition does not apply to damages under Paragraph **C.** Locations And Operations Medical Payments Coverage of Section **II** – General Liability Coverages.

**B.  General Conditions**

**1.  Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2.  Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3.  Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

COMMERCIAL AUTO

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** For General Liability and "Acts, Errors Or Omissions" Liability Coverages, this insurance is primary except when **e.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **f.** below.

**e.** This Coverage Form is excess over any other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(2)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner;

**(3)** If the "loss" arises out of the maintenance or use of aircraft or watercraft to the extent not subject to Exclusion **g.** of Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** – General Liability Coverage;

**(4)** That is specifically written to apply as primary insurance for liability arising out of your "acts, errors or omissions".

**f.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover:

**a.** "Bodily injury", "property damage" and "losses" occurring;

**b.** "Personal and advertising injury" offenses and "acts, errors or omissions" committed; and

**c.** "Covered pollution cost or expense" arising out of "accidents" occurring

during the policy period sho wn in the Declarations and within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if:

    **(a)** A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less;

    **(b)** The "bodily injury", "property damage" or "personal and advertising injury" is caused by an "insured" who permanently lives within the United States of America, its territories or possessions, Puerto Rico or Canada while the "insured" is temporarily outside of one of those places;

    **(c)** The "personal and advertising injury" offense takes place through the Internet or similar electronic means of communication; or

    **(d)** The "bodily injury" or "property damage" is caused by one of your "products" which is sold for use in the United States of America, its territories or possessions, Puerto Rico or Canada;

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

However, the coverage territory described in Paragraph **(5)** above does not apply to "work you performed".

We also cover "bodily injury", "property damage", "covered pollution cost or expense" and "losses" while a covered "auto" is being transported between the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V – DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Act, error or omission" means any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" arising:

    **1.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of credit or lease terms to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations", including, but not limited to, the Truth In Lending and Consumer Leasing Acts;

    **2.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of accurate odometer mileage to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations";

    **3.** In an "insured's" capacity as an insurance agent or broker in the offering, placement or maintenance of any "auto" physical damage, auto loan/lease gap, credit life or credit disability insurance sold in connection with the sale or lease of an "auto" in your "auto dealer operations", but only if the "insured" holds a valid insurance agent or broker license at the time the "act, error or omission" is committed, in the jurisdiction in which your "auto dealer operations" is located, if required to do so by such jurisdiction; and

    **4.** Out of a defect in title in connection with the sale or lease of an "auto" in your "auto dealer operations".

**C.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

COMMERCIAL AUTO

1. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

2. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**D.** "Auto" means a land motor vehicle, "trailer" or semitrailer.

**E.** "Auto dealer operations" means the ownership, maintenance or use of locations for an "auto" dealership and that portion of the roads or other accesses that adjoin these locations. "Auto dealer operations" also include all operations necessary or incidental to an "auto" dealership.

**F.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. That are, or that are contained in any property that is:

(1) Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured";

(3) Being stored, disposed of, treated or processed in or upon the covered "auto"; or

b. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are ac-

cepted by the "insured" for movement into or onto the covered "auto"; or

c. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**H.** "Customer's auto" means a land motor vehicle, "trailer" or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services performed.

**I.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**J.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**K.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**L.** "Impaired property" means tangible property, other than your "product" or "work you per-

formed", that cannot be used or is less useful because:

1. It incorporates your "product" or "work you performed" that is known or thought to be defective, deficient, inadequate or dangerous; or

2. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of your "product" or " work you performed" or your fulfilling the terms of the contract or agreement.

M. "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

N. "Insured contract" means:

1. A lease of premises;

2. A sidetrack agreement;

3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your "auto" dealership (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

6. An elevator maintenance agreement; or

7. That part of any contract or agreement entered into, as part of your "auto" dealership, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

a. That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(1) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawing and specifications; or

(2) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

b. That indemnifies any person or organization for damage by fire to premises rented or loaned to you or temporarily occupied by you with permission of the owner.

c. That pertains to the loan, lease or rental of an "auto", to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver.

d. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

e. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

O. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

P. "Loading or unloading" means the handling of property:

1. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

2. While it is in or on an aircraft, watercraft or "auto"; or

3. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical

COMMERCIAL AUTO

device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**Q.** "Loss" means direct and accidental loss or damage. But for Garagekeepers Coverage only, "loss" also includes any resulting loss of use.

**R.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **1.** False arrest, detention or imprisonment;

   **2.** Malicious prosecution;

   **3.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **4.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **5.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **6.** The use of another's advertising idea in your "advertisement"; or

   **7.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**S.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**T.** "Products" includes:

   **1.** The goods or products made or sold in an "auto" dealership by:

      **a.** You; or

      **b.** An "auto" dealership you have acquired; and

   **2.** The providing of or failure to provide warnings or instructions.

**U.** "Property damage" means damage to or loss of use of tangible property.

**V.** "Suit" means a civil proceeding in which:

   **1.** Damages because of "bodily injury", "property damage", "personal and advertising injury" or "acts, errors or omission s"; or

   **2.** A "covered pollution cost or expense",

to which this insurance applies, are claimed.

"Suit" includes:

   **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" submits with our consent.

**W.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**X.** "Trailer" includes semitrailer.

**Y.** "Work you performed" includes:

   **1.** Work that someone performed on your behalf; and

   **2.** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2011

POLICY NUMBER: AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SHORT TERM HIRED AUTO – ADDITIONAL INSURED AND LOSS PAYEE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

## SCHEDULE

Additional Insured (Lessor):

Any lessor of a "leased auto" under a leasing or rental agreement of less than 6 months.

Designation Or Description Of "Leased Autos":

Any "leased auto" under a leasing or rental agreement of less than 6 months.

**A. Coverage**

1. Any "leased auto" designated or described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire or borrow for **Covered Autos Liability Coverage**.

2. For a "leased auto" designated or described in the Schedule, the **Who Is An Insured** provision under **Covered Autos Liability Coverage** is changed to include as an "insured" the lessor of such "leased auto". However, the lessor is an "insured" only for "bodily injury" or "property damage" resulting from the acts or omissions by:

   **a.** You;

   **b.** Any of your "employees" or agents; or

   **c.** Any person, except the lessor or any "employee" or agent of the lessor,

operating a "leased auto" with the permission of any of the above.

3. Coverage for any "leased auto" described in the Schedule applies until the end of the policy period shown in the Declarations or when the lessor or his or her agent takes possession of the "leased auto", whichever occurs first.

**B. Loss Payable Clause**

1. We will pay, as interest may appear, you and the lessor, if your policy includes Hired Auto Physical Damage Coverage, for "loss" to a "leased auto".

2. The insurance covers the interest of the lessor unless the "loss" results from fraudulent acts or omissions on your part.

3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

CA T4 52 02 16

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

**C.** The lessor is not liable for payment of your premiums.

**D. Additional Definition**

As used in this endorsement:

"Leased auto" means an "auto" leased or rented to you, including any substitute, replacement or extra "auto" needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CA T4 52 02 16**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF EMPLOYEE DEFINITION

This endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

The following replaces the definition of "employee" in the **DEFINITIONS** Section:

"Employee" includes a "leased worker" and a "temporary worker".

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CA T4 59 02 15**

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PERSONAL AND ADVERTISING INJURY LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

## PROVISIONS

1.  The following replaces the definition of "personal and advertising injury" in the **DEFINITIONS** Section:

    "Personal and advertising injury" means "personal injury" or "advertising injury".

2.  The following replaces Exclusion **b., Material Published With Knowledge Of Falsity,** in Paragraph **2., Exclusions,** in Paragraph **B., Personal And Advertising Injury Liability,** of **SECTION II – GENERAL LIABILITY COVERAGES:**

    **b.  Material Published With Knowledge Of Falsity**

    "Personal and advertising injury" arising out of oral or written publication, including publication by electronic means, of material, if done by or at the direction of the "insured" with knowledge of its falsity.

3.  The following replaces Exclusion **c., Material Published Prior To Policy Period,** in Paragraph **2., Exclusions,** in Paragraph **B., Personal And Advertising Injury Liability,** of **SECTION II – GENERAL LIABILITY COVERAGES:**

    **c.  Material Published Or Used Prior To Policy Period**

    (1) "Personal and advertising injury" arising out of oral or written publication, including publication by electronic means, of material whose first publication took place before the beginning of the policy period; or

    (2) "Advertising injury" arising out of infringement of copyright, "title" or "slogan" in your "advertisement" whose first infringement in your "advertisement" was committed before the beginning of the policy period.

4.  The following is added to Exclusion **e., Contractual,** in Paragraph **2., Exclusions,** in Paragraph **B., Personal And Advertising Injury**

Liability, of **SECTION II – GENERAL LIABILITY COVERAGES:**

This exclusion also does not apply to liability for damages because of "personal injury" assumed by you in a contract or agreement that is an "insured contract", provided that the "personal injury" is caused by an offense committed subsequent to the execution of the contract or agreement.

5.  The following replaces Exclusion **f., Breach Of Contract,** in Paragraph **2., Exclusions,** in Paragraph **B., Personal And Advertising Injury Liability,** of **SECTION II – GENERAL LIABILITY COVERAGES:**

    **f.  Breach Of Contract**

    "Advertising injury" arising out of a breach of contract.

6.  The following replaces Exclusion **g., Quality Or Performance Of Goods – Failure To Conform To Statements,** in Paragraph **2., Exclusions,** in Paragraph **B., Personal And Advertising Injury Liability,** of **SECTION II – GENERAL LIABILITY COVERAGES:**

    **g.  Quality Or Performance Of Goods – Failure To Conform To Statements**

    "Advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

7.  The following replaces Exclusion **h., Wrong Description Of Prices,** in Paragraph **2., Exclusions,** in Paragraph **B., Personal And Advertising Injury Liability,** of **SECTION II – GENERAL LIABILITY COVERAGES:**

    **h.  Wrong Description Of Prices**

    "Advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

8.  The following replaces Exclusion **i., Infringement Of Copyright, Patent, Trademark, Or Trade Secret,** in Paragraph **2., Exclusions,** in

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL AUTO

Paragraph **B.**, **Personal And Advertising Injury Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

i.  **Intellectual Property**

"Personal and advertising injury" arising out of any actual or alleged infringement or violation of any of the following rights or laws, or any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation:

(1) Copyright;

(2) Patent;

(3) Trade dress;

(4) Trade name;

(5) Trademark;

(6) Trade secret; or

(7) Other intellectual property rights or laws.

This exclusion does not apply to:

(1) "Advertising injury" arising out of any actual or alleged infringement or violation of another's copyright, "title" or "slogan" in your "advertisement"; or

(2) Any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation of another's copyright, "title" or "slogan" in your "advertisement".

9.  The following replaces Exclusion **n.**, **War.**, in Paragraph **2.**, **Exclusions**, in Paragraph **B.**, **Personal And Advertising Injury Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

**War**

"Personal and advertising injury" arising out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

10. The following replaces Exclusion **o.**, **Recording And Distribution Of Material In Violation Of Law**, in Paragraph **2.**, **Exclusions**, in Paragraph **B.**, **Personal And Advertising Injury Liability**,

of **SECTION II – GENERAL LIABILITY COVERAGES**:

**Unsolicited Communication**

"Personal and advertising injury" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

11. The following replaces Exclusion **p.**, **Employment-related Practices**, in Paragraph **2.**, **Exclusions**, in Paragraph **B.**, **Personal And Advertising Injury Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

**Employment-Related Practices**

"Personal injury" to:

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practice, policy, act or omission, such as coercion, demotion, evaluation, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or imprisonment applied to or directed at that person, regardless of whether such practice, policy, act or omission occurs, is applied or is committed before, during or after the time of that person's employment; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" or "advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies whether the "insured" may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "personal injury".

12. The following exclusions are added to Paragraph **2.**, **Exclusions**, in Paragraph **B.**, **Personal And Advertising Injury Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

**Violation Of Consumer Financial Protection Laws**

"Personal and advertising injury" arising out of any actual or alleged violation of a "consumer financial protection law", or any other, "personal

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CA T4 72 12 18

injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such violation.

**Asbestos**

**(1)** "Personal and advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the "personal and advertising injury" damage is caused or contributed to by the hazardous properties of asbestos.

**(2)** "Personal and advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste, and that are part of any claim or "suit" which also alleges any "personal and advertising injury" described in Paragraph **(1)** above.

**(3)** Any loss, cost or expense arising out of any:

   **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or any way respond to, or assess the effects of, asbestos, asbestos fibers or products containing asbestos; or

   **(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or accessing the effects of, asbestos, asbestos fibers or products containing asbestos.

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**13.** The following replaces the introductory phrase of Paragraph **5.a.** in Paragraph **D., Who Is An Insured**, of **SECTION II – GENERAL LIABIITY COVERAGES**:

   **a.** "Bodily injury" or "personal injury":

**14.** The following replaces Paragraph **2.**, in Paragraph **F., Limits Of Insurance – General Liability Coverages**, of **SECTION II – GENERAL LIABIITY COVERAGES**:

Subject to Paragraph **1.a.** above, the Personal and Advertising Injury Limit is the most we will pay under Paragraph **B., Personal And Advertising Injury Liability**, for the sum of all damages because of all "personal injury" and "advertising injury" sustained by any one person or organization.

**15.** The following replaces Paragraph **N.5.** of the definition of "insured contract" in the **DEFINITIONS** Section:

   **5.** That part of any other contract or agreement pertaining to your "auto" dealership (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury", "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

**16.** The following is added to the **DEFINITIONS** Section:

"Advertising injury":

   **1.** Means injury caused by one or more of the following offenses:

      **a.** Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

      **b.** Oral or written publication, including publication by electronic means, of material in your "advertisement" that:

         **(1)** Appropriates a person's name, voice, photograph or likeness; or

         **(2)** Unreasonably places a person in a false light; or

      **c.** Infringement of copyright, "title" or "slogan" in your "advertisement", provided that the claim is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

   **2.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **1.** above.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL AUTO

"Consumer financial identity information" means any of the following information for a person that is used or collected for the purpose of serving as a factor in establishing such person's eligibility for personal credit, insurance or employment, or for the purpose of conducting a business transaction:

1. Part or all of the account number, the expiration date or the balance of any credit, debit, bank or other financial account.

2. Information bearing on a person's credit worthiness, credit standing or credit capacity.

3. Social security number.

4. Drivers license number.

5. Birth date.

"Consumer financial protection law" means:

1. The Fair Credit Reporting Act (FCRA) and any of its amendments, including the Fair and Accurate Credit Transactions Act (FACTA);

2. California's Song-Beverly Credit Card Act and any of its amendments; or

3. Any other law or regulation that restricts or prohibits the collection, dissemination, transmission, distribution or use of "consumer financial identity information".

"Personal injury":

1. Means injury, other than "advertising injury", caused by one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

   d. Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged; or

   e. Oral or written publication, including publication by electronic means, of material that:

      (1) Appropriates a person's name, voice, photograph or likeness; or

      (2) Unreasonably places a person in a false light; or

2. Includes "bodily injury" caused by one or more of the offenses described in Paragraph 1. above.

"Slogan":

1. Means a phrase that others use for the purpose of attracting attention in their advertising.

2. Does not include a phrase used as, or in, the name of:

   a. Any person or organization, other than you; or

   b. Any business, or any of the premises, goods, products, services or work, of any person or organization, other than you.

"Title" means a name of a literary or artistic work.

"Unsolicited communication" means any communication, in any form, that the recipient of such communication did not specifically request to receive.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA T4 72 12 18

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF BODILY INJURY AND PROPERTY DAMAGE COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**PROVISIONS**

1.  The following replaces Exclusion **d., Employee Indemnification And Employer's Liability,** in Paragraph **2., Exclusions,** in Paragraph **A., Bodily Injury And Property Damage Liability,** of **SECTION II – GENERAL LIABILITY COVERAGES:**

    **Employee Indemnification And Employer's Liability**

    "Bodily injury" to:

    (1) An "employee" of the "insured" arising out of and in the course of:

        (a) Employment by the "insured"; or

        (b) Performing the duties related to the conduct of the "insured's" business;

    (2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

    (3) A person arising out of any:

        (a) Refusal to employ that person;

        (b) Termination of that person's employment; or

        (c) Employment-related practice, policy, act or omission, such as coercion, demotion, evaluation, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or imprisonment applied to or directed at that person, regardless of whether such practice, policy, act or omission occurs, is applied or is committed before, during or after the time of that person's employment; or

    (4) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **(3) (a), (b),** or **(c)** above is directed.

    This exclusion applies whether the 'insured" may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "personal injury".

2.  The following replaces Exclusion **i., War,** in Paragraph **2., Exclusions,** in Paragraph **A., Bodily Injury And Property Damage Liability,** of **SECTION II – GENERAL LIABILITY COVERAGES:**

    **War**

    "Bodily injury" or "property damage" arising out of:

    (1) War, including undeclared or civil war;

    (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    (3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

3.  The following replaces Exclusion **m., Recording And Distribution Of Material In Violation Of Law,** in Paragraph **2., Exclusions,** in Paragraph **A., Bodily Injury And Property Damage Liability,** of **SECTION II – GENERAL LIABILITY COVERAGES:**

    **Unsolicited Communication**

**CA T6 32 12 18**

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

"Bodily injury" or "property damage" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

4. The following Exclusion is added to Paragraph **2., Exclusions,** in Paragraph **A., Bodily Injury And Property Damage Liability,** of SECTION II – GENERAL LIABILITY COVERAGES:

**Asbestos**

(1) "Bodily injury" or "property damage" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the "bodily injury" or "property damage" is caused or contributed to by the hazardous properties of asbestos.

(2) "Bodily injury" or "property damage" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste, and that are part of any claim or "suit" which also alleges any "bodily injury" or "property damage" described in Paragraph **(1)** above.

(3) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or any way respond to, or assess the effects of, asbestos, asbestos fibers or products containing asbestos; or

(b) Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or accessing the effects of, asbestos, asbestos fibers or products containing asbestos.

5. The following exclusion is added to Paragraph **2., Exclusions,** in Paragraph **A., Bodily Injury And Property Damage Liability,** of SECTION II – GENERAL LIABILITY COVERAGES:

**Access Or Disclosure Of Confidential Or Personal Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

6. The following exclusion is added to Paragraph **2., Exclusions,** in Paragraph **A., Bodily Injury And Property Damage Liability,** of SECTION II – GENERAL LIABILITY COVERAGES:

**Violation Of Consumer Financial Protection Laws**

"Bodily injury" or "property damage" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "bodily injury", "property damage", "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such violation.

7. The following is added to **SECTION V – DEFINITIONS:**

"Consumer financial identity information" means any of the following information for a person that is used or collected for the purpose of serving as a factor in establishing such person's eligibility for personal credit, insurance or employment, or for the purpose of conducting a business transaction:

1. Part or all of the account number, the expiration date or the balance of any credit, debit, bank or other financial account.

2. Information bearing on a person's credit worthiness, credit standing or credit capacity.

3. Social security number.

4. Drivers license number.

5. Birth date.

"Consumer financial protection law" means:

1. The Fair Credit Reporting Act (FCRA) and any of its amendments, including the F air and Accurate Credit Transactions Act (FACTA);

2. California's Song-Beverly Credit Card Act and any of its amendments; or

3. Any other law or regulation that restricts or prohibits the collection, dissemination, transmission, distribution or use of "consumer financial identity information".

"Unsolicited communication" means any communication, in any form, that the recipient of such communication did not specifically request to receive.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA T6 32 12 18

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES –
# AUTO DEALERS COVERAGE FORM

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Georgia, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

1. Covered Autos Liability Coverage is primary for an "auto" you don't own if operated by the "insured" and owned by a retail seller of "autos".

2. Covered Autos Liability Coverage is excess for an "auto" you own if operated by an "insured" other than you or your "employee".

3. **Exclusion D.4.a. Expected Or Intended Injury** is replaced by the following:

   a. **Expected Or Intended Injury**

      This insurance does not apply to "bodily injury" or "property damage" expected or intended from the standpoint of the "insured". However, this exclusion does not apply for coverage up to the minimum limit specified by the Georgia Motor Vehicle Safety Responsibility Act.

**B. Changes In Physical Damage Coverage**

1. If Collision Coverage is provided, Collision Coverage is primary for an "auto" you don't own if operated by the "insured" and owned by a retail seller of "autos".

2. Collision Coverage is excess for an "auto" you own if operated by an "insured" other than you or your "employee".

3. The "diminution in value" Exclusion does not apply.

**C. Changes In Conditions**

1. Paragraph **A.6.** of the **Cancellation** Common Policy Condition is replaced by the following:

   6. If notice is mailed, a receipt provided by, or such other evidence of mailing as prescribed or accepted by, the U.S. Postal Service shall be sufficient proof of notice.

2. Paragraph **2.a.** of the **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition is replaced by the following:

   a. In the event of "accident", claim, "suit", offense, "loss" or "act, error or omission", we or our representative must receive prompt notice of the "accident", offense, "loss" or "act, error or omission". Include:

      (1) How, when and where the "accident", offense, "loss" or "act, error or omission" occurred;

      (2) What the "act, error or omission" was;

      (3) The "insured's" name and address; and

      (4) To the extent possible, the names and addresses of:

         (a) Any injured persons and witnesses; or

         (b) Anyone who may suffer damages as a result of an "act, error or omission".

      The requirement for giving notice of a claim, if not satisfied by the "insured" within 30 days of the date of the "accident", may be satisfied by an injured third party who, as the result of such "accident", has a claim against the "insured". However, in this event, notice of a claim given by an injured third party must be mailed to us.

3. The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

   **Concealment, Misrepresentation Or Fraud**

   We will not pay for any "loss" or damage in any case of:

CA 01 63 10 13                © Insurance Services Office, Inc., 2012                Page 1 of 2

COMMERCIAL AUTO

**a.** Concealment or misrepresentation of a material fact; or

**b.** Fraud;

committed by you or any other "insured" at any time, and relating to coverage under this policy.

**4.** The last sentence in the **Appraisal For Physical Damage Loss** Condition is replaced by the following:

We do not waive any of our rights under this policy by agreeing to an appraisal.

© Insurance Services Office, Inc., 2012 **CA 01 63 10 13**

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYEE HIRED AUTOS

This endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the *Coverage Form* apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following is added to the **Who Is An Insured** Provision:

An "employee" of yours is an "insured" while operating an "auto" hired or rented under a contract or agreement in an "employee's" name, with your permission, while performing duties related to the conduct of your business.

**B. Changes In General Conditions**

Paragraph **5.b.** of the **Other Insurance** Condition in the Business Auto and Auto Dealers Coverage Forms and Paragraph **5.f.** of the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own:

**1.** Any covered "auto" you lease, hire, rent or borrow; and

**2.** Any covered "auto" hired or rented by your "employee" under a contract in an "employee's" name, with your permission, while performing duties related to the conduct of your business.

However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

CA 20 54 10 13 © Insurance Services Office, Inc., 2011 Page 1 of 1

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FELLOW EMPLOYEE COVERAGE

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The **Fellow Employee** Exclusion contained under the **Covered Autos Liability Coverage** does not apply.

**CA 20 55 10 13**          © Insurance Services Office, Inc., 2011          Page 1 of 1

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ALABAMA UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Alabama, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SCHEDULE**

**Limit Of Insurance: $**SEE CAT068  **Each "Accident"**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. No judgment for damages arising out of a "suit" brought against the owner or operator of an "uninsured motor vehicle" is binding on us unless we:

   a. Received reasonable notice of the pendency of the "suit" resulting in the judgment; and

   b. Had a reasonable opportunity to protect our interest in the "suit".

   However, if reasonable notice has not been given to us, we have the option to accept the judgment in the suit as binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to:

1. Any claim settled without our consent

   However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle".

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

CA 21 59 10 13

© Insurance Services Office, Inc., 2012

Page 1 of 4

COMMERCIAL AUTO

4. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the accident, the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Insurance shown in the Declarations. If there is more than one covered "auto", our limit of insurance for any one "accident" is the sum of the limits applicable to each covered "auto", subject to a maximum of three covered "autos".

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form or Auto Medical Payments Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this Coverage Form for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

3. We will reduce the "insured's" total damages by any amount available to that "insured", under any bodily injury liability bonds or policies applicable to the vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", that such "insured" did not recover as a result of a settlement between that "insured" and the insurer of such vehicle. However, any reduction of the "insured's" total damages will not reduce the limit of liability for this coverage.

This paragraph (**D.3.**) shall not apply if we advance payment to the "insured" in an amount equal to the tentative settlement with the insurer of the vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle".

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are changed by addition of the following:

   a. The reference to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

   b. Any insurance we provide with respect to a vehicle owned by the Named Insured or, if the Named Insured is an individual, any "family member", that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form, shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved.

   b. Promptly send us copies of the legal papers if a "suit" is brought.

   c. A person seeking Uninsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" and allow us 30 days to advance payment to that insured in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle".

© Insurance Services Office, Inc., 2012

**CA 21 59 10 13**

COMMERCIAL AUTO

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

Our rights do not apply under this provision with respect to damages caused by an "accident" with a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" if we:

  **a.** Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle"; and

  **b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

  **a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

  **b.** We have a right to recover the advanced payment.

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

4. The **Two Or More Coverage Forms Or Policies Issued By Us** General Condition does not apply to an individual Named Insured or any "family member".

5. **THE FOLLOWING CONDITION IS ADDED: ARBITRATION**

  **A.** IF WE AND AN "INSURED" DISAGREE WHETHER THE "INSURED" IS LEGALLY ENTITLED TO RECOVER DAMAGES FROM THE OWNER OR DRIVER OF AN "UNINSURED MOTOR VEHICLE" OR DO NOT AGREE AS TO THE AMOUNT OF DAMAGES THAT ARE RECOVERABLE BY THAT "INSURED", THEN THE MATTER MAY BE ARBITRATED. HOWEVER, DISPUTES CONCERNING COVERAGE UNDER THIS ENDORSEMENT MAY NOT BE ARBITRATED. BOTH PARTIES MUST AGREE TO ARBITRATION. IF SO AGREED, EACH PARTY WILL SELECT AN ARBITRATOR. THE TWO ARBITRATORS WILL SELECT A THIRD. IF THEY CANNOT AGREE WITHIN 30 DAYS, EITHER MAY REQUEST THAT SELECTION BE MADE BY A JUDGE OF A COURT HAVING JURISDICTION. THE ARBITRATION PROCEEDINGS SHALL COMMENCE WITHIN ONE YEAR AFTER THE DATE BOTH PARTIES AGREE TO SETTLE A DISPUTE BY ARBITRATION. ARBITRATION EXPENSES WILL BE DETERMINED BY THE ARBITRATOR ACCORDING TO ALABAMA LAW.

  UNLESS BOTH PARTIES AGREE OTHERWISE, ARBITRATION WILL TAKE PLACE IN THE COUNTY IN WHICH THE "INSURED" LIVES. LOCAL RULES OF LAW AS TO ARBITRATION PROCEDURE AND EVIDENCE WILL APPLY. A DECISION AGREED TO BY TWO OF THE ARBITRATORS WILL BE BINDING.

  **B.** THIS ARBITRATION PROVISION WILL NOT APPLY IF LEGAL ACTION HAS BEEN COMMENCED BY THE "INSURED" AGAINST THE OWNER OR OPERATOR OF AN "UNINSURED MOTOR VEHICLE".

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Uninsured motor vehicle" means a land motor vehicle or "trailer":

  **a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

  **b.** That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides a limit that is less than the amount an "insured" is legally

COMMERCIAL AUTO

entitled to recover as damages caused by the "accident";

**c.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**d.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

**(1)** Hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

**(2)** Cause "bodily injury" to an "insured" without hitting an "insured", a covered

"auto" or a vehicle an "insured" is "occupying".

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**b.** Designed for use mainly off public roads while not on public roads.

Page 4 of 4 © Insurance Services Office, Inc., 2012 **CA 21 59 10 13**

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BROAD FORM PRODUCTS COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

Paragraph **A. Bodily Injury And Property Damage Liability** of **Section II – General Liability Coverages** is changed as follow s:

Exclusion **2.h. Defective Products** does not apply. However, subject to the General Liability Bodily Injury And Property Damage Liability Each "Accident" Limit, the coverage only applies to that amount of "property damage" to your "products" that exceeds $500 for any one "accident".

**CA 25 01 10 13**                    © Insurance Services Office, Inc., 2011                    Page 1 of 1

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEALERS DRIVEAWAY COLLISION COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

Paragraph **F. Physical Damage Coverage** of **Section I – Covered Autos Coverages** is changed as follows:

Exclusion **3.d.(3)** does not apply, provided that:

1. You must include in your regular monthly or quarterly reports a statement of the points of origin, the destination and the factory price of each of these covered "autos".

2. If on the date of your last report, the actual value of these covered "autos", driven or transported during the period the report covers, exceeds what you last reported, we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing the total reported value by the total actual value you actually had on the date of your last report.

If the first report due is delinquent on the date of "loss", the most we will pay will not exceed 75 percent of the Limit Of Insurance shown in the Declarations for the applicable location.

CA 25 02 10 13                    © Insurance Services Office, Inc., 2011                    Page 1 of 1

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA UNINSURED MOTORISTS COVERAGE – ADDED ON TO AT-FAULT LIABILITY LIMITS

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Georgia, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

### SCHEDULE

Limit Of Insurance: $  SEE CAT068    Each "Accident"

Indicate with an "X" in the appropriate box the desired deductible option. Any amount payable for damages under this coverage will be in excess of the applicable deductible option.

**Deductible Option**

☒  No deductible applies.

☐  $      500    each "accident"

☐  $   1,000    each "accident"

☐  $   2,000    each "accident"

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums in excess of the applicable deductible option shown in the Schedule or Declarations that the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" including loss of consortium, sustained by the "insured" or "property damage" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. We will pay under this coverage only after the limits of liability under any applicable liability bonds or policies have been exhausted by payment of judgments or settlements. However, if a settlement is made between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" for an amount that does not exhaust the limits of liability under any applicable liability bonds or policies, we will not pay under this coverage unless we previously consented to such settlement in writing.

3. Any default judgment arising out of a "suit" for damages against anyone alleged to be legally responsible is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   **a.** The Named Insured and any "family members".

   **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

**CA 31 37 10 13**

© Insurance Services Office, Inc., 2012

Page 1 of 3

a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

c. The Named Insured for "property damage" only.

**C. Exclusions**

This insurance does not apply to:

1. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", if the settlement is made in accordance with GA CODE ANN. Section 33-24-41.1 and the payment of such settlement exhausts the limits of the applicable liability bonds or policies.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. The direct or indirect benefit of any insurer of property.

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

5. "Property damage" for which the "insured" has been compensated by other property or physical damage coverage.

6. Punitive or exemplary damages.

7. "Bodily injury" or "property damage" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form, any Liability Coverage form or any Medical Payments Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation law, exclusive of nonoccupational disability benefits.

3. We will not pay for any "property damage" that is paid or payable under Physical Damage Coverage.

**E. Changes In Conditions**

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

1. Paragraph **a.** of the **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms and Paragraph **e.** in the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable similar insurance available under more than one policy:

   **(1)** The following priorities of recovery apply:

| | |
|---|---|
| **First** | The policy affording Uninsured and Underinsured Motorists Coverage to the "insured" as a Named Insured or, if the Named Insured is an individual, any "family member". |
| **Second** | The Uninsured and Underinsured Motorists Coverage applicable to the vehicle the "insured" was "occupying" at the time of the "accident". |

   **(2)** We will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

The reference in the **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage

 © Insurance Services Office, Inc., 2012

Forms and the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

2. The **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition in the Business Auto and Motor Carrier Coverage Forms and the **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition in the Auto Dealers Coverage Form are changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved; and

   b. Promptly send us copies of the legal papers if a "suit" is brought.

3. The **Transfer Of Rights Of Recovery Against Others To Us** Condition is also changed by adding the following:

   If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

   We shall be entitled to the rights to recover damages from another only after the "insured" has been fully compensated for damages.

4. The **Two Or More Coverage Forms Or Policies Issued By Us** Condition does not apply to the Named Insured or, if the Named Insured is an individual, any "family member".

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Property damage" means:

   a. Injury to or destruction of a covered "auto" or its resulting loss of use;

   b. Injury to or destruction of property contained in the covered "auto" and owned by the Named Insured or, if the Named Insured is an individual, any "family member"; or

   c. Injury or destruction of property contained in the covered "auto" and owned by anyone else "occupying" the covered "auto".

4. "Uninsured motor vehicle" means a land motor vehicle or "trailer":

   a. For which there is neither:

      (1) Cash or securities on file with the Georgia Commissioner of Public Safety; nor

      (2) A liability bond or policy;

      applicable at the time of the "accident".

   b. That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which the sum of the limits of all liability bonds or policies applicable at the time of the "accident" either:

      (1) Is not enough to pay the full amount the covered "insured" is legally entitled to recover as damages; or

      (2) Has been reduced by payment of claims to an amount which is not enough to pay the full amount the covered "insured" is legally entitled to recover as damages.

   c. For which an insuring or bonding company legally denies coverage or is or becomes insolvent; or

   d. That is a hit-and-run vehicle and neither the driver nor owner can be identified.

      The vehicle must either:

      (1) Hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

      (2) Cause "bodily injury" or "property damage" with no physical contact with an "insured", a covered "auto" or a vehicle an "insured" is "occupying" at the time of the "accident", provided the facts of the "accident" can be corroborated by an eyewitness to the "accident" other than the "insured" making the claim.

   However, "uninsured motor vehicle" does not include any vehicle:

   a. Designed for use mainly off public roads while not on public roads; or

   b. Owned by or furnished for the regular use of you or any "family member".

© Insurance Services Office, Inc., 2012

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes

of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

**CA 99 03 10 13**                © Insurance Services Office, Inc., 2011                Page 1 of 2

COMMERCIAL AUTO

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The **Conditions** are changed for **Auto Medical Payments Coverage** as follows:

**1.** The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

**2.** The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

© Insurance Services Office, Inc., 2011

**CA 99 03 10 13**

POLICY NUMBER: AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE –
# BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

### SCHEDULE

LIMITS
Liability $
Auto Medical Payments $
Uninsured Motorists $
Underinsured Motorists $

Limits of Insurance as
stated in Item Two of
the applicable Coverage
Part Declarations

| Name of Individual | Liability Premium | Auto Medical Payments Premium | Uninsured Motorists Premium | Underinsured Motorists Premium | Physical Damage Comprehensive Deductible | Premium | Collision Deductible | Premium |
|---|---|---|---|---|---|---|---|---|
| MARSHA TAYLOR | $  | $ | $ | $  | $ 1,000 $ | | $ 1,000 $ | |
| LINDA TAYLOR MCKENNIE | | | | | 1,000 | | 1,000 | |
| MARK TAYLOR | | | | | 1,000 | | 1,000 | |
| TOMMIE TAYLOR | | | | | 1,000 | | 1,000 | |
| FULTON FELTCHER TAYLOR | | | | | 1,000 | | 1,000 | |
| GERI JONES WILBANKS | | | | | 1,000 | | 1,000 | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

**A.** This endorsement changes only those coverages where a premium is shown in the Schedule.

**B. Changes In Covered Autos Liability Coverage**

1. Any "auto" you don't own, hire or borrow is a covered "auto" while being used by any indi-

**CA 99 10 10 13**

© Insurance Services Office, Inc., 2011

Page 1 of 2

COMMERCIAL AUTO

vidual named in the Schedule or by his or her spouse while a resident of the same household except:

   **a.** Any "auto" owned by that individual or by any member of his or her household.

   **b.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

**2.** The following is added to **Who Is An Insured:**

Any individual named in the Schedule and his or her spouse, while a resident of the same household, are "insureds" while using any covered "auto" described in Paragraph **B.1.** of this endorsement.

**C. Changes In Auto Medical Payments And Uninsured And Underinsured Motorists Coverages**

The following is added to **Who Is An Insured:**

Any individual named in the Schedule and his or her "family members" are "insureds" while "occu-pying" or while a pedestrian when being struck by any "auto" you don't own except:

Any "auto" owned by that individual or by any "family member".

**D. Changes In Physical Damage Coverage**

Any private passenger type "auto" you don't own, hire or borrow is a covered "auto" while in the care, custody or control of any individual named in the Schedule or his or her spouse while a resident of the same household except:

**1.** Any "auto" owned by that individual or by any member of his or her household.

**2.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

**E. Additional Definition**

As used in this endorsement:

"Family member" means a person related to the individual named in the Schedule by blood, marriage or adoption who is a resident of the individual's household, including a ward or foster child.

© Insurance Services Office, Inc., 2011
**CA 99 10 10 13**

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLLUTION LIABILITY –
# BROADENED COVERAGE FOR COVERED AUTOS –
# AUTO DEALERS COVERAGE FORM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Covered Autos Liability Coverage** is changed as follows:

1. Paragraph **(1)** of the **Pollution** Exclusion applies only to liability assumed under a contract or agreement.

2. With respect to the coverage afforded by Paragraph **A.1.** above, Exclusion **f. Care, Custody Or Control** does not apply.

**B. Changes In Definitions**

For the purposes of this endorsement, Paragraph **G.** of **Section V – Definitions** is replaced by the following:

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

b. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraphs **a.** and **b.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

© Insurance Services Office, Inc., 2011

POLICY NUMBER: AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED FOR COVERED AUTOS LIABILITY COVERAGE – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**ADDITIONAL INSURED SCHEDULE**

Designated Person or Organization: ANY PERSON OR ORGANIZATION WITH WHOM YOU HAVE AGREED IN A WRITTEN

Address: CONTRACT EXECUTED PRIOR TO LOSS, TO NAME AS AN ADDITIONAL INSURED

ALBANY                          GA 31707

**PROVISIONS**

1. The following is added to Paragraph **D.2., Who Is An Insured**, of SECTION I – COVERED AUTOS COVERAGES:

   Any person or organization designated in the Additional Insured Schedule is an "insured", but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by the acts or omissions of an "insured" under paragraphs **D.2.a.** or **b.** of SECTION I – COVERED AUTOS COVERAGES.

2. The following is added to Paragraph **B., General Conditions**, of the **SECTION IV – CONDITIONS**:

   **Notice of Cancellation to Additional Insured**

   In the event of cancellation of this policy, written notice of cancellation will be mailed by us to that person or organization designated in the Additional Insured Schedule.

CA T3 27 02 15

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1

POLICY NUMBER: AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED FOR COVERED AUTOS LIABILITY COVERAGE – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

### ADDITIONAL INSURED SCHEDULE

Designated Person or Organization:   OLD DOMINION FREIGHT LINES INC.

Address:   500 OLD DOMINION WAY

THOMASVILLE                      NC 27360

**PROVISIONS**

1. The following is added to Paragraph **D.2., Who Is An Insured**, of **SECTION I – COVERED AUTOS COVERAGES**:

   Any person or organization designated in the Additional Insured Schedule is an "insured", but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by the acts or omissions of an "insured" under paragraphs **D.2.a.** or **b.** of SECTION I – COVERED AUTOS COVERAGES.

2. The following is added to Paragraph **B., General Conditions**, of the **SECTION IV – CONDITIONS**: **Notice of Cancellation to Additional Insured**

   In the event of cancellation of this policy, written notice of cancellation will be mailed by us to that person or organization designated in the Additional Insured Schedule.

CA T3 27 02 15

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TRUCK DEALERS EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**GENERAL DESCRIPTION OF COVERAGE** – This endorsement broadens coverage. However, coverage for any injury, damage or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to the Coverage Part, and these coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement. The following listing is a general coverage description only. Limitations and exclusions may apply to these coverages. Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties, and what is and is not covered.

**A.** Employee Hired Auto

**B.** Personal Property

**C.** False Pretense

**D.** Truck Dealers – Replacement And Repair

**E.** Hired Auto Physical Damage

**F.** Rental Reimbursement

**G.** Customized Furnishings

**H.** Drive Away Collision

**I.** Non-Owned Watercraft

**J.** Newly Acquired Or Formed Auto Dealership – 180 Days

**K.** Blanket Additional Insured – Owners Of Leased Or Rented Premises

**L.** Blanket Additional Insured – Lessor Of Leased Equipment

**M.** General Liability Aggregate Limit (Per Location)

**N.** Knowledge And Notice Of Accident, Claim, Offense, Suit, Loss or Acts, Errors Or Omissions

**O.** Unintentional Omission

## PROVISIONS

### A. EMPLOYEE HIRED AUTO

1. The following is added to Paragraph **2., Who Is An Insured**, in Paragraph **D., Covered Autos Liability Coverage**, of **SECTION I – COVERED AUTOS COVERAGES:**

   An "employee" of yours is an "insured" while operating an "auto" hired or rented under a contract or agreement in an "employee's" name, with your permission, while performing duties related to the conduct of your business.

2. The following replaces Paragraph **B.5.b., Other Insurance**, of **SECTION IV – CONDITIONS:**

   **b.** For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own:

   (1) Any covered "auto" you lease, hire, rent or borrow without a driver; and

   (2) Any covered "auto" hired or rented without a driver by your "employee" under a contract in an "employee's" name, with your permission, while performing duties related to the conduct of your busines s.

   Any "auto" that is leased, hired, rented or borrowed with a driver is a covered "auto" for Hired Auto Physical Damage Coverage only when leased, hired, rented or borrowed by you, and coverage for such "auto" is excess over any other collectible insurance.

### B. PERSONAL PROPERTY

1. The following is added to Paragraph **E., Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES:**

   **Coverage Extension – Customer's Personal Property**

   We will pay up to a maximum of $25,000 for any one "loss" of customer's personal property which is in or on a "customer's auto" left in the "insured's" care which the "insured" is attending, servicing, repairing, parking or storing in your "auto dealer operations", subject to a maximum of $50,000 for all such "loss" during the policy period. We will not pay for any "loss" until the amount of "loss" exceeds the deductible of $1,000.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL AUTO

This coverage applies only in the event of either a Comprehensive or Collision "loss" to the "customer's auto". Coverage for "loss" solely to customer's personal property caused by theft applies only with evidence of forced entry.

2. The following is added to Paragraph **F., Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

   **Coverage Extension – Personal Property**

   We will pay up to $400 for "loss" to wearing apparel and other personal property which is:

   **a.** Owned by an "insured"; and

   **b.** In or on your covered "auto".

   This coverage applies only in the event of a total theft of your covered "auto".

   No deductibles apply to this Personal Property coverage.

## C. FALSE PRETENSE

1. The following is added to Paragraph **1., Coverage**, in Paragraph **F., Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

   **False Pretense Coverage**

   **(1)** Any "auto" you have acquired is a covered "auto" under False Pretense Coverage.

   **(2)** We will pay for "loss" to a covered "auto" under False Pretense Coverage caused by:

      **(a)** Someone causing you to voluntarily part with the covered "auto" by trick or scheme or under false pretenses.

      **(b)** Your acquiring an "auto" from a seller who did not have legal title.

2. Exclusion **3.c., False Pretense**, in Paragraph **F., Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES** does not apply.

3. The following exclusions are added to Paragraph **3., Exclusions**, in Paragraph **F., Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

   False Pretense Coverage does not apply:

   **(1)** Unless:

      **(a)** You had legal title to, or consignment papers for, the covered "auto" prior to "loss"; and

   **(b)** You make every effort to recover the covered "auto" when it is located.

   **(2)** To a "loss" which, for any reason, a bank or any other drawee fails to pay.

   **(3)** To "autos" owned or acquired by you and insured through a floor plan or finance provider. However, False Pretense Coverage does apply to the value of improvements you have made to such covered "auto" after you have acquired it, which increases its value and exceeds the amount collectible from any other insurance.

4. The following is added to Paragraph **4., Limits Of Insurance**, in Paragraph **F., Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

   For "loss" under False Pretense Coverage the most we will pay for all such "loss" caused by any one person, any group of persons either related or acting together, or any one organization within the policy period is $300,000.

5. The following is added to Paragraph **5., Deductible**, in Paragraph **F., Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

   From our obligation under False Pretense Coverage, we will deduct the actual value of any property delivered to you in full or partial payment for title to or possession of a covered "auto".

6. The following is added to Paragraph **A.2.a., Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions**, of **SECTION IV – CONDITIONS**:

   You, or someone on your behalf, must take all reasonable steps to cause a warrant to be issued, as soon as practicable, for the arrest of anyone causing a "loss" defined within the False Pretense Coverage. Failure to cause such warrant to be issued as required by this Condition shall not invalidate any claim made by you, if it is shown that reasonable efforts were made.

## D. TRUCK DEALERS – REPLACEMENT AND REPAIR

1. The following is added to Paragraph **3.d.(1)** in Paragraph **F., Physical Damage Coverage**, of **SECTION I –COVERED AUTOS COVERAGES**:

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CA T3 63 02 15**

This exclusion does not apply to a covered "auto" that is a "new auto".

2. The following replaces Paragraph **4.a.(1)**, **Limits Of Insurance**, in Paragraph **F., Physical Damage Coverage**, of SECTION I – COVERED AUTOS COVERAGES, but only for covered "autos" that are "new autos":

   (1) "Loss" to any "new auto" will be determined on the following basis:

     (a) If the "new auto" is a "total loss", we will pay the higher of actual cash value or "actual dealer cost" of the "new auto" at the time of the "loss".

     (b) If the "new auto" is not a "total loss", we will pay the lesser of the following amounts:

       (i) The usual and customary charge for repairs in your area;

       (ii) The difference between the "wholesale value" of the "new auto" at the time of the "loss" and the "wholesale value" of the un-repaired "new auto" after the "loss"; or

       (iii) The retail cost of paintless dent repair if we determine that paint-less dent repair is an appropriate repair method for the "loss".

3. The following is added to Paragraphs **4.d.(1)** and **(2)** in Paragraph **F., Physical Damage Coverage**, of SECTION I – COVERED AUTOS COVERAGES:

The term value in this paragraph is deemed to be the term "wholesale value" as applied to any "new auto" after the "loss".

4. The following definitions are added to SECTION V – DEFINITIONS:

"Actual dealer cost" means the factory invoice amount plus your cost of installed accessories and enhancements, but excluding profit, holdback, advertising and overhead expenses.

"New auto" means an "auto" not older than the current model year or previous model year which:

   1. Has not been damaged in any previous "loss";

   2. Has not been registered or titled, unless your state requires that the "auto" be registered or titled in your name; and

   3. Has been driven less than 6,000 miles.

"Total loss" means that the cost of repairs plus the salvage value of the "new auto" exceeds the "wholesale value" of the "new auto".

"Wholesale value" means the value of an "auto" similar to the "new auto" based on auction reports or dealer wholesale reports in your area.

**E. HIRED AUTO PHYSICAL DAMAGE**

The following is added to Paragraph **F., Physical Damage Coverage**, of SECTION I – COVERED AUTOS COVERAGES:

**Coverage Extension – Hired Auto Physical Damage**

If hired "autos" are covered "autos" for Covered Auto Liability Coverage but not covered "autos" for Physical Damage Coverage, and this policy also provides Physical Damage Coverage for an owned "auto", then the Physical Damage Coverage is extended to "autos" that you lease, hire, rent or borrow subject to the following:

**a.** The most we will pay for "loss" to any one "auto" that you lease, hire, rent or borrow is the lesser of:

   (1) $100,000;

   (2) The actual cash value of the damaged or stolen property as of the time of the "loss"; or

   (3) The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**b.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**c.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of betterment.

**d.** A deductible equal to the highest Physical Damage deductible applicable to any owned covered "auto", but the deductible will not be applied to "loss" caused by fire or lightning.

**e.** This Hired Auto Physical Damage Coverage does not apply to any "auto" that is leased, hired, rented or borrowed from any or your "employees", partners, members or members of their households.

**F. RENTAL REIMBURSEMENT**

The following is added to **Paragraph F., Physical Damage Coverage**, of SECTION I – COVERED AUTOS COVERAGES:

CA T3 63 02 15            © 2015 The Travelers Indemnity Company. All rights reserved.                    Page 3 of 5
                    Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL AUTO

### Coverage Extension – Rental Reimbursement

We will pay the necessary and actual rental reimbursement expenses incurred by you, up to $150 per day, for the rental of an "auto" because of "loss" to a covered "auto". Payment applies in addition to the otherwise applicable amount of each coverage you have on a covered "auto". No deductible applies to this coverage.

We will pay only for those expenses incurred beginning 24 hours after the "loss" and ending, regardless of the policy's expiration, with the lesser of the following number of days:

**a.** The number of days reasonably required to repair or replace the covered "auto", plus the number of days it takes to locate the covered "auto" and return it to you if "loss" is caused by theft; or

**b.** Thirty days.

We will not pay rental reimbursement expenses while there are spare or reserve "autos" available to you for your "auto dealer operations".

If the costs described in the Coverage Extension – Loss of Use Expenses paragraph of this Section apply to the covered "loss", we will pay only the amount of your rental reimbursement expenses that are excess of such costs.

### G. CUSTOM FURNISHINGS

The following is added to Paragraph **F., Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

### Coverage Extension – Custom Furnishings

We will pay for "loss" to custom furnishings which are displayed on or are part of a covered "auto". The most we will pay for "loss" to custom furnishings in any one "accident" is the lesser of:

**a.** The actual cash value of the damaged or stolen property as of the time of the "loss" with adjustment for depreciation and physical condition at the time of "loss";

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality; or

**c.** $1,000.

No deductible applies to custom furnishings.

Custom furnishings include:

**a.** Special carpeting and insulation;

**b.** Height-extending roofs; and

**c.** Custom murals, paintings, or other decals or graphics.

Custom furnishings does not include electronic equipment.

### H. DRIVE AWAY COLLISION

Exclusion Paragraph **3.d.(3)** in Paragraph **F., Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES** relating to the transportation of vehicles more than 50 miles is deleted.

### I. NON-OWNED WATERCRAFT

**1.** The following replaces Paragraph **(2)** of Exclusion **g., Aircraft, Auto Or Watercraft**, in Paragraph **2., Exclusions**, in Paragraph **A., Bodily Injury And Property Damage Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

**(2)** A watercraft you do not own that is:

**(a)** Fifty feet long or less; and

**(b)** Not being used to carry any person or property for a charge; or

**2.** The following is added to Paragraph **D., Who Is An Insured**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

Any person who, with your expressed or implied consent, uses or is responsible for the use of a watercraft you do not own that is:

**a.** Fifty feet long or less, and is not being used to carry any person or property for a charge; or

**b.** Ashore on premises where you conduct "auto dealer operations".

**3.** The following is added to Paragraph **5., Other Insurance**, in Paragraph **B., General Conditions**, of **SECTION IV – CONDITIONS**:

This Coverage Form's Bodily Injury And Property Damage Liability Coverage for non-owned watercraft is excess over any other valid and collectible insurance available to the "insured", whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

### J. NEWLY ACQUIRED OR FORMED AUTO DEALERSHIP – 180 DAYS

The following replaces Paragraph **6.a.** in Paragraph **D., Who Is An Insured**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA T3 63 02 15

**K. BLANKET ADDITIONAL INSURED – OWNERS OF LEASED OR RENTED LAND OR PREMISES**

The following is added to Paragraph **D., Who Is An Insured**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

Any person or organization that is a premises lessor, but only for liability arising out of the ownership, maintenance and use of that part of the land or premises leased or rented to you.

The insurance provided to such premises owner or lessor does not apply to:

**a.** Any "accident" which occurs after you cease to be a tenant in the premises.

**b.** Structural alterations, new construction or demolition operations performed by or for such premises owner or lessor.

**L. BLANKET ADDITIONAL INSURED – LESSOR OF LEASED EQUIPMENT**

The following is added to Paragraph **D., Who Is An Insured**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

Any person or organization from whom you lease equipment when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional "insured" on your policy. Such equipment lessor is an "insured" only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of the maintenance, operation or use by you of equipment leased to you by such equipment lessor.

The equipment lessor's status as an additional "insured" ends when their contract or agreement with you for such leased equipment ends.

The insurance provided to such equipment lessor does not apply to:

**a.** Any "accident" which takes place, or offense which is committed, after the equipment lease expires.

**b.** "Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of the sole negligence of such equipment lessor.

**c.** "Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of "work you performed" in connection with such leased equipment.

**M. GENERAL LIABILITY AGGREGATE LIMIT (PER LOCATION)**

The following is added to Paragraph **1.a.**, in Paragraph **F., Limits Of Insurance – General Liability Coverages**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

This General Liability Aggregate Limit applies separately to each of your locations owned by or rented to you. For purposes of this General Liability Aggregate Limit, location means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a rail road.

**N. NOTICE AND KNOWLEDGE OF ACCIDENT, OFFENSE, LOSS OR ACT, ERROR OR OMISSION**

The following is added to Paragraph **A.2.a., Duties In The Event Of Accident, Claim, Suit, Loss Or Acts, Errors Or Omissions**, of **SECTION IV –CONDITIONS**:

Your duty to give us or our authorized representative prompt notice of the "accident", offense, "loss" or "act, error or omission" applies only when the "accident", offense, "loss" or "act, error or omission" is known to:

**(5)** You (if you are an individual);

**(6)** A partner (if you are a partnership);

**(7)** A member (if you are a limited liability company);

**(8)** An executive officer, director or insurance manager (if you are a corporation or other organization); or

**(9)** Any "employee" authorized by you to give notice of the "accident" or "loss".

However, if this Coverage Part includes an endorsement that provides limited coverage for "bodily injury" or "property damage" or pollution costs arising out of a discharge, release or escape of "pollutants" which contains a requirement that the discharge, release or escape of "pollutants" must be reported to us within a specific number of days after its abrupt commencement, this Paragraph **a.** does not affect that requirement.

**O. UNINTENTIONAL OMISSION**

The following is added to Paragraph **B.2., Concealment, Misrepresentation Or Fraud**, of **SECTION IV – CONDITIONS:**

The unintentional omission of, or unintentional error in, any information provided by you will not prejudice your rights under this insurance. However, this provision does not affect our right to collect additional premium or to exercise our right of cancellation or nonrenewal.

 © 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – ACTS, ERRORS OR OMISSIONS COVERAGE EXTENSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**A. ADDITIONAL ACTS, ERRORS OR OMISSIONS COVERAGES: AUTO DAMAGE DISCLOSURE, AUTO PARTS DISCLOSURE, USED CAR BUYERS GUIDE**

The following is added to the definition of "act, error or omission" in the **DEFINITIONS** Section:

**5.** Out of a failure to comply with any local, state or federal law or regulation concerning Auto Damage Disclosure in connection with the sale or lease of an "auto" in your "auto dealership operations".

**6.** Out of a failure to comply with any local, state or federal law or regulation concerning Auto Parts Disclosure in connection with the sale or lease of an "auto" in your "auto dealership operations".

**7.** Out of a failure to comply with any local, state or federal Used Car Buyers Guide law or regulation in connection with the sale or lease of an "auto" in your "auto dealership operations".

**B. ONE YEAR PRIOR ACTS COVERAGE**

The following is added to Paragraph **A., Coverage**, of **SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES:**

Coverage for any "act, error or omission" will also apply to damages because of any "act, error or omission" first committed during the one year prior to the first policy period for which you purchase this Auto Dealers – Acts, Errors Or Omissions Coverage Extension endorsement or the Auto Dealers – Title And Statutory Errors And Omissions Endorsement from us if all of the following provisions apply:

**a.** You purchased such coverage endorsement throughout that one year period;

**b.** The applicable prior coverage endorsement would also have provided coverage for the damages that are covered under this applicable Auto Dealers – Acts, Errors Or Omissions Coverage Extension endorsement;

**c.** The applicable prior coverage is no longer available to cover prior acts, errors or omissions for reasons other than the exhaustion of limits of insurance in the payments of judgments or settlements; and

**d.** No "insured" to which these Acts, Errors Or Omissions Liability coverages apply, and no "employee" authorized by you to give or receive notice of an act, error, omission or claim, knew that the act, error or omission had been committed.

Damages because of any "act, error or omission" committed during this one year period will be deemed to have been committed during the first policy period for which you purchase the Auto Dealers – Acts, Errors Or Omissions Coverage Extension endorsement from us. Only the first policy period will apply and no coverage will be provided for such damages in subsequent policy periods, if any, for which you purchase the Auto Dealers – Acts, Errors Or Omissions Coverage Extension endorsement.

A **$100,000** One Year Prior Acts Limit Of Insurance applies for damages because of any "act, error or omission" committed during this one year period. This limit applies to each such claim and as an aggregate for all such claims related to all such "acts, errors or omissions". No other limit of insurance applies to such prior acts.

© 2015 The Travelers Indemnity Company, Inc. All rights reserved.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – POLLUTION EXCLUSION – INCLUDING LIMITED POLLUTION COSTS LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**PROVISIONS**

1. The following replaces Exclusion **f.**, **Pollution**, in Paragraph **A.2.**, **Exclusions**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

   **f. Pollution**

   (1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

   **(a)** At or from any premises, site or location which is or was at any time owned, occupied or managed by, or rented or loaned to, any "insured". However, this subparagraph does not apply to:

   **(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or produced by or originating from equipment that is used to heat water for personal use by the building's occupants or their guests;

   **(ii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire, which means a fire that becomes uncontrollable, or breaks out from where it was intended to be;

   **(iii)** "Property damage" caused by fire to premises while rented to you or temporarily occupied by you with the permission of the owner; or

   **(iv)** "Bodily injury" or "property damage" arising only out of the discharge, release or escape of any "pollutant" at or from any premises, site or location (other than at or from an "underground tank") which is owned or occupied or managed by, or rented or loaned to, you during the policy period, if such discharge, release or escape of any "pollutant":

   **(aa)** Is accidental;

   **(bb)** Commences abruptly during the policy period and after the effective date of the Auto Dealers – Pollution Exclusion – Including Limited Pollution Costs Liability Coverage endorsement;

   **(cc)** Ends within seven consecutive days after its abrupt commencement;

   **(dd)** Becomes known to an "insured", other than your "employee", listed under Paragraph **D.**, Who Is An Insured, of SECTION II – GENERAL LIABILITY COVERAGES, or to your "employee" authorized by you to give or receive notice of any "accident" or claim, and is reported to us, within 30days after its abrupt commencement; and

   **(ee)** Does not arise out of any intentional violation of any governmental law, regulation or rule by you or anyone acting on your behalf.

CA T4 27 12 18

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 4

COMMERCIAL AUTO

All such "bodily injury" or "property damage" will be deemed to occur at the time such discharge, release or escape abruptly commences.

**(b)** At or from any premises, site or location which is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste. However, this subparagraph does not apply to "bodily injury" or "property damage" arising only out of the discharge, release or escape of sewage from any pipe or tank, if such discharge, release or escape satisfies the requirements in subparagraphs **(aa)**, **(bb)**, **(cc)**, **(dd)** and **(ee)** of Paragraph **f.(1)(a)(iv)** above. All such "bodily injury" or "property damage" shall be deemed to occur at the time such discharge, release or escape abruptly commences;

**(c)** If such "pollutants" are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any "insured"; or

**(ii)** Any person or organization for whom you may be legally responsible.

However, this subparagraph does not apply to "bodily injury" or "property damage" arising only out of the discharge, release or escape of sewage from any pipe or tank, if such discharge, release or escape satisfies the requirements in subparagraphs **(aa)**, **(bb)**, **(cc)**, **(dd)** and **(ee)** of Paragraph **f.(1)(a)(iv)** above. All such "bodily injury" or "property damage" shall be deemed to occur at the time such discharge, release or escape abruptly commences;

**(d)** At or from any premises, site or location at, on which or in which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are or were at any time performing operations to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to,

or assess the effects of, "pollutants"; or

**(e)** If any of such discharge, dispersal, seepage, migration, release or escape of "pollutants" resulted in "bodily injury" or "property damage" that occurred, in whole or in part, prior to the policy period. Any continuation, change, or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have occurred prior to the policy period.

**(2)** "Pollution costs".

**2.** The following is added to **SECTION II – GENERAL LIABILITY COVERAGES**:

**Limited Pollution Costs Liability**

**1. Coverage**

**a.** We will pay those sums that you become legally obligated to pay as "limited covered pollution costs" to which this insurance applies. We have the right and duty to defend you against a "suit" asking for these "limited covered pollution costs". However, we have no duty to defend you against any "suit" seeking "limited covered pollution costs" to which this insurance does not apply. We may at our discretion investigate any discharge, release or escape of "pollutants" and settle any claim or "suit" as we consider appropriate. But:

**(1)** The amount we will pay for "limited covered pollution costs" will be included within, and not in addition to, the General Liability Bodily Injury And Property Damage Liability Each "Accident" Limit and the General Liability Aggregate Limit for all "bodily injury" and "property damage"; and

**(2)** Our right and duty to defend ends when the applicable limit of insurance has been exhausted by the payment of judgments, settlements or "limited covered pollution costs."

**b.** This insurance applies to "limited covered pollution costs" only if:

**(1)** The "limited covered pollution costs" are incurred for a discharge, release or escape of "pollutants" that:

**(a)** Is accidental;

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CA T4 27 12 18

**(b)** Commences abruptly in the coverage territory, during the policy period and after the effective date of the Auto Dealers – Pollution Exclusion – Including Limited Pollution Costs Liability Coverage endorsement;

**(c)** Ends within seven consecutive days after its abrupt commencement; and

**(d)** Becomes known to an "insured", other than your "employee", listed under Paragraph **B.**, Who Is An Insured, of SECTION **II** – GENERAL LIABILITY COVERAGES or to your "employee" authorized by you to give or receive notice of any "accident" or claim, and is reported in writing to us, within 30 days after its abrupt commencement; and

**(e)** Does not arise out of any intentional violation of any governmental law, regulation or rule by you or anyone acting on your behalf; and

**(2)** Such "pollutants" also cause "bodily injury" or "property damage" to which Paragraph **1.**, Coverage, of Paragraph **A.**, Bodily Injury And Property Damage Liability, applies.

**2.  Exclusions**

This insurance does not apply to "limited covered pollution costs" which you are obligated to pay by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability that you would have to pay "limited covered pollution costs" in the absence of the contract or agreement.

**3.** The following is added to Paragraph **A.2.a.**, **Duties In The Event Of Accident, Claim, Offense, Suit. Loss Or Acts, Errors Or Omissions**, of **SECTION IV – CONDITIONS**:

However, this prompt notice condition does not affect the requirement in Exclusion **f.**, Pollution, and the Limited Pollution Costs Liability Coverage paragraph of SECTION II – GENERAL LIABILITY COVERAGES that the discharge, release or escape of "pollutants" must be reported to us within 30 days after its abrupt commencement.

Also include in that notice: how, when and where the discharge, release or escape of "pollutants" abruptly commenced.

**4.** The following is added to Paragraph **B.5.**, **Other Insurance**, of **SECTION IV – CONDITIONS**:

Regardless of the provisions of Paragraph f. above, if valid and collectible other insurance is available to the Named Insured shown in the Declarations for a loss we cover under the Auto Dealers – Pollution Exclusion – Including Limited Pollution Costs Liability Coverage endorsement, this insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis.

We will have no duty under the Auto Dealers – Pollution Exclusion – Including Limited Pollution Costs Liability Coverage endorsement to defend the Named Insured shown in the Declarations against any "suit" if any other insurer has a duty to defend such Named Insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to such Named Insured's rights against all those other insurers.

We will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all such other insurance.

**5.** The following is added to Paragraph **B.7.**, **Policy Period, Coverage Territory**, of **SECTION IV –CONDITIONS**:

Under this Coverage Form, we also cover "limited covered pollution costs" arising out of the discharge, release or escape of "pollutants" abruptly commencing during the policy period shown in the Declarations and within the coverage territory.

**6.** The following is added to the definition of "suit" in Paragraph **V.** of **SECTION V – DEFINITIONS**:

"Suit" also means a civil proceeding in which "limited covered pollution costs" to which this insurance applies, are alleged.

"Suit" also includes:

---

CA T4 27 12 18

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 3 of 4

COMMERCIAL AUTO

**(1)** An arbitration proceeding in which "limited covered pollution costs" are claimed and to which you must submit or do submit with our consent; and

**(2)** Any other alternative dispute resolution proceeding in which "limited covered pollution costs" are claimed and to which you submit with our consent.

**7.** The following is added to **SECTION V – DEFINITIONS**:

"Limited covered pollution costs":

**1.** Means any cost or expense that is:

   **a.** To test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or assess the effects of "pollutants"; and

   **b.** Reported to us within one year after the ending date of such work or operations

**2.** Does not include:

   **a.** Any punitive or exemplary damages, or the portion of any multiplied damage award that exceeds the amount multiplied;

   **b.** Any statutory or administrative fine or penalty;

   **c.** Any salary of, or benefit for, any of your partners (if you are a partnership), any of your members (if you are a limited liability company), any of your "employees" or any of your "executive officers" or directors (if you are an organization other than a partnership or limited liability company);

   **d.** Any cost or expense to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or assess the effects of, "pollutants", if such work or operations began while such "pollutants" are or were:

      **(1)** At any premises, site or location which is or was at any time owned, occupied or managed by, or rented or loaned to, you; or

      **(2)** On or in property in your care, custody or control.

   **e.** Any cost or expense to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or assess the effects of, "pollutants" on or in

any of your "employees", after the actual, alleged or threatened absorption, ingestion or inhalation of such "pollutants" by any of your "employees" arising out of and in the course of:

   **(1)** Employment by you; or

   **(2)** Performing duties related to the conduct or your business.

"Pollution costs" means any:

**1.** Loss, cost or expense arising out of any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Loss, cost or expense arising out of any claim or "suit" by or on behalf of a governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Underground tank" means any one or combination of tanks (including any connected pipe or pump), the volume of which (including the volume of all connected underground pipes or pumps) is 10% or more:

**1.** Beneath the surface of the ground outside of a building or structure;

**2.** Beneath the lowest basement floor of a building or structure;

**3.** Otherwise covered with earthen materials; or

**4.** Beneath the surface of the water.

Underground pipe or pump means all underground piping or pumps, including valves, elbows, joints, flanges and flexible connectors attached to any one or combination of tanks.

However, "underground tank" does not include the part of any tank (including the part of any connected pipe or pump) containing sewage.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA T4 27 12 18

COMMERCIAL AUTO POLICY

ENDORSEMENT - CA T8 34 02 21

POLICY NUMBER  AD-9P86338A--CAG

** THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY. **

CAT619 AL FOR GL COVERAGES

LIABILITY PREMIUM:                      ■

IT IS AGREED THAT:

BLKT ADDITIONAL INSURED FOR GENERAL
LIABILITY COVERAGES - PRIMARY AND
NON-CONTRIBUTORY WITH OTHER INSURANCE
SEE CA T6 19 01 18

EFFECTIVE DATE  02-01-21   EXPIRATION DATE  02-01-22
PAGE 0001   DATE OF ISSUE  02-22-21

POLICY NUMBER:   AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:   02-22-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – BROAD FORM WORK COVERAGE - FRED TAYLOR COMPANY, INC.

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

## SCHEDULE

| | |
|---|---|
| Broad Form Work Limit: | $100,000 |
| Broad From Work Aggregate Limit: | $250,000 |
| Broad Form Work Deductible: | $1,000 |

### PROVISIONS

1. The following is added to Exclusion **i.**, **Work You Performed**, in Paragraph **2.**, **Exclusions**, in Paragraph **A.**, **Bodily Injury And Property Damage Liability**, of **SECTION II – GENERAL LIABILITY COVERAGE**:

   But this exclusion does not apply if the "property damage" arises out of "work you performed" and that "property damage" occurs after you have relinquished possession of your customer's "auto".

2. The following is added to Paragraph **F.**, **Limits Of Insurance – General Liability Coverages**, of **SECTION II – GENERAL LIABILITY COVERAGE**:

**Broad Form Work Limit Of Insurance and Deductible**

We will pay 75 percent of the usual and customary charges for both labor and parts for repairs made by you to the "property damage" to "work you performed", but only as applied to that amount of "property damage" to "work you performed" that exceeds the Broad Form Work Deductible shown in the Schedule for any one "accident".

The Broad Form Work Aggregate Limit shown in the Schedule is the most we will pay in the policy period for all such "property damage".

CA T8 00 02 21          © 2020 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL AUTO POLICY

ENDORSEMENT - CA T8 36 02 21

POLICY NUMBER  AD-9P86338A--CAG

** THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY. **

ADDITIONAL INSURED

LIABILITY PREMIUM:                    ■

IT IS AGREED THAT:

ADDL INSD COVD AUTOS LIAB COVG-
DESGN PERSONS AND
ADDL INSD FOR GEN LIAB COV-
DESGN PERSON
SEE PROVISIONS OF CA T3 27 02 15 AND
CA T4 82 02 15

EFFECTIVE DATE  02-01-21   EXPIRATION DATE  02-01-22
PAGE 0001   DATE OF ISSUE  02-22-21

COMMERCIAL AUTO POLICY

ENDORSEMENT - CA T8 37 02 21

POLICY NUMBER   AD-9P86338A--CAG

** THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY. **

INC UM/UIM - $1M

LIABILITY PREMIUM:            ████

IT IS AGREED THAT:

SEE CA T0 68

EFFECTIVE DATE   02-01-21    EXPIRATION DATE   02-01-22
PAGE 0001    DATE OF ISSUE   02-22-21

POLICY NUMBER: AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02- 22- 21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED FOR GENERAL LIABILITY COVERAGES – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

## SCHEDULE OF ADDITIONAL INSUREDS

Designated Persons or Organizations: ANY PERSON OR ORGANIZATION WITH WHOM YOU HAVE AGREED IN A WRITTEN CONTRACT EXECUTED PRIOR TO LOSS, TO NAME AS AN ADDITIONAL INSURED YOU HAVE AGREED IN A WRITTEN CONTRACT EXECUTED PRIOR TO LOSS, TO NAME AS AN ADDITIONAL INSURED

**PROVISIONS**

1. The following is added to Paragraph **D.**, **Who Is An Insured**, of **SECTION II – GENERAL LIABIL-ITY COVERAGES**:

   Any person or organization designated in the Schedule Of Additional Insureds is an "insured", but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertis-ing injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

   **a.** In the performance of your ongoing "auto dealer operations"; or

   **b.** In connection with your premises owned by or rented to you.

CA T4 82 02 15

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1

POLICY NUMBER:   AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED FOR GENERAL LIABILITY COVERAGES – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

## SCHEDULE OF ADDITIONAL INSUREDS

Designated Persons or Organizations:    SA WHITE OIL COMPANY, INC.

**PROVISIONS**

1. The following is added to Paragraph **D., Who Is An Insured**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

   Any person or organization designated in the Schedule Of Additional Insureds is an "insured", but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

   **a.** In the performance of your ongoing "auto dealer operations"; or

   **b.** In connection with your premises owned by or rented to you.

CA T4 82 02 15

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1

POLICY NUMBER:   AD-9P8633A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED FOR GENERAL LIABILITY COVERAGES – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**SCHEDULE OF ADDITIONAL INSUREDS**

Designated Persons or Organizations:  OLD DOMINION FREIGHT LINES INC.

**PROVISIONS**

1.  The following is added to Paragraph **D., Who Is An Insured**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

    Any person or organization designated in the Schedule Of Additional Insureds is an "insured", but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertis-

ing injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**a.** In the performance of your ongoing "auto dealer operations"; or

**b.** In connection with your premises owned by or rented to you.

CA T4 82 02 15          © 2015 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF EXCLUSION – CRIMINAL, FRAUDULENT, MALICIOUS, DISHONEST OR INTENTIONAL ACTS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The following replaces Exclusion **1.**, **Criminal, Fraudulent, Malicious, Dishonest Or Intentional Acts**, in Paragraph **B.**, **Exclusions**, of SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES:

**Criminal, Fraudulent, Malicious, Dishonest Or Intentional Acts**

Damages arising out of any criminal, fraudulent, malicious, dishonest or intentional "act, error or omission" by an "insured", including the willful or reckless violation of any law or regulation.

POLICY NUMBER:   AD-9O86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02–22 –21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LESSOR – ADDITIONAL INSURED AND LOSS PAYEE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## SCHEDULE

**Insurance Company:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**Policy Number:**  AD-9P86338A-21-CAG          **Effective Date:** 02–01 –21

**Expiration Date:**  02–01–22

**Named Insured:**  FRED TAYLOR COMPANY INC
AND AS PER IL T8 03

**Address:**  2700 PALMYRA RD
ALBANY, GA  31707

**Additional Insured (Lessor):**  ANY LESSOR UNDER A LEASING CONTRACT OR
AGREEMENT OF SIX MONTHS OR MORE THAT
REQUIRES YOU TO PROVIDE DIRECT PRIMARY
**Address:**  INSURANCE FOR THE LESSOR

**Designation Or Description Of "Leased Autos":**

ANY AUTO LEASED FOR A PERIOD OF SIX MONTHS OR
MORE UNDER A LEASING CONTRACT OR AGREEMENT
THAT REQUIRES YOU TO PROVIDE DIRECT PRIMARY
INSURANCE FOR THE LESSOR

| Coverages | Limit Of Insurance | |
|---|---|---|
| **Covered Autos Liability** | $ 1,000,000 | **Each "Accident"** |
| **Comprehensive** | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus**<br>$ SEE CA T0 80 **Deductible For Each Covered "Leased Auto"** | |
| **Collision** | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus**<br>$ SEE CA T0 80 **Deductible For Each Covered "Leased Auto"** | |
| **Specified Causes Of Loss** | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus**<br>$                    **Deductible For Each Covered "Leased Auto"** | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**CA 20 01 10 13**          © Insurance Services Office, Inc., 2011          Page 1 of 2

COMMERCIAL AUTO

**A. Coverage**

1. Any "leased auto" designated or described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire or borrow.

2. For a "leased auto" designated or described in the Schedule, the **Who Is An Insured** provision under **Covered Autos Liability Coverage** is changed to include as an "insured" the lessor named in the Schedule. However, the lessor is an "insured" only for "bodily injury" or "property damage" resulting from the acts or omissions by:

   **a.** You;

   **b.** Any of your "employees" or agents; or

   **c.** Any person, except the lessor or any "employee" or agent of the lessor, operating a "leased auto" with the permission of any of the above.

3. The coverages provided under this endorsement apply to any "leased auto" described in the Schedule until the expiration date shown in the Schedule, or when the lessor or his or her agent takes possession of the "leased auto", whichever occurs first.

**B. Loss Payable Clause**

1. We will pay, as interest may appear, you and the lessor named in this endorsement for "loss" to a "leased auto".

2. The insurance covers the interest of the lessor unless the "loss" results from fraudulent acts or omissions on your part.

3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

**C. Cancellation**

1. If we cancel the policy, we will mail notice to the lessor in accordance with the Cancellation Common Policy Condition.

2. If you cancel the policy, we will mail notice to the lessor.

3. Cancellation ends this agreement.

**D.** The lessor is not liable for payment of your premiums.

**E. Additional Definition**

As used in this endorsement:

"Leased auto" means an "auto" leased or rented to you, including any substitute, replacement or extra "auto" needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

© Insurance Services Office, Inc., 2011

**CA 20 01 10 13**

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BLANKET ADDITIONAL INSURED FOR GENERAL LIABILITY COVERAGES – PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

## PROVISIONS

1. The following is added to Paragraph **D., Who Is An Insured,** of **SECTION II – GENERAL LIABILITY COVERAGES:**

Any person or organization who you are required under a written contract or agreement between you and that person or organization that is signed by you before:

a. The "bodily injury" or "property damage" occurs; or

b. The "personal injury" or "advertising injury" offense is committed;

and that is in effect during the policy period, to name as an additional insured for general liability coverage, but only for damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

a. In the performance of your ongoing "auto dealer operations"; or

b. In connection with your premises owned by or rented to you.

2. The following is added to Paragraph **5., Other Insurance,** in **B., General Conditions,** of **SECTION IV –CONDITIONS,** but only for General Liability Coverages:

Regardless of the provisions of paragraphs **d.** and **f.** of this part **5. Other Insurance,** this insurance is primary to and non-contributory with applicable other insurance under which an additional insured person or organization is the first named insured when the written contract or agreement between you and that person or organization, that is signed by you before:

(1) The "bodily injury" or "property damage" occurs; or

(2) The "personal injury"  or "advertising injury" offense is committed;

and that is in effect during the policy period, requires this insurance to be primary and non-contributory.

**CA T6 19 01 18**

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1

# INTERLINE ENDORSEMENTS

# INTERLINE
# ENDORSEMENTS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COMMON POLICY CONDITIONS – PROHIBITED COVERAGE – UNLICENSED INSURANCE AND TRADE OR ECONOMIC SANCTIONS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following is added to the Common Policy Conditions:

**Prohibited Coverage – Unlicensed Insurance**

1. With respect to loss sustained by any insured, or loss to any property, located in a country or jurisdiction in which we are not licensed to provide this insurance, this insurance does not apply to the extent that insuring such loss would violate the laws or regulations of such country or jurisdiction.

2. We do not assume responsibility for:

   a. The payment of any fine, fee, penalty or other charge that may be imposed on any person or organization in any country or jurisdiction because we are not licensed to provide insurance in such country or jurisdiction; or

   b. The furnishing of certificates or other evidence of insurance in any country or jurisdiction in which we are not licensed to provide insurance.

**Prohibited Coverage – Trade Or Economic Sanctions**

We will provide coverage for any loss, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose us or any of our affiliated or parent companies to:

1. Any trade or economic sanction under any law or regulation of the United States of America; or

2. Any other applicable trade or economic sanction, prohibition or restriction.

IL T4 12 03 15                © 2014 The Travelers Indemnity Company. All rights reserved.                Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL BENEFITS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following Condition is added to each Common Policy Conditions included in this policy:

**Additional Benefits**

1. We may offer or provide, or allow others to provide, you or another insured under this policy with goods and services, access to discounted goods and services, other program benefits or other items of value that could assist your business with managing your risk, with servicing your policy or with staying informed about loss control and mitigation of risk.

2. These Additional Benefits may be provided in any form. You or another insured under this policy may be eligible to receive additional benefits. You are under no obligation to pursue any of these Additional Benefits.

3. While we may arrange for these Additional Benefits, the other provider is liable to you or the other insured for the provision of the goods and services. We do not warrant the merchantability, fitness or quality of any goods or services provided or assume any additional obligation related to any Additional Benefits provided.

4. We have the right to modify or discontinue any Additional Benefits provided by us, or others authorized by us, without notice to you or any other insured.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

   "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

IL 00 21 09 08      © ISO Properties, Inc., 2007      Page 1 of 2

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **A.1.** of the **Cancellation** Common Policy Condition is replaced by the following:

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation stating a future date on which the policy is to be cancelled, subject to the following:

   a. If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive notice from the first Named Insured or the date specified in the notice, whichever is later. However, upon receiving a written notice of cancellation from the first Named Insured, we may waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

   b. If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days' notice to the first Named Insured and the third party as soon as practicable after receiving the first Named Insured's request for cancellation.

   Our notice will state the effective date of cancellation, which will be the later of the following:

   (1) 10 days from the date of mailing or delivering our notice; or

   (2) The effective date of cancellation stated in the first Named Insured's notice to us.

**B.** Paragraph **A.5.** of the **Cancellation** Common Policy Condition is replaced by the following:

5. **Premium Refund**

   a. If this policy is cancelled, we will send the first Named Insured any premium refund due.

   b. If we cancel, the refund will be pro rata, except as provided in c. below.

   c. If the cancellation results from failure of the first Named Insured to pay, when due, any premium to us or any amount, when due, under a premium finance agreement, then the refund may be less than pro rata. Calculation of the return premium at less than pro rata represents a penalty charged on unearned premium.

   d. If the first Named Insured cancels, the refund may be less than pro rata.

   e. The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to the **Cancellation** Common Policy Condition and supersedes any other provisions to the contrary:

If we decide to:

1. Cancel or nonrenew this policy; or

2. Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages); or

3. Change any policy provision which would limit or restrict coverage;

then:

We will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first Named Insured and lienholder, if any, at the last mailing address known to us. Except as applicable as described in Paragraph **D.** or **E.** below, we will mail or deliver notice at least:

a. 10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium; or

b. 45 days before the effective date of cancellation if this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium; or

c. 45 days before the expiration date of this policy if we decide to nonrenew, increase the premium or limit or restrict coverage.

**D.** The following provisions apply to insurance covering residential real property only provided under the:

Capital Assets Program (Output Policy) Coverage Part;

Commercial Property Coverage Part;

Farm Coverage Part;

if the named insured is a natural person.

With respect to such insurance, the following is added to the **Cancellation** Common Policy Condition and supersedes any provisions to the contrary except as applicable as described in Paragraph **E.**:

1. When this policy has been in effect for 60 days or less and is not a renewal with us, we may cancel for any reason by notifying the first Named Insured at least 10 days before the date cancellation takes effect.

2. When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel for one or more of the following reasons:

a. Nonpayment of premium, whether payable to us or to our agent;

b. Upon discovery of fraud, concealment of a material fact, or material misrepresentation made by or with the knowledge of any person insured under this policy in obtaining this policy, continuing this policy or presenting a claim under this policy;

c. Upon the occurrence of a change in the risk which substantially increases any hazard insured against; or

d. Upon the violation of any of the material terms or conditions of this policy by any person insured under this policy.

We may cancel by providing notice to the first Named Insured at least:

(1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(2) 45 days before the effective date of cancellation if we cancel for any of the reasons listed in **b.**, **c.** or **d.** above.

**E.** With respect to a policy that is written to permit an audit, the following is added to the **Cancellation** Common Policy Condition:

If you fail to submit to or allow an audit for the current or most recently expired term, we may cancel this policy subject to the following:

1. We will make two documented efforts to send you and your agent notification of potential cancellation. After the second notice has been sent, we have the right to cancel this policy by mailing or delivering a written notice of cancellation to the first Named Insured at least 10 days before the effective date of cancellation, but not within 20 days of the first documented effort.

2. If we cancel this policy based on your failure to submit to or allow an audit, we will send the written notice of cancellation to the first Named Insured at the last known mailing address by certified mail or statutory overnight delivery with return receipt requested.

POLICY NUMBER:   AD-9P86338A-21-CAG                    ISSUE DATE:  02-22-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INSURER AMENDMENT ENDORSEMENT

This endorsement modifies insurance provided under the following ([X] indicates applicable):

[X]   ALL COVERAGES INCLUDED IN THIS POLICY
[ ]   THE COVERAGE(S) SHOWN IN THE SCHEDULE BELOW

**SCHEDULE OF INSURING COMPANIES**

| State | Insuring Company | Coverage(s) (if "All Coverages Included In This Policy" is not applicable) |
|-------|------------------|---------------------------------------------------------------------------|

**SEE SCHEDULE**

          © 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.          Page 1 of 2

**PROVISIONS**

For each respective state and coverage shown in the Schedule Of Insuring Companies, the insuring company abbreviation shown in Item 4 of the Common Policy Declarations is replaced with the insuring company abbreviation shown in such schedule.

If indicated in the State column of such schedule, ** means all other applicable states and jurisdictions in the United States of America.

The insuring company abbreviations are listed below with their corresponding insuring company.

| | |
|---|---|
| TIL | Travelers Property Casualty Company of America |
| TCT | The Travelers Indemnity Company of Connecticut |
| TIA | The Travelers Indemnity Company of America |
| COF | The Charter Oak Fire Insurance Company |
| IND | The Travelers Indemnity Company |
| PHX | The Phoenix Insurance Company |
| TLC | The Travelers Lloyds Insurance Company |

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
IL T3 05 07 15

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-22-21

# SCHEDULE EXTENSION

**This is an extension of IL T3 05 07 15**

**INSURER AMENDMENT ENDORSEMENT**

| State | Insuring Company | Coverage(s) (if "All Coverages Included In This Policy" is not applicable) |
|-------|------------------|---------------------------------------------------------------------------|
| AL    | IND              |                                                                           |
| GA    | TIL              |                                                                           |

IL T3 05 SCHED

Page 1

# POLICYHOLDER NOTICES



# POLICYHOLDER NOTICES

# IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy    from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

**PN T4 54 01 08**                                                                 Page 1 of 1

**GEORGIA INSURANCE POLICY INFORMATION CARD**

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA  25674

Policy Number: AD-9P86338A-21-CAG        Original Issue Date: 02-01-21

Expiration Date: 02-01-22

Insured

FRED TAYLOR COMPANY INC
AND AS PER IL T8 03
2700 PALMYRA RD.

ALBANY                    GA  31707

Vehicle Insured

| Year | Make/Model | Vehicle Identification Number |
|------|------------|-------------------------------|
| 2013 | FORD  EXPLO | 1FM5K8F84DGC71423 |

"THE CURRENT STATUS OF ACTUAL MOTOR VEHICLE LIABILITY
INSURANCE COVERAGE IS MAINTAINED BY THE GEORGIA DEPARTMENT
OF MOTOR VEHICLE SAFETY AND IS ACCESSIBLE TO LAW ENFORCEMENT
AGENCIES UPON A CHECK OF THE VEHICLE REGISTRATION".

**TRAVELERS**

CAIDGA  Rev. 2-04    See Important Notice on Reverse Side

---

**GEORGIA INSURANCE POLICY INFORMATION CARD**

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA  25674

Policy Number: AD-9P86338A-21-CAG        Original Issue Date: 02-01-21

Expiration Date: 02-01-22

Insured

FRED TAYLOR COMPANY INC
AND AS PER IL T8 03
2700 PALMYRA RD.

ALBANY                    GA  31707

Vehicle Insured

| Year | Make/Model | Vehicle Identification Number |
|------|------------|-------------------------------|
| 2010 | FORD  F SER | 1FTFW1CU9AF824708 |

"THE CURRENT STATUS OF ACTUAL MOTOR VEHICLE LIABILITY
INSURANCE COVERAGE IS MAINTAINED BY THE GEORGIA DEPARTMENT
OF MOTOR VEHICLE SAFETY AND IS ACCESSIBLE TO LAW ENFORCEMENT
AGENCIES UPON A CHECK OF THE VEHICLE REGISTRATION".

**TRAVELERS**

CAIDGA  Rev. 2-04    See Important Notice on Reverse Side

---

**GEORGIA INSURANCE POLICY INFORMATION CARD**

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA  25674

Policy Number: AD-9P86338A-21-CAG        Original Issue Date: 02-01-21

Expiration Date: 02-01-22

Insured

FRED TAYLOR COMPANY INC
AND AS PER IL T8 03
2700 PALMYRA RD.

ALBANY                    GA  31707

Vehicle Insured

| Year | Make/Model | Vehicle Identification Number |
|------|------------|-------------------------------|
| 2018 | KALMA OTTAW | 11VJ813A2JA000543 |

"THE CURRENT STATUS OF ACTUAL MOTOR VEHICLE LIABILITY
INSURANCE COVERAGE IS MAINTAINED BY THE GEORGIA DEPARTMENT
OF MOTOR VEHICLE SAFETY AND IS ACCESSIBLE TO LAW ENFORCEMENT
AGENCIES UPON A CHECK OF THE VEHICLE REGISTRATION".

**TRAVELERS**

CAIDGA  Rev. 2-04    See Important Notice on Reverse Side

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**KEEP THIS CARD IN YOUR MOTOR VEHICLE WHILE IN OPERATION**

CAIDGA  (BACK)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**KEEP THIS CARD IN YOUR MOTOR VEHICLE WHILE IN OPERATION**

CAIDGA  (BACK)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and  address of each driver, passenger, and witness;
  and insurance company and poli cy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accide nt with police officers or Travelers representatives.

**KEEP THIS CARD IN YOUR MOTOR VEHICLE WHIL E IN OPERATION**

CAIDGA  (BACK)

CHANGE EFFECTIVE DATE: 02-01-21

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

CHANGE ENDORSEMENT

Named Insured:
FRED TAYLOR COMPANY INC
AND AS PER IL T8 03

Policy Number: AD-9P86338A-21-CAG
Policy Effective Date: 02/01/21
Issue Date: 03/09/21
Premium $

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 02/01/21 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

  ADDITIONAL INSURED - GENERAL LIABILITY COVERAGES -
  LESSOR OF LEASED EQUIPMENT IS ADDED.

  THE FOLLOWING FORM(S) AND/OR ENDORSEMENT(S) IS/ARE ADDED TO
  THE POLICY AS PER FORM(S) ATTACHED:

   CA 20 47 10 13

NAME AND ADDRESS OF AGENT OR BROKER:
 BALDWIN KRYSTYN SHERMAN (CFY65)
 4211 W BOY SCOUT BLVD STE 800
 TAMPA, FL 33607

COUNTERSIGNED BY:

_____
Authorized Representative

DATE:_____

IL T0 07 09 87 PAGE  1 OF  1
OFFICE: SP-ATLANTA

# COMMERCIAL AUTOMOBILE



# COMMERCIAL AUTOMOBILE

TRAVELERS DOC MGMT Page 164 of 692

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 03-09-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – GENERAL LIABILITY COVERAGES – LESSOR OF LEASED EQUIPMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SCHEDULE**

**Name Of Person(s) Or Organization(s):**

NATIONALEASE AND ALL ITS
MEMBER-OWNERS
2651 WARRENVILLE ROAD SUITE 560

DOWNERS GROVE          IL 60515

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Paragraph **D. Who Is An Insured** of **Section II – General Liability Coverages** is amended to include as an "insured" the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" arising out of the maintenance, operation or use by you of equipment leased to you by such person(s) or organization(s), subject to the following additional exclusions:

This insurance does not apply to:

    **a.** Any "accident" which takes place, or offense which is committed, after the equipment lease expires.

    **b.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the sole negligence of the person(s) or organization(s) shown in the Schedule.

    **c.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of "work you performed" in connection with such leased equipment.

CA 20 47 10 13                    © Insurance Services Office, Inc., 2011                    Page 1 of 1

CHANGE EFFECTIVE DATE: 02-01-21

 **TRAVELERS J**

One Tower Square, Hartford, Connecticut  06183

CHANGE ENDORSEMENT

Named Insured:
FRED TAYLOR COMPANY INC
AND AS PER IL T8 03

Policy Number: AD-9P86338A-21-CAG
Policy Effective Date: 02/01/21
Issue Date: 03/11/21
Return Premium $ ██████

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 02/01/21 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:


THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

      THE FOLLOWING GARAGE LOCATION(S) ARE DELETED:
      0017

      AUTO MEDICAL PAYMENTS COVERAGE IS DELETED AS PER ATTACHED
      SCHEDULE FOR:
          AUTO DEALER LOCATION(S):
          0017

      LIABILITY COVERAGE IS DELETED AS PER ATTACHED SCHEDULE FOR:
          GARAGE LOCATION(S):
          0017

      BLANKET COLLISION COVERAGE IS DELETED FROM
          AUTO DEALER LOCATION(S):
          0017

      COMPREHENSIVE COVERAGE IS DELETED AS PER ATTACHED SCHEDULE
      FOR:
          GARAGE LOCATION(S):
          0017

      LOCATIONS AND OPERATIONS MEDICAL PAYMENTS COVERAGE
      IS DELETED AS PER ATTACHED SCHEDULE FOR:
          AUTO DEALER LOCATION(S):
          0017


NAME AND ADDRESS OF AGENT OR BROKER:
  BALDWIN KRYSTYN SHERMAN (CFY65)
  4211 W BOY SCOUT BLVD STE 800
  TAMPA, FL 33607

COUNTERSIGNED BY:

_____
Authorized Representative

IL T0 07 09 87    PAGE  1 OF  2
OFFICE: SP-ATLANTA

DATE:_____

CHANGE EFFECTIVE DATE: 02-01-21

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

CHANGE ENDORSEMENT

Policy Number: AD-9P86338A-21-CAG

Policy Effective Date: 02/01/21

Issue Date: 03/11/21

UNINSURED/UNDERINSURED MOTORISTS COVERAGE IS DELETED
AS PER THE ATTACHED SCHEDULE FOR:
GARAGE LOCATION(S):
     0017

IL T0 07 09 87     PAGE  2 OF  2

OFFICE: SP-ATLANTA          06P
PRODUCER NAME: BALDWIN KRYSTYN SHERMAN          CFY65

CHANGE EFFECTIVE DATE: 02-01-21

 **TRAVELERS**

POLICY NUMBER:  AD-9P86338A-21-CAG

EFFECTIVE DATE:  02-01-21

ISSUE DATE:  03-11-21

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

COMMERCIAL AUTOMOBILE

```
CA T0 77 02 15    AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15    AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15    AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15    AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 83 02 15    AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 14 02 15    GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
```

IL T8 01 10 93                                        PAGE:   1 OF   1

# COMMERCIAL AUTOMOBILE



# COMMERCIAL AUTOMOBILE

 **TRAVELERS** ᴊ                One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                        POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS          ISSUE DATE:  03-11-21   LC

ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period: From:  02-01-21 to 02-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: CORPORATION

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.

ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
     This policy provides only those coverages where a limit, if applicable,
     is shown in the columns below. Each of the "auto"-related coverages
     will apply only to those "autos" shown as covered "autos"."Autos"
     are shown as covered "autos" for the applicable coverages by the
     entry of one or more of the symbols from section I - Covered Autos
     Coverages of the Auto Dealers Coverage Form next to the name of
     the "auto" related coverage.

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS |
|---|---|---|
| COVERED AUTOS LIABILTY | 21 | $ 1,000,000 EACH ACCIDENT |
| GENERAL LIABILITY BODILY INJURY AND PROPERTY DAMAGE LIABILITY | | $ 1,000,000 EACH ACCIDENT |
| DAMAGES TO PREMISES RENTED TO YOU | | $ 100,000 ANY ONE PREMISES |
| PERSONAL AND ADVERTISING INJURY LIABILITY | | $ 1,000,000 ANY ONE PERSON OR ORGANIZATION |
| GENERAL LIABILITY AGGREGATE | | $ 3,000,000 |
| PRODUCTS AND WORK YOU PERFORMED AGGREGATE | | $ 2,000,000 |
| LOCATIONS AND OPERATIONS MEDICAL PAYMENTS | | $ 5,000 |
| ADDED PERSONAL INJURY PROTECTION (or equivalent Added No-fault coverage) | | SEPARATELY STATED IN EACH ADDED PIP ENDORSEMENT |

CA T0 77 02 15                         PAGE  (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN   CFY65   OFFICE: SPATLAN  06P

 **TRAVELERS J**                    One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                        POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS          ISSUE DATE:  03-11-21   LC

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS |
|---|---|---|
| AUTO MEDICAL PAYMENTS | 21 | $     5,000 |
| UNINSURED AND UNDERINSURED MOTORISTS COVERAGE | 22 | See CA T0 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ DEDUCTIBLE FOR EACH COVERED AUTO. See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE COLLISION COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ Ded. FOR EACH COVERED AUTO. See Item Six for Dealers Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS LIABILITY | | $ 1,000,000      AGGREGATE $     5,000      PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:        ANNUAL

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos
   SYMBOL 32:

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART:  SEE IL T8 01 10 93

CA T0 77 02 15                          PAGE  (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN   CFY65   OFFICE: SPATLAN  06P

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  03-11-21   LC

LOSS PAYABLE CLAUSE

A.   We will pay you and the loss payee named in the policy for "loss"
     to a covered "auto", as interest may appear.

B.   The insurance covers the interest of the loss payee unless the
     "loss" results from conversion, secretion or embezzlement on your
     part.

C.   We may cancel the policy as allowed by the CANCELLATION Common
     Policy Condition.  Cancellation ends this agreement as to the loss
     payee's interest.  If we cancel the policy we will mail you and the
     loss payee the same advance notice.

D.   If we make any payment to the loss payee, we will obtain their
     rights against any other party.

SCHEDULE OF LOSS PAYEES

LOSS PAYEE (Name and Address)

CA T0 77 02 15                          PAGE   (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN    CFY65   OFFICE: SPATLAN  06P

 **TRAVELERS**
One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 03-11-21

                      Policy Number: AD -9P86338A-21-CAG

    ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
    Loc           Address                          Zip               Cnty/twn
    No        Street and City          State      Code      terr     Code
    ---       ---------------          -----      ----      ----     --------
     1    365 SOUTHWELL BLVD
          TIFTON                         GA       31794     119

     2    2924 3RD AVE NORTH
          BIRMINGHAM                     AL       35203     101       0001

     3    4465 MARION AVE
          MACON                          GA       31206     105


    ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
    (Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
    Loc    Class of                            No of    Rating    Total Rating
    No     Operators                           Persons  Units        Units
    ---    ---------                           -------  ------    -----------

     1     Cl I   Empl-Regular
           Cl I   Empl-A/O                       3.0     1.20
           Cl II  Non-Empl-Under age 25
           Cl II  Non-Empl-Age 25 or over
                                                                    1.20


     2     Cl I   Empl-Regular                   2.0     2.00
           Cl I   Empl-A/O                       9.0     3.60
           Cl II  Non-Empl-Under age 25
           Cl II  Non-Empl-Age 25 or over
                                                                    5.60


     3     Cl I   Empl-Regular                   2.0     2.00
           Cl I   Empl-A/O                       6.0     2.40
           Cl II  Non-Empl-Under age 25
           Cl II  Non-Empl-Age 25 or over
                                                                    4.40



                 LOCATION        LOCATION        LOCATION
                 #   1           #   2           #   3
              ---------------  ---------------  ---------------
```

| | RATE | PREM | RATE | PREM | RATE | PREM | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|---|
| AUTO & GEN LIAB | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| LOC & OP MED PAY | | ▮ | | ▮ | | ▮ | $ | |
| PIP/APIP | | | | | | | | |
| NJ PED PIP | | | | | | | | |
| MICHIGAN PPI | | | | | | | | |
| AUTO MED PAY | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | $ | ▮ |
| A, E & O LIAB | | ▮ | | | | | $ | ▮ |

```
        CA T0 78 02 15                          Page  1 (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                    AUTO DEALERS COVERAGE PART DECLARATIONS
                    AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                    Issue date: 03-11-21

            Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
   Loc           Address                       Zip              Cnty/twn
   No        Street and City         State    Code     terr      Code
   ---       ---------------         -----    ----     ----    --------
    4     2291 DOTHAN RD
          BAINBRIDGE                  GA     39817      119

    5     1449 COBB PARKWAY N
          MARIETTA                    GA     30062      120

    6     4541 BUFORD HWY
          NORCROSS                    GA     30071      125


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
   Loc   Class of                      No of    Rating   Total Rating
   No    Operators                    Persons   Units       Units
   ---   ---------                    -------   ------   -----------
    4     Cl I  Empl-Regular           1.0      1.00
          Cl I  Empl-A/O
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over
                                                            1.00


    5     Cl I  Empl-Regular           1.0      1.00
          Cl I  Empl-A/O               3.0      1.20
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over
                                                            2.20


    6     Cl I  Empl-Regular           2.0      2.00
          Cl I  Empl-A/O              11.0      4.40
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over
                                                            6.40
```

|  | LOCATION # 4 | | LOCATION # 5 | | LOCATION # 6 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▆ | ▆▆ | ▆▆ | ▆▆▆ | ▆▆ | ▆▆▆▆ | ▆▆ |
| LOC & OP MED PAY | ▆ | ▆ | ▆▆ | ▆ | ▆ | ▆▆ $ | ▆▆ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▆▆ | ▆▆ | ▆▆ | ▆▆ | ▆▆ | ▆▆ $ | ▆▆ |
| A, E & O LIAB | | | | | | | |

```
        CA T0 78 02 15                      Page  2 (Continued)
```

 **TRAVELERS**                    One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 03-11-21

                        Policy Number: AD -9P86338A-21-CAG

     ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
        Loc              Address              Zip              Cnty/twn
        No         Street and City      State  Code    terr    Code
        ---        ---------------      -----  ----    ----   --------
         7    1251 NEWELL PKWY
              MONTGOMERY                  AL    36110    116    0169

         8    1860 WESTGATE PKWY
              ATLANTA                     GA    30336    101

         9    154 FALCON DR STE B
              FOREST PARK                 GA    30297    124


     ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
     (Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
       Loc    Class of                      No of   Rating    Total Rating
       No     Operators                   Persons   Units        Units
       ---    ---------                   -------   ------    -----------

        7     Cl I   Empl-Regular            2.0     2.00
              Cl I   Empl-A/O               13.0     5.20
              Cl II  Non-Empl-Under age 25
              Cl II  Non-Empl-Age 25 or over
                                                               7.20


        8     Cl I   Empl-Regular            1.0     1.00
              Cl I   Empl-A/O                9.0     3.60
              Cl II  Non-Empl-Under age 25
              Cl II  Non-Empl-Age 25 or over
                                                               4.60


        9     Cl I   Empl-Regular            3.0     3.00
              Cl I   Empl-A/O               10.0     4.00
              Cl II  Non-Empl-Under age 25
              Cl II  Non-Empl-Age 25 or over
                                                               7.00
```

|  | LOCATION # 7 | | LOCATION # 8 | | LOCATION # 9 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
|  | RATE | PREM | RATE | PREM | RATE | PREM |  |
| AUTO & GEN LIAB | ■ | ■■ | ■ | ■■ | ■ | ■■ |  ■ |
| LOC & OP MED PAY | ■ |  | ■ |  | ■ |  $ | ■ |
| PIP/APIP |  |  |  |  |  |  |  |
| NJ PED PIP |  |  |  |  |  |  |  |
| MICHIGAN PPI |  |  |  |  |  |  |  |
| AUTO MED PAY | ■ | ■ | ■ | ■ | ■ | ■  $ | ■ |
| A, E & O LIAB |  |  |  |  |  |  |  |

```
          CA T0 78 02 15                    Page  3 (Continued)
```

 **TRAVELERS**J    One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 03-11-21

Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 10 | 705 GENE STEWART BLVD SYLACAUGA | AL | 35150 | 129 | 0222 |
| 11 | 114 ELI WHITNEY BLVD SAVANNAH | GA | 31408 | 108 | |
| 12 | 708 GIL HARBIN IND BLVD VALDOSTA | GA | 31601 | 119 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 10 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 2.00 |
| 11 | Cl I  Empl-Regular | 3.0 | 3.00 | |
| | Cl I  Empl-A/O | 12.0 | 4.80 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 7.80 |
| 12 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | 5.0 | 2.00 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 4.00 |



| | LOCATION # 10 | | LOCATION # 11 | | LOCATION # 12 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ $ | ▮ |
| LOC & OP MED PAY | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ $ | ▮ |
| A, E & O LIAB | | | | | | | |

CA TO 78 02 15                    Page  4 (Continued)

 **TRAVELERS J**                              One Tower Square, Hartford, Connecticut 06183

```
                    AUTO DEALERS COVERAGE PART DECLARATIONS
                    AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                    Issue date: 03-11-21

          Policy Number: AD -9P86338A-21-CAG
```

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 13 | 1967 KINSEY RD DOTHAN | AL | 36303 | 121 | 0085 |
| 14 | 979 POINT PETER RD SAINT MARYS | GA | 31558 | 119 | |
| 15 | 1400 & 1404 BRICKLINE CT ALBANY | GA | 31707 | 106 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 13 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | 6.0 | 2.40 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 4.40 |
| 14 | Cl I  Empl-Regular | 1.0 | 1.00 | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 1.00 |
| 15 | Cl I  Empl-Regular | 9.0 | 9.00 | |
| | Cl I  Empl-A/O | 32.0 | 12.80 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 21.80 |

```
          LOCATION        LOCATION        LOCATION
          # 13            # 14            # 15
      ---------------  ---------------  ---------------
```



| | RATE | PREM | RATE | PREM | RATE | PREM | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|---|
| AUTO & GEN LIAB | | | | | | | | |
| LOC & OP MED PAY | ▮ | ▮▮ | ▮ | ▮ | ▮ | ▮▮ | $ | ▮ |
| PIP/APIP | | | | | | | | |
| NJ PED PIP | | | | | | | | |
| MICHIGAN PPI | | | | | | | | |
| AUTO MED PAY | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | $ | ▮ |
| A, E & O LIAB | | | | | | | | |

```
    CA T0 78 02 15                       Page  5 (Continued)
```

 **TRAVELERS**J                    One Tower Square, Hartford, Connecticut 06183

```
                        AUTO DEALERS COVERAGE PART DECLARATIONS
                        AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                        Issue date: 03-11-21

              Policy Number: AD -9P86338A-21-CAG

   ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
   Loc            Address                    Zip            Cnty/twn
   No        Street and City       State     Code    terr    Code
   ---      ---------------        -----    ----    ----   --------
    16      US HWY 3415
            HAZLEHURST              GA       31539    119

    18      121 BOWENS MILL RD SE
            DOUGLAS                 GA       31533    119
```

```
   ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
   (Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
   Loc    Class of                  No of    Rating   Total Rating
   No     Operators                 Persons  Units      Units
   ---    ---------                 -------  ------   -----------

    16    Cl I   Empl-Regular        1.0     1.00
          Cl I   Empl-A/O
          Cl II  Non-Empl-Under age 25
          Cl II  Non-Empl-Age 25 or over
                                                        1.00


    18    Cl I   Empl-Regular        6.0     6.00
          Cl I   Empl-A/O           12.0     4.80
          Cl II  Non-Empl-Under age 25
          Cl II  Non-Empl-Age 25 or over
                                                       10.80


          Cl I   Empl-Regular
          Cl I   Empl-A/O
          Cl II  Non-Empl-Under age 25
          Cl II  Non-Empl-Age 25 or over
```

```
              LOCATION        LOCATION        LOCATION
              # 16            # 18            #
              ---------------  ---------------  ---------------
```

|  | RATE | PREM | RATE | PREM | RATE | PREM | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|---|
| AUTO & GEN LIAB | ■ | ■ | ■ | ■ | | | $ | ■ |
| LOC & OP MED PAY | ■ | ■ | ■ | ■ | | | $ | |
| PIP/APIP | | | | | | | | |
| NJ PED PIP | | | | | | | | |
| MICHIGAN PPI | | | | | | | | |
| AUTO MED PAY | ■ | ■ | ■ | | ■ | ■ | $ | ■ |
| A, E & O LIAB | | | | | | | | |

```
          CA T0 78 02 15                 Page  6  (Continued)
```

 **TRAVELERS**                One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 03-11-21

Policy Number: AD -9P86338A-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - 

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal
use of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA T0 78 02 15                              Page   7

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 03-11-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

1   COMPREHENSIVE         $     450,000     MINUS THE DEDUCTIBLE AS
                          SHOWN ON CA T4 14
                                  OR
                          $           MINUS $           DEDUCTIBLE FOR ALL
                          PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                          $           MAXIMUM DEDUCTIBLE
                          FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

    SPECIFIED CAUSES OF   $           MINUS $           DEDUCTIBLE FOR
    LOSS                  EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                          OR MISCHIEF OR VANDALISM SUBJECT TO $
                          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                          ONE EVENT;
                                  OR
                          $           MINUS $           DEDUCTIBLE FOR ALL
                          PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                          $           MAXIMUM DEDUCTIBLE
                          FOR ALL SUCH LOSS IN ANY ONE EVENT.
    COLLISION             $   450,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                          CUSTOMER'S AUTO.

CA T0 79 02 15                            PAGE 01   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 03-11-21

                       Policy Number: AD -9P86338A-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages              Limit of Insurance for Each Location
   No.

          COMPREHENSIVE          $        300,000      MINUS THE DEDUCTIBLE AS
    2                            SHOWN ON CA T4 14
                                          OR
                                 $         MINUS $        DEDUCTIBLE FOR ALL
                                 PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                 $         MAXIMUM DEDUCTIBLE
                                 FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


          SPECIFIED CAUSES OF $         MINUS $        DEDUCTIBLE FOR
          LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                               OR MISCHIEF OR VANDALISM SUBJECT TO $
                               MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                               ONE EVENT;
                                          OR
                                 $         MINUS $          DEDUCTIBLE FOR ALL
                                 PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                 $          MAXIMUM DEDUCTIBLE
                                 FOR ALL SUCH LOSS IN ANY ONE EVENT.
          COLLISION             $   300,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                                 CUSTOMER'S AUTO.




        CA TO 79 02 15                         PAGE 02   (Continued)
```

 **TRAVELERS**ᴶ                One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 03-11-21

                         Policy Number: AD -9P86338A-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages             Limit of Insurance for Each Location
   No.

          COMPREHENSIVE         $        375,000      MINUS THE DEDUCTIBLE AS
     3                          SHOWN ON CA T4 14
                                         OR
                                $         MINUS $          DEDUCTIBLE FOR ALL
                                PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                $          MAXIMUM DEDUCTIBLE
                                FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


          SPECIFIED CAUSES OF $           MINUS $          DEDUCTIBLE FOR
          LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                               OR MISCHIEF OR VANDALISM SUBJECT TO $
                               MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                               ONE EVENT;
                                         OR
                                $         MINUS $           DEDUCTIBLE FOR ALL
                                PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                $          MAXIMUM DEDUCTIBLE
                                FOR ALL SUCH LOSS IN ANY ONE EVENT.
          COLLISION            $   375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                               CUSTOMER'S AUTO.




          CA T0 79 02 15                          PAGE 03   (Continued)
```

 **TRAVELERS** One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 03-11-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages            Limit of Insurance for Each Location
No.

          COMPREHENSIVE     $       600,000      MINUS THE DEDUCTIBLE AS
    4                       SHOWN ON CA T4 14
                                     OR
                            $          MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $          MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


          SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
          LOSS              EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                     OR
                            $          MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $          MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN ANY ONE EVENT.
          COLLISION         $   600,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                            CUSTOMER'S AUTO.


CA T0 79 02 15                          PAGE 04   (Continued)

 **TRAVELERS**                One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 03-11-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 5 | COMPREHENSIVE | $         25,000        MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $         MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   250,000 MINUS $      5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 05   (Continued)



**TRAVELERS**⌐                    One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 03-11-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 6 | COMPREHENSIVE | $      375,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $           MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $           MINUS $           DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $           MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   375,000 MINUS $      5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 06   (Continued)

 **TRAVELERS**J

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 03-11-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 7 | COMPREHENSIVE | $       375,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $            MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $            MINUS $           DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $            MINUS $            DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 07   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 03-11-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages              Limit of Insurance for Each Location
  No.

          COMPREHENSIVE      $      600,000      MINUS THE DEDUCTIBLE AS
     8                       SHOWN ON CA T4 14
                                      OR
                             $           MINUS $           DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $           MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


          SPECIFIED CAUSES OF $           MINUS $           DEDUCTIBLE FOR
          LOSS               EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                      OR
                             $           MINUS $           DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $           MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
          COLLISION          $   600,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.




          CA T0 79 02 15                          PAGE 08   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 03-11-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

COMPREHENSIVE     $     525,000     MINUS THE DEDUCTIBLE AS
9     SHOWN ON CA T4 14
         OR
$       MINUS $       DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$       MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

SPECIFIED CAUSES OF    $       MINUS $       DEDUCTIBLE FOR
LOSS     EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
OR MISCHIEF OR VANDALISM SUBJECT TO $
MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
ONE EVENT;
         OR
$       MINUS $       DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$       MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION     $    525,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
CUSTOMER'S AUTO.

CA T0 79 02 15                       PAGE 09    (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 03-11-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 10 | COMPREHENSIVE | $        250,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    250,000 MINUS $      5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                    PAGE 10   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 03-11-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 11 | COMPREHENSIVE | $      750,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    750,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                        PAGE 11   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 03-11-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 12 | COMPREHENSIVE | $      750,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   750,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 12   (Continued)

 **TRAVELERS**                One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 03-11-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

COMPREHENSIVE        $       375,000      MINUS THE DEDUCTIBLE AS
13                              SHOWN ON CA T4 14
                                            OR
                              $           MINUS $          DEDUCTIBLE FOR ALL
                              PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                              $          MAXIMUM DEDUCTIBLE
                              FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


SPECIFIED CAUSES OF $           MINUS $          DEDUCTIBLE FOR
LOSS                          EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                              OR MISCHIEF OR VANDALISM SUBJECT TO $
                              MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                              ONE EVENT;
                                            OR
                              $           MINUS $           DEDUCTIBLE FOR ALL
                              PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                              $          MAXIMUM DEDUCTIBLE
                              FOR ALL SUCH LOSS IN ANY ONE EVENT.
COLLISION            $    375,000 MINUS $       5,000 DEDUCTIBLE FOR EACH
                              CUSTOMER'S AUTO.



CA T0 79 02 15                              PAGE 13   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 03-11-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 14 | COMPREHENSIVE | $      100,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $         MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $   100,000 MINUS $      5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                PAGE 14   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 03-11-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 15 | COMPREHENSIVE | $    1,200,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>                OR<br>$         MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $         MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>                OR<br>$         MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $ 1,200,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 15   (Continued)

 **TRAVELERS**                  One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 03-11-21

                      Policy Number: AD -9P86338A-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages              Limit of Insurance for Each Location
   No.

         COMPREHENSIVE         $       250,000      MINUS THE DEDUCTIBLE AS
  18                           SHOWN ON CA T4 14
                                       OR
                               $          MINUS $           DEDUCTIBLE FOR ALL
                               PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                               $          MAXIMUM DEDUCTIBLE
                               FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


         SPECIFIED CAUSES OF   $          MINUS $           DEDUCTIBLE FOR
         LOSS                  EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                               OR MISCHIEF OR VANDALISM SUBJECT TO $
                               MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                               ONE EVENT;
                                       OR
                               $          MINUS $            DEDUCTIBLE FOR ALL
                               PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                               $          MAXIMUM DEDUCTIBLE
                               FOR ALL SUCH LOSS IN ANY ONE EVENT.
         COLLISION             $   250,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                               CUSTOMER'S AUTO.




    CA T0 79 02 15                      PAGE 16   (Continued)
```

 **TRAVELERS** One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 03-11-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
    Comprehensive
    Specified Causes of Loss
    Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

  DIRECT COVERAGE OPTIONS

    (X) EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
        remains applicable on a legal liability basis. However coverage also
        applies without regard to your or any other "Insured's" legal
        liability for "loss" to a customer's "auto" on an  excess basis over
        any other collectible insurance regardless of whether the other
        insurance covers your or any other "insured's"interest or the interest
        of the covered "auto's" owner.

    ( ) PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
        changed to apply without regard to your or any other "insured's"
        legal liability for "loss" to a customer's "auto" and is primary
        insurance.

CA T0 79 02 15                                    PAGE 17

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 03-11-21

                      POLICY NUMBER: AD -9P86338A-21-CAG
```

ITEM SIX

PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
TWO applies only to the types of autos and interest indicated by 'X'.

| COVERAGES | | COMPREHENSIVE | SPECIFIED CAUSES OF LOSS | COLLISION |
|---|---|---|---|---|
| TYPES OF AUTOS | NEW AUTOS | X | | X |
| | USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES | X | | X |
| INTERESTS COVERED | YOUR INTEREST IN COVERED AUTOS YOU OWN | X | | X |
| | YOUR INTEREST ONLY IN FINANCED COVERED AUTOS | X | | X |
| | YOUR INTEREST AND THE INTEREST OF ANY CREDITOR NAMED AS A LOSS PAYEE | X | | X |
| | ALL INTERESTS IN ANY AUTO NOT OWNED BY YOU OR ANY CREDITOR WHILE IN YOUR POSSESSION ON CONSIGNMENT FOR SALE | X | | X |

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
   $  1,000,000 Additional locations where you store covered autos
   $  1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
 Agreed Upon by X)
 (X) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
     You must report to us on our form the locations of your covered "autos"
     and their total value at each such location. For your main sales location
     identified as location no. 1, you must include the total value of all
     covered "autos" you have furnished or made available to yourself, your
     executives, your "employees" or family members and other Class II - Non-
     Employees, and covered "autos" that are temporarily displayed or stored
     at locations other than those stated in ITEM THREE above. For your main
     sales location you must include the total value of all service vehicles.

CA T0 80 02 15                                        PAGE    1

 **TRAVELERS**                    One Tower Square, Hartford, Connecticut 06183

                                        AUTO DEALERS
                                        COVERAGE PART
                                        DECLARATIONS
                                        ISSUE DATE 03-11-21

                              POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
 (continued)

        YOUR REPORTING BASIS IS:
          ( ) QUARTERLY you must give us your first report by the fifteenth of the
              fourth month after the policy begins. Your subsequent reports must
              be given to us by the fifteenth of every third month. Your reports
              must contain the value for the last business day of every third
              month coming within the policy period.
          (X) MONTHLY You must give us your reports by the fifteenth of every
              month. Your reports will contain the total values you had on the
              last business day of the preceding month.
        Premiums will be calculated pro rata of the annual premium for the expo-
        sures contained in each report. At the end of each policy year we will
        add the monthly premiums or the quarterly premiums to determine your
        final premium due for the entire policy year. The estimated total
        premiums shown will be credited against the final premium due.
     ( ) NONREPORTING BASIS. Stated limit of insurance shown above applies.


LOC.
NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

  1    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                           BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                           CA T4 14.

                                        LIMIT        RATE         PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS              500,000       ███          ███
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS


ALL    BLANKET          $  7,700,000 MINUS $ 5,000 DEDUCTIBLE FOR EACH
       COLLISION           COVERED AUTO.



                                        COLLISION PREMIUM  $     ███


CA T0 80 02 15                                           PAGE    2

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 03-11-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.     COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

  2     COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14.

                                           LIMIT      RATE       PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS                650,000     ▮▮▮▮      ▮▮▮▮▮
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

  3     COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14.

                                           LIMIT      RATE       PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS                725,000     ▮▮▮▮      ▮▮▮▮▮
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

  4     COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14.

                                           LIMIT      RATE       PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS                250,000     ▮▮▮▮      ▮▮▮▮
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

CA T0 80 02 15                                        PAGE    3



One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 03-11-21

                        POLICY NUMBER: AD -9P86338A-21-CAG

     ITEM SIX   (CONTINUED)

LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

  5    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                          LIMIT        RATE           PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS                 325,000      ████           ████
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

  6    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                          LIMIT        RATE           PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS                 425,000      ████           ████
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

  7    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                          LIMIT        RATE           PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS                 250,000      ████           ████
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS
```

CA T0 80 02 15                                              PAGE    4

 **TRAVELERS**                One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 03-11-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

LOC.
NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

8    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 250,000 | ▬▬ | ▬▬ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

9    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 625,000 | ▬▬ | ▬▬ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

11    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                           BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                           CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | | | |
| NON STANDARD OPEN LOTS | 600,000 | ▬▬ | ▬▬ |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

CA T0 80 02 15                                          PAGE    5

 **TRAVELERS** One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 03-11-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

12    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                        LIMIT         RATE          PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS                500,000       ████          ████
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

13    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                        LIMIT         RATE          PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS                250,000       ████          ████
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

14    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                        LIMIT         RATE          PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS                100,000       ████          ████
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

CA T0 80 02 15                                          PAGE    6

 **TRAVELERS**J

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 03-11-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

15   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 1,750,000 | ■■■ | ■■■ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

18   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 250,000 | ■■■ | ■■■ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

TOTAL PREMIUM  $      ■■■

CA T0 80 02 15                                        PAGE   7

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 03-11-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

SCHEDULE OF LOSS PAYEES

(Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)

CA T0 80 02 15                                         PAGE    8



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 03-11-21

Policy Number: AD-9P86338A-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 1 | | |
| 002 | 1 | | |
| 003 | 1 | | |
| 004 | 1 | | |
| 005 | 1 | | |
| 006 | 1 | | |
| 007 | 1 | | |
| 008 | 1 | | |
| 009 | 1 | | |
| 010 | 1 | | |
| 011 | 1 | | |
| 012 | 1 | | |
| 013 | 1 | | |
| 014 | 1 | | |
| 015 | 1 | | |
| 016 | 1 | | |
| 018 | 1 | | |

CA T0 83 02 15                                    Page   1

POLICY NUMBER: AD-9P86338A-21-CAG

<div align="right">

COMMERCIAL AUTO
ISSUE DATE: 03-11-21

</div>

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE PART DECLARATIONS
> AUTO DEALERS COVERAGE FORM

**PROVISIONS**

1. The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

<div align="center">

**SCHEDULE**

</div>

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

CA T4 14 02 15

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

    **(1)** Theft or Mischief or Vandalism

    **(2)** Earthquake

    **(3)** Windstorm Or Hail

    **(4)** Flood

    **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5., Limit Of Insurance And Deductibles**, in Paragraph **E., Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

   **5. Limit Of Insurance And Deductibles**

   **a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

   **b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

   **c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5., Deductible**, in Paragraph **F., Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

   **5. Deductible**

   For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

   The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CA T4 14 02 15**

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  03-11-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 1 | Windstorm or Hail | $    5,000 | $    NO |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 2 | Windstorm or Hail | $    5,000 | $    NO |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 3 | Windstorm or Hail | $    5,000 | $    NO |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 4 | Windstorm or Hail | $    5,000 | $    NO |
| 5 | All Covered Perils, | $    5,000 | $    25,000 |

CA T4 14 SCHED

Page  1 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  03-11-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

| | | | | | |
|---|---|---|---|---|---|
| | other than collision, not listed separately on this Schedule | | | | |
| 5 | Windstorm or Hail | $ | 5,000 | $ | NO |

### ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 6 | Windstorm or Hail | $ | 5,000 | $ | NO |

### ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 7 | Windstorm or Hail | $ | 5,000 | $ | NO |

### ITEM FIVE - GARAGEKEEPERS COVERAGE

Deductible

CA T4 14 SCHED

Page  2 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  03-11-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 8 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| | | **Deductible** | |
| 9 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 9 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| | | **Deductible** | |
| 10 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 10 | Windstorm or Hail | $    5,000 | $    NO |

CA T4 14 SCHED

Page  3 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  03-11-21

# SCHEDULE EXTENSION

This is an extension of CA T4 14 02 15

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 11 | All Covered Perils, other than collision, not listed separately on this Schedule | $      5,000 | $      25,000 |
| 11 | Windstorm or Hail | $      5,000 | $      NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 12 | All Covered Perils, other than collision, not listed separately on this Schedule | $      5,000 | $      25,000 |
| 12 | Windstorm or Hail | $      5,000 | $      NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 13 | All Covered Perils, other than collision, | $      5,000 | $      25,000 |

CA T4 14 SCHED

Page   4 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  03-11-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

#### SCHEDULE

not listed separately on
this Schedule

| | | | | | |
|---|---|---|---|---|---|
| 13 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 14 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 14 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 15 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 15 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| | Deductible For Each | Maximum |
|---|---|---|

CA T4 14 SCHED

Page   5 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  03-11-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

| Loc | Covered Causes of Loss** | Covered "Auto" | | Deductible in any one event | |
|-----|--------------------------|----------------|---|------------------------------|---|
| 18 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 18 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------------------|--------------------------------------|

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|-----|--------------------------|-------------------------------------|---|--------------------------------------|---|
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 1 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------------------|--------------------------------------|

CA T4 14 SCHED

Page  6 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  03-11-21

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

| | | | |
|---|---|---|---|
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 2 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 3 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 4 | Windstorm or Hail | $ 5,000 | $ NO |

CA T4 14 SCHED

TRAVELERS DOC MGMT Page 215 of 692

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  03-11-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM SIX - PHYSICAL DAMAGE COVERAGE

|     |                        | Deductible | |
|-----|------------------------|-------------------------------|------------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 5   | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 5   | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

|     |                        | Deductible | |
|-----|------------------------|-------------------------------|------------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 6   | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 6   | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

|     |                        | Deductible | |
|-----|------------------------|-------------------------------|------------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 7   | All Covered Perils, | $    5,000 | $    25,000 |

CA T4 14 SCHED

Page   8 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

```
        other than collision,
        not listed separately on
        this Schedule


   7    Windstorm or Hail       $      5,000      $         NO
```

ITEM SIX - PHYSICAL DAMAGE COVERAGE

|     |                                                                     | Deductible | |
| --- | ------------------------------------------------------------------- | ------------------------- | --- |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 8   | All Covered Perils, other than collision, not listed separately on this Schedule | $   5,000 | $   25,000 |
| 8   | Windstorm or Hail | $   5,000 | $   NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

|     |                                                                     | Deductible | |
| --- | ------------------------------------------------------------------- | ------------------------- | --- |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 9   | All Covered Perils, other than collision, not listed separately on this Schedule | $   5,000 | $   25,000 |
| 9   | Windstorm or Hail | $   5,000 | $   NO |

POLICY NUMBER:  AD-9P86338A-21-CAG

<div align="right">
COMMERCIAL AUTO<br>
ISSUE DATE:  03-11-21
</div>

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 11 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 11 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 12 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 12 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 13 | All Covered Perils, other than collision, | $    5,000 | $    25,000 |

CA T4 14 SCHED

<div align="right">Page 10 of 12</div>

POLICY NUMBER: **AD-9P86338A-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **03-11-21**

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES
### SCHEDULE

not listed separately on
this Schedule

| Loc | | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 13 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 14 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 14 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 15 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 15 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

CA T4 14 SCHED

Page **11** of **12**

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 03-11-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|
| 18  | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 18  | Windstorm or Hail | $    5,000 | $    NO |

CHANGE EFFECTIVE DATE: 02-01-21

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
FRED TAYLOR COMPANY INC
AND AS PER IL T8 03

Policy Number: AD-9P86338A-21-CAG
Policy Effective Date: 02/01/21
Issue Date: 04/20/21
Additional Premium $ ▮▮▮▮

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 02/01/21 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

        SEE SCHEDULE ATTACHED FOR ADDED VEHICLE NUMBER(S):
            0004 0005 0006

        ADD AUTO MEDICAL PAYMENTS COVERAGE AS PER ATTACHED
        SCHEDULE FOR:
            VEHICLE NUMBER(S) :
                0004 0005 0006

        ADD LIABILITY COVERAGE AS PER ATTACHED SCHEDULE FOR:
            VEHICLE NUMBER(S):
                0004 0005 0006

        ADD COLLISION COVERAGE AS PER ATTACHED SCHEDULE FOR:
            VEHICLE NUMBER(S):
                0004 0005 0006

        ADD COMPREHENSIVE COVERAGE AS PER ATTACHED SCHEDULE FOR:
            VEHICLE NUMBER(S):
                0004 0005 0006

        ADD UNINSURED/UNDERINSURED MOTORISTS COVERAGE AS PER
        THE ATTACHED SCHEDULE FOR:
        VEHICLE NUMBER(S):
                0004 0005 0006


NAME AND ADDRESS OF AGENT OR BROKER:
    BALDWIN KRYSTYN SHERMAN (CFY65)
    4211 W BOY SCOUT BLVD STE 800
    TAMPA, FL 33607

COUNTERSIGNED BY:

_____
Authorized Representative

IL T0 07 09 87     PAGE  1 OF  1
OFFICE: SP-ATLANTA

DATE:_____

 **TRAVELERS**

POLICY NUMBER:   AD-9P86338A-21-CAG

EFFECTIVE DATE:   02-01-21

ISSUE DATE:   04-20-21

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

COMMERCIAL AUTOMOBILE

```
CA T0 77 02 15    AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15    AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15    AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15    AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 81 02 15    AUTO DEALER DECLARATIONS - ITEM SEVEN
CA T0 83 02 15    AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 14 02 15    GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
```

IL T8 01 10 93                                              **PAGE:   1 OF   1**

# COMMERCIAL AUTOMOBILE

# COMMERCIAL AUTOMOBILE

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  04-20-21  DM

ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  02-01-21 to 02-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: CORPORATION

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.

ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
        This policy provides only those coverages where a limit, if applicable,
        is shown in the columns below. Each of the "auto"-related coverages
        will apply only to those "autos" shown as covered "autos"."Autos"
        are shown as covered "autos" for the applicable coverages by the
        entry of one or more of the symbols from section I - Covered Autos
        Coverages of the Auto Dealers Coverage Form next to the name of
        the "auto" related coverage.

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS |
|---|---|---|
| COVERED AUTOS LIABILTY | 21 | $ 1,000,000 EACH ACCIDENT |
| GENERAL LIABILITY BODILY INJURY AND PROPERTY DAMAGE LIABILITY | | $ 1,000,000 EACH ACCIDENT |
| DAMAGES TO PREMISES RENTED TO YOU | | $ 100,000 ANY ONE PREMISES |
| PERSONAL AND ADVERTISING INJURY LIABILITY | | $ 1,000,000 ANY ONE PERSON OR ORGANIZATION |
| GENERAL LIABILITY AGGREGATE | | $ 3,000,000 |
| PRODUCTS AND WORK YOU PERFORMED AGGREGATE | | $ 2,000,000 |
| LOCATIONS AND OPERATIONS MEDICAL PAYMENTS | | $ 5,000 |
| ADDED PERSONAL INJURY PROTECTION (or equivalent Added No-fault coverage) | | SEPARATELY STATED IN EACH ADDED PIP ENDORSEMENT |

CA T0 77 02 15                        PAGE  (CONTINUED)
  PRODUCER: BALDWIN KRYSTYN SHERMAN   CFY65   OFFICE: SPATLAN  06P

 **TRAVELERS** J                    One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  04-20-21   DM

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS |
|---|---|---|
| AUTO MEDICAL PAYMENTS | 21 | $    5,000 |
| UNINSURED AND<br>UNDERINSURED<br>MOTORISTS COVERAGE | 22 | See CA T0 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE<br>COMPREHENSIVE COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ DEDUCTIBLE<br>FOR EACH COVERED AUTO.<br>See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE<br>COLLISION COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ Ded. FOR EACH<br>COVERED AUTO.<br>See Item Six for Dealers<br>Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS<br>LIABILITY | | $ 1,000,000     AGGREGATE<br>$    5,000     PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:      ANNUAL

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
     Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos
     SYMBOL 32:

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
     interest may appear to you and the Loss Payee named in the Declarations
     (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
     PART:  SEE IL T8 01 10 93

CA T0 77 02 15                            PAGE   (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN    CFY65   OFFICE: SPATLAN  06P


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  04-20-21   DM

LOSS PAYABLE CLAUSE

A.  We will pay you and the loss payee named in the policy for "loss"
    to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the
    "loss" results from conversion, secretion or embezzlement on your
    part.

C.  We may cancel the policy as allowed by the CANCELLATION Common
    Policy Condition.  Cancellation ends this agreement as to the loss
    payee's interest.  If we cancel the policy we will mail you and the
    loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their
    rights against any other party.

SCHEDULE OF LOSS PAYEES

LOSS PAYEE (Name and Address)

CA T0 77 02 15                        PAGE  (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN   CFY65   OFFICE: SPATLAN  06P

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 04-20-21

              Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
Loc             Address                           Zip            Cnty/twn
No          Street and City          State       Code     terr    Code
---         ---------------          -----       ----     ----   --------
  1    365 SOUTHWELL BLVD
       TIFTON                          GA        31794     119

  2    2924 3RD AVE NORTH
       BIRMINGHAM                      AL        35203     101    0001

  3    4465 MARION AVE
       MACON                           GA        31206     105


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
Loc    Class of                       No of    Rating    Total Rating
No     Operators                     Persons   Units        Units
---    ---------                     -------   ------    -----------

  1    Cl I  Empl-Regular
       Cl I  Empl-A/O                   3.0     1.20
       Cl II Non-Empl-Under age 25
       Cl II Non-Empl-Age 25 or over
                                                           1.20


  2    Cl I  Empl-Regular               2.0     2.00
       Cl I  Empl-A/O                   9.0     3.60
       Cl II Non-Empl-Under age 25
       Cl II Non-Empl-Age 25 or over
                                                           5.60


  3    Cl I  Empl-Regular               2.0     2.00
       Cl I  Empl-A/O                   6.0     2.40
       Cl II Non-Empl-Under age 25
       Cl II Non-Empl-Age 25 or over
                                                           4.40
```

```
            LOCATION        LOCATION        LOCATION
          #    1          #    2          #    3
          ---------------  ---------------  ---------------
```

| | RATE | PREM | RATE | PREM | RATE | PREM | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|---|
| AUTO & GEN LIAB | ▆ | ▆▆ | ▆ | ▆▆ | ▆ | ▆▆ | | ▆ |
| LOC & OP MED PAY | | ▆ | | ▆ | | ▆ | $ | |
| PIP/APIP | | | | | | | | |
| NJ PED PIP | | | | | | | | |
| MICHIGAN PPI | | | | | | | | |
| AUTO MED PAY | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | $ | ▆ |
| A, E & O LIAB | | ▆ | | | | | $ | ▆ |

```
     CA T0 78 02 15                           Page  1 (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 04-20-21

                 Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
  Loc            Address                      Zip                 Cnty/twn
  No         Street and City        State     Code      terr      Code
  ---       ---------------         -----     ----      ----     --------
   4    2291 DOTHAN RD
        BAINBRIDGE                    GA      39817      119
   5    1449 COBB PARKWAY N
        MARIETTA                      GA      30062      120
   6    4541 BUFORD HWY
        NORCROSS                      GA      30071      125


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
  Loc     Class of                   No of    Rating    Total Rating
  No      Operators                  Persons  Units     Units
  ---     ---------                  -------  ------    -----------

   4    Cl I  Empl-Regular             1.0     1.00
        Cl I  Empl-A/O
        Cl II Non-Empl-Under age 25
        Cl II Non-Empl-Age 25 or over
                                                            1.00


   5    Cl I  Empl-Regular             1.0     1.00
        Cl I  Empl-A/O                 3.0     1.20
        Cl II Non-Empl-Under age 25
        Cl II Non-Empl-Age 25 or over
                                                            2.20


   6    Cl I  Empl-Regular             2.0     2.00
        Cl I  Empl-A/O                11.0     4.40
        Cl II Non-Empl-Under age 25
        Cl II Non-Empl-Age 25 or over
                                                            6.40
```

|  | LOCATION # 4 | | LOCATION # 5 | | LOCATION # 6 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
|  | RATE | PREM | RATE | PREM | RATE | PREM |  |
| AUTO & GEN LIAB | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ |
| LOC & OP MED PAY | | ▮ | | ▮ | | ▮▮ | $ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | ▮▮ | | ▮▮ | | ▮▮ | $  ▮▮ |
| A, E & O LIAB | | | | | | | |

```
     CA T0 78 02 15                         Page  2 (Continued)
```


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 7 | 1251 NEWELL PKWY MONTGOMERY | AL | 36110 | 116 | 0169 |
| 8 | 1860 WESTGATE PKWY ATLANTA | GA | 30336 | 101 | |
| 9 | 154 FALCON DR STE B FOREST PARK | GA | 30297 | 124 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 7 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | 13.0 | 5.20 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 7.20 |
| 8 | Cl I  Empl-Regular | 1.0 | 1.00 | |
| | Cl I  Empl-A/O | 9.0 | 3.60 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 4.60 |
| 9 | Cl I  Empl-Regular | 3.0 | 3.00 | |
| | Cl I  Empl-A/O | 10.0 | 4.00 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 7.00 |

| | LOCATION # 7 | | LOCATION # 8 | | LOCATION # 9 | | TOTAL |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | TOTAL PREMIUMS |
| AUTO & GEN LIAB | ▆ | ▆▆ | ▆ | ▆▆ | ▆ | ▆▆ | ▆ |
| LOC & OP MED PAY | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ $ | ▆ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ $ | ▆ |
| A, E & O LIAB | | | | | | | |

CA TO 78 02 15                                      Page  3  (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                                 AUTO DEALERS COVERAGE PART DECLARATIONS
                                 AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                                 Issue date: 04-20-21

              Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
  Loc          Address                         Zip              Cnty/twn
  No           Street and City      State     Code     terr      Code
  ---          ---------------      -----     ----     ----     --------
   10     705 GENE STEWART BLVD
          SYLACAUGA                  AL       35150     129      0222

   11     114 ELI WHITNEY BLVD
          SAVANNAH                   GA       31408     108

   12     708 GIL HARBIN IND BLVD
          VALDOSTA                   GA       31601     119


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
  Loc     Class of                       No of   Rating   Total Rating
  No      Operators                     Persons  Units       Units
  ---     ---------                     -------  ------   -----------

  10      Cl I   Empl-Regular             2.0     2.00
          Cl I   Empl-A/O
          Cl II  Non-Empl-Under age 25
          Cl II  Non-Empl-Age 25 or over
                                                           2.00


  11      Cl I   Empl-Regular             3.0     3.00
          Cl I   Empl-A/O               12.0      4.80
          Cl II  Non-Empl-Under age 25
          Cl II  Non-Empl-Age 25 or over
                                                           7.80


  12      Cl I   Empl-Regular             2.0     2.00
          Cl I   Empl-A/O                5.0      2.00
          Cl II  Non-Empl-Under age 25
          Cl II  Non-Empl-Age 25 or over
                                                           4.00
```

|  | LOCATION<br># 10 | | LOCATION<br># 11 | | LOCATION<br># 12 | | TOTAL<br>PREMIUMS |
|---|---|---|---|---|---|---|---|
|  | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ■■■ | ■■■■■■■ | ■■■ | ■■■■■■ | ■■■ | ■■■■■■■ | ■■■ |
| LOC & OP MED PAY | ■ | ■■ | ■ | ■ | ■ | ■■ $ | ■■ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ■■■ | ■■■ | ■■■ | ■■■■ | ■■■ | ■■■ $ | ■■■ |
| A, E & O LIAB | | | | | | | |

```
     CA TO 78 02 15                          Page  4 (Continued)
```

 **TRAVELERS**                                One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 13 | 1967 KINSEY RD DOTHAN | AL | 36303 | 121 | 0085 |
| 14 | 979 POINT PETER RD SAINT MARYS | GA | 31558 | 119 | |
| 15 | 1400 & 1404 BRICKLINE CT ALBANY | GA | 31707 | 106 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 13 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | 6.0 | 2.40 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 4.40 |
| 14 | Cl I  Empl-Regular | 1.0 | 1.00 | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 1.00 |
| 15 | Cl I  Empl-Regular | 9.0 | 9.00 | |
| | Cl I  Empl-A/O | 32.0 | 12.80 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 21.80 |

| | LOCATION # 13 | | LOCATION # 14 | | LOCATION # 15 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ |
| LOC & OP MED PAY | ▮ | ▮ | ▮ | ▮ | ▮ | ▮▮ $ | ▮▮ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▮▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ $ | ▮▮ |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                                    Page  5 (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 16 | US HWY 3415 HAZLEHURST | GA | 31539 | 119 | |
| 18 | 121 BOWENS MILL RD SE DOUGLAS | GA | 31533 | 119 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 16 | Cl I  Empl-Regular | 1.0 | 1.00 | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 1.00 |
| 18 | Cl I  Empl-Regular | 6.0 | 6.00 | |
| | Cl I  Empl-A/O | 12.0 | 4.80 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 10.80 |
| | Cl I  Empl-Regular | | | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |



| | LOCATION # 16 | | LOCATION # 18 | | LOCATION # | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮▮▮ | | | $ ▮▮▮▮▮ |
| LOC & OP MED PAY | ▮ | ▮ | ▮ | ▮ | | | $ ▮▮ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▮▮ | ▮▮ | ▮▮ | | ▮▮ | ▮▮ | $ ▮▮ |
| A, E & O LIAB | | | | | | | |

CA TO 78 02 15                                      Page  6 (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - 

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal
use of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA T0 78 02 15                              Page  7

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 1 | COMPREHENSIVE | $       450,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $     450,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 01   (Continued)



**TRAVELERS**                    One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 2 | COMPREHENSIVE | $    300,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO |
| | | $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $         MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    300,000 MINUS $    5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 02   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 3 | COMPREHENSIVE | $      375,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $      375,000 MINUS $      5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 03   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 4 | COMPREHENSIVE | $     600,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $     600,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 04   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 5 | COMPREHENSIVE | $        25,000        MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |

OR

$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

SPECIFIED CAUSES OF LOSS   $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;

OR

$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION   $   250,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO.

CA T0 79 02 15                                PAGE 05   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

6   COMPREHENSIVE   $     375,000     MINUS THE DEDUCTIBLE AS
                    SHOWN ON CA T4 14
                              OR
                    $          MINUS $          DEDUCTIBLE FOR ALL
                    PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                    $          MAXIMUM DEDUCTIBLE
                    FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                    OR MISCHIEF OR VANDALISM SUBJECT TO $
                    MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                    ONE EVENT;
                              OR
                    $          MINUS $          DEDUCTIBLE FOR ALL
                    PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                    $          MAXIMUM DEDUCTIBLE
                    FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION           $   375,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                    CUSTOMER'S AUTO.


CA T0 79 02 15                              PAGE 06   (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 7 | COMPREHENSIVE | $     375,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |

OR

$          MINUS $          DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$          MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
OR MISCHIEF OR VANDALISM SUBJECT TO $
MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
ONE EVENT;

OR

$          MINUS $          DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$          MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION          $     375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
CUSTOMER'S AUTO.


CA T0 79 02 15                              PAGE 07   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-20-21

**Policy Number: AD -9P86338A-21-CAG**

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

8  COMPREHENSIVE  $     600,000     MINUS THE DEDUCTIBLE AS
SHOWN ON CA T4 14
            OR
$         MINUS $         DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$         MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

SPECIFIED CAUSES OF $         MINUS $         DEDUCTIBLE FOR
LOSS  EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
OR MISCHIEF OR VANDALISM SUBJECT TO $
MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
ONE EVENT;
            OR
$         MINUS $         DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$         MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION  $     600,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
CUSTOMER'S AUTO.

CA T0 79 02 15                              PAGE 08   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 9 | COMPREHENSIVE | $ 525,000 MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $ MINUS $ DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $ MINUS $ DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $ MINUS $ DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $ 525,000 MINUS $ 5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA TO 79 02 15                    PAGE 09  (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 10 | COMPREHENSIVE | $      250,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$           MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $           MINUS $           DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$           MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $   250,000 MINUS $      5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 10   (Continued)

 **TRAVELERS** One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 11 | COMPREHENSIVE | $     750,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $        MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   750,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                    PAGE 11   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 12 | COMPREHENSIVE | $       750,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$         MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $         MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$         MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $    750,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 12   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 13 | COMPREHENSIVE | $      375,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                              PAGE 13   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 14 | COMPREHENSIVE | $      100,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $         MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $      100,000 MINUS $      5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 14   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 15 | COMPREHENSIVE | $    1,200,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |

COMPREHENSIVE $ 1,200,000 MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14
OR
$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

SPECIFIED CAUSES OF LOSS $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;
OR
$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION $ 1,200,000 MINUS $    5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO.

CA T0 79 02 15                    PAGE 15   (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 18 | COMPREHENSIVE | $       250,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    250,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 16   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-20-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
    Comprehensive
    Specified Causes of Loss
    Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

 DIRECT COVERAGE OPTIONS

    (X)  EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
         remains applicable on a legal liability basis. However coverage also
         applies without regard to your or any other "Insured's" legal
         liability for "loss" to a customer's "auto" on an  excess basis over
         any other collectible insurance regardless of whether the other
         insurance covers your or any other "insured's"interest or the interest
         of the covered "auto's" owner.

    ( )  PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
         changed to apply without regard to your or any other "insured's"
         legal liability for "loss" to a customer's "auto" and is primary
         insurance.

          CA T0 79 02 15                              PAGE 17

 **TRAVELERS**                    One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 04-20-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX

PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
TWO applies only to the types of autos and interest indicated by 'X'.

| COVERAGES | | COMPREHENSIVE | SPECIFIED CAUSES OF LOSS | COLLISION |
|---|---|---|---|---|
| TYPES OF AUTOS | NEW AUTOS | X | | X |
| | USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES | X | | X |
| INTERESTS COVERED | YOUR INTEREST IN COVERED AUTOS YOU OWN | X | | X |
| | YOUR INTEREST ONLY IN FINANCED COVERED AUTOS | X | | X |
| | YOUR INTEREST AND THE INTEREST OF ANY CREDITOR NAMED AS A LOSS PAYEE | X | | X |
| | ALL INTERESTS IN ANY AUTO NOT OWNED BY YOU OR ANY CREDITOR WHILE IN YOUR POSSESSION ON CONSIGNMENT FOR SALE | X | | X |

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
    $ 1,000,000 Additional locations where you store covered autos
    $ 1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
 Agreed Upon by X)
 (X) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
     You must report to us on our form the locations of your covered "autos"
     and their total value at each such location. For your main sales location
     identified as location no. 1, you must include the total value of all
     covered "autos" you have furnished or made available to yourself, your
     executives, your "employees" or family members and other Class II - Non-
     Employees, and covered "autos" that are temporarily displayed or stored
     at locations other than those stated in ITEM THREE above. For your main
     sales location you must include the total value of all service vehicles.

CA TO 80 02 15                                                PAGE    1

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 04-20-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
 (continued)

        YOUR REPORTING BASIS IS:
        ( ) QUARTERLY you must give us your first report by the fifteenth of the
            fourth month after the policy begins. Your subsequent reports must
            be given to us by the fifteenth of every third month. Your reports
            must contain the value for the last business day of every third
            month coming within the policy period.
        (X) MONTHLY You must give us your reports by the fifteenth of every
            month. Your reports will contain the total values you had on the
            last business day of the preceding month.
        Premiums will be calculated pro rata of the annual premium for the expo-
        sures contained in each report. At the end of each policy year we will
        add the monthly premiums or the quarterly premiums to determine your
        final premium due for the entire policy year. The estimated total
        premiums shown will be credited against the final premium due.
     ( ) NONREPORTING BASIS. Stated limit of insurance shown above applies.


LOC.
NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

  1    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                           BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                           CA T4 14.

                                       LIMIT        RATE         PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS             500,000      ████         ████
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS


ALL    BLANKET          $ 7,700,000 MINUS $ 5,000 DEDUCTIBLE FOR EACH
       COLLISION          COVERED AUTO.



                                   COLLISION PREMIUM  $    ████████



CA T0 80 02 15                                       PAGE    2

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 04-20-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE          LIMIT OF INSURANCE FOR EACH LOCATION

2    COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                        BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                        CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 650,000 | ▇▇▇ | ▇▇▇ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

3    COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                        BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                        CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 725,000 | ▇▇▇ | ▇▇▇ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

4    COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                        BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                        CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 250,000 | ▇▇▇ | ▇▇▇ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

CA T0 80 02 15                                    PAGE    3

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 04-20-21

                   POLICY NUMBER: AD -9P86338A-21-CAG


ITEM SIX   (CONTINUED)

LOC.
NO.    COVERAGE          LIMIT OF INSURANCE FOR EACH LOCATION

  5    COMPREHENSIVE     LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14.

                                    LIMIT       RATE         PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS           325,000    ████         ████
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

  6    COMPREHENSIVE     LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14.

                                    LIMIT       RATE         PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS           425,000    ████         ████
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

  7    COMPREHENSIVE     LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14.

                                    LIMIT       RATE         PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS           250,000    ████         ████
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS
```

CA T0 80 02 15                                        PAGE    4



One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 04-20-21

                     POLICY NUMBER: AD -9P86338A-21-CAG

      ITEM SIX   (CONTINUED)

      LOC.
      NO.   COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

        8   COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                  BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                  CA T4 14.

                                       LIMIT        RATE          PREMIUM
            FIRE ONLY, BUILDING & LOTS
            BUILDING
            STANDARD OPEN LOTS             250,000
            NON STANDARD OPEN LOTS
            MISCELLANEOUS BUILDING
            MISCELLANEOUS OPEN LOTS

        9   COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                  BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                  CA T4 14.

                                       LIMIT        RATE          PREMIUM
            FIRE ONLY, BUILDING & LOTS
            BUILDING
            STANDARD OPEN LOTS             625,000
            NON STANDARD OPEN LOTS
            MISCELLANEOUS BUILDING
            MISCELLANEOUS OPEN LOTS

       11   COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                  BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                  CA T4 14.

                                       LIMIT        RATE          PREMIUM
            FIRE ONLY, BUILDING & LOTS
            BUILDING
            STANDARD OPEN LOTS
            NON STANDARD OPEN LOTS        600,000
            MISCELLANEOUS BUILDING
            MISCELLANEOUS OPEN LOTS
```

CA T0 80 02 15                                          PAGE    5



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 04-20-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE          LIMIT OF INSURANCE FOR EACH LOCATION

12   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                        BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                        CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 500,000 | ■■■ | ■■■ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

13   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                        BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                        CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 250,000 | ■■■ | ■■■ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

14   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                        BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                        CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 100,000 | ■■■ | ■■■ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

CA T0 80 02 15                                    PAGE    6

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 04-20-21

                        POLICY NUMBER: AD -9P86338A-21-CAG

    ITEM SIX    (CONTINUED)

    LOC.
    NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

      15   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                               BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                               CA T4 14.

                                       LIMIT        RATE          PREMIUM
           FIRE ONLY, BUILDING & LOTS
           BUILDING
           STANDARD OPEN LOTS            1,750,000   ████          █████
           NON STANDARD OPEN LOTS
           MISCELLANEOUS BUILDING
           MISCELLANEOUS OPEN LOTS

      18   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                               BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                               CA T4 14.

                                       LIMIT        RATE          PREMIUM
           FIRE ONLY, BUILDING & LOTS
           BUILDING
           STANDARD OPEN LOTS            250,000     ████          ███
           NON STANDARD OPEN LOTS
           MISCELLANEOUS BUILDING
           MISCELLANEOUS OPEN LOTS
```

```
                                    TOTAL PREMIUM  $    ██████

    CA T0 80 02 15                                      PAGE    7
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 04-20-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

SCHEDULE OF LOSS PAYEES

(Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)

CA T0 80 02 15                                             PAGE    8

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                        ITEM THREE.    SCHEDULE OF COVERED
                                    AUTOS YOU OWN
                            (SEE SEPARATE PAGE EXPLAINING
                        CERTAIN ENTRIES OR ABSENCE THEREOF)

                            POLICY NUMBER: AD-9P86338A-21-CAG

    INSURED'S NAME:  FRED TAYLOR COMPANY INC          CA T0 81 02 15
                     AND AS PER IL T8 03
```

|  | | | | | COUNTY | TERR | ISO/ | USE CLASS |
|---|---|---|---|---|---|---|---|---|
| COVERED | | | | | TOWN | ZONE | STAT | GVW/GCW |
| AUTO | | GARAGING | | | CODE | CODE | CODE | OR SEAT |
| NO | | CITY & STATE | | ZIP CODE | | | | CAPACITY |
| 4 | ALBANY | | GA | 31707 | 0000 | 106 | 7391 | |
| 5 | ALBANY | | GA | 31707 | 0000 | 106 | 7391 | |
| 6 | ALBANY | | GA | 31707 | 0000 | 106 | 7391 | |

| COVERED | | | | | | | |
|---|---|---|---|---|---|---|---|
| AUTO | | | VEHICLE ID NO | COST | | LIMIT OF | AGE |
| NO | YEAR | MAKE/MODEL | (VIN) | NEW | | LIAB | GROUP |
| 4 | 16 | CHEVROLET | 1GNSCCKC3GR125077 | 61610 | | ACV | A |
| 5 | 13 | FORD | 2FMDK3KC9DBB97660 | 34940 | | ACV | D |
| 6 | 17 | LINCOLN | 1LN6L9NP7H5629597 | 55915 | | ACV | 5 |

| | COVERED AUTO 4 | COVERED AUTO 5 | COVERED AUTO 6 | COVERED AUTO | COVERED AUTO |
|---|---|---|---|---|---|
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | NIL | NIL | NIL | | |
| COLLISION | 500 | 500 | 500 | | |
| PREMIUMS: | | | | | |
| LIABILITY | ■ | ■ | ■ | | |
| MED PAY | ■ | ■ | ■ | | |
| COMPREHENSIVE | ■ | ■ | ■ | | |
| COLLISION | ■ | ■ | ■ | | |
| TOTAL | ■ | ■ | ■ | | |

```
    TOTAL UNINSURED AND UNDERINSURED MOTORISTS PREMIUM:        ■


      * APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
     **APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES AND COLLISION COVERAGES
                                    SPV     6          PAGE     1            001
```

 **TRAVELERS**ᴶ                    One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 04-20-21

Policy Number: AD-9P86338A-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 1 | ████ | |
| 002 | 1 | | |
| 003 | 1 | | |
| 004 | 1 | | |
| 005 | 1 | | |
| 006 | 1 | | |
| 007 | 1 | | |
| 008 | 1 | | |
| 009 | 1 | | |
| 010 | 1 | | |
| 011 | 1 | | |
| 012 | 1 | | |
| 013 | 1 | | |
| 014 | 1 | | |
| 015 | 1 | | |
| 016 | 1 | | |
| 018 | 1 | | |

CA T0 83 02 15                              Page  1

POLICY NUMBER: AD-9P86338A-21-CAG

<div align="right">

COMMERCIAL AUTO
ISSUE DATE: 04-20-21
</div>

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE PART DECLARATIONS
    AUTO DEALERS COVERAGE FORM

**PROVISIONS**

1. The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

<div align="center">

**SCHEDULE**
</div>

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

CA T4 14 02 15

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

    **(1)** Theft or Mischief or Vandalism

    **(2)** Earthquake

    **(3)** Windstorm Or Hail

    **(4)** Flood

    **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

    **5. Limit Of Insurance And Deductibles**

      **a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

      **b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

      **c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

    **5. Deductible**

    For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

    The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CA T4 14 02 15**

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  04-20-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|-----|--------------------------|------|--------|------|--------|
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 1 | Windstorm or Hail | $ | 5,000 | $ | NO |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 2 | Windstorm or Hail | $ | 5,000 | $ | NO |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 3 | Windstorm or Hail | $ | 5,000 | $ | NO |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 4 | Windstorm or Hail | $ | 5,000 | $ | NO |
| 5 | All Covered Perils, | $ | 5,000 | $ | 25,000 |

CA T4 14 SCHED

Page  1 of 12

COMMERCIAL AUTO
ISSUE DATE: 04-20-21

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

```
            other than collision,
            not listed separately on
            this Schedule

     5  Windstorm or Hail      $      5,000      $        NO
```

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 6 | Windstorm or Hail | $ 5,000 | $ NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 7 | Windstorm or Hail | $ 5,000 | $ NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

Deductible

CA T4 14 SCHED

Page  2 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  04-20-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|-------------------------------------|
| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 8 | Windstorm or Hail | $    5,000 | $    NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|-------------------------------------|
| 9 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 9 | Windstorm or Hail | $    5,000 | $    NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|-------------------------------------|
| 10 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 10 | Windstorm or Hail | $    5,000 | $    NO |

CA T4 14 SCHED

Page   3  of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 04-20-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|
| 11 | All Covered Perils, other than collision, not listed separately on this Schedule | $   5,000 | $   25,000 |
| 11 | Windstorm or Hail | $   5,000 | $   NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|
| 12 | All Covered Perils, other than collision, not listed separately on this Schedule | $   5,000 | $   25,000 |
| 12 | Windstorm or Hail | $   5,000 | $   NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|
| 13 | All Covered Perils, other than collision, | $   5,000 | $   25,000 |

CA T4 14 SCHED

Page   4 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 04-20-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

|     | not listed separately on this Schedule |         |     |         |
| --- | --- | --- | --- | --- |
| 13  | Windstorm or Hail | $   5,000 | $ | NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event |
| --- | --- | --- | --- | --- |
| 14  | All Covered Perils, other than collision, not listed separately on this Schedule | $   5,000 | $ | 25,000 |
| 14  | Windstorm or Hail | $   5,000 | $ | NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event |
| --- | --- | --- | --- | --- |
| 15  | All Covered Perils, other than collision, not listed separately on this Schedule | $   5,000 | $ | 25,000 |
| 15  | Windstorm or Hail | $   5,000 | $ | NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | Deductible | |
| --- | --- | --- |
| | For Each | Maximum |

CA T4 14 SCHED

Page  5 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  04-20-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

| Loc | Covered Causes of Loss** | Covered "Auto" | Deductible in any one event |
|---|---|---|---|
| 18 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 18 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 1 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|

CA T4 14 SCHED

Page   6 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 04-20-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
|---|---|---|---|---|---|

| 2 | Windstorm or Hail | $ | 5,000 | $ | NO |
|---|---|---|---|---|---|

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 3 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 4 | Windstorm or Hail | $ | 5,000 | $ | NO |

CA T4 14 SCHED

Page   7 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  04-20-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|--------------------------------------|
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 5 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|--------------------------------------|
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 6 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|--------------------------------------|
| 7 | All Covered Perils, | $    5,000 | $    25,000 |

CA T4 14 SCHED

Page  8 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  04-20-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

|     | Covered Causes of Loss | For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|------|------|------|
|     | other than collision, not listed separately on this Schedule | | |
| 7 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

|     |     | Deductible | |
|-----|------|------|------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 8 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

|     |     | Deductible | |
|-----|------|------|------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 9 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 9 | Windstorm or Hail | $    5,000 | $    NO |

CA T4 14 SCHED

Page   9 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 04-20-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 11 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 11 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 12 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 12 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 13 | All Covered Perils, other than collision, | $    5,000 | $    25,000 |

CA T4 14 SCHED

Page 10 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  04-20-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

not listed separately on
this Schedule

| | | | | |
|---|---|---|---|---|
| 13 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event |
|---|---|---|---|---|---|
| 14 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 14 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event |
|---|---|---|---|---|---|
| 15 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 15 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

CA T4 14 SCHED

Page 11 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 04-20-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

|  | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 18 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 18 | Windstorm or Hail | $    5,000 | $    NO |

CA T4 14 SCHED

Page 12 of 12

**GEORGIA INSURANCE POLICY INFORMATION CARD**

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA   25674

Policy Number: AD-9P86338A-21-CAG        Original Issue Date: 02-01-21

Expiration Date: 02-01-22

Insured

FRED TAYLOR COMPANY INC
AND AS PER IL T8 03
2700 PALMYRA RD.

ALBANY              GA  31707

Vehicle Insured

| Year | Make/Model | Vehicle Identification Number |
|------|------------|-------------------------------|
| 2017 | LINCO CONTI | 1LN6L9NP7H5629597 |

"THE CURRENT STATUS OF ACTUAL MOTOR VEHICLE LIABILITY
INSURANCE COVERAGE IS MAINTAINED BY THE GEORGIA DEPARTMENT
OF MOTOR VEHICLE SAFETY AND IS ACCESSIBLE TO LAW ENFORCEMENT
AGENCIES UPON A CHECK OF THE VEHICLE REGISTRATION".

CAIDGA Rev. 2-04    See Important Notice on Reverse Side     **TRAVELERS**

---

**GEORGIA INSURANCE POLICY INFORMATION CARD**

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA   25674

Policy Number: AD-9P86338A-21-CAG        Original Issue Date: 02-01-21

Expiration Date: 02-01-22

Insured

FRED TAYLOR COMPANY INC
AND AS PER IL T8 03
2700 PALMYRA RD.

ALBANY              GA  31707

Vehicle Insured

| Year | Make/Model | Vehicle Identification Number |
|------|------------|-------------------------------|
| 2016 | CHEVR TAHOE | 1GNSCCKC3GR125077 |

"THE CURRENT STATUS OF ACTUAL MOTOR VEHICLE LIABILITY
INSURANCE COVERAGE IS MAINTAINED BY THE GEORGIA DEPARTMENT
OF MOTOR VEHICLE SAFETY AND IS ACCESSIBLE TO LAW ENFORCEMENT
AGENCIES UPON A CHECK OF THE VEHICLE REGISTRATION".

CAIDGA Rev. 2-04    See Important Notice on Reverse Side     **TRAVELERS**

---

**GEORGIA INSURANCE POLICY INFORMATION CARD**

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA   25674

Policy Number: AD-9P86338A-21-CAG        Original Issue Date: 02-01-21

Expiration Date: 02-01-22

Insured

FRED TAYLOR COMPANY INC
AND AS PER IL T8 03
2700 PALMYRA RD.

ALBANY              GA  31707

Vehicle Insured

| Year | Make/Model | Vehicle Identification Number |
|------|------------|-------------------------------|
| 2013 | FORD EDGE | 2FMDK3KC9DBB97660 |

"THE CURRENT STATUS OF ACTUAL MOTOR VEHICLE LIABILITY
INSURANCE COVERAGE IS MAINTAINED BY THE GEORGIA DEPARTMENT
OF MOTOR VEHICLE SAFETY AND IS ACCESSIBLE TO LAW ENFORCEMENT
AGENCIES UPON A CHECK OF THE VEHICLE REGISTRATION".

CAIDGA Rev. 2-04    See Important Notice on Reverse Side     **TRAVELERS**

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**KEEP THIS CARD IN YOUR MOTOR VEHICLE WHILE IN OPERATION**

CAIDGA  (BACK)

---

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**KEEP THIS CARD IN YOUR MOTOR VEHICLE WHILE IN OPERATION**

CAIDGA  (BACK)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and  address of each driver, passenger, and witness;
  and insurance company and poli cy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accide nt with police officers or Travelers representatives.

**KEEP THIS CARD IN YOUR MOTOR VEHICLE WHIL E IN OPERATION**

CAIDGA  (BACK)

CHANGE EFFECTIVE DATE: 02-02-21

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
FRED TAYLOR COMPANY INC
AND AS PER IL T8 03

Policy Number: AD-9P86338A-21-CAG
Policy Effective Date: 02/01/21
Issue Date: 05/10/21
Additional Premium $ ████

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 02/02/21 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

    UNINSURED MOTORISTS COVERAGE AUTO SYMBOL IS CHANGED
    TO READ: 22 32

    SEE SCHEDULE ATTACHED FOR ADDED VEHICLE NUMBER(S):
       0007

    ADD AUTO MEDICAL PAYMENTS COVERAGE AS PER ATTACHED
    SCHEDULE FOR:
       VEHICLE NUMBER(S) :
       0007

    ADD LIABILITY COVERAGE AS PER ATTACHED SCHEDULE FOR:
       VEHICLE NUMBER(S):
       0007

    ADD COLLISION COVERAGE AS PER ATTACHED SCHEDULE FOR:
       VEHICLE NUMBER(S):
       0007

    ADD COMPREHENSIVE COVERAGE AS PER ATTACHED SCHEDULE FOR:
       VEHICLE NUMBER(S):
       0007

    ADD UNINSURED/UNDERINSURED MOTORISTS COVERAGE AS PER
    ATTACHED SCHEDULE FOR:
       VEHICLE NUMBER(S):
       0007

NAME AND ADDRESS OF AGENT OR BROKER:
  BALDWIN KRYSTYN SHERMAN (CFY65)
  4211 W BOY SCOUT BLVD STE 800
  TAMPA, FL 33607

COUNTERSIGNED BY:

_____
Authorized Representative

IL T0 07 09 87     PAGE  1 OF  2
OFFICE: SP-ATLANTA

DATE:_____

CHANGE EFFECTIVE DATE: 02-02-21

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Policy Number: AD-9P86338A-21-CAG

Policy Effective Date: 02/01/21

Issue Date: 05/10/21

THE FOLLOWING FORM(S) AND/OR ENDORSEMENT(S) IS/ARE ADDED TO
THE POLICY AS PER FORM(S) ATTACHED:

CA 01 78 10 13    CA 21 48 10 13

IL TO 07 09 87    PAGE  2 OF  2

OFFICE: SP-ATLANTA          06P
PRODUCER NAME: BALDWIN KRYSTYN SHERMAN                CFY65

CHANGE EFFECTIVE DATE: 02-02-21

 **TRAVELERS**

POLICY NUMBER:   AD-9P86338A-21-CAG

EFFECTIVE DATE:   02-01-21

ISSUE DATE:   05-10-21

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

COMMERCIAL AUTOMOBILE

```
CA T0 77 02 15    AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15    AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15    AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15    AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 81 02 15    AUTO DEALER DECLARATIONS - ITEM SEVEN
CA T0 83 02 15    AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 14 02 15    GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
CA T0 30 02 16    BA/AD/MC COV PART SUPPL SCH - ITEM TWO
CA 01 78 10 13    LA CHANGES-COV EXTENSION FOR RENTAL VEH
CA 21 48 10 13    LA UM COVERAGE - BODILY INJURY
```

**IL T8 01 10 93**

**PAGE:   1 OF   1**

# COMMERCIAL AUTOMOBILE



# COMMERCIAL AUTOMOBILE

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS           ISSUE DATE:  05-10-21   JH

ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  02-01-21 to 02-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: CORPORATION

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.

ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
        This policy provides only those coverages where a limit, if applicable,
        is shown in the columns below. Each of the "auto"-related coverages
        will apply only to those "autos" shown as covered "autos"."Autos"
        are shown as covered "autos" for the applicable coverages by the
        entry of one or more of the symbols from section I - Covered Autos
        Coverages of the Auto Dealers Coverage Form next to the name of
        the "auto" related coverage.

| COVERAGES | COVERED AUTOS | LIMIT  OF INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS |
|---|---|---|
| COVERED AUTOS LIABILTY | 21 | $  1,000,000 EACH ACCIDENT |
| GENERAL LIABILITY<br>BODILY INJURY AND PROPERTY<br>DAMAGE LIABILITY | | $  1,000,000 EACH ACCIDENT |
| DAMAGES TO PREMISES<br>RENTED TO YOU | | $    100,000 ANY ONE PREMISES |
| PERSONAL AND ADVERTISING<br>INJURY LIABILITY | | $  1,000,000 ANY ONE PERSON OR<br>              ORGANIZATION |
| GENERAL LIABILTY AGGREGATE | | $  3,000,000 |
| PRODUCTS AND WORK YOU<br>PERFORMED AGGREGATE | | $  2,000,000 |
| LOCATIONS AND OPERATIONS<br>MEDICAL PAYMENTS | | $      5,000 |
| ADDED PERSONAL INJURY<br>PROTECTION<br>(or equivalent Added<br>No-fault coverage) | | SEPARATELY STATED IN EACH<br>ADDED PIP ENDORSEMENT |

CA T0 77 02 15                          PAGE  (CONTINUED)
     PRODUCER: BALDWIN KRYSTYN SHERMAN   CFY65   OFFICE: SPATLAN  06P

 **TRAVELERS**                One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                    POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS      ISSUE DATE:  05-10-21   JH

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS |
|---|---|---|
| AUTO MEDICAL PAYMENTS | 21 | $    5,000 |
| UNINSURED AND UNDERINSURED MOTORISTS COVERAGE | 22 32 | See CA T0 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ DEDUCTIBLE FOR EACH COVERED AUTO. See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE COLLISION COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ Ded. FOR EACH COVERED AUTO. See Item Six for Dealers Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS LIABILITY | | $ 1,000,000     AGGREGATE $    5,000     PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:     ANNUAL

CA T0 77 02 15                          PAGE  (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN   CFY65   OFFICE: SPATLAN  06P

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART DECLARATIONS

POLICY NUMBER: AD-9P86338A-21-CAG
ISSUE DATE:  05-10-21   JH

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos

   SYMBOL 32: ANY AUTO YOU DO NOT OWN AND THAT IS A COVERED AUTO
              UNDER THIS POLICY FOR LIABILITY INSURANCE AND IT IS
              LICENSED OR PRINCIPALLY GARAGED IN LOUISIANA.

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART:  SEE IL T8 01 10 93

CA T0 77 02 15                         PAGE  (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN    CFY65  OFFICE: SPATLAN  06P

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART DECLARATIONS

POLICY NUMBER: AD-9P86338A-21-CAG
ISSUE DATE:  05-10-21   JH

LOSS PAYABLE CLAUSE

A.  We will pay you and the loss payee named in the policy for "loss"
to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the
"loss" results from conversion, secretion or embezzlement on your
part.

C.  We may cancel the policy as allowed by the CANCELLATION Common
Policy Condition.  Cancellation ends this agreement as to the loss
payee's interest.  If we cancel the policy we will mail you and the
loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their
rights against any other party.

SCHEDULE OF LOSS PAYEES

LOSS PAYEE (Name and Address)

CA T0 77 02 15
PRODUCER: BALDWIN KRYSTYN SHERMAN    CFY65

PAGE  (CONTINUED)
OFFICE: SPATLAN  06P

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 05-10-21

            Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
Loc         Address                    Zip             Cnty/twn
No      Street and City      State     Code    terr      Code
---     ---------------      -----     ----    ----    --------
  1    365 SOUTHWELL BLVD
       TIFTON                 GA       31794    119

  2    2924 3RD AVE NORTH
       BIRMINGHAM             AL       35203    101     0001

  3    4465 MARION AVE
       MACON                  GA       31206    105
```

```
ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
Loc    Class of                     No of    Rating    Total Rating
No     Operators                   Persons   Units        Units
---    ---------                   -------   ------    -----------

  1    Cl I  Empl-Regular
       Cl I  Empl-A/O               3.0       1.20
       Cl II Non-Empl-Under age 25
       Cl II Non-Empl-Age 25 or over
                                                          1.20


  2    Cl I  Empl-Regular           2.0       2.00
       Cl I  Empl-A/O               9.0       3.60
       Cl II Non-Empl-Under age 25
       Cl II Non-Empl-Age 25 or over
                                                          5.60


  3    Cl I  Empl-Regular           2.0       2.00
       Cl I  Empl-A/O               6.0       2.40
       Cl II Non-Empl-Under age 25
       Cl II Non-Empl-Age 25 or over
                                                          4.40
```

|  | LOCATION # 1 | | LOCATION # 2 | | LOCATION # 3 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
|  | RATE | PREM | RATE | PREM | RATE | PREM |  |
| AUTO & GEN LIAB | ▆ | ▆▆▆ | ▆▆ | ▆▆▆ | ▆▆ | ▆▆▆ | ▆▆ |
| LOC & OP MED PAY | | ▆ | | ▆ | | ▆ $ | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▆▆ | ▆▆ | ▆▆ | ▆▆ | ▆▆ | ▆▆ $ | ▆▆ |
| A, E & O LIAB | | ▆▆ | | | | $ | ▆▆ |

```
     CA TO 78 02 15                          Page  1 (Continued)
```

 **TRAVELERS**⌐J                    One Tower Square, Hartford, Connecticut 06183

```
                                 AUTO DEALERS COVERAGE PART DECLARATIONS
                                 AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                                 Issue date: 05-10-21

                    Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
  Loc            Address                        Zip            Cnty/twn
  No         Street and City        State      Code    terr     Code
  ---        ---------------        -----      ----    ----   --------
    4      2291 DOTHAN RD
           BAINBRIDGE                GA        39817    119

    5      1449 COBB PARKWAY N
           MARIETTA                  GA        30062    120

    6      4541 BUFORD HWY
           NORCROSS                  GA        30071    125


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
  Loc    Class of                    No of    Rating   Total Rating
  No     Operators                  Persons   Units       Units
  ---    ---------                  -------   ------   -----------

    4    Cl I   Empl-Regular          1.0      1.00
         Cl I   Empl-A/O
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over
                                                           1.00


    5    Cl I   Empl-Regular          1.0      1.00
         Cl I   Empl-A/O              3.0      1.20
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over
                                                           2.20


    6    Cl I   Empl-Regular          2.0      2.00
         Cl I   Empl-A/O             11.0      4.40
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over
                                                           6.40
```

```
              LOCATION        LOCATION        LOCATION
              #  4            #  5            #  6
            ---------------  ---------------  ---------------
```

|  | RATE | PREM | RATE | PREM | RATE | PREM | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|---|
| AUTO & GEN LIAB | ▇ | ▇▇▇ | ▇ | ▇▇▇ | ▇ | ▇▇▇ | | ▇▇ |
| LOC & OP MED PAY | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | $ | |
| PIP/APIP | | | | | | | | |
| NJ PED PIP | | | | | | | | |
| MICHIGAN PPI | | | | | | | | |
| AUTO MED PAY | ▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | $ | ▇▇ |
| A, E & O LIAB | | | | | | | | |

```
     CA T0 78 02 15                        Page  2 (Continued)
```

**TRAVELERS** ☂                One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 05-10-21

Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 7 | 1251 NEWELL PKWY MONTGOMERY | AL | 36110 | 116 | 0169 |
| 8 | 1860 WESTGATE PKWY ATLANTA | GA | 30336 | 101 | |
| 9 | 154 FALCON DR STE B FOREST PARK | GA | 30297 | 124 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 7 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | 13.0 | 5.20 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 7.20 |
| 8 | Cl I  Empl-Regular | 1.0 | 1.00 | |
| | Cl I  Empl-A/O | 9.0 | 3.60 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 4.60 |
| 9 | Cl I  Empl-Regular | 3.0 | 3.00 | |
| | Cl I  Empl-A/O | 10.0 | 4.00 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 7.00 |

| | LOCATION # 7 | | LOCATION # 8 | | LOCATION # 9 | | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | | |
| AUTO & GEN LIAB | ██ | ██████ | ██ | ██████ | ██ | ██████ | | ███ |
| LOC & OP MED PAY | ██ | | ██ | | ██ | | $ | |
| PIP/APIP | | | | | | | | |
| NJ PED PIP | | | | | | | | |
| MICHIGAN PPI | | | | | | | | |
| AUTO MED PAY | ███ | ███ | ███ | ███ | ███ | ███ | $ | ████ |
| A, E & O LIAB | | | | | | | | |

CA T0 78 02 15                                    Page  3  (Continued)


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS COVERAGE PART DECLARATIONS
                                    AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                                    Issue date: 05-10-21

                        Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
Loc             Address                          Zip              Cnty/twn
No           Street and City          State      Code     terr       Code
---          ---------------          -----      ----     ----    --------
 10     705 GENE STEWART BLVD
        SYLACAUGA                       AL        35150     129       0222

 11     114 ELI WHITNEY BLVD
        SAVANNAH                        GA        31408     108

 12     708 GIL HARBIN IND BLVD
        VALDOSTA                        GA        31601     119


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
Loc     Class of                         No of    Rating    Total Rating
No      Operators                       Persons   Units        Units
---     ---------                       -------   ------    -----------

10      Cl I   Empl-Regular               2.0      2.00
        Cl I   Empl-A/O
        Cl II  Non-Empl-Under age 25
        Cl II  Non-Empl-Age 25 or over
                                                             2.00


11      Cl I   Empl-Regular               3.0      3.00
        Cl I   Empl-A/O                  12.0      4.80
        Cl II  Non-Empl-Under age 25
        Cl II  Non-Empl-Age 25 or over
                                                             7.80


12      Cl I   Empl-Regular               2.0      2.00
        Cl I   Empl-A/O                   5.0      2.00
        Cl II  Non-Empl-Under age 25
        Cl II  Non-Empl-Age 25 or over
                                                             4.00
```



```
              LOCATION        LOCATION        LOCATION
            #  10            #  11           #  12
            ---------------  ---------------  ---------------


                    RATE    PREM    RATE    PREM    RATE    PREM         TOTAL
                                                                       PREMIUMS
AUTO & GEN LIAB
LOC & OP MED PAY
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY
A, E & O LIAB
    CA TO 78 02 15                                 Page   4  (Continued)
```



One Tower Square, Hartford, Connecticut 06183

```
                          AUTO DEALERS COVERAGE PART DECLARATIONS
                          AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                          Issue date: 05-10-21

            Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
 Loc           Address                          Zip                Cnty/twn
 No        Street and City          State       Code      terr       Code
 ---      ---------------           -----       ----      ----     --------
  13    1967 KINSEY RD
        DOTHAN                        AL        36303      121       0085

  14    979 POINT PETER RD
        SAINT MARYS                   GA        31558      119

  15    1400 & 1404 BRICKLINE CT
        ALBANY                        GA        31707      106


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
 Loc    Class of                          No of    Rating     Total Rating
 No     Operators                        Persons   Units         Units
 ---    ---------                        -------   ------     -----------

  13    Cl I  Empl-Regular                2.0       2.00
        Cl I  Empl-A/O                    6.0       2.40
        Cl II Non-Empl-Under age 25
        Cl II Non-Empl-Age 25 or over
                                                                  4.40


  14    Cl I  Empl-Regular                1.0       1.00
        Cl I  Empl-A/O
        Cl II Non-Empl-Under age 25
        Cl II Non-Empl-Age 25 or over
                                                                  1.00


  15    Cl I  Empl-Regular                9.0       9.00
        Cl I  Empl-A/O                   32.0      12.80
        Cl II Non-Empl-Under age 25
        Cl II Non-Empl-Age 25 or over
                                                                 21.80
```



```
                LOCATION        LOCATION        LOCATION
                # 13            # 14            # 15
              --------------- --------------- ---------------



                                                               TOTAL
              RATE    PREM    RATE    PREM    RATE    PREM     PREMIUMS
AUTO & GEN LIAB  ███     ███     ███     ███     ███     ███
LOC & OP MED PAY  ██      ██      █       █       ██      ██  $    ███
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY     ███     ███     ███     ██      ███     ███  $    ███
A, E & O LIAB
    CA T0 78 02 15                         Page  5 (Continued)
```



**TRAVELERS** One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 05-10-21

              Policy Number: AD -9P86338A-21-CAG

   ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
   Loc          Address                        Zip           Cnty/twn
   No        Street and City        State      Code    terr    Code
   ---     ---------------          -----      ----    ----  --------
    16     US HWY 3415
           HAZLEHURST               GA         31539   119

    18     121 BOWENS MILL RD SE
           DOUGLAS                  GA         31533   119




   ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
   (Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
   Loc    Class of                     No of    Rating   Total Rating
   No     Operators                   Persons   Units       Units
   ---    ---------                   -------   ------   -----------

   16     Cl I  Empl-Regular            1.0      1.00
          Cl I  Empl-A/O
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over
                                                              1.00


   18     Cl I  Empl-Regular            6.0      6.00
          Cl I  Empl-A/O              12.0       4.80
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over
                                                             10.80


          Cl I  Empl-Regular
          Cl I  Empl-A/O
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over
```



```
              LOCATION      LOCATION      LOCATION
              # 16          # 18          #
           --------------  --------------  --------------



                                                              TOTAL
                   RATE    PREM    RATE    PREM    RATE    PREM    PREMIUMS
AUTO & GEN LIAB     ██      ████    ███     ████                $    ███████
LOC & OP MED PAY    █       █       █       ██                  $    ██
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY        ███     ██      ███             ███     ███  $    ███
A, E & O LIAB
     CA TO 78 02 15                          Page   6 (Continued)
```



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 05-10-21

Policy Number: AD -9P86338A-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM -   

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal
use of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA TO 78 02 15                                      Page  7

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-10-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 1 | COMPREHENSIVE | $     450,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $        MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $   450,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 01   (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-10-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages              Limit of Insurance for Each Location
   No.

      2      COMPREHENSIVE        $        300,000      MINUS THE DEDUCTIBLE AS
                                  SHOWN ON CA T4 14
                                          OR
                                  $          MINUS $          DEDUCTIBLE FOR ALL
                                  PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                  $          MAXIMUM DEDUCTIBLE
                                  FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


           SPECIFIED CAUSES OF    $          MINUS $          DEDUCTIBLE FOR
           LOSS                   EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                                  OR MISCHIEF OR VANDALISM SUBJECT TO $
                                  MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                                  ONE EVENT;
                                          OR
                                  $          MINUS $          DEDUCTIBLE FOR ALL
                                  PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                  $          MAXIMUM DEDUCTIBLE
                                  FOR ALL SUCH LOSS IN ANY ONE EVENT.
           COLLISION              $   300,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                                  CUSTOMER'S AUTO.


      CA T0 79 02 15                          PAGE 02   (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-10-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 3 | COMPREHENSIVE | $      375,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$        MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $         MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$        MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 03   (Continued)



**TRAVELERS**                    One Tower Square, Hartford, Connecticut  06183

                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 05-10-21

                        Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

4    COMPREHENSIVE    $        600,000      MINUS THE DEDUCTIBLE AS
                      SHOWN ON CA T4 14
                                   OR
                      $          MINUS $          DEDUCTIBLE FOR ALL
                      PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                      $          MAXIMUM DEDUCTIBLE
                      FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


     SPECIFIED CAUSES OF  $          MINUS $          DEDUCTIBLE FOR
     LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                          OR MISCHIEF OR VANDALISM SUBJECT TO $
                          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                          ONE EVENT;
                                      OR
                          $          MINUS $          DEDUCTIBLE FOR ALL
                          PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                          $          MAXIMUM DEDUCTIBLE
                          FOR ALL SUCH LOSS IN ANY ONE EVENT.
     COLLISION            $   600,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                          CUSTOMER'S AUTO.


        CA T0 79 02 15                    PAGE 04   (Continued)


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-10-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages               Limit of Insurance for Each Location
   No.

      5       COMPREHENSIVE        $       25,000      MINUS THE DEDUCTIBLE AS
                                   SHOWN ON CA T4 14
                                              OR
                                   $         MINUS $          DEDUCTIBLE FOR ALL
                                   PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                   $           MAXIMUM DEDUCTIBLE
                                   FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


              SPECIFIED CAUSES OF  $         MINUS $          DEDUCTIBLE FOR
              LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                                   OR MISCHIEF OR VANDALISM SUBJECT TO $
                                   MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                                   ONE EVENT;
                                              OR
                                   $         MINUS $          DEDUCTIBLE FOR ALL
                                   PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                   $           MAXIMUM DEDUCTIBLE
                                   FOR ALL SUCH LOSS IN ANY ONE EVENT.
              COLLISION            $    250,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                                   CUSTOMER'S AUTO.


      CA T0 79 02 15                              PAGE 05   (Continued)

**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-10-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

6    COMPREHENSIVE       $       375,000       MINUS THE DEDUCTIBLE AS
                         SHOWN ON CA T4 14
                                  OR
                         $         MINUS $          DEDUCTIBLE FOR ALL
                         PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                         $           MAXIMUM DEDUCTIBLE
                         FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


     SPECIFIED CAUSES OF $         MINUS $          DEDUCTIBLE FOR
     LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                         OR MISCHIEF OR VANDALISM SUBJECT TO $
                         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                         ONE EVENT;
                                  OR
                         $          MINUS $          DEDUCTIBLE FOR ALL
                         PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                         $          MAXIMUM DEDUCTIBLE
                         FOR ALL SUCH LOSS IN ANY ONE EVENT.
     COLLISION           $    375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                         CUSTOMER'S AUTO.


CA T0 79 02 15                          PAGE 06   (Continued)

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-10-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 7 | COMPREHENSIVE | $ 375,000 MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR |
| | | $ MINUS $ DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $ MINUS $ DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR |
| | | $ MINUS $ DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $ 375,000 MINUS $ 5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 07   (Continued)


**TRAVELERS**                    One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-10-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 8 | COMPREHENSIVE | $        600,000        MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$           MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $           MINUS $           DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$           MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $   600,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 08   (Continued)


**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-10-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 9 | COMPREHENSIVE | $      525,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $       MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $       MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $       MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $       MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $       MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   525,000 MINUS $    5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                    PAGE 09   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-10-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages                 Limit of Insurance for Each Location
No.

    10      COMPREHENSIVE       $       250,000      MINUS THE DEDUCTIBLE AS
                                SHOWN ON CA T4 14
                                        OR
                                $       MINUS $        DEDUCTIBLE FOR ALL
                                PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                $       MAXIMUM DEDUCTIBLE
                                FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


            SPECIFIED CAUSES OF $       MINUS $        DEDUCTIBLE FOR
            LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                                OR MISCHIEF OR VANDALISM SUBJECT TO $
                                MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                                ONE EVENT;
                                        OR
                                $       MINUS $        DEDUCTIBLE FOR ALL
                                PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                $       MAXIMUM DEDUCTIBLE
                                FOR ALL SUCH LOSS IN ANY ONE EVENT.
            COLLISION           $    250,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                                CUSTOMER'S AUTO.


    CA T0 79 02 15                          PAGE 10   (Continued)

 **TRAVELERS** One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-10-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 11 | COMPREHENSIVE | $     750,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   750,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 11  (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-10-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 12 | COMPREHENSIVE | $      750,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $       MINUS $       DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $       MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $       MINUS $       DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $       MINUS $       DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $       MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   750,000 MINUS $    5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 12   (Continued)



**TRAVELERS**                    One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-10-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 13 | COMPREHENSIVE | $        375,000        MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>                         OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $        MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>                         OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $  375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 13   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-10-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 14 | COMPREHENSIVE | $        100,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $    100,000 MINUS $    5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 14   (Continued)



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-10-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages                Limit of Insurance for Each Location
No.

          COMPREHENSIVE        $      1,200,000      MINUS THE DEDUCTIBLE AS
15                               SHOWN ON CA T4 14
                                          OR
                                 $         MINUS $         DEDUCTIBLE FOR ALL
                                 PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                 $         MAXIMUM DEDUCTIBLE
                                 FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


          SPECIFIED CAUSES OF  $         MINUS $         DEDUCTIBLE FOR
          LOSS                  EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                                 OR MISCHIEF OR VANDALISM SUBJECT TO $
                                 MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                                 ONE EVENT;
                                          OR
                                 $         MINUS $         DEDUCTIBLE FOR ALL
                                 PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                 $         MAXIMUM DEDUCTIBLE
                                 FOR ALL SUCH LOSS IN ANY ONE EVENT.
          COLLISION            $ 1,200,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                                 CUSTOMER'S AUTO.


          CA T0 79 02 15                          PAGE 15  (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-10-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 18 | COMPREHENSIVE | $      250,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |

                                                  OR
$            MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

SPECIFIED CAUSES OF LOSS   $            MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;
                      OR
$            MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION   $    250,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO.

CA T0 79 02 15                                        PAGE 16   (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-10-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
     Comprehensive
     Specified Causes of Loss
     Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

  DIRECT COVERAGE OPTIONS

     (X)  EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
          remains applicable on a legal liability basis. However coverage also
          applies without regard to your or any other "Insured's" legal
          liability for "loss" to a customer's "auto" on an  excess basis over
          any other collectible insurance regardless of whether the other
          insurance covers your or any other "insured's"interest or the interest
          of the covered "auto's" owner.

     ( )  PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
          changed to apply without regard to your or any other "insured's"
          legal liability for "loss" to a customer's "auto" and is primary
          insurance.

          CA T0 79 02 15                              PAGE 17



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 05-10-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX

PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
TWO applies only to the types of autos and interest indicated by 'X'.

| COVERAGES | | COMPREHENSIVE | SPECIFIED CAUSES OF LOSS | COLLISION |
|---|---|---|---|---|
| TYPES OF AUTOS | NEW AUTOS | X | | X |
| | USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES | X | | X |
| INTERESTS COVERED | YOUR INTEREST IN COVERED AUTOS YOU OWN | X | | X |
| | YOUR INTEREST ONLY IN FINANCED COVERED AUTOS | X | | X |
| | YOUR INTEREST AND THE INTEREST OF ANY CREDITOR NAMED AS A LOSS PAYEE | X | | X |
| | ALL INTERESTS IN ANY AUTO NOT OWNED BY YOU OR ANY CREDITOR WHILE IN YOUR POSSESSION ON CONSIGNMENT FOR SALE | X | | X |

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
   $  1,000,000 Additional locations where you store covered autos
   $  1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
 Agreed Upon by X)
  (X) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
       You must report to us on our form the locations of your covered "autos"
       and their total value at each such location. For your main sales location
       identified as location no. 1, you must include the total value of all
       covered "autos" you have furnished or made available to yourself, your
       executives, your "employees" or family members and other Class II - Non-
       Employees, and covered "autos" that are temporarily displayed or stored
       at locations other than those stated in ITEM THREE above. For your main
       sales location you must include the total value of all service vehicles.

CA T0 80 02 15                                              PAGE    1

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 05-10-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
(continued)

        YOUR REPORTING BASIS IS:
        ( ) QUARTERLY you must give us your first report by the fifteenth of the
            fourth month after the policy begins. Your subsequent reports must
            be given to us by the fifteenth of every third month. Your reports
            must contain the value for the last business day of every third
            month coming within the policy period.
        (X) MONTHLY You must give us your reports by the fifteenth of every
            month. Your reports will contain the total values you had on the
            last business day of the preceding month.
    Premiums will be calculated pro rata of the annual premium for the expo-
    sures contained in each report. At the end of each policy year we will
    add the monthly premiums or the quarterly premiums to determine your
    final premium due for the entire policy year. The estimated total
    premiums shown will be credited against the final premium due.
    ( ) NONREPORTING BASIS. Stated limit of insurance shown above applies.


LOC.
NO.   COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

  1   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

      FIRE ONLY, BUILDING & LOTS    LIMIT      RATE        PREMIUM
      BUILDING
      STANDARD OPEN LOTS            500,000    �▬▬▬        ▬▬▬
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS


ALL   BLANKET        $  7,700,000 MINUS $ 5,000 DEDUCTIBLE FOR EACH
      COLLISION          COVERED AUTO.


                                        COLLISION PREMIUM  $    ▬▬▬▬


CA T0 80 02 15                                          PAGE    2

 **TRAVELERS**          One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 05-10-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE          LIMIT OF INSURANCE FOR EACH LOCATION

2   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 650,000 | ▬▬ | ▬▬ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

3   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 725,000 | ▬▬ | ▬▬ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

4   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 250,000 | ▬▬ | ▬▬ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

CA T0 80 02 15                              PAGE    3

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 05-10-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

  5   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 325,000 | ■■■ | ■■■ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

  6   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 425,000 | ■■■ | ■■■ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

  7   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 250,000 | ■■■ | ■■■ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

CA T0 80 02 15                                      PAGE   4



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 05-10-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

  8   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 250,000 | ▆▆ | ▆▆ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

  9   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 625,000 | ▆▆ | ▆▆ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

 11   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | | | |
| NON STANDARD OPEN LOTS | 600,000 | ▆▆ | ▆▆ |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

CA T0 80 02 15                                        PAGE    5



One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 05-10-21

                          POLICY NUMBER: AD -9P86338A-21-CAG

     ITEM SIX   (CONTINUED)

     LOC.
     NO.   COVERAGE           LIMIT OF INSURANCE FOR EACH LOCATION

      12   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14.

                                             LIMIT       RATE          PREMIUM
           FIRE ONLY, BUILDING & LOTS
           BUILDING
           STANDARD OPEN LOTS                500,000     ████          ████
           NON STANDARD OPEN LOTS
           MISCELLANEOUS BUILDING
           MISCELLANEOUS OPEN LOTS

      13   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14.

                                             LIMIT       RATE          PREMIUM
           FIRE ONLY, BUILDING & LOTS
           BUILDING
           STANDARD OPEN LOTS                250,000     ████          ████
           NON STANDARD OPEN LOTS
           MISCELLANEOUS BUILDING
           MISCELLANEOUS OPEN LOTS

      14   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14.

                                             LIMIT       RATE          PREMIUM
           FIRE ONLY, BUILDING & LOTS
           BUILDING
           STANDARD OPEN LOTS                100,000     ████          ████
           NON STANDARD OPEN LOTS
           MISCELLANEOUS BUILDING
           MISCELLANEOUS OPEN LOTS
```

CA T0 80 02 15                                      PAGE   6

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 05-10-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

  15   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                        LIMIT         RATE          PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS               1,750,000     ███           ███
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

  18   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                        LIMIT         RATE          PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS               250,000       ███           ███
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

                                        TOTAL PREMIUM  $      ███

CA T0 80 02 15                                               PAGE    7

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 05-10-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

SCHEDULE OF LOSS PAYEES

(Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)

CA T0 80 02 15                                              PAGE    8

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

ITEM THREE.   SCHEDULE OF COVERED
AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING
CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: AD-9P86338A-21-CAG

INSURED'S NAME:  FRED TAYLOR COMPANY INC                    CA T0 81 02 15
AND AS PER IL T8 03

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 7 | NEW ORLEANS | LA | 70116 | 0000 | 119 | 7391 | |

| COVERED AUTO NO | YEAR | MAKE/MODEL | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF LIAB | AGE GROUP |
|---|---|---|---|---|---|---|
| 7 | 90 | MERCEDES-BENZ | WDBCA35E5LA529053 | 62500 | ACV | X |

| | COVERED AUTO 7 | COVERED AUTO | COVERED AUTO | COVERED AUTO | COVERED AUTO |
|---|---|---|---|---|---|
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | NIL | | | | |
| COLLISION | 500 | | | | |
| PREMIUMS: | | | | | |
| LIABILITY | | | | | |
| MED PAY |  | | | | |
| COMPREHENSIVE | | | | | |
| COLLISION | | | | | |
| TOTAL | | | | | |

TOTAL UNINSURED AND UNDERINSURED MOTORISTS PREMIUM:        ▰▰

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES AND COLLISION COVERAGES
SPV   7            PAGE   1            001

TRAVELERS DOC MGMT Page 319 of 692

 **TRAVELERS**J        One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 05-10-21

Policy Number: AD-9P86338A-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 1 | | |
| 002 | 1 | | |
| 003 | 1 | | |
| 004 | 1 | | |
| 005 | 1 | | |
| 006 | 1 | | |
| 007 | 1 | | |
| 008 | 1 | | |
| 009 | 1 | | |
| 010 | 1 | | |
| 011 | 1 | | |
| 012 | 1 | | |
| 013 | 1 | | |
| 014 | 1 | | |
| 015 | 1 | | |
| 016 | 1 | | |
| 018 | 1 | | |

CA T0 83 02 15                    Page  1

COMMERCIAL AUTO
ISSUE DATE: 05-10-21

POLICY NUMBER: AD-9P86338A-21-CAG

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS COVERAGE FORM

**PROVISIONS**

1. The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS:**

**SCHEDULE**

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible For Each Covered "Auto" | Maximum Deductible in any one event at each location |
|---|---|---|---|
| SEE SCHEDULE EXTENSION | | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible For Each Covered "Auto" | Maximum Deductible in any one event at each location |
|---|---|---|---|
| SEE SCHEDULE EXTENSION | | | |

CA T4 14 02 15

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

   **(1)** Theft or Mischief or Vandalism

   **(2)** Earthquake

   **(3)** Windstorm Or Hail

   **(4)** Flood

   **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES:**

   **5.** **Limit Of Insurance And Deductibles**

   **a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

   **b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

   **c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES:**

   **5.** **Deductible**

   For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

   The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CA T4 14 02 15

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 05-10-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 1 | Windstorm or Hail | $ 5,000 | $ NO |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 2 | Windstorm or Hail | $ 5,000 | $ NO |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 3 | Windstorm or Hail | $ 5,000 | $ NO |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 4 | Windstorm or Hail | $ 5,000 | $ NO |
| 5 | All Covered Perils, | $ 5,000 | $ 25,000 |

CA T4 14 SCHED

Page  1 of 12

POLICY NUMBER: **AD-9P86338A-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: 05-10-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

|  | other than collision, not listed separately on this Schedule | | | | |
|---|---|---|---|---|---|
| 5 | Windstorm or Hail | $ | 5,000 | $ | NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 6 | Windstorm or Hail | $ | 5,000 | $ | NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 7 | Windstorm or Hail | $ | 5,000 | $ | NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

Deductible

CA T4 14 SCHED

Page 2 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 05-10-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 8 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| | | Deductible | | | |
|---|---|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | | Maximum Deductible in any one event | |
| 9 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 9 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| | | Deductible | | | |
|---|---|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | | Maximum Deductible in any one event | |
| 10 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 10 | Windstorm or Hail | $ | 5,000 | $ | NO |

CA T4 14 SCHED

Page  3 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 05-10-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

## ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------|-----------|
| 11 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 11 | Windstorm or Hail | $    5,000 | $    NO |

## ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------|-----------|
| 12 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 12 | Windstorm or Hail | $    5,000 | $    NO |

## ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------|-----------|
| 13 | All Covered Perils, other than collision, | $    5,000 | $    25,000 |

CA T4 14 SCHED

Page  4 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 05-10-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

not listed separately on
this Schedule

| 13 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 14 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 14 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 15 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 15 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| | Deductible For Each | Maximum |

CA T4 14 SCHED

Page  5 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  05-10-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

| Loc | Covered Causes of Loss** | Covered "Auto" | Deductible in any one event |
|---|---|---|---|
| 18 | All Covered Perils, other than collision, not listed separately on this Schedule | $   5,000 | $   25,000 |
| 18 | Windstorm or Hail | $   5,000 | $   NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $   5,000 | $   25,000 |
| 1 | Windstorm or Hail | $   5,000 | $   NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|

CA T4 14 SCHED

Page  6 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  05-10-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
|---|---|---|---|---|---|
| 2 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 3 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 4 | Windstorm or Hail | $    5,000 | $    NO |

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  05-10-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | | |
|---|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | | Maximum Deductible in any one event |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ 25,000 |
| 5 | Windstorm or Hail | $ | 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | | |
|---|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | | Maximum Deductible in any one event |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ 25,000 |
| 6 | Windstorm or Hail | $ | 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | | |
|---|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | | Maximum Deductible in any one event |
| 7 | All Covered Perils, | $ | 5,000 | $ 25,000 |

CA T4 14 SCHED

Page  8 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 05-10-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

other than collision,
not listed separately on
this Schedule

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Windstorm or Hail | $ | 5,000 | $ | | NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | | | |
|---|---|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | | Maximum Deductible in any one event | |
| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 8 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | | | |
|---|---|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | | Maximum Deductible in any one event | |
| 9 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 9 | Windstorm or Hail | $ | 5,000 | $ | NO |

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 11 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 11 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 12 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 12 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 13 | All Covered Perils, other than collision, | $    5,000 | $    25,000 |

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  05-10-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

not listed separately on
this Schedule

| 13 | Windstorm or Hail | $ | 5,000 | $ | NO |
|----|-------------------|---|-------|---|----|

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|-----|--------------------------|-----|-------|-----|--------|
| 14 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 14 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|-----|--------------------------|-----|-------|-----|--------|
| 15 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 15 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

CA T4 14 SCHED

Page 11 of 12

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  05-10-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

|      |                                                                                  | Deductible                      |                                                 |
| ---- | -------------------------------------------------------------------------------- | ------------------------------- | ----------------------------------------------- |
| Loc  | Covered Causes of Loss**                                                         | For Each Covered "Auto"         | Maximum Deductible in any one event             |
| 18   | All Covered Perils, other than collision, not listed separately on this Schedule | $     5,000                     | $     25,000                                    |
| 18   | Windstorm or Hail                                                                | $     5,000                     | $     NO                                        |

CA T4 14 SCHED

Page 12 of 12


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**BUSINESS AUTO/AUTO DEALERS/
MOTOR CARRIER COVERAGE PART
SUPPLEMENTARY SCHEDULE**

**POLICY NUMBER:** AD-9P86338A-21-CAG
**ISSUE DATE:** 05-10-21

**ITEM TWO
COVERAGE AND LIMITS OF INSURANCE
UNINSURED MOTORISTS COVERAGE AND UNDERINSURED MOTORISTS COVERAGE**

The LIMIT OF INSURANCE for the coverages shown below is the LIMIT OF INSURANCE shown for the State where a covered "auto" is principally garaged. Refer to the specific coverage endorsement for description of the coverage provided for each State listed below.

**Coverage**
UNINSURED MOTORISTS           LIMIT OF INSURANCE

| State | "Bodily Injury" and "Property Damage" Each "Accident" | "Bodily Injury" Each "Accident" | "Bodily Injury" Each Person | "Bodily Injury" Each "Accident" | "Property Damage" Each "Accident" |
|---|---|---|---|---|---|
| AL | | $ 100,000 | | | |
| GA | $ 100,000 | | | | |
| LA | | $ 100,000 | | | |

UNDERINSURED MOTORISTS           LIMIT OF INSURANCE
(When not included in Uninsured Motorists Coverage)

| State | "Bodily Injury" and "Property Damage" Each "Accident" | "Bodily Injury" Each "Accident" | "Bodily Injury" Each Person | "Bodily Injury" Each "Accident" | "Property Damage" Each "Accident" |
|---|---|---|---|---|---|
| | | | | | |

CA T0 30 02 16

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1

POLICY NUMBER:   AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 05-10-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOUISIANA CHANGES –
# COVERAGE EXTENSION FOR RENTAL VEHICLES

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Louisiana, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## SCHEDULE OF COVERAGES

Enter an "X" in one or more of the following check boxes if at least one "auto" is provided that coverage under the Coverage Form. However, if Comprehensive Physical Damage Coverage **and** Specified Causes Of Loss Coverage are provided separately by the Coverage Form on at least one covered "auto", then enter an "X" in the check box that provides Comprehensive Physical Damage Coverage.

## COVERAGE

[X] If an "X" is entered in this check box, this endorsement provides **Covered Autos Liability Coverage** for "rental vehicles".

[X] If an "X" is entered in this check box, this endorsement provides **Comprehensive Physical Damage Coverage** for "rental vehicles".

[X] If an "X" is entered in this check box, this endorsement provides **Collision Physical Damage Coverage** for "rental vehicles".

[ ] If an "X" is entered in this check box, this endorsement provides **Specified Causes Of Loss Coverage** for "rental vehicles".

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

Any "rental vehicle" that is rented by an "insured" under a written rental agreement will be considered a covered "auto" only for those coverages where an "X" is entered in the check box in the Schedule of Coverages. However, if Comprehensive Physical Damage Coverage and Specified Causes Of Loss Coverage are provided separately by the Coverage Form on at least one covered "auto", then any "rental vehicle" will be considered a covered "auto" for Comprehensive Physical Damage Coverage.

**B. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for each coverage designated in the Schedule of Coverages is the Limit Of Insurance for that coverage shown in the Schedule or Declarations.

**C.** The following is added to the **Definitions** Section:

"Rental vehicle" means a motor vehicle of the private passenger, pickup or van type, not used for business purposes, other than farming or ranching, if:

**a.** Not used for transporting persons for hire; and

**b.** Owned by a person engaged in the business of renting or leasing vehicles that are rented or leased without a driver, to persons other than the owner, and is registered in the name of such owner.

CA 01 78 10 13

© Insurance Services Office, Inc., 2012

Page 1 of 1

POLICY NUMBER: **AD-9P86338A-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **05-10-21**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOUISIANA UNINSURED MOTORISTS
# COVERAGE – BODILY INJURY

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Louisiana, this endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SCHEDULE**

**Limit Of Insurance: $ SEE CAT030**                                **Each "Accident"**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. If this insurance provides a limit in excess of the amounts required by the applicable law where a covered "auto" is principally garaged, we will pay only after all liability bonds or policies have been exhausted by payments of judgments or settlements.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

    a. The Named Insured and any "family members".

    b. Anyone else "occupying" with the Named Insured's express or implied permission a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

    c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

    d. Anyone else "occupying" an "auto" the Named Insured does not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

    a. Anyone "occupying" with the Named Insured's express or implied permission a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

    b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

    c. Anyone else "occupying" an "auto" the Named Insured does not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

**C. Exclusions**

This insurance does not apply to:

1. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**CA 21 48 10 13**           © Insurance Services Office, Inc., 2012           Page 1 of 3

COMMERCIAL AUTO

2. "Bodily injury" sustained by an "insured" while "occupying" or struck by any vehicle owned by that "insured" that is not a covered "auto".

3. Punitive or exemplary damages.

4. "Bodily injury" arising directly or indirectly out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form or Medical Payments Coverage endorsement attached to this Coverage Part.

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

If there is other applicable similar insurance, we will pay only our share of the loss. Our share is the proportion that our limit of insurance bears to the total of all applicable limits. However, with respect to "bodily injury" sustained by an "insured":

a. While "occupying" a vehicle owned by that person or while not "occupying" any

vehicle, the maximum recovery for damages sustained by an "insured" as a Named Insured or "family member" may equal but not exceed the highest applicable limit for any one vehicle under this Coverage Form or any other Coverage Form or policy.

b. While "occupying" a vehicle not owned by that person, the following priorities of recovery will apply:

(1) The uninsured motorists coverage applicable to the vehicle the "insured" was "occupying" at the time of the "accident" will be primary.

(2) If the primary insurance is exhausted, any excess recovery for damages sustained by an "insured" as a Named Insured or "family member" may equal but not exceed the highest applicable limit for any one vehicle under this Coverage Form or any other Coverage Form or policy. In no instance will more than one uninsured motorists coverage limit be available as excess insurance.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

a. Promptly notify the police if a hit-and-run driver is involved; and

b. Promptly send us copies of the legal papers if a "suit" is brought.

3. **Transfer Of Rights Of Recovery Against Others To Us** does not apply to vehicles described in Paragraph **b.** of the definition of "uninsured motor vehicle".

4. The following condition is added:

**Arbitration**

a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, arbitration will take place only if we and the "insured" agree, voluntarily, to have the matter arbitrated. If so agreed, each party will

© Insurance Services Office, Inc., 2012
**CA 21 48 10 13**

COMMERCIAL AUTO

select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the parish in which the "insured" lives. Local rules of law as to arbitration procedures and evidence will apply. Any decision of the arbitrators will not be binding on either party.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

   **a.** For which no liability bonds or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

   **b.** Which is an underinsured motor vehicle. An underinsured motor vehicle means a land motor vehicle or "trailer" to which a liability bond or policy affording coverage for "bodily injury" applies at the time of the accident, but the amount paid for "bodily injury" under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages;

   **c.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

   **d.** Which is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

      **(1)** Hit an "insured", a covered "auto" or a vehicle the "insured" is "occupying"; or

      **(2)** Cause "bodily injury" to an "insured" without any actual physical contact with the "insured", a covered "auto" or a vehicle the "insured" is "occupying". However, in such cases, the "insured" must show, by an independent and disinterested witness, that the "bodily injury" resulted from the actions of an unidentified motorist.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned by a governmental unit or agency; or

**b.** Designed for use mainly off public roads while not on public roads.

**LOUISIANA AUTO INSURANCE IDENTIFICATION CARD**

An insurer authorized to transact business in Louisiana has issued the Motor Vehicle Policy identified hereon. The coverage provided by this **commercial** liability policy that meets the minimum liability insurance limits prescribed by law.

NAIC No.   Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
   25674      ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| AD-9P86338A-21-CAG | 02-01-21 | 02-01-22 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| 1990 | MERCE 420 | WDBCA35E5LA529053 |

Insured: FRED TAYLOR COMPANY INC
          AND AS PER IL T8 03
Agent: BALDWIN KRYSTYN SHERMAN

          TAMPA                    FL 33607
          8139843200

**THIS CARD MUST BE CARRIED IN THE  MOTOR VEHICLE
AT ALL TIMES AS EVIDENCE OF INSURANCE**

CAIDLA Rev. 07-09        See Important Notice On Reverse Side        **TRAVELERS**J

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**IMPORTANT NOTICE**
**La. R. S. 32863.1 requires that an operator of a motor vehicle produce upon demand by a law enforcement officer documentation of motor vehicle security which is required to be maintained within the vehicle at all times.**

**Failure to comply may result in fines, revocation of registration privileges and block against the renewal or issuance of a driver's license.**

**EXCLUDED DRIVERS:**

CAIDLA  (Back)

CHANGE EFFECTIVE DATE: 02-01-21

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
FRED TAYLOR COMPANY INC
AND AS PER IL T8 03

Policy Number: AD-9P86338A-21-CAG
Policy Effective Date: 02/01/21
Issue Date: 06/14/21
Return Premium $ ▮▮▮▮▮

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 02/01/21 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

> THE FOLLOWING GARAGE LOCATION(S) ARE DELETED:
> 0018
>
> AUTO MEDICAL PAYMENTS COVERAGE IS DELETED AS PER ATTACHED
> SCHEDULE FOR:
> AUTO DEALER LOCATION(S):
> 0018
>
> LIABILITY COVERAGE IS DELETED AS PER ATTACHED SCHEDULE FOR:
> GARAGE LOCATION(S):
> 0018
>
> BLANKET COLLISION COVERAGE IS DELETED FROM
> AUTO DEALER LOCATION(S):
> 0018
>
> COMPREHENSIVE COVERAGE IS DELETED AS PER ATTACHED SCHEDULE
> FOR:
> GARAGE LOCATION(S):
> 0018
>
> GARAGEKEEPER'S LEGAL LIABILITY COVERAGE IS DELETED AS PER
> ATTACHED SCHEDULE FOR:
> GARAGE LOCATION(S):
> 0018

NAME AND ADDRESS OF AGENT OR BROKER:
  BALDWIN KRYSTYN SHERMAN (CFY65)
  4211 W BOY SCOUT BLVD STE 800
  TAMPA, FL 33607

COUNTERSIGNED BY:

_____
Authorized Representative

DATE:_____

IL T0 07 09 87    PAGE 1 OF 2
OFFICE: SP-ATLANTA

CHANGE EFFECTIVE DATE: 02-01-21

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Policy Number: AD-9P86338A-21-CAG

Policy Effective Date: 02/01/21

Issue Date: 06/14/21

GARAGEKEEPER'S LEGAL LIABILITY COVERAGE IS DELETED AS PER
ATTACHED SCHEDULE FOR:
    GARAGE LOCATION(S):
      0018

LOCATIONS AND OPERATIONS MEDICAL PAYMENTS COVERAGE
IS DELETED AS PER ATTACHED SCHEDULE FOR:
    AUTO DEALER LOCATION(S):
      0018

UNINSURED/UNDERINSURED MOTORISTS COVERAGE IS DELETED
AS PER THE ATTACHED SCHEDULE FOR:
GARAGE LOCATION(S):
      0018

THE FOLLOWING FORM(S) AND/OR ENDORSEMENT(S) IS/ARE ADDED TO
THE POLICY AS PER FORM(S) ATTACHED:

   CA 25 52 10 13

IL T0 07 09 87    PAGE  2 OF  2

OFFICE: SP-ATLANTA      06P
PRODUCER NAME: BALDWIN KRYSTYN SHERMAN      CFY65

CHANGE EFFECTIVE DATE: 02-01-21

 **TRAVELERS**

POLICY NUMBER:  AD-9P86338A-21-CAG

EFFECTIVE DATE:  02-01-21

ISSUE DATE:  06-14-21

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87   CHANGE ENDORSEMENT
IL T8 01 10 93   FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

COMMERCIAL AUTOMOBILE

```
CA T0 77 02 15   AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15   AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15   AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15   AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 83 02 15   AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 14 02 15   GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
CA 25 52 10 13   EXCL-LOCATIONS & OPERATIONS MED PAYMENTS
```

IL T8 01 10 93

PAGE:   1 OF   1

# COMMERCIAL AUTOMOBILE



# COMMERCIAL AUTOMOBILE

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                       POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS         ISSUE DATE:  06-14-21   LC

ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  02-01-21 to 02-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: CORPORATION

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.

ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
        This policy provides only those coverages where a limit, if applicable,
        is shown in the columns below. Each of the "auto"-related coverages
        will apply only to those "autos" shown as covered "autos"."Autos"
        are shown as covered "autos" for the applicable coverages by the
        entry of one or more of the symbols from section I - Covered Autos
        Coverages of the Auto Dealers Coverage Form next to the name of
        the "auto" related coverage.

| COVERAGES | COVERED AUTOS | LIMIT  OF INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS |
|---|---|---|
| COVERED AUTOS LIABILTY | 21 | $  1,000,000 EACH ACCIDENT |
| GENERAL LIABILITY<br>BODILY INJURY AND PROPERTY<br>DAMAGE LIABILITY | | $  1,000,000 EACH ACCIDENT |
| DAMAGES TO PREMISES<br>RENTED TO YOU | | $    100,000 ANY ONE PREMISES |
| PERSONAL AND ADVERTISING<br>INJURY LIABILITY | | $  1,000,000 ANY ONE PERSON OR<br>              ORGANIZATION |
| GENERAL LIABILTY AGGREGATE | | $ 3,000,000 |
| PRODUCTS AND WORK YOU<br>PERFORMED AGGREGATE | | $ 2,000,000 |
| LOCATIONS AND OPERATIONS<br>MEDICAL PAYMENTS | | $     5,000 |
| ADDED PERSONAL INJURY<br>PROTECTION<br>(or equivalent Added<br>No-fault coverage) | | SEPARATELY STATED IN EACH<br>ADDED PIP ENDORSEMENT |

CA T0 77 02 15                       PAGE  (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN    CFY65  OFFICE: SPATLAN 06P

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                           POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS             ISSUE DATE:  06-14-21   LC

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS |
|---|---|---|
| AUTO MEDICAL PAYMENTS | 21 | $    5,000 |
| UNINSURED AND UNDERINSURED MOTORISTS COVERAGE | 22 | See CA T0 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ DEDUCTIBLE FOR EACH COVERED AUTO. See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE COLLISION COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ Ded. FOR EACH COVERED AUTO. See Item Six for Dealers Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS LIABILITY | | $ 1,000,000      AGGREGATE $    5,000      PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:      ANNUAL

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 21-31: See AUTO DEALERS COVERAGE FORM Section I - Covered Autos
   SYMBOL 32:

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART:  SEE IL T8 01 10 93

CA T0 77 02 15                         PAGE  (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN   CFY65   OFFICE: SPATLAN  06P

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART DECLARATIONS

POLICY NUMBER: AD-9P86338A-21-CAG
ISSUE DATE:  06-14-21   LC

*LOSS PAYABLE CLAUSE*

A.  We will pay you and the loss payee named in the policy for "loss"
    to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the
    "loss" results from conversion, secretion or embezzlement on your
    part.

C.  We may cancel the policy as allowed by the CANCELLATION Common
    Policy Condition.  Cancellation ends this agreement as to the loss
    payee's interest.  If we cancel the policy we will mail you and the
    loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their
    rights against any other party.

SCHEDULE OF LOSS PAYEES

LOSS PAYEE (Name and Address)

CA T0 77 02 15                                PAGE   (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN    CFY65    OFFICE: SPATLAN  06P

 **TRAVELERS**                    One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 06-14-21

Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 1 | 365 SOUTHWELL BLVD TIFTON | GA | 31794 | 119 | |
| 2 | 2924 3RD AVE NORTH BIRMINGHAM | AL | 35203 | 101 | 0001 |
| 3 | 4465 MARION AVE MACON | GA | 31206 | 105 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 1 | Cl I  Empl-Regular | | | |
| | Cl I  Empl-A/O | 3.0 | 1.20 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 1.20 |
| 2 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | 9.0 | 3.60 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 5.60 |
| 3 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | 6.0 | 2.40 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 4.40 |

| | LOCATION # 1 | | LOCATION # 2 | | LOCATION # 3 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ■■ | ■■■■ | ■■ | ■■■■■ | ■■ | ■■■■ $ | ■■ |
| LOC & OP MED PAY | ■ | ■ | ■ | | ■ | ■ | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ■■ | ■■ | ■■ | ■■ | ■■ | ■■ $ | ■■ |
| A, E & O LIAB | | ■■ | | | | $ | ■■■ |
| CA T0 78 02 15 | | | | | Page  1 (Continued) | | |

**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 06-14-21

Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| --- | -------------- | ----- | ---- | ---- | -------- |
| 4 | 2291 DOTHAN RD BAINBRIDGE | GA | 39817 | 119 | |
| 5 | 1449 COBB PARKWAY N MARIETTA | GA | 30062 | 120 | |
| 6 | 4541 BUFORD HWY NORCROSS | GA | 30071 | 125 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| --- | --------- | ------- | ------ | ----------- |
| 4 | Cl I  Empl-Regular | 1.0 | 1.00 | |
|   | Cl I  Empl-A/O | | | |
|   | Cl II Non-Empl-Under age 25 | | | |
|   | Cl II Non-Empl-Age 25 or over | | | |
|   | | | | 1.00 |
| 5 | Cl I  Empl-Regular | 1.0 | 1.00 | |
|   | Cl I  Empl-A/O | 3.0 | 1.20 | |
|   | Cl II Non-Empl-Under age 25 | | | |
|   | Cl II Non-Empl-Age 25 or over | | | |
|   | | | | 2.20 |
| 6 | Cl I  Empl-Regular | 2.0 | 2.00 | |
|   | Cl I  Empl-A/O | 11.0 | 4.40 | |
|   | Cl II Non-Empl-Under age 25 | | | |
|   | Cl II Non-Empl-Age 25 or over | | | |
|   | | | | 6.40 |

| | LOCATION # 4 | | LOCATION # 5 | | LOCATION # 6 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | --------------- | | --------------- | | --------------- | | |
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▆▆ | ▆▆▆▆ | ▆▆▆ | ▆▆▆▆▆▆ | ▆▆ | ▆▆▆▆▆ | ▆▆ |
| LOC & OP MED PAY | ▆ | ▆ | ▆ | ▆ | ▆ | $ | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▆▆ | ▆▆ | ▆▆ | ▆▆ | ▆▆ | ▆▆ | $  ▆▆ |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                              Page  2 (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                    AUTO DEALERS COVERAGE PART DECLARATIONS
                    AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                    Issue date: 06-14-21

          Policy Number: AD -9P86338A-21-CAG
```

**ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS**

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 7 | 1251 NEWELL PKWY MONTGOMERY | AL | 36110 | 116 | 0169 |
| 8 | 1860 WESTGATE PKWY ATLANTA | GA | 30336 | 101 | |
| 9 | 154 FALCON DR STE B FOREST PARK | GA | 30297 | 124 | |

**ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION**
**(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS**

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 7 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | 13.0 | 5.20 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 7.20 |
| 8 | Cl I  Empl-Regular | 1.0 | 1.00 | |
| | Cl I  Empl-A/O | 9.0 | 3.60 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 4.60 |
| 9 | Cl I  Empl-Regular | 3.0 | 3.00 | |
| | Cl I  Empl-A/O | 10.0 | 4.00 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 7.00 |

| | LOCATION # 7 | | LOCATION # 8 | | LOCATION # 9 | | | |
|---|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | | TOTAL PREMIUMS |
| AUTO & GEN LIAB | ▆▆ | ▆▆▆▆ | ▆▆ | ▆▆▆▆ | ▆▆ | ▆▆▆▆ | | ▆▆ |
| LOC & OP MED PAY | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | $ | |
| PIP/APIP | | | | | | | | |
| NJ PED PIP | | | | | | | | |
| MICHIGAN PPI | | | | | | | | |
| AUTO MED PAY | ▆▆ | ▆▆ | ▆▆ | ▆▆ | ▆▆ | ▆▆ | $ | ▆▆▆ |
| A, E & O LIAB | | | | | | | | |

```
     CA TO 78 02 15                    Page  3 (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 06-14-21

Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| --- | --------------- | ----- | ---- | ---- | -------- |
| 10 | 705 GENE STEWART BLVD SYLACAUGA | AL | 35150 | 129 | 0222 |
| 11 | 114 ELI WHITNEY BLVD SAVANNAH | GA | 31408 | 108 | |
| 12 | 708 GIL HARBIN IND BLVD VALDOSTA | GA | 31601 | 119 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| --- | --------- | ------- | ------ | ----------- |
| 10 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 2.00 |
| 11 | Cl I  Empl-Regular | 3.0 | 3.00 | |
| | Cl I  Empl-A/O | 12.0 | 4.80 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 7.80 |
| 12 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | 5.0 | 2.00 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 4.00 |

| | LOCATION # 10 | | LOCATION # 11 | | LOCATION # 12 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮▮ | ▮▮ |
| LOC & OP MED PAY | ▮ | ▮ | ▮ | ▮ | $ | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | $ ▮ |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                                        Page  4 (Continued)



**TRAVELERS**                                      One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                                   Issue date: 06-14-21

                    Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
   Loc              Address                        Zip              Cnty/twn
   No          Street and City        State       Code     terr      Code
   ---      ---------------            -----       ----     ----    --------
   13       1967 KINSEY RD
            DOTHAN                     AL         36303      121      0085

   14       979 POINT PETER RD
            SAINT MARYS                GA         31558      119

   15       1400 & 1404 BRICKLINE CT
            ALBANY                     GA         31707      106


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
   Loc     Class of                        No of     Rating    Total Rating
   No      Operators                      Persons    Units        Units
   ---     ---------                      -------    ------    -----------

   13      Cl I   Empl-Regular             2.0       2.00
           Cl I   Empl-A/O                 6.0       2.40
           Cl II  Non-Empl-Under age 25
           Cl II  Non-Empl-Age 25 or over
                                                                   4.40


   14      Cl I   Empl-Regular             1.0       1.00
           Cl I   Empl-A/O
           Cl II  Non-Empl-Under age 25
           Cl II  Non-Empl-Age 25 or over
                                                                   1.00


   15      Cl I   Empl-Regular             9.0       9.00
           Cl I   Empl-A/O                32.0      12.80
           Cl II  Non-Empl-Under age 25
           Cl II  Non-Empl-Age 25 or over
                                                                  21.80
```



```
              LOCATION        LOCATION        LOCATION
              # 13            # 14            # 15
              ---------------  ---------------  ---------------
```

|                    | RATE | PREM | RATE | PREM | RATE | PREM |   | TOTAL PREMIUMS |
|--------------------|------|------|------|------|------|------|---|----------------|
| AUTO & GEN LIAB    | ███  | █████ | ███  | █████ | ███  | █████ |   | ███            |
| LOC & OP MED PAY   | █    | █    | █    | █    | █    | █████ | $ |                |
| PIP/APIP           |      |      |      |      |      |      |   |                |
| NJ PED PIP         |      |      |      |      |      |      |   |                |
| MICHIGAN PPI       |      |      |      |      |      |      |   |                |
| AUTO MED PAY       | ███  | ███  | ███  | █    | ███  | ███  | $ | ███            |
| A, E & O LIAB      |      |      |      |      |      |      |   |                |

```
     CA T0 78 02 15                          Page  5 (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 06-14-21

                        Policy Number: AD -9P86338A-21-CAG

      ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
      Loc            Address                    Zip              Cnty/twn
      No          Street and City      State   Code     terr      Code
      ---         ---------------      -----   ----     ----    --------
      16    US HWY 3415
            HAZLEHURST                  GA     31539    119
```

```
      ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
      (Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
      Loc   Class of                     No of    Rating   Total Rating
      No    Operators                    Persons  Units       Units
      ---   ---------                    -------  ------   -----------

      16    Cl I   Empl-Regular           1.0      1.00
            Cl I   Empl-A/O
            Cl II  Non-Empl-Under age 25
            Cl II  Non-Empl-Age 25 or over
                                                            1.00


            Cl I   Empl-Regular
            Cl I   Empl-A/O
            Cl II  Non-Empl-Under age 25
            Cl II  Non-Empl-Age 25 or over


            Cl I   Empl-Regular
            Cl I   Empl-A/O
            Cl II  Non-Empl-Under age 25
            Cl II  Non-Empl-Age 25 or over
```

```
             LOCATION        LOCATION        LOCATION
             #  16           #               #
             --------------- --------------- ---------------
```

```
                                                              TOTAL
                   RATE    PREM    RATE   PREM    RATE  PREM  PREMIUMS
AUTO & GEN LIAB     ██      ████                            $  ██████
LOC & OP MED PAY    ▌       ▌                               $    ▌
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY       ███      ██     ███           ███        $    ██
A, E & O LIAB
     CA T0 78 02 15                         Page  6 (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 06-14-21

Policy Number: AD -9P86338A-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - 

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal
use of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA T0 78 02 15                                    Page   7



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-14-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 1 | COMPREHENSIVE | $       450,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    450,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 01   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-14-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 2 | COMPREHENSIVE | $      300,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $         MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   300,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 02   (Continued)

 **TRAVELERS** J

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-14-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

3  COMPREHENSIVE  $      375,000      MINUS THE DEDUCTIBLE AS
                  SHOWN ON CA T4 14
                            OR
                  $          MINUS $          DEDUCTIBLE FOR ALL
                  PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                  $          MAXIMUM DEDUCTIBLE
                  FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

   SPECIFIED CAUSES OF  $          MINUS $          DEDUCTIBLE FOR
   LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                        OR MISCHIEF OR VANDALISM SUBJECT TO $ ANY
                        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                        ONE EVENT;
                                  OR
                        $          MINUS $          DEDUCTIBLE FOR ALL
                        PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                        $          MAXIMUM DEDUCTIBLE
                        FOR ALL SUCH LOSS IN ANY ONE EVENT.

   COLLISION            $   375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                        CUSTOMER'S AUTO.

CA T0 79 02 15                          PAGE 03   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-14-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 4 | COMPREHENSIVE | $      600,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $   600,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                    PAGE 04   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-14-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 5 | COMPREHENSIVE | $       25,000       MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO |
| | | $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO |
| | | $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    250,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                          PAGE 05   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-14-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 6 | COMPREHENSIVE | $        375,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |

COMPREHENSIVE
$        375,000      MINUS THE DEDUCTIBLE AS
SHOWN ON CA T4 14
          OR
$            MINUS $           DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$          MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

SPECIFIED CAUSES OF    $          MINUS $           DEDUCTIBLE FOR
LOSS                   EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                       OR MISCHIEF OR VANDALISM SUBJECT TO $
                       MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                       ONE EVENT;
                                 OR
                       $            MINUS $           DEDUCTIBLE FOR ALL
                       PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                       $          MAXIMUM DEDUCTIBLE
                       FOR ALL SUCH LOSS IN ANY ONE EVENT.
COLLISION              $   375,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                       CUSTOMER'S AUTO.

CA TO 79 02 15                         PAGE 06   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-14-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 7 | COMPREHENSIVE | $ 375,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |

OR

$         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

| | SPECIFIED CAUSES OF LOSS | $         MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |

OR

$         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT.

| | COLLISION | $   375,000 MINUS $   5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                   PAGE 07   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-14-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 8 | COMPREHENSIVE | $        600,000        MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR |
| | | $            MINUS $            DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $            MINUS $            DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR |
| | | $            MINUS $            DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    600,000 MINUS $    5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 08   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-14-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

9    COMPREHENSIVE    $    525,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14
                       OR
$        MINUS $       DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$        MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

SPECIFIED CAUSES OF LOSS    $      MINUS $      DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $    MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;
                       OR
$        MINUS $       DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$        MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION    $    525,000 MINUS $    5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO.

CA T0 79 02 15                           PAGE 09    (Continued)

TRAVELERS DOC MGMT Page 365 of 692

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-14-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

10    COMPREHENSIVE    $    250,000    MINUS THE DEDUCTIBLE AS
SHOWN ON CA T4 14
         OR
$      MINUS $      DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$      MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

SPECIFIED CAUSES OF    $      MINUS $      DEDUCTIBLE FOR
LOSS    EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
OR MISCHIEF OR VANDALISM SUBJECT TO $
MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
ONE EVENT;
         OR
$      MINUS $      DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$      MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION    $    250,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
CUSTOMER'S AUTO.

CA T0 79 02 15                  PAGE 10    (Continued)



**TRAVELERS**                    One Tower Square, Hartford, Connecticut 06183

                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 06-14-21

                        Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

11      COMPREHENSIVE      $       750,000      MINUS THE DEDUCTIBLE AS
                           SHOWN ON CA T4 14
                                      OR
                           $       MINUS $          DEDUCTIBLE FOR ALL
                           PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                           $          MAXIMUM DEDUCTIBLE
                           FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF $       MINUS $          DEDUCTIBLE FOR
        LOSS               EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                           OR MISCHIEF OR VANDALISM SUBJECT TO $
                           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                           ONE EVENT;
                                      OR
                           $       MINUS $          DEDUCTIBLE FOR ALL
                           PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                           $          MAXIMUM DEDUCTIBLE
                           FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION          $       750,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                           CUSTOMER'S AUTO.

        CA T0 79 02 15                    PAGE 11  (Continued)



**TRAVELERS**                    One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-14-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 12 | COMPREHENSIVE | $     750,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $        MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $     750,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 12   (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-14-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 13 | COMPREHENSIVE | $       375,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |

OR

$           MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

SPECIFIED CAUSES OF LOSS        $           MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;

OR

$           MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION        $      375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO.

CA T0 79 02 15                                      PAGE 13   (Continued)

 **TRAVELERS** One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-14-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

14  COMPREHENSIVE          $       100,000       MINUS THE DEDUCTIBLE AS
                           SHOWN ON CA T4 14
                                      OR
                           $           MINUS $          DEDUCTIBLE FOR ALL
                           PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                           $           MAXIMUM DEDUCTIBLE
                           FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


    SPECIFIED CAUSES OF    $           MINUS $          DEDUCTIBLE FOR
    LOSS                   EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                           OR MISCHIEF OR VANDALISM SUBJECT TO $
                           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                           ONE EVENT;
                                      OR
                           $           MINUS $          DEDUCTIBLE FOR ALL
                           PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                           $           MAXIMUM DEDUCTIBLE
                           FOR ALL SUCH LOSS IN ANY ONE EVENT.
    COLLISION              $   100,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                           CUSTOMER'S AUTO.


CA T0 79 02 15                              PAGE 14   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-14-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 15 | COMPREHENSIVE | $    1,200,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $         MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $ 1,200,000 MINUS $    5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 15   (Continued)



**TRAVELERS** J                       One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-14-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
    Comprehensive
    Specified Causes of Loss
    Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

  DIRECT COVERAGE OPTIONS

    (X) EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
        remains applicable on a legal liability basis. However coverage also
        applies without regard to your or any other "Insured's" legal
        liability for "loss" to a customer's "auto" on an  excess basis over
        any other collectible insurance regardless of whether the other
        insurance covers your or any other "insured's"interest or the interest
        of the covered "auto's" owner.

    ( ) PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
        changed to apply without regard to your or any other "insured's"
        legal liability for "loss" to a customer's "auto" and is primary
        insurance.

         CA TO 79 02 15                              PAGE 16

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-14-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX

PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
TWO applies only to the types of autos and interest indicated by 'X'.

| COVERAGES | | COMPREHENSIVE | SPECIFIED CAUSES OF LOSS | COLLISION |
|---|---|---|---|---|
| TYPES OF AUTOS | NEW AUTOS | X | | X |
| | USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES | X | | X |
| INTERESTS COVERED | YOUR INTEREST IN COVERED AUTOS YOU OWN | X | | X |
| | YOUR INTEREST ONLY IN FINANCED COVERED AUTOS | X | | X |
| | YOUR INTEREST AND THE INTEREST OF ANY CREDITOR NAMED AS A LOSS PAYEE | X | | X |
| | ALL INTERESTS IN ANY AUTO NOT OWNED BY YOU OR ANY CREDITOR WHILE IN YOUR POSSESSION ON CONSIGNMENT FOR SALE | X | | X |

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
  $ 1,000,000 Additional locations where you store covered autos
  $ 1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
 Agreed Upon by X)
 (X) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
    You must report to us on our form the locations of your covered "autos"
    and their total value at each such location. For your main sales location
    identified as location no. 1, you must include the total value of all
    covered "autos" you have furnished or made available to yourself, your
    executives, your "employees" or family members and other Class II - Non-
    Employees, and covered "autos" that are temporarily displayed or stored
    at locations other than those stated in ITEM THREE above. For your main
    sales location you must include the total value of all service vehicles.

CA TO 80 02 15                                           PAGE    1

 **TRAVELERS**                    One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-14-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
 (continued)

    YOUR REPORTING BASIS IS:
      ( ) QUARTERLY you must give us your first report by the fifteenth of the
         fourth month after the policy begins. Your subsequent reports must
         be given to us by the fifteenth of every third month. Your reports
         must contain the value for the last business day of every third
         month coming within the policy period.
      (X) MONTHLY You must give us your reports by the fifteenth of every
         month. Your reports will contain the total values you had on the
         last business day of the preceding month.
    Premiums will be calculated pro rata of the annual premium for the expo-
    sures contained in each report. At the end of each policy year we will
    add the monthly premiums or the quarterly premiums to determine your
    final premium due for the entire policy year. The estimated total
    premiums shown will be credited against the final premium due.
  ( ) NONREPORTING BASIS. Stated limit of insurance shown above applies.

LOC.
NO.  COVERAGE        LIMIT OF INSURANCE FOR EACH LOCATION

 1  COMPREHENSIVE    LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                    BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                    CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 500,000 | ▅▅▅ | ▅▅▅ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

ALL  BLANKET      $ 7,450,000 MINUS $ 5,000 DEDUCTIBLE FOR EACH
      COLLISION       COVERED AUTO.

                        COLLISION PREMIUM $   ▅▅▅▅

CA T0 80 02 15                                        PAGE    2



One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 06-14-21

                    POLICY NUMBER: AD -9P86338A-21-CAG


ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

 2    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

                                       LIMIT       RATE          PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS               650,000     ████          █████
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

 3    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

                                       LIMIT       RATE          PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS               725,000     ████          █████
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

 4    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

                                       LIMIT       RATE          PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS               250,000     ████          ███
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS
```

CA T0 80 02 15                                          PAGE    3

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-14-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE               LIMIT OF INSURANCE FOR EACH LOCATION

   5   COMPREHENSIVE          LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14.

                                            LIMIT        RATE          PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS                325,000       ████          ████
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

   6   COMPREHENSIVE          LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14.

                                            LIMIT        RATE          PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS                425,000       ████          ████
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

   7   COMPREHENSIVE          LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14.

                                            LIMIT        RATE          PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS                250,000       ████          ████
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

CA T0 80 02 15                                          PAGE    4

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-14-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE          LIMIT OF INSURANCE FOR EACH LOCATION

  8   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 250,000 | ■■■ | ■■■ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

  9   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 625,000 | ■■■ | ■■■ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

 11   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | | | |
| NON STANDARD OPEN LOTS | 600,000 | ■■■ | ■■■ |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

CA T0 80 02 15                                        PAGE    5

 **TRAVELERS** One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-14-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

  12   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                              LIMIT        RATE          PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS                    500,000      ████          ████
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

  13   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                              LIMIT        RATE          PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS                    250,000      ████          ████
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

  14   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                              LIMIT        RATE          PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS                    100,000      ████          ████
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

CA T0 80 02 15                                              PAGE    6

 **TRAVELERS**                    One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 06-14-21

                    POLICY NUMBER: AD -9P86338A-21-CAG

      ITEM SIX   (CONTINUED)

   LOC.
   NO.    COVERAGE           LIMIT OF INSURANCE FOR EACH LOCATION

    15    COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                   LIMIT       RATE        PREMIUM
         FIRE ONLY, BUILDING & LOTS
         BUILDING
         STANDARD OPEN LOTS        1,750,000   ████        █████
         NON STANDARD OPEN LOTS
         MISCELLANEOUS BUILDING
         MISCELLANEOUS OPEN LOTS
```

```
                              TOTAL PREMIUM  $      ██████

   CA T0 80 02 15                                  PAGE    7
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-14-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

SCHEDULE OF LOSS PAYEES

(Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)

CA T0 80 02 15                                        PAGE    8

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 06-14-21

Policy Number: AD-9P86338A-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 1 | | |
| 002 | 1 | | |
| 003 | 1 | | |
| 004 | 1 | | |
| 005 | 1 | | |
| 006 | 1 | | |
| 007 | 1 | | |
| 008 | 1 | | |
| 009 | 1 | | |
| 010 | 1 | | |
| 011 | 1 | | |
| 012 | 1 | | |
| 013 | 1 | | |
| 014 | 1 | | |
| 015 | 1 | | |
| 016 | 1 | | |

CA T0 83 02 15                              Page   1

POLICY NUMBER: AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 06-14-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE PART DECLARATIONS
> AUTO DEALERS COVERAGE FORM

**PROVISIONS**

1.  The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

**SCHEDULE**

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| SEE SCHEDULE EXTENSION | | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| SEE SCHEDULE EXTENSION | | | |

**CA T4 14 02 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

  **(1)** Theft or Mischief or Vandalism

  **(2)** Earthquake

  **(3)** Windstorm Or Hail

  **(4)** Flood

  **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5., Limit Of Insurance And Deductibles**, in Paragraph **E., Garagekeepers Coverage**, of SECTION I – COVERED AUTOS COVERAGES:

  **5. Limit Of Insurance And Deductibles**

  **a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

  **b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

  **c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5., Deductible**, in Paragraph **F., Physical Damage Coverage**, of SECTION I – COVERED AUTOS COVERAGES:

  **5. Deductible**

  For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

  The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CA T4 14 02 15

POLICY NUMBER: **AD-9P86338A-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **06-14-21**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|--------------------------------------|
| | | **Deductible** | |
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 1 | Windstorm or Hail | $ 5,000 | $ NO |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 2 | Windstorm or Hail | $ 5,000 | $ NO |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 3 | Windstorm or Hail | $ 5,000 | $ NO |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 4 | Windstorm or Hail | $ 5,000 | $ NO |
| 5 | All Covered Perils, | $ 5,000 | $ 25,000 |

CA T4 14 SCHED

Page **1** of **11**

POLICY NUMBER: AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 06-14-21

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

|  |  |  |  |  |
|---|---|---|---|---|
| other than collision, not listed separately on this Schedule |  |  |  |  |
| 5 | Windstorm or Hail | $ | 5,000 | $ | NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 6 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 7 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

Deductible

CA T4 14 SCHED

Page  2 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|--------------------------------------|
| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 8 | Windstorm or Hail | $    5,000 | $    NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|--------------------------------------|
| 9 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 9 | Windstorm or Hail | $    5,000 | $    NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|--------------------------------------|
| 10 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 10 | Windstorm or Hail | $    5,000 | $    NO |

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  06-14-21

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 11 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 11 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 12 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 12 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 13 | All Covered Perils, other than collision, | $    5,000 | $    25,000 |

CA T4 14 SCHED

Page  4 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 06-14-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

|     |                                       |    |        |    |     |
|-----|---------------------------------------|----|--------|----|-----|
|     | not listed separately on this Schedule |    |        |    |     |
| 13  | Windstorm or Hail                     | $  | 5,000  | $  | NO  |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

|     |                                                                        | Deductible |        |            |        |
|-----|------------------------------------------------------------------------|------------|--------|------------|--------|
|     |                                                                        | For Each Covered | | Maximum Deductible in | |
| Loc | Covered Causes of Loss**                                               | "Auto"     |        | any one event | |
| 14  | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000  | $          | 25,000 |
| 14  | Windstorm or Hail                                                      | $          | 5,000  | $          | NO     |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

|     |                                                                        | Deductible |        |            |        |
|-----|------------------------------------------------------------------------|------------|--------|------------|--------|
|     |                                                                        | For Each Covered | | Maximum Deductible in | |
| Loc | Covered Causes of Loss**                                               | "Auto"     |        | any one event | |
| 15  | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000  | $          | 25,000 |
| 15  | Windstorm or Hail                                                      | $          | 5,000  | $          | NO     |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

|     |            |
|-----|------------|
|     | Deductible |
|     | For Each   Maximum |

CA T4 14 SCHED

Page   5 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 06-14-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

| Loc | Covered Causes of Loss** | Covered "Auto" | Deductible in any one event |
|-----|--------------------------|----------------|-----------------------------|

ITEM SIX - PHYSICAL DAMAGE COVERAGE

|     |                          | Deductible | |
|-----|--------------------------|----------------------------|------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto"    | Maximum Deductible in any one event |
| 1   | All Covered Perils, other than collision, not listed separately on this Schedule | $  5,000 | $   25,000 |
| 1   | Windstorm or Hail        | $  5,000 | $   NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

|     |                          | Deductible | |
|-----|--------------------------|----------------------------|------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto"    | Maximum Deductible in any one event |
| 2   | All Covered Perils, other than collision, not listed separately on this Schedule | $  5,000 | $   25,000 |
| 2   | Windstorm or Hail        | $  5,000 | $   NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

|     |                          | Deductible | |
|-----|--------------------------|----------------------------|------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto"    | Maximum Deductible in any one event |

CA T4 14 SCHED

COMMERCIAL AUTO
ISSUE DATE: 06-14-21

POLICY NUMBER: AD-9P86338A-21-CAG

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

| | | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 3 | Windstorm or Hail | $ 5,000 | $ NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 4 | Windstorm or Hail | $ 5,000 | $ NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 5 | Windstorm or Hail | $ 5,000 | $ NO |

CA T4 14 SCHED

Page  7 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  06-14-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $     5,000 | $      25,000 |
| 6 | Windstorm or Hail | $     5,000 | $      NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $     5,000 | $      25,000 |
| 7 | Windstorm or Hail | $     5,000 | $      NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|

CA T4 14 SCHED

Page  8 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  06-14-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| | | | |
|---|---|---|---|
| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 8 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 9 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 9 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 11 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 11 | Windstorm or Hail | $    5,000 | $    NO |

CA T4 14 SCHED

Page  9 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  06-14-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|
| 12  | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 12  | Windstorm or Hail        | $    5,000                         | $    NO                              |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|
| 13  | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 13  | Windstorm or Hail        | $    5,000                         | $    NO                              |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|
| 14  | All Covered Perils,      | $    5,000                         | $    25,000                          |

CA T4 14 SCHED

Page 10 of 11

POLICY NUMBER: AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 06-14-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

other than collision,
not listed separately on
this Schedule

| 14 | Windstorm or Hail | $ | 5,000 | $ | NO |
|----|-------------------|---|-------|---|----|

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|-----|--------------------------|---|-------|---|--------|
| 15 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 15 | Windstorm or Hail | $ | 5,000 | $ | NO |

CA T4 14 SCHED

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION –
# LOCATIONS AND OPERATIONS MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraph **C. Locations And Operations Medical Payments** of Section II – General Liability **Coverages** does not apply and none of the references to it in the Coverage Form, Declarations or any endorsement attached to the Coverage Form apply.

**B.** The following is added to Paragraph **E. Supplementary Payments** of **Section II – General Liability Coverages:**

**6.** Expenses incurred by the "insured" for first aid administered to others at the time of an "accident" for "bodily injury" to which this insurance applies.

CA 25 52 10 13                © Insurance Services Office, Inc., 2011                Page 1 of 1

CHANGE EFFECTIVE DATE: 02-02-21

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

Named Insured:
FRED TAYLOR COMPANY INC
AND AS PER IL T8 03

Policy Number: AD-9P86338A-21-CAG
Policy Effective Date: 02/01/21
Issue Date: 06/17/21
Additional Premium $ ████

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 02/02/21 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

"THIS IS A REWRITE OF CHANGE ENDORSEMENT IL TO 07 09 87
ISSUED ON 05/10/21, EFFECTIVE 02/02/21 WITH ████
ADDITIONAL PREMIUM"

UNINSURED MOTORISTS COVERAGE AUTO SYMBOL IS CHANGED
TO READ: 22 32

SEE SCHEDULE ATTACHED FOR ADDED VEHICLE NUMBER(S):
0008

ADD AUTO MEDICAL PAYMENTS COVERAGE AS PER ATTACHED
SCHEDULE FOR:
VEHICLE NUMBER(S) :
0008

ADD LIABILITY COVERAGE AS PER ATTACHED SCHEDULE FOR:
VEHICLE NUMBER(S):
0008

ADD COLLISION COVERAGE AS PER ATTACHED SCHEDULE FOR:
VEHICLE NUMBER(S):
0008

ADD COMPREHENSIVE COVERAGE AS PER ATTACHED SCHEDULE FOR:
VEHICLE NUMBER(S):
0008

NAME AND ADDRESS OF AGENT OR BROKER:
  BALDWIN KRYSTYN SHERMAN (CFY65)
  4211 W BOY SCOUT BLVD STE 800
  TAMPA, FL 33607

COUNTERSIGNED BY:

_____
Authorized Representative

IL TO 07 09 87    PAGE  1 OF  2
OFFICE: SP-ATLANTA

DATE:_____

CHANGE EFFECTIVE DATE: 02-02-21

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Policy Number: AD-9P86338A-21-CAG

Policy Effective Date: 02/01/21

Issue Date: 06/17/21

ADD UNINSURED/UNDERINSURED MOTORISTS COVERAGE AS PER
ATTACHED SCHEDULE FOR:
  VEHICLE NUMBER(S):
   0008

THE FOLLOWING FORM(S) AND/OR ENDORSEMENT(S) IS/ARE ADDED TO
THE POLICY AS PER FORM(S) ATTACHED:

  CA 01 78 10 13  CA 21 48 10 13

(VEHICLE 0007 IS NOW VEHICLE 0008)

IL T0 07 09 87  PAGE  2 OF  2

OFFICE: SP-ATLANTA   06P
PRODUCER NAME: BALDWIN KRYSTYN SHERMAN   CFY65

CHANGE EFFECTIVE DATE: 02-02-21



POLICY NUMBER:  AD-9P86338A-21-CAG

EFFECTIVE DATE:  02-01-21

ISSUE DATE:  06-17-21


LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.


```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```


COMMERCIAL AUTOMOBILE

```
CA T0 77 02 15    AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15    AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15    AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15    AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 81 02 15    AUTO DEALER DECLARATIONS - ITEM SEVEN
CA T0 83 02 15    AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 14 02 15    GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
CA T0 30 02 16    BA/AD/MC COV PART SUPPL SCH - ITEM TWO
CA 01 78 10 13    LA CHANGES-COV EXTENSION FOR RENTAL VEH
CA 21 48 10 13    LA UM COVERAGE - BODILY INJURY
```


IL T8 01 10 93

PAGE:   1 OF   1

# COMMERCIAL AUTOMOBILE



# COMMERCIAL AUTOMOBILE

 **TRAVELERS** J                          One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  06-17-21   LC

ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  02-01-21 to 02-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: CORPORATION

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.

ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
        This policy provides only those coverages where a limit, if applicable,
        is shown in the columns below. Each of the "auto"-related coverages
        will apply only to those "autos" shown as covered "autos". "Autos"
        are shown as covered "autos" for the applicable coverages by the
        entry of one or more of the symbols from section I - Covered Autos
        Coverages of the Auto Dealers Coverage Form next to the name of
        the "auto" related coverage.

| COVERAGES | COVERED AUTOS | LIMIT  OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS |
|---|---|---|
| COVERED AUTOS LIABILTY | 21 | $  1,000,000 EACH ACCIDENT |
| GENERAL LIABILITY BODILY INJURY AND PROPERTY DAMAGE LIABILITY | | $  1,000,000 EACH ACCIDENT |
| DAMAGES TO PREMISES RENTED TO YOU | | $    100,000 ANY ONE PREMISES |
| PERSONAL AND ADVERTISING INJURY LIABILITY | | $  1,000,000 ANY ONE PERSON OR ORGANIZATION |
| GENERAL LIABILITY AGGREGATE | | $  3,000,000 |
| PRODUCTS AND WORK YOU PERFORMED AGGREGATE | | $  2,000,000 |
| LOCATIONS AND OPERATIONS MEDICAL PAYMENTS | | $      5,000 |
| ADDED PERSONAL INJURY PROTECTION (or equivalent Added No-fault coverage) | | SEPARATELY STATED IN EACH ADDED PIP ENDORSEMENT |

CA T0 77 02 15                          PAGE  (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN    CFY65  OFFICE: SPATLAN  06P

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  06-17-21   LC

| COVERAGES | COVERED AUTOS | LIMIT  OF  INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS |
|---|---|---|
| AUTO MEDICAL PAYMENTS | 21 | $     5,000 |
| UNINSURED AND UNDERINSURED MOTORISTS COVERAGE | 22 32 | See CA T0 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ DEDUCTIBLE FOR EACH COVERED AUTO. See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE COLLISION COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ Ded. FOR EACH COVERED AUTO. See Item Six for Dealers Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS LIABILITY | | $ 1,000,000      AGGREGATE $     5,000      PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:      ANNUAL

CA T0 77 02 15                              PAGE   (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN    CFY65   OFFICE: SPATLAN  06P

 **TRAVELERS** J                    One Tower Square, Hartford, Connecticut 06183

---

AUTO DEALERS                          POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  06-17-21  LC


C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
     Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos

     SYMBOL 32: ANY AUTO YOU DO NOT OWN AND THAT IS A COVERED AUTO
                UNDER THIS POLICY FOR LIABILITY INSURANCE AND IT IS
                LICENSED OR PRINCIPALLY GARAGED IN LOUISIANA.

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
     interest may appear to you and the Loss Payee named in the Declarations
     (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
     PART:  SEE IL T8 01 10 93


CA T0 77 02 15                          PAGE  (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN    CFY65   OFFICE: SPATLAN  06P


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART DECLARATIONS

POLICY NUMBER: AD-9P86338A-21-CAG
ISSUE DATE:  06-17-21   LC

LOSS PAYABLE CLAUSE

A.  We will pay you and the loss payee named in the policy for "loss"
    to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the
    "loss" results from conversion, secretion or embezzlement on your
    part.

C.  We may cancel the policy as allowed by the CANCELLATION Common
    Policy Condition.  Cancellation ends this agreement as to the loss
    payee's interest.  If we cancel the policy we will mail you and the
    loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their
    rights against any other party.

SCHEDULE OF LOSS PAYEES

LOSS PAYEE (Name and Address)

CA T0 77 02 15
PRODUCER: BALDWIN KRYSTYN SHERMAN     CFY65

PAGE   (CONTINUED)
OFFICE: SPATLAN  06P

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 06-17-21

              Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
   Loc            Address                    Zip            Cnty/twn
   No        Street and City        State   Code    terr     Code
   ---     ---------------          -----   ----    ----   --------
    1      365 SOUTHWELL BLVD
           TIFTON                    GA     31794   119

    2      2924 3RD AVE NORTH
           BIRMINGHAM                AL     35203   101     0001

    3      4465 MARION AVE
           MACON                     GA     31206   105


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
   Loc    Class of                    No of   Rating    Total Rating
   No     Operators                  Persons  Units        Units
   ---    ---------                  -------  ------    -----------

    1     Cl I  Empl-Regular
          Cl I  Empl-A/O              3.0     1.20
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over
                                                            1.20


    2     Cl I  Empl-Regular          2.0     2.00
          Cl I  Empl-A/O              9.0     3.60
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over
                                                            5.60


    3     Cl I  Empl-Regular          2.0     2.00
          Cl I  Empl-A/O              6.0     2.40
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over
                                                            4.40
```

|  | LOCATION # 1 | | LOCATION # 2 | | LOCATION # 3 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
|  | RATE | PREM | RATE | PREM | RATE | PREM |  |
| AUTO & GEN LIAB | ██ | ████ | ██ | ██████ | ██ | ████ | ███ |
| LOC & OP MED PAY | █ | | ██ | | ██ | $ | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ███ | ██ | ███ | ███ | ███ | ██ $ | ███ |
| A, E & O LIAB | | ██ | | | | $ | ███ |

```
     CA T0 78 02 15                        Page  1 (Continued)
```


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                        AUTO DEALERS COVERAGE PART DECLARATIONS
                        AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                        Issue date: 06-17-21

            Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
 Loc           Address                    Zip            Cnty/twn
 No       Street and City        State    Code   terr      Code
 ---      ---------------        -----    ----   ----    --------
   4    2291 DOTHAN RD
        BAINBRIDGE                 GA     39817   119

   5    1449 COBB PARKWAY N
        MARIETTA                   GA     30062   120

   6    4541 BUFORD HWY
        NORCROSS                   GA     30071   125


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
 Loc    Class of                   No of    Rating    Total Rating
 No     Operators                 Persons   Units        Units
 ---    ---------                 -------   ------    -----------
   4    Cl I  Empl-Regular          1.0      1.00
        Cl I  Empl-A/O
        Cl II Non-Empl-Under age 25
        Cl II Non-Empl-Age 25 or over
                                                         1.00


   5    Cl I  Empl-Regular          1.0      1.00
        Cl I  Empl-A/O              3.0      1.20
        Cl II Non-Empl-Under age 25
        Cl II Non-Empl-Age 25 or over
                                                         2.20


   6    Cl I  Empl-Regular          2.0      2.00
        Cl I  Empl-A/O             11.0      4.40
        Cl II Non-Empl-Under age 25
        Cl II Non-Empl-Age 25 or over
                                                         6.40
```

|  | LOCATION # 4 | | LOCATION # 5 | | LOCATION # 6 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
|  | RATE | PREM | RATE | PREM | RATE | PREM |  |
| AUTO & GEN LIAB | ▮▮ | ▮▮▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ |
| LOC & OP MED PAY | ▮ | ▮ | ▮ | ▮▮ | ▮ | ▮▮▮ $ | ▮▮ |
| PIP/APIP |  |  |  |  |  |  |  |
| NJ PED PIP |  |  |  |  |  |  |  |
| MICHIGAN PPI |  |  |  |  |  |  |  |
| AUTO MED PAY | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ $ | ▮▮ |
| A, E & O LIAB |  |  |  |  |  |  |  |

```
     CA TO 78 02 15                          Page  2 (Continued)
```



**TRAVELERS** ☂                    One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 7 | 1251 NEWELL PKWY MONTGOMERY | AL | 36110 | 116 | 0169 |
| 8 | 1860 WESTGATE PKWY ATLANTA | GA | 30336 | 101 | |
| 9 | 154 FALCON DR STE B FOREST PARK | GA | 30297 | 124 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 7 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | 13.0 | 5.20 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 7.20 |
| 8 | Cl I  Empl-Regular | 1.0 | 1.00 | |
| | Cl I  Empl-A/O | 9.0 | 3.60 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 4.60 |
| 9 | Cl I  Empl-Regular | 3.0 | 3.00 | |
| | Cl I  Empl-A/O | 10.0 | 4.00 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 7.00 |

| | LOCATION # 7 | | LOCATION # 8 | | LOCATION # 9 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮ |
| LOC & OP MED PAY | ▮ | | ▮ | | ▮ | ▮ | $  ▮▮ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | $  ▮▮▮ |
| A, E & O LIAB | | | | | | | |

     CA T0 78 02 15                         Page  3 (Continued)

 **TRAVELERS J**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 06-17-21

              Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
  Loc            Address                  Zip                Cnty/twn
  No          Street and City     State   Code     terr       Code
  ---         ---------------     -----   ----     ----     --------
   10      705 GENE STEWART BLVD
          SYLACAUGA                 AL    35150    129        0222

   11      114 ELI WHITNEY BLVD
          SAVANNAH                  GA    31408    108

   12      708 GIL HARBIN IND BLVD
          VALDOSTA                  GA    31601    119


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
  Loc    Class of                        No of   Rating    Total Rating
  No     Operators                      Persons  Units        Units
  ---    ---------                      -------  ------    -----------

   10    Cl I  Empl-Regular               2.0     2.00
         Cl I  Empl-A/O
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over
                                                              2.00


   11    Cl I  Empl-Regular               3.0     3.00
         Cl I  Empl-A/O                  12.0     4.80
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over
                                                              7.80


   12    Cl I  Empl-Regular               2.0     2.00
         Cl I  Empl-A/O                   5.0     2.00
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over
                                                              4.00
```

|  | LOCATION # 10 | | LOCATION # 11 | | LOCATION # 12 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
|  | RATE | PREM | RATE | PREM | RATE | PREM |  |
| AUTO & GEN LIAB | ■■ | ■■■■ | ■■ | ■■■ | ■■ | ■■■■ |  |
| LOC & OP MED PAY | ■ | ■ | ■ | ■ | ■ | ■ $ | ■■ |
| PIP/APIP |  |  |  |  |  |  |  |
| NJ PED PIP |  |  |  |  |  |  |  |
| MICHIGAN PPI |  |  |  |  |  |  |  |
| AUTO MED PAY | ■■ | ■ | ■■ | ■■ | ■■ | ■■ $ | ■■ |
| A, E & O LIAB |  |  |  |  |  |  |  |

```
     CA T0 78 02 15                    Page  4 (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 13 | 1967 KINSEY RD DOTHAN | AL | 36303 | 121 | 0085 |
| 14 | 979 POINT PETER RD SAINT MARYS | GA | 31558 | 119 | |
| 15 | 1400 & 1404 BRICKLINE CT ALBANY | GA | 31707 | 106 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 13 | Cl I   Empl-Regular | 2.0 | 2.00 | |
| | Cl I   Empl-A/O | 6.0 | 2.40 | |
| | Cl II  Non-Empl-Under age 25 | | | |
| | Cl II  Non-Empl-Age 25 or over | | | |
| | | | | 4.40 |
| 14 | Cl I   Empl-Regular | 1.0 | 1.00 | |
| | Cl I   Empl-A/O | | | |
| | Cl II  Non-Empl-Under age 25 | | | |
| | Cl II  Non-Empl-Age 25 or over | | | |
| | | | | 1.00 |
| 15 | Cl I   Empl-Regular | 9.0 | 9.00 | |
| | Cl I   Empl-A/O | 32.0 | 12.80 | |
| | Cl II  Non-Empl-Under age 25 | | | |
| | Cl II  Non-Empl-Age 25 or over | | | |
| | | | | 21.80 |

| | LOCATION # 13 | | LOCATION # 14 | | LOCATION # 15 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▬▬ | ▬▬▬ | ▬▬ | ▬▬▬ | ▬▬ | ▬▬▬ | ▬▬ |
| LOC & OP MED PAY | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | $ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▬▬ | ▬▬ | ▬▬ | ▬▬ | ▬▬ | ▬▬ | $ ▬▬▬ |
| A, E & O LIAB | | | | | | | |

CA TO 78 02 15                                Page  5 (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                        AUTO DEALERS COVERAGE PART DECLARATIONS
                        AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                        Issue date: 06-17-21

              Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
 Loc            Address                      Zip              Cnty/twn
 No          Street and City       State    Code    terr      Code
 ---         ---------------       -----    ----    ----     --------
  16    US HWY 3415
        HAZLEHURST                   GA     31539    119




ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
 Loc    Class of                     No of   Rating   Total Rating
 No     Operators                   Persons  Units        Units
 ---    ---------                   -------  ------   -----------

  16    Cl I  Empl-Regular            1.0     1.00
        Cl I  Empl-A/O
        Cl II Non-Empl-Under age 25
        Cl II Non-Empl-Age 25 or over
                                                          1.00


        Cl I  Empl-Regular
        Cl I  Empl-A/O
        Cl II Non-Empl-Under age 25
        Cl II Non-Empl-Age 25 or over


        Cl I  Empl-Regular
        Cl I  Empl-A/O
        Cl II Non-Empl-Under age 25
        Cl II Non-Empl-Age 25 or over


            LOCATION      LOCATION      LOCATION
            #  16         #             #
            -------------- -------------- --------------

                                                        TOTAL
             RATE   PREM   RATE   PREM   RATE   PREM    PREMIUMS
AUTO & GEN LIAB   ██     ██████                        $  ████████
LOC & OP MED PAY  █      █                             $
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY      ██     ██    ██           ██         $   ██
A, E & O LIAB
     CA T0 78 02 15                    Page  6 (Continued)
```

 **TRAVELERS**                One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 06-17-21

                    Policy Number: AD -9P86338A-21-CAG


     ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)


     LIABILITY MINIMUM PREMIUM -  
```


```
     DEFINITIONS:
     Class I-Employees
     Regular Operator - Proprietors, owners, executive officers, sales managers,
     service managers, finance managers and general managers, whether they have an
     assigned vehicle or not, and any employee whose principal duty involves the
     operation of covered "autos" or who is furnished a covered "auto".
     All Others - All other employees including salespersons who have not been
     assigned an auto or who do not have permission to access plates for personal
     use of autos.

     NOTE:
     1.  Part-time employees working an average of 20 hours or more a week for
         the number of weeks worked are to be counted as one rating unit each.
     2.  Part-time employees working an average of less than 20 hours a week for
         the number of weeks worked are to be counted as 1/2 rating unit each.

     Class II-Non-Employees
     Any of the following persons who are regularly furnished with a covered "auto"
     : Inactive proprietors, partners or officers and their relatives and the
     relatives of any person described in Class I.
```

```
     CA T0 78 02 15                              Page   7
```

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 1 | COMPREHENSIVE | $       450,000       MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $    450,000 MINUS $    5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                    PAGE 01   (Continued)



**TRAVELERS**                    One Tower Square, Hartford, Connecticut 06183

```
                            AUTO DEALERS COVERAGE PART DECLARATIONS
                            Issue Date: 06-17-21

                      Policy Number: AD -9P86338A-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages              Limit of Insurance for Each Location
   No.

        COMPREHENSIVE          $        300,000      MINUS THE DEDUCTIBLE AS
    2                          SHOWN ON CA T4 14
                                            OR
                               $          MINUS $           DEDUCTIBLE FOR ALL
                               PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                               $           MAXIMUM DEDUCTIBLE
                               FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF    $          MINUS $           DEDUCTIBLE FOR
        LOSS                   EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                               OR MISCHIEF OR VANDALISM SUBJECT TO $
                               MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                               ONE EVENT;
                                            OR
                               $           MINUS $            DEDUCTIBLE FOR ALL
                               PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                               $           MAXIMUM DEDUCTIBLE
                               FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION              $    300,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                               CUSTOMER'S AUTO.




        CA T0 79 02 15                         PAGE 02   (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 3 | COMPREHENSIVE | $         375,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 <br> OR <br> $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; <br> OR <br> $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $     375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                    PAGE 03   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 4 | COMPREHENSIVE | $        600,000        MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |

OR
$           MINUS $         DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$           MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

SPECIFIED CAUSES OF $           MINUS $         DEDUCTIBLE FOR
LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
OR MISCHIEF OR VANDALISM SUBJECT TO $
MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
ONE EVENT;
OR
$           MINUS $           DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$           MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION           $    600,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
CUSTOMER'S AUTO.

CA T0 79 02 15                                    PAGE 04   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 5 | COMPREHENSIVE | $       25,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>                    OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>                    OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   250,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 05   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 6 | COMPREHENSIVE | $        375,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 <br> OR <br> $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; <br> OR <br> $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $    375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                    PAGE 06   (Continued)

**TRAVELERS** One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 7 | COMPREHENSIVE | $ 375,000 MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |

$ 375,000 MINUS THE DEDUCTIBLE AS
SHOWN ON CA T4 14
                    OR
$            MINUS $          DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$            MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
LOSS              EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                  OR MISCHIEF OR VANDALISM SUBJECT TO $
                  MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                  ONE EVENT;
                    OR
$            MINUS $          DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$            MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION         $ 375,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                  CUSTOMER'S AUTO.

CA T0 79 02 15                          PAGE 07  (Continued)

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

8   COMPREHENSIVE    $       600,000      MINUS THE DEDUCTIBLE AS
                     SHOWN ON CA T4 14
                                OR
                     $           MINUS $           DEDUCTIBLE FOR ALL
                     PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                     $           MAXIMUM DEDUCTIBLE
                     FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


    SPECIFIED CAUSES OF $           MINUS $           DEDUCTIBLE FOR
    LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                        OR MISCHIEF OR VANDALISM SUBJECT TO $
                        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                        ONE EVENT;
                                OR
                        $           MINUS $           DEDUCTIBLE FOR ALL
                        PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                        $           MAXIMUM DEDUCTIBLE
                        FOR ALL SUCH LOSS IN ANY ONE EVENT.
    COLLISION           $   600,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                        CUSTOMER'S AUTO.

CA T0 79 02 15                         PAGE 08   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 9 | COMPREHENSIVE | $ 525,000 MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$ MINUS $ DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $ MINUS $ DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$ MINUS $ DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $ 525,000 MINUS $ 5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                         PAGE 09   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 10 | COMPREHENSIVE | $       250,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>                     OR<br>$           MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>                     OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $   250,000 MINUS $    5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                    PAGE 10   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages              Limit of Insurance for Each Location
No.

         COMPREHENSIVE      $       750,000      MINUS THE DEDUCTIBLE AS
11                          SHOWN ON CA T4 14
                                 OR
                           $          MINUS $          DEDUCTIBLE FOR ALL
                           PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                           $          MAXIMUM DEDUCTIBLE
                           FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


         SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
         LOSS               EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                           OR MISCHIEF OR VANDALISM SUBJECT TO $
                           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                           ONE EVENT;
                                 OR
                           $          MINUS $          DEDUCTIBLE FOR ALL
                           PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                           $          MAXIMUM DEDUCTIBLE
                           FOR ALL SUCH LOSS IN ANY ONE EVENT.
         COLLISION          $   750,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                           CUSTOMER'S AUTO.


CA T0 79 02 15                      PAGE 11  (Continued)

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 12 | COMPREHENSIVE | $       750,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $         MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   750,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 12   (Continued)

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

13   COMPREHENSIVE   $      375,000      MINUS THE DEDUCTIBLE AS
SHOWN ON CA T4 14
OR
$          MINUS $          DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$          MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
LOSS   EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
OR MISCHIEF OR VANDALISM SUBJECT TO $
MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
ONE EVENT;
OR
$          MINUS $          DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$          MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION   $    375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
CUSTOMER'S AUTO.

CA T0 79 02 15                    PAGE 13  (Continued)


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 14 | COMPREHENSIVE | $          100,000          MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $    100,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                         PAGE 14   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 15 | COMPREHENSIVE | $      1,200,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $ 1,200,000 MINUS $      5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 15   (Continued)



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
    Comprehensive
    Specified Causes of Loss
    Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

 DIRECT COVERAGE OPTIONS

   (X) EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
       remains applicable on a legal liability basis. However coverage also
       applies without regard to your or any other "Insured's" legal
       liability for "loss" to a customer's "auto" on an  excess basis over
       any other collectible insurance regardless of whether the other
       insurance covers your or any other "insured's"interest or the interest
       of the covered "auto's" owner.

   ( ) PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
       changed to apply without regard to your or any other "insured's"
       legal liability for "loss" to a customer's "auto" and is primary
       insurance.

       CA T0 79 02 15                              PAGE 16



**TRAVELERS**                                        One Tower Square, Hartford, Connecticut  06183

                                        AUTO DEALERS
                                        COVERAGE PART
                                        DECLARATIONS
                                        ISSUE DATE 06-17-21

                            POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX

PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
TWO applies only to the types of autos and interest indicated by 'X'.

|  |  | COMPREHENSIVE | SPECIFIED CAUSES OF LOSS | COLLISION |
|---|---|---|---|---|
| COVERAGES |  |  |  |  |
| TYPES OF | NEW AUTOS | X |  | X |
| AUTOS | USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES | X |  | X |
| INTERESTS COVERED | YOUR INTEREST IN COVERED AUTOS YOU OWN | X |  | X |
|  | YOUR INTEREST ONLY IN FINANCED COVERED AUTOS | X |  | X |
|  | YOUR INTEREST AND THE INTEREST OF ANY CREDITOR NAMED AS A LOSS PAYEE | X |  | X |
|  | ALL INTERESTS IN ANY AUTO NOT OWNED BY YOU OR ANY CREDITOR WHILE IN YOUR POSSESSION ON CONSIGNMENT FOR SALE | X |  | X |

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
   $  1,000,000 Additional locations where you store covered autos
   $  1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
 Agreed Upon by X)
 (X) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
     You must report to us on our form the locations of your covered "autos"
     and their total value at each such location. For your main sales location
     identified as location no. 1, you must include the total value of all
     covered "autos" you have furnished or made available to yourself, your
     executives, your "employees" or family members and other Class II - Non-
     Employees, and covered "autos" that are temporarily displayed or stored
     at locations other than those stated in ITEM THREE above. For your main
     sales location you must include the total value of all service vehicles.

CA T0 80 02 15                                              PAGE    1

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-17-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
  (continued)

    YOUR REPORTING BASIS IS:
      ( ) QUARTERLY you must give us your first report by the fifteenth of the
          fourth month after the policy begins. Your subsequent reports must
          be given to us by the fifteenth of every third month. Your reports
          must contain the value for the last business day of every third
          month coming within the policy period.
      (X) MONTHLY You must give us your reports by the fifteenth of every
          month. Your reports will contain the total values you had on the
          last business day of the preceding month.
    Premiums will be calculated pro rata of the annual premium for the expo-
    sures contained in each report. At the end of each policy year we will
    add the monthly premiums or the quarterly premiums to determine your
    final premium due for the entire policy year. The estimated total
    premiums shown will be credited against the final premium due.
  ( ) NONREPORTING BASIS. Stated limit of insurance shown above applies.

LOC.
NO.    COVERAGE          LIMIT OF INSURANCE FOR EACH LOCATION

  1    COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                        BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                        CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 500,000 | ▬ | ▬ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

ALL    BLANKET      $  7,450,000 MINUS $ 5,000 DEDUCTIBLE FOR EACH
       COLLISION          COVERED AUTO.

                                COLLISION PREMIUM  $      ▬

CA T0 80 02 15                                        PAGE    2

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-17-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE          LIMIT OF INSURANCE FOR EACH LOCATION

  2   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                        BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                        CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 650,000 | ■■■ | ■■■■ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

  3   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                        BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                        CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 725,000 | ■■■ | ■■■ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

  4   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                        BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                        CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 250,000 | ■■■ | ■■ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

CA T0 80 02 15                                    PAGE   3



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-17-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

  5    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                             LIMIT        RATE          PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS                    325,000      ████          ████
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

  6    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                             LIMIT        RATE          PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS                    425,000      ████          ████
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

  7    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                             LIMIT        RATE          PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS                    250,000      ████          ████
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

CA T0 80 02 15                                            PAGE    4

 **TRAVELERS**  One Tower Square, Hartford, Connecticut 06183

                                          AUTO DEALERS
                                          COVERAGE PART
                                          DECLARATIONS
                                          ISSUE DATE 06-17-21

                            POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

  8    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                        LIMIT        RATE         PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS              250,000      ▄▄▄         ▄▄▄
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

  9    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                        LIMIT        RATE         PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS              625,000      ▄▄▄         ▄▄▄
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

 11    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                        LIMIT        RATE         PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS
        NON STANDARD OPEN LOTS          600,000      ▄▄▄         ▄▄▄
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

CA T0 80 02 15                                        PAGE    5

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-17-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

12   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS |  |  |  |
| BUILDING |  |  |  |
| STANDARD OPEN LOTS | 500,000 | ▬ | ▬ |
| NON STANDARD OPEN LOTS |  |  |  |
| MISCELLANEOUS BUILDING |  |  |  |
| MISCELLANEOUS OPEN LOTS |  |  |  |

13   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS |  |  |  |
| BUILDING |  |  |  |
| STANDARD OPEN LOTS | 250,000 | ▬ | ▬ |
| NON STANDARD OPEN LOTS |  |  |  |
| MISCELLANEOUS BUILDING |  |  |  |
| MISCELLANEOUS OPEN LOTS |  |  |  |

14   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS |  |  |  |
| BUILDING |  |  |  |
| STANDARD OPEN LOTS | 100,000 | ▬ | ▬ |
| NON STANDARD OPEN LOTS |  |  |  |
| MISCELLANEOUS BUILDING |  |  |  |
| MISCELLANEOUS OPEN LOTS |  |  |  |

CA T0 80 02 15                                    PAGE   6



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-17-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

| LOC.<br>NO. | COVERAGE | LIMIT OF INSURANCE FOR EACH LOCATION |
|------|----------|--------------------------------------|
| 15 | COMPREHENSIVE | LIMIT OF INSURANCE AS STATED IN EACH SELECTION BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON CA T4 14. |

|  | LIMIT | RATE | PREMIUM |
|---|-------|------|---------|
| FIRE ONLY, BUILDING & LOTS |  |  |  |
| BUILDING |  |  |  |
| STANDARD OPEN LOTS | 1,750,000 | ■■■■ | ■■■■ |
| NON STANDARD OPEN LOTS |  |  |  |
| MISCELLANEOUS BUILDING |  |  |  |
| MISCELLANEOUS OPEN LOTS |  |  |  |

TOTAL PREMIUM  $   ■■■■

CA T0 80 02 15                                      PAGE    7

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-17-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

SCHEDULE OF LOSS PAYEES

(Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)

CA T0 80 02 15                                         PAGE    8

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

ITEM THREE.   SCHEDULE OF COVERED
AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING
CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: AD-9P86338A-21-CAG

INSURED'S NAME:   FRED TAYLOR COMPANY INC                    CA T0 81 02 15
AND AS PER IL T8 03

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 8 | NEW ORLEANS | LA | 70116 | 0000 | 119 | 7391 | |

| COVERED AUTO NO | YEAR | MAKE/MODEL | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF LIAB | AGE GROUP |
|---|---|---|---|---|---|---|
| 8 | 90 | MERCEDES-BENZ | WDBCA35E5LA529053 | 62500 | ACV | X |

| | COVERED AUTO   8 | COVERED AUTO | COVERED AUTO | COVERED AUTO | COVERED AUTO |
|---|---|---|---|---|---|
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | NIL | | | | |
| COLLISION | 500 | | | | |
| PREMIUMS: | | | | | |
| LIABILITY | ▬ | | | | |
| MED PAY | ▬ | | | | |
| COMPREHENSIVE | ▬ | | | | |
| COLLISION | ▬ | | | | |
| TOTAL | ▬ | | | | |

TOTAL UNINSURED AND UNDERINSURED MOTORISTS PREMIUM:            ▬

   * APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
   **APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES AND COLLISION COVERAGES
                              SPV    7          PAGE    1              001

 **TRAVELERS J**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 06-17-21

Policy Number: AD-9P86338A-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 1 | | |
| 002 | 1 | | |
| 003 | 1 | | |
| 004 | 1 | | |
| 005 | 1 | | |
| 006 | 1 | | |
| 007 | 1 | | |
| 008 | 1 | | |
| 009 | 1 | | |
| 010 | 1 | | |
| 011 | 1 | | |
| 012 | 1 | | |
| 013 | 1 | | |
| 014 | 1 | | |
| 015 | 1 | | |
| 016 | 1 | | |

CA T0 83 02 15                                      Page   1

POLICY NUMBER: **AD-9P86338A-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **06-17-21**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE PART DECLARATIONS
    AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**1.** The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

## SCHEDULE

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| SEE SCHEDULE EXTENSION | | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| SEE SCHEDULE EXTENSION | | | |

**CA T4 14 02 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

    **(1)** Theft or Mischief or Vandalism

    **(2)** Earthquake

    **(3)** Windstorm Or Hail

    **(4)** Flood

    **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

2. The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

    **5.** **Limit Of Insurance And Deductibles**

    **a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

    **b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

    **c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

3. The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

    **5.** **Deductible**

    For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

    The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA T4 14 02 15

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 06-17-21

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 1 | Windstorm or Hail | $    5,000 | $    NO |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 2 | Windstorm or Hail | $    5,000 | $    NO |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 3 | Windstorm or Hail | $    5,000 | $    NO |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 4 | Windstorm or Hail | $    5,000 | $    NO |
| 5 | All Covered Perils, | $    5,000 | $    25,000 |

CA T4 14 SCHED

Page  1 of 11

POLICY NUMBER: AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

other than collision,
not listed separately on
this Schedule

| | | | |
|---|---|---|---|
| 5 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 6 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 7 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

Deductible

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 06-17-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|-------------------------------------|
| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 8 | Windstorm or Hail | $    5,000 | $    NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible | |
|-----|--------------------------|------------|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event |
| 9 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 9 | Windstorm or Hail | $    5,000 | $    NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible | |
|-----|--------------------------|------------|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event |
| 10 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 10 | Windstorm or Hail | $    5,000 | $    NO |

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 06-17-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

ITEM FIVE - GARAGEKEEPERS COVERAGE

| | | Deductible | |
| | | For Each Covered | Maximum Deductible in |
| Loc | Covered Causes of Loss** | "Auto" | any one event |
|---|---|---|---|
| 11 | All Covered Perils, other than collision, not listed separately on this Schedule | $     5,000 | $    25,000 |
| 11 | Windstorm or Hail | $     5,000 | $    NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| | | Deductible | |
| | | For Each Covered | Maximum Deductible in |
| Loc | Covered Causes of Loss** | "Auto" | any one event |
|---|---|---|---|
| 12 | All Covered Perils, other than collision, not listed separately on this Schedule | $     5,000 | $    25,000 |
| 12 | Windstorm or Hail | $     5,000 | $    NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| | | Deductible | |
| | | For Each Covered | Maximum Deductible in |
| Loc | Covered Causes of Loss** | "Auto" | any one event |
|---|---|---|---|
| 13 | All Covered Perils, other than collision, | $     5,000 | $    25,000 |

CA T4 14 SCHED

Page  4 of 11

COMMERCIAL AUTO
ISSUE DATE: 06-17-21

POLICY NUMBER: AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

| Loc | Covered Causes of Loss** | | |
|-----|------|---|---|
| | not listed separately on this Schedule | | |
| 13 | Windstorm or Hail | $ 5,000 | $ NO |

### ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|------|------|------|
| 14 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 14 | Windstorm or Hail | $ 5,000 | $ NO |

### ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|------|------|------|
| 15 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 15 | Windstorm or Hail | $ 5,000 | $ NO |

### ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | Deductible For Each | Maximum |
|---|---|---|

CA T4 14 SCHED

Page 5 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  06-17-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| Loc | Covered Causes of Loss** | Covered "Auto" | Deductible in any one event |
|---|---|---|---|

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $     5,000 | $     25,000 |
| 1 | Windstorm or Hail | $     5,000 | $     NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $     5,000 | $     25,000 |
| 2 | Windstorm or Hail | $     5,000 | $     NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |

CA T4 14 SCHED

Page  6 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  06-17-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

| | | | |
|---|---|---|---|
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 3 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 4 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 5 | Windstorm or Hail | $ 5,000 | $ NO |

CA T4 14 SCHED

Page 7 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|--------------------------------|-------------------------------------|
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 6 | Windstorm or Hail | $ 5,000 | $ NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|--------------------------------|-------------------------------------|
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 7 | Windstorm or Hail | $ 5,000 | $ NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|--------------------------------|-------------------------------------|

CA T4 14 SCHED

Page  8 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 06-17-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

| | | | | |
|---|---|---|---|---|
| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ | 25,000 |
| 8 | Windstorm or Hail | $ 5,000 | $ | NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 9 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 9 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 11 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 11 | Windstorm or Hail | $ 5,000 | $ NO |

CA T4 14 SCHED

Page   9 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 12 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 12 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 13 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 13 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 14 | All Covered Perils, | $    5,000 | $    25,000 |

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  06-17-21

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

other than collision,
not listed separately on
this Schedule

| 14 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 15 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 15 | Windstorm or Hail | $ | 5,000 | $ | NO |

CA T4 14 SCHED

Page 11 of 11


**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

**BUSINESS AUTO/AUTO DEALERS/**
**MOTOR CARRIER COVERAGE PART**
**SUPPLEMENTARY SCHEDULE**

**POLICY NUMBER:** AD-9P86338A-21-CAG
**ISSUE DATE:** 06-17-21

**ITEM TWO**
**COVERAGE AND LIMITS OF INSURANCE**
**UNINSURED MOTORISTS COVERAGE AND UNDERINSURED MOTORISTS COVERAGE**

The LIMIT OF INSURANCE for the coverages shown below is the LIMIT OF INSURANCE shown for the State where a covered "auto" is principally garaged. Refer to the specific coverage endorsement for description of the coverage provided for each State listed below.

**Coverage**
UNINSURED MOTORISTS            LIMIT OF INSURANCE

| State | "Bodily Injury" and "Property Damage" Each "Accident" | "Bodily Injury" Each "Accident" | "Bodily Injury" Each Person | "Bodily Injury" Each "Accident" | "Property Damage" Each "Accident" |
|---|---|---|---|---|---|
| AL | | $  100,000 | | | |
| GA | $   100,000 | | | | |
| LA | | $  100,000 | | | |

UNDERINSURED MOTORISTS            LIMIT OF INSURANCE
(When not included in Uninsured Motorists Coverage)

| State | "Bodily Injury" and "Property Damage" Each "Accident" | "Bodily Injury" Each "Accident" | "Bodily Injury" Each Person | "Bodily Injury" Each "Accident" | "Property Damage" Each "Accident" |
|---|---|---|---|---|---|
| | | | | | |

CA T0 30 02 16

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1

POLICY NUMBER:   AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  06-17-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOUISIANA CHANGES –
# COVERAGE EXTENSION FOR RENTAL VEHICLES

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Louisiana, this endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## SCHEDULE OF COVERAGES

Enter an "X" in one or more of the following check boxes if at least one "auto" is provided that coverage under the Coverage Form. However, if Comprehensive Physical Damage Coverage **and** Specified Causes Of Loss Coverage are provided separately by the Coverage Form on at least one covered "auto", then enter an "X" in the check box that provides Comprehensive Physical Damage Coverage.

### COVERAGE

☒ If an "X" is entered in this check box, this endorsement provides **Covered Autos Liability Coverage** for "rental vehicles".

☒ If an "X" is entered in this check box, this endorsement provides **Comprehensive Physical Damage Coverage** for "rental vehicles".

☒ If an "X" is entered in this check box, this endorsement provides **Collision Physical Damage Coverage** for "rental vehicles".

☐ If an "X" is entered in this check box, this endorsement provides **Specified Causes Of Loss Coverage** for "rental vehicles".

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

Any "rental vehicle" that is rented by an "insured" under a written rental agreement will be considered a covered "auto" only for those coverages where an "X" is entered in the check box in the Schedule of Coverages. However, if Comprehensive Physical Damage Coverage and Specified Causes Of Loss Coverage are provided separately by the Coverage Form on at least one covered "auto", then any "rental vehicle" will be considered a covered "auto" for Comprehensive Physical Damage Coverage.

**B. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for each coverage designated in the Schedule of Coverages is the Limit Of Insurance for that coverage shown in the Schedule or Declarations.

**C.** The following is added to the **Definitions** Section:

"Rental vehicle" means a motor vehicle of the private passenger, pickup or van type, not used for business purposes, other than farming or ranching, if:

**a.** Not used for transporting persons for hire; and

**b.** Owned by a person engaged in the business of renting or leasing vehicles that are rented or leased without a driver, to persons other than the owner, and is registered in the name of such owner.

CA 01 78 10 13

© Insurance Services Office, Inc., 2012

Page 1 of 1

POLICY NUMBER: **AD-9P86338A-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **06-17-21**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOUISIANA UNINSURED MOTORISTS COVERAGE – BODILY INJURY

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Louisiana, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## SCHEDULE

**Limit Of Insurance: $ SEE CAT030**                                    **Each "Accident"**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. If this insurance provides a limit in excess of the amounts required by the applicable law where a covered "auto" is principally garaged, we will pay only after all liability bonds or policies have been exhausted by payments of judgments or settlements.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" with the Named Insured's express or implied permission a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

   d. Anyone else "occupying" an "auto" the Named Insured does not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" with the Named Insured's express or implied permission a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

   c. Anyone else "occupying" an "auto" the Named Insured does not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

**C. Exclusions**

This insurance does not apply to:

1. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

---

CA 21 48 10 13                           © Insurance Services Office, Inc., 2012                           Page 1 of 3

2. "Bodily injury" sustained by an "insured" while "occupying" or struck by any vehicle owned by that "insured" that is not a covered "auto".

3. Punitive or exemplary damages.

4. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form or Medical Payments Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable similar insurance, we will pay only our share of the loss. Our share is the proportion that our limit of insurance bears to the total of all applicable limits. However, with respect to "bodily injury" sustained by an "insured":

   a. While "occupying" a vehicle owned by that person or while not "occupying" any

vehicle, the maximum recovery for damages sustained by an "insured" as a Named Insured or "family member" may equal but not exceed the highest applicable limit for any one vehicle under this Coverage Form or any other Coverage Form or policy.

   b. While "occupying" a vehicle not owned by that person, the following priorities of recovery will apply:

      (1) The uninsured motorists coverage applicable to the vehicle the "insured" was "occupying" at the time of the "accident" will be primary.

      (2) If the primary insurance is exhausted, any excess recovery for damages sustained by an "insured" as a Named Insured or "family member" may equal but not exceed the highest applicable limit for any one vehicle under this Coverage Form or any other Coverage Form or policy. In no instance will more than one uninsured motorists coverage limit be available as excess insurance.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved; and

   b. Promptly send us copies of the legal papers if a "suit" is brought.

3. **Transfer Of Rights Of Recovery Against Others To Us** does not apply to vehicles described in Paragraph **b.** of the definition of "uninsured motor vehicle".

4. The following condition is added:

   **Arbitration**

   a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, arbitration will take place only if we and the "insured" agree, voluntarily, to have the matter arbitrated. If so agreed, each party will

© Insurance Services Office, Inc., 2012

COMMERCIAL AUTO

select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the parish in which the "insured" lives. Local rules of law as to arbitration procedures and evidence will apply. Any decision of the arbitrators will not be binding on either party.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bonds or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

**b.** Which is an underinsured motor vehicle. An underinsured motor vehicle means a land motor vehicle or "trailer" to which a liability bond or policy affording coverage for "bodily injury" applies at the time of the accident, but the amount paid for "bodily injury" under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages;

**c.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**d.** Which is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

**(1)** Hit an "insured", a covered "auto" or a vehicle the "insured" is "occupying"; or

**(2)** Cause "bodily injury" to an "insured" without any actual physical contact with the "insured", a covered "auto" or a vehicle the "insured" is "occupying". However, in such cases, the "insured" must show, by an independent and disinterested witness, that the "bodily injury" resulted from the actions of an unidentified motorist.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned by a governmental unit or agency; or

**b.** Designed for use mainly off public roads while not on public roads.

**LOUISIANA AUTO INSURANCE IDENTIFICATION CARD**

An insurer authorized to transact business in Louisiana has issued the Motor Vehicle Policy identified hereon. The coverage provided by this **commercial** liability policy that meets the minimum liability insurance limits prescribed by law.

NAIC No.   Company: **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**
  **25674**        **ONE TOWER SQUARE, HARTFORD CT 06183**

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| **AD-9P86338A-21-CAG** | **02-01-21** | **02-01-22** |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| **1990** | **MERCE 420** | **WDBCA35E5LA529053** |

Insured: **FRED TAYLOR COMPANY INC**
    **AND AS PER IL T8 03**

Agent: **BALDWIN KRYSTYN SHERMAN**

  **TAMPA**                     **FL  33607**
  **8139843200**

**THIS CARD MUST BE CARRIED IN THE  MOTOR VEHICLE
AT ALL TIMES AS EVIDENCE OF INSURANCE**

CAIDLA Rev. 07-09      See Important Notice On Reverse Side        **TRAVELERS**

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and address of each driver, passenger, and witness, and insurance
  company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**IMPORTANT NOTICE**
**La. R. S. 32863.1 requires that an operator of a motor vehicle produce upon demand by
a law enforcement officer documentation of motor vehicle security which is required to
be maintained within the vehicle at all times.**

**Failure to comply may result in fines, revocation of registration privileges and block
against the renewal or issuance of a driver's license.**

**EXCLUDED DRIVERS:**

CAIDLA  (Back)

CHANGE EFFECTIVE DATE: 05-25-21

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

## CHANGE ENDORSEMENT

Named Insured:
FRED TAYLOR COMPANY INC
AND AS PER IL T8 03

Policy Number: AD-9P86338A-21-CAG
Policy Effective Date: 02/01/21
Issue Date: 06/17/21
Additional Premium $ ■■

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 05/25/21 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

    SEE SCHEDULE ATTACHED FOR ADDED VEHICLE NUMBER(S):
       0009

    ADD AUTO MEDICAL PAYMENTS COVERAGE AS PER ATTACHED
    SCHEDULE FOR:
       VEHICLE NUMBER(S) :
       0009

    ADD LIABILITY COVERAGE AS PER ATTACHED SCHEDULE FOR:
       VEHICLE NUMBER(S):
       0009

    ADD COLLISION COVERAGE AS PER ATTACHED SCHEDULE FOR:
       VEHICLE NUMBER(S):
       0009

    ADD COMPREHENSIVE COVERAGE AS PER ATTACHED SCHEDULE FOR:
       VEHICLE NUMBER(S):
       0009

    ADD UNINSURED/UNDERINSURED MOTORISTS COVERAGE AS PER
    THE ATTACHED SCHEDULE FOR:
    VEHICLE NUMBER(S):
       0009

NAME AND ADDRESS OF AGENT OR BROKER:
  BALDWIN KRYSTYN SHERMAN (CFY65)
  4211 W BOY SCOUT BLVD STE 800
  TAMPA, FL 33607

COUNTERSIGNED BY:

_____
Authorized Representative

DATE:_____

IL T0 07 09 87    PAGE 1 OF 1
OFFICE: SP-ATLANTA

CHANGE EFFECTIVE DATE: 05-25-21



POLICY NUMBER:  AD-9P86338A-21-CAG

EFFECTIVE DATE:  02-01-21

ISSUE DATE:  06-17-21

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87   CHANGE ENDORSEMENT
IL T8 01 10 93   FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

COMMERCIAL AUTOMOBILE

```
CA T0 77 02 15   AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15   AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15   AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15   AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 81 02 15   AUTO DEALER DECLARATIONS - ITEM SEVEN
CA T0 83 02 15   AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 14 02 15   GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
```

IL T8 01 10 93

PAGE:   1 OF   1

# COMMERCIAL AUTOMOBILE

# COMMERCIAL AUTOMOBILE

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  06-17-21   LC

ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  02-01-21 to 02-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: CORPORATION

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.

ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
        This policy provides only those coverages where a limit, if applicable,
        is shown in the columns below. Each of the "auto"-related coverages
        will apply only to those "autos" shown as covered "autos"."Autos"
        are shown as covered "autos" for the applicable coverages by the
        entry of one or more of the symbols from section I - Covered Autos
        Coverages of the Auto Dealers Coverage Form next to the name of
        the "auto" related coverage.

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS |
|---|---|---|
| COVERED AUTOS LIABILTY | 21 | $ 1,000,000 EACH ACCIDENT |
| GENERAL LIABILITY<br>BODILY INJURY AND PROPERTY<br>DAMAGE LIABILITY | | $ 1,000,000 EACH ACCIDENT |
| DAMAGES TO PREMISES<br>RENTED TO YOU | | $ 100,000 ANY ONE PREMISES |
| PERSONAL AND ADVERTISING<br>INJURY LIABILITY | | $ 1,000,000 ANY ONE PERSON OR<br>ORGANIZATION |
| GENERAL LIABILTY AGGREGATE | | $ 3,000,000 |
| PRODUCTS AND WORK YOU<br>PERFORMED AGGREGATE | | $ 2,000,000 |
| LOCATIONS AND OPERATIONS<br>MEDICAL PAYMENTS | | $ 5,000 |
| ADDED PERSONAL INJURY<br>PROTECTION<br>(or equivalent Added<br>No-fault coverage) | | SEPARATELY STATED IN EACH<br>ADDED PIP ENDORSEMENT |

CA TO 77 02 15                        PAGE  (CONTINUED)
  PRODUCER: BALDWIN KRYSTYN SHERMAN   CFY65   OFFICE: SPATLAN  06P

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  06-17-21   LC

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS |
|---|---|---|
| AUTO MEDICAL PAYMENTS | 21 | $     5,000 |
| UNINSURED AND<br>UNDERINSURED<br>MOTORISTS COVERAGE | 22 32 | See CA T0 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE<br>COMPREHENSIVE COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ DEDUCTIBLE<br>FOR EACH COVERED AUTO.<br>See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE<br>COLLISION COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ Ded. FOR EACH<br>COVERED AUTO.<br>See Item Six for Dealers<br>Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS<br>LIABILITY | | $ 1,000,000     AGGREGATE<br>$     5,000     PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:      ANNUAL

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                              POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS                ISSUE DATE:  06-17-21  LC


C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
     Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos

     SYMBOL 32: ANY AUTO YOU DO NOT OWN AND THAT IS A COVERED AUTO
                UNDER THIS POLICY FOR LIABILITY INSURANCE AND IT IS
                LICENSED OR PRINCIPALLY GARAGED IN LOUISIANA.

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART:  SEE IL T8 01 10 93


CA T0 77 02 15                            PAGE  (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN    CFY65  OFFICE: SPATLAN  06P



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART DECLARATIONS

POLICY NUMBER: AD-9P86338A-21-CAG
ISSUE DATE:  06-17-21   LC

LOSS PAYABLE CLAUSE

A.  We will pay you and the loss payee named in the policy for "loss" to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

C.  We may cancel the policy as allowed by the CANCELLATION Common Policy Condition.  Cancellation ends this agreement as to the loss payee's interest.  If we cancel the policy we will mail you and the loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their rights against any other party.

SCHEDULE OF LOSS PAYEES

LOSS PAYEE (Name and Address)

CA TO 77 02 15
PRODUCER: BALDWIN KRYSTYN SHERMAN    CFY65

PAGE  (CONTINUED)
OFFICE: SPATLAN  06P


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 06-17-21

             Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
  Loc            Address                    Zip              Cnty/twn
  No         Street and City       State    Code     terr     Code
  ---        ---------------       -----    ----     ----   --------
   1    365 SOUTHWELL BLVD
        TIFTON                      GA     31794      119

   2    2924 3RD AVE NORTH
        BIRMINGHAM                  AL     35203      101     0001

   3    4465 MARION AVE
        MACON                       GA     31206      105


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
  Loc    Class of                     No of   Rating   Total Rating
  No     Operators                  Persons   Units       Units
  ---    ---------                  -------   ------   -----------

   1     Cl I  Empl-Regular
         Cl I  Empl-A/O               3.0      1.20
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over
                                                            1.20


   2     Cl I  Empl-Regular           2.0      2.00
         Cl I  Empl-A/O               9.0      3.60
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over
                                                            5.60


   3     Cl I  Empl-Regular           2.0      2.00
         Cl I  Empl-A/O               6.0      2.40
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over
                                                            4.40
```

| | LOCATION # 1 | | LOCATION # 2 | | LOCATION # 3 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| LOC & OP MED PAY | | ▇ | | ▇ | | ▇ $ | ▇ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | ▇ | | ▇ | | ▇ $ | ▇ |
| A, E & O LIAB | | ▇ | | | | $ | ▇ |

```
       CA T0 78 02 15                       Page  1 (Continued)
```

 **TRAVELERS** ☂    One Tower Square, Hartford, Connecticut 06183

```
                                  AUTO DEALERS COVERAGE PART DECLARATIONS
                                  AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                                  Issue date: 06-17-21

                    Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
Loc           Address                        Zip              Cnty/twn
No        Street and City        State       Code    terr       Code
---       ---------------        -----       ----    ----    --------
  4    2291 DOTHAN RD
       BAINBRIDGE                  GA         39817   119

  5    1449 COBB PARKWAY N
       MARIETTA                    GA         30062   120

  6    4541 BUFORD HWY
       NORCROSS                    GA         30071   125


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
Loc    Class of                        No of    Rating    Total Rating
No     Operators                       Persons  Units        Units
---    ---------                       -------   ------    -----------
  4    Cl I   Empl-Regular              1.0      1.00
       Cl I   Empl-A/O
       Cl II  Non-Empl-Under age 25
       Cl II  Non-Empl-Age 25 or over
                                                           1.00


  5    Cl I   Empl-Regular              1.0      1.00
       Cl I   Empl-A/O                  3.0      1.20
       Cl II  Non-Empl-Under age 25
       Cl II  Non-Empl-Age 25 or over
                                                           2.20


  6    Cl I   Empl-Regular              2.0      2.00
       Cl I   Empl-A/O                  11.0     4.40
       Cl II  Non-Empl-Under age 25
       Cl II  Non-Empl-Age 25 or over
                                                           6.40
```

|  | LOCATION # 4 | | LOCATION # 5 | | LOCATION # 6 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
|  | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| LOC & OP MED PAY | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ $ | ▮ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ $ | ▮ |
| A, E & O LIAB | | | | | | | |

```
     CA TO 78 02 15                        Page  2 (Continued)
```

**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                          AUTO DEALERS COVERAGE PART DECLARATIONS
                          AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                          Issue date: 06-17-21

              Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
  Loc        Address                        Zip            Cnty/twn
  No      Street and City        State     Code    terr     Code
  ---   ---------------          -----     ----    ----    --------
   7    1251 NEWELL PKWY
        MONTGOMERY                 AL      36110    116     0169

   8    1860 WESTGATE PKWY
        ATLANTA                    GA      30336    101

   9    154 FALCON DR STE B
        FOREST PARK                GA      30297    124


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
  Loc   Class of                       No of    Rating    Total Rating
  No    Operators                     Persons   Units       Units
  ---   ---------                     -------   ------    -----------

   7    Cl I   Empl-Regular            2.0       2.00
        Cl I   Empl-A/O              13.0       5.20
        Cl II  Non-Empl-Under age 25
        Cl II  Non-Empl-Age 25 or over
                                                            7.20


   8    Cl I   Empl-Regular            1.0       1.00
        Cl I   Empl-A/O               9.0       3.60
        Cl II  Non-Empl-Under age 25
        Cl II  Non-Empl-Age 25 or over
                                                            4.60


   9    Cl I   Empl-Regular            3.0       3.00
        Cl I   Empl-A/O              10.0       4.00
        Cl II  Non-Empl-Under age 25
        Cl II  Non-Empl-Age 25 or over
                                                            7.00
```

|  | LOCATION # 7 | | LOCATION # 8 | | LOCATION # 9 | | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|---|
|  | RATE | PREM | RATE | PREM | RATE | PREM | | |
| AUTO & GEN LIAB | ▮▮ | ▮▮▮▮ | ▮▮▮ | ▮▮▮▮ | ▮▮▮ | ▮▮▮▮ | | ▮▮ |
| LOC & OP MED PAY | | ▮ | | ▮ | | ▮ | $ | |
| PIP/APIP | | | | | | | | |
| NJ PED PIP | | | | | | | | |
| MICHIGAN PPI | | | | | | | | |
| AUTO MED PAY | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | $ | ▮▮ |
| A, E & O LIAB | | | | | | | | |

```
     CA TO 78 02 15                        Page  3 (Continued)
```



**TRAVELERS** J

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 06-17-21

                    Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
  Loc            Address                        Zip              Cnty/twn
  No         Street and City          State    Code     terr      Code
  ---        ---------------          -----    ----     ----    --------
   10     705 GENE STEWART BLVD
          SYLACAUGA                     AL     35150     129      0222

   11     114 ELI WHITNEY BLVD
          SAVANNAH                      GA     31408     108

   12     708 GIL HARBIN IND BLVD
          VALDOSTA                      GA     31601     119


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
  Loc    Class of                      No of   Rating   Total Rating
  No     Operators                    Persons  Units       Units
  ---    ---------                    -------  ------   -----------

  10     Cl I  Empl-Regular             2.0     2.00
         Cl I  Empl-A/O
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over
                                                             2.00


  11     Cl I  Empl-Regular             3.0     3.00
         Cl I  Empl-A/O               12.0     4.80
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over
                                                             7.80


  12     Cl I  Empl-Regular             2.0     2.00
         Cl I  Empl-A/O                5.0     2.00
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over
                                                             4.00
```

| | LOCATION # 10 | | LOCATION # 11 | | LOCATION # 12 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| LOC & OP MED PAY | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ $ | ▇ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ $ | ▇ |
| A, E & O LIAB | | | | | | | |

```
     CA TO 78 02 15                        Page  4  (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 06-17-21

              Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
Loc            Address                          Zip           Cnty/twn
No          Street and City          State     Code    terr     Code
---         ---------------          -----     ----    ----   --------
 13    1967 KINSEY RD
       DOTHAN                         AL       36303     121    0085

 14    979 POINT PETER RD
       SAINT MARYS                    GA       31558     119

 15    1400 & 1404 BRICKLINE CT
       ALBANY                         GA       31707     106


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
Loc    Class of                       No of   Rating   Total Rating
No     Operators                     Persons  Units       Units
---    ---------                     -------  ------   -----------

 13    Cl I  Empl-Regular              2.0     2.00
       Cl I  Empl-A/O                  6.0     2.40
       Cl II Non-Empl-Under age 25
       Cl II Non-Empl-Age 25 or over
                                                            4.40


 14    Cl I  Empl-Regular              1.0     1.00
       Cl I  Empl-A/O
       Cl II Non-Empl-Under age 25
       Cl II Non-Empl-Age 25 or over
                                                            1.00


 15    Cl I  Empl-Regular              9.0     9.00
       Cl I  Empl-A/O                 32.0    12.80
       Cl II Non-Empl-Under age 25
       Cl II Non-Empl-Age 25 or over
                                                           21.80
```

| | LOCATION # 13 | | LOCATION # 14 | | LOCATION # 15 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▆▆▆ | ▆▆▆▆▆▆ | ▆▆▆ | ▆▆▆▆ | ▆▆▆ | ▆▆▆▆▆▆ | ▆▆▆ |
| LOC & OP MED PAY | ▆▆ | ▆▆ | ▆ | ▆ | ▆ | ▆▆▆ | $ ▆▆ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▆▆▆ | ▆▆▆ | ▆▆▆ | ▆▆▆ | ▆▆▆ | ▆▆▆ | $ ▆▆▆▆ |
| A, E & O LIAB | | | | | | | |

```
     CA TO 78 02 15                          Page  5 (Continued)
```

 **TRAVELERS** One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 06-17-21

                    Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
   Loc        Address                        Zip             Cnty/twn
   No      Street and City       State      Code     terr      Code
   ---    ---------------        -----      ----     ----    --------
   16    US HWY 3415
         HAZLEHURST               GA       31539     119
```

```
ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
   Loc     Class of                     No of    Rating    Total Rating
   No      Operators                   Persons   Units        Units
   ---    ---------                    -------   ------    -----------

   16     Cl I  Empl-Regular            1.0      1.00
          Cl I  Empl-A/O
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over
                                                              1.00


          Cl I  Empl-Regular
          Cl I  Empl-A/O
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over


          Cl I  Empl-Regular
          Cl I  Empl-A/O
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over
```

```
              LOCATION        LOCATION        LOCATION
            #  16            #               #
            ---------------  ---------------  ---------------
```

| | RATE | PREM | RATE | PREM | RATE | PREM | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|---|
| AUTO & GEN LIAB | ■■ | ■■■■■■ | | | | | $ | ■■■■■■■ |
| LOC & OP MED PAY | ■ | ■ | | | | | $ | ■ |
| PIP/APIP | | | | | | | | |
| NJ PED PIP | | | | | | | | |
| MICHIGAN PPI | | | | | | | | |
| AUTO MED PAY | ■■ | ■■ | ■■ | | ■■ | | $ | ■■ |
| A, E & O LIAB | | | | | | | | |

```
     CA T0 78 02 15                        Page  6  (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - 

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal
use of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA TO 78 02 15                              **Page  7**



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 1 | COMPREHENSIVE | $       450,000       MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $     450,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 01  (Continued)

 **TRAVELERS** J                One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 2 | COMPREHENSIVE | $       300,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 <br> OR <br> $           MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $           MINUS $           DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; <br> OR <br> $           MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $    300,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                         PAGE 02   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 3 | COMPREHENSIVE | $        375,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$         MINUS $            DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $            DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $            DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 03   (Continued)


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 4 | COMPREHENSIVE | $        600,000        MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$            MINUS $            DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $            MINUS $            DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$            MINUS $            DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $   600,000 MINUS $    5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 04   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location                Coverages                    Limit of Insurance for Each Location
No.

        5    COMPREHENSIVE        $        25,000       MINUS THE DEDUCTIBLE AS
                                  SHOWN ON CA T4 14
                                             OR
                                  $         MINUS $          DEDUCTIBLE FOR ALL
                                  PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                  $         MAXIMUM DEDUCTIBLE
                                  FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


             SPECIFIED CAUSES OF  $         MINUS $          DEDUCTIBLE FOR
             LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                                  OR MISCHIEF OR VANDALISM SUBJECT TO $
                                  MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                                  ONE EVENT;
                                             OR
                                  $         MINUS $          DEDUCTIBLE FOR ALL
                                  PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                  $         MAXIMUM DEDUCTIBLE
                                  FOR ALL SUCH LOSS IN ANY ONE EVENT.
             COLLISION            $   250,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                                  CUSTOMER'S AUTO.


CA T0 79 02 15                              PAGE 05   (Continued)

 **TRAVELERS** ⌒

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

**Policy Number: AD -9P86338A-21-CAG**

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 6 | COMPREHENSIVE | $          375,000          MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |

COMPREHENSIVE $          375,000          MINUS THE DEDUCTIBLE AS
SHOWN ON CA T4 14
                    OR
$              MINUS $              DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$              MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

SPECIFIED CAUSES OF $              MINUS $              DEDUCTIBLE FOR
LOSS            EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
OR MISCHIEF OR VANDALISM SUBJECT TO $
MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
ONE EVENT;
                    OR
$              MINUS $              DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$              MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION       $   375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
CUSTOMER'S AUTO.

CA T0 79 02 15                                PAGE 06   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 7 | COMPREHENSIVE | $        375,000        MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                    PAGE 07   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 8 | COMPREHENSIVE | $        600,000        MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $        MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $    600,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 08   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages              Limit of Insurance for Each Location
No.

       COMPREHENSIVE      $       525,000      MINUS THE DEDUCTIBLE AS
9                                SHOWN ON CA T4 14
                                        OR
                         $         MINUS $         DEDUCTIBLE FOR ALL
                         PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                         $         MAXIMUM DEDUCTIBLE
                         FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


       SPECIFIED CAUSES OF $         MINUS $         DEDUCTIBLE FOR
          LOSS           EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                         OR MISCHIEF OR VANDALISM SUBJECT TO $
                         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                         ONE EVENT;
                                        OR
                         $         MINUS $         DEDUCTIBLE FOR ALL
                         PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                         $         MAXIMUM DEDUCTIBLE
                         FOR ALL SUCH LOSS IN ANY ONE EVENT.
       COLLISION         $    525,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                         CUSTOMER'S AUTO.


CA T0 79 02 15                          PAGE 09  (Continued)



**TRAVELERS**                    One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 06-17-21

                         Policy Number: AD -9P86338A-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS


Location       Coverages            Limit of Insurance for Each Location
  No.

        COMPREHENSIVE        $      250,000      MINUS THE DEDUCTIBLE AS
  10                         SHOWN ON CA T4 14
                                        OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $            MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF  $          MINUS $          DEDUCTIBLE FOR
        LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                        OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $            MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION            $    250,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.




    CA T0 79 02 15                          PAGE 10   (Continued)
```

 **TRAVELERS** J

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 11 | COMPREHENSIVE | $      750,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $        MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $         MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    750,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                     PAGE 11  (Continued)



**TRAVELERS**                    One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 12 | COMPREHENSIVE | $     750,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$         MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $         MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$         MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   750,000 MINUS $    5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 12   (Continued)

 **TRAVELERS** J

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 13 | COMPREHENSIVE | $        375,000       MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $     375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA TO 79 02 15                              PAGE 13   (Continued)


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

14   COMPREHENSIVE   $        100,000       MINUS THE DEDUCTIBLE AS
                     SHOWN ON CA T4 14
                            OR
                     $          MINUS $           DEDUCTIBLE FOR ALL
                     PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                     $          MAXIMUM DEDUCTIBLE
                     FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


SPECIFIED CAUSES OF   $          MINUS $           DEDUCTIBLE FOR
LOSS                  EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                      OR MISCHIEF OR VANDALISM SUBJECT TO $
                      MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                      ONE EVENT;
                             OR
                      $           MINUS $            DEDUCTIBLE FOR ALL
                      PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                      $          MAXIMUM DEDUCTIBLE
                      FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION   $     100,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
            CUSTOMER'S AUTO.

CA T0 79 02 15                          PAGE 14   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 15 | COMPREHENSIVE | $     1,200,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $ 1,200,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                        PAGE 15   (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 06-17-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
    Comprehensive
    Specified Causes of Loss
    Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

 DIRECT COVERAGE OPTIONS

    (X) EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
        remains applicable on a legal liability basis. However coverage also
        applies without regard to your or any other "Insured's" legal
        liability for "loss" to a customer's "auto" on an  excess basis over
        any other collectible insurance regardless of whether the other
        insurance covers your or any other "insured's"interest or the interest
        of the covered "auto's" owner.

    ( ) PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
        changed to apply without regard to your or any other "insured's"
        legal liability for "loss" to a customer's "auto" and is primary
        insurance.

CA T0 79 02 15                                    PAGE 16

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-17-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX

PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
TWO applies only to the types of autos and interest indicated by 'X'.

| COVERAGES | | COMPREHENSIVE | SPECIFIED CAUSES OF LOSS | COLLISION |
|---|---|---|---|---|
| TYPES OF AUTOS | NEW AUTOS | X | | X |
| | USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES | X | | X |
| INTERESTS COVERED | YOUR INTEREST IN COVERED AUTOS YOU OWN | X | | X |
| | YOUR INTEREST ONLY IN FINANCED COVERED AUTOS | X | | X |
| | YOUR INTEREST AND THE INTEREST OF ANY CREDITOR NAMED AS A LOSS PAYEE | X | | X |
| | ALL INTERESTS IN ANY AUTO NOT OWNED BY YOU OR ANY CREDITOR WHILE IN YOUR POSSESSION ON CONSIGNMENT FOR SALE | X | | X |

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
   $  1,000,000 Additional locations where you store covered autos
   $  1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
 Agreed Upon by X)
 (X) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
       You must report to us on our form the locations of your covered "autos"
       and their total value at each such location. For your main sales location
       identified as location no. 1, you must include the total value of all
       covered "autos" you have furnished or made available to yourself, your
       executives, your "employees" or family members and other Class II - Non-
       Employees, and covered "autos" that are temporarily displayed or stored
       at locations other than those stated in ITEM THREE above. For your main
       sales location you must include the total value of all service vehicles.

CA T0 80 02 15                                              PAGE   1

 **TRAVELERS**J

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-17-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
(continued)

    YOUR REPORTING BASIS IS:
     ( ) QUARTERLY you must give us your first report by the fifteenth of the
        fourth month after the policy begins. Your subsequent reports must
        be given to us by the fifteenth of every third month. Your reports
        must contain the value for the last business day of every third
        month coming within the policy period.
     (X) MONTHLY You must give us your reports by the fifteenth of every
        month. Your reports will contain the total values you had on the
        last business day of the preceding month.
    Premiums will be calculated pro rata of the annual premium for the expo-
    sures contained in each report. At the end of each policy year we will
    add the monthly premiums or the quarterly premiums to determine your
    final premium due for the entire policy year. The estimated total
    premiums shown will be credited against the final premium due.
  ( ) NONREPORTING BASIS. Stated limit of insurance shown above applies.

LOC.
NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

  1    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS |  |  |  |
| BUILDING |  |  |  |
| STANDARD OPEN LOTS | 500,000 | ■■■ | ■■■ |
| NON STANDARD OPEN LOTS |  |  |  |
| MISCELLANEOUS BUILDING |  |  |  |
| MISCELLANEOUS OPEN LOTS |  |  |  |

ALL    BLANKET      $ 7,450,000 MINUS $ 5,000 DEDUCTIBLE FOR EACH
      COLLISION          COVERED AUTO.

                           COLLISION PREMIUM  $    ■■■

CA T0 80 02 15                              PAGE    2

 **TRAVELERS**                One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-17-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

  2   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

                                        LIMIT        RATE        PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS                650,000      ████        ████
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

  3   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

                                        LIMIT        RATE        PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS                725,000      ████        ████
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

  4   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

                                        LIMIT        RATE        PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS                250,000      ████        ████
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

      CA T0 80 02 15                                      PAGE    3

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-17-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE          LIMIT OF INSURANCE FOR EACH LOCATION

  5   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

                                          LIMIT        RATE           PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS                  325,000      �appleblack      ▮▮▮
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

  6   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

                                          LIMIT        RATE           PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS                  425,000      ▮▮▮            ▮▮▮
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

  7   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

                                          LIMIT        RATE           PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS                  250,000      ▮▮▮            ▮▮▮
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

CA T0 80 02 15                                          PAGE    4

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-17-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

  8    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                           BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                           CA T4 14.

                                         LIMIT       RATE          PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS                250,000     ███           ███
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

  9    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                           BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                           CA T4 14.

                                         LIMIT       RATE          PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS                625,000     ███           ███
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

 11    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                           BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                           CA T4 14.

                                         LIMIT       RATE          PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS
       NON STANDARD OPEN LOTS            600,000     ███           ███
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

CA T0 80 02 15                                        PAGE   5

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-17-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

12    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                        LIMIT        RATE          PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS                500,000     ████          ████
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

13    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                        LIMIT        RATE          PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS                250,000     ████          ████
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

14    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                        LIMIT        RATE          PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS                100,000     ████          ████
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

CA T0 80 02 15                                      PAGE    6

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-17-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

LOC.
NO.   COVERAGE          LIMIT OF INSURANCE FOR EACH LOCATION

15   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                        BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                        CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 1,750,000 | ▬▬ | ▬▬▬ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

                                    TOTAL PREMIUM  $    ▬▬▬

CA T0 80 02 15                                    PAGE   7

 **TRAVELERS** One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 06-17-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

SCHEDULE OF LOSS PAYEES

(Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)

CA T0 80 02 15                                             PAGE    8

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

ITEM THREE.   SCHEDULE OF COVERED
AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING
CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: AD-9P86338A-21-CAG

INSURED'S NAME:  FRED TAYLOR COMPANY INC                CA T0 81 02 15
AND AS PER IL T8 03

| COVERED AUTO NO | GARAGING CITY & STATE | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|
| 9 | ALBANY        GA | 31707 | 0000 | 106 | 7391 | |

| COVERED AUTO NO | YEAR | MAKE/MODEL | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF LIAB | AGE GROUP |
|---|---|---|---|---|---|---|
| 9 | 11 | CHEVROLET | 1GNSCJE01BR156519 | 44435 | ACV | F |

| | COVERED AUTO 9 | COVERED AUTO | COVERED AUTO | COVERED AUTO | COVERED AUTO |
|---|---|---|---|---|---|
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | NIL | | | | |
| COLLISION | 500 | | | | |
| PREMIUMS: | | | | | |
| LIABILITY | ███ | | | | |
| MED PAY | | | | | |
| COMPREHENSIVE | | | | | |
| COLLISION | | | | | |
| TOTAL | | | | | |

TOTAL UNINSURED AND UNDERINSURED MOTORISTS PREMIUM:   ████

 * APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES AND COLLISION COVERAGES
                                SPV    8            PAGE    1              001

 **TRAVELERS** ☂                One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 06-17-21

Policy Number: AD-9P86338A-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 1 | | |
| 002 | 1 | | |
| 003 | 1 | | |
| 004 | 1 | | |
| 005 | 1 | | |
| 006 | 1 | | |
| 007 | 1 | | |
| 008 | 1 | | |
| 009 | 1 | | |
| 010 | 1 | | |
| 011 | 1 | | |
| 012 | 1 | | |
| 013 | 1 | | |
| 014 | 1 | | |
| 015 | 1 | | |
| 016 | 1 | | |

CA T0 83 02 15                              Page   1

POLICY NUMBER: AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 06-17-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

 AUTO DEALERS COVERAGE PART DECLARATIONS
 AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**1.** The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

**SCHEDULE**

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| | **SEE SCHEDULE EXTENSION** | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| | **SEE SCHEDULE EXTENSION** | | |

CA T4 14 02 15

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

  **(1)** Theft or Mischief or Vandalism

  **(2)** Earthquake

  **(3)** Windstorm Or Hail

  **(4)** Flood

  **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

2. The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of SECTION I – COVERED AUTOS COVERAGES:

   **5. Limit Of Insurance And Deductibles**

   **a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

   **b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

   **c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

3. The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of SECTION I – COVERED AUTOS COVERAGES:

   **5. Deductible**

   For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

   The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA T4 14 02 15

| COMMERCIAL AUTO | |
|---|---|
| POLICY NUMBER:  AD-9P86338A-21-CAG | ISSUE DATE:  06-17-21 |

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $  5,000 | $  25,000 |
| 1 | Windstorm or Hail | $  5,000 | $  NO |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $  5,000 | $  25,000 |
| 2 | Windstorm or Hail | $  5,000 | $  NO |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $  5,000 | $  25,000 |
| 3 | Windstorm or Hail | $  5,000 | $  NO |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $  5,000 | $  25,000 |
| 4 | Windstorm or Hail | $  5,000 | $  NO |
| 5 | All Covered Perils, | $  5,000 | $  25,000 |

CA T4 14 SCHED

Page  1 of 11

COMMERCIAL AUTO
POLICY NUMBER:  AD-9P86338A-21-CAG      ISSUE DATE:  06-17-21

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

| Loc | | | |
|---|---|---|---|
| | other than collision, not listed separately on this Schedule | | |
| 5 | Windstorm or Hail | $     5,000 | $     NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| | | Deductible | |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $     5,000 | $     25,000 |
| 6 | Windstorm or Hail | $     5,000 | $     NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| | | Deductible | |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $     5,000 | $     25,000 |
| 7 | Windstorm or Hail | $     5,000 | $     NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

Deductible

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

#### SCHEDULE

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|-------------------------------------|
| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 8 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible | |
|-----|--------------------------|------------|--|
| | | For Each Covered "Auto" | Maximum Deductible in any one event |
| 9 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 9 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible | |
|-----|--------------------------|------------|--|
| | | For Each Covered "Auto" | Maximum Deductible in any one event |
| 10 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 10 | Windstorm or Hail | $    5,000 | $    NO |

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|--------------------------------|------------------------------------|
| 11 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 11 | Windstorm or Hail | $    5,000 | $    NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|--------------------------------|------------------------------------|
| 12 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 12 | Windstorm or Hail | $    5,000 | $    NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|--------------------------------|------------------------------------|
| 13 | All Covered Perils, other than collision, | $    5,000 | $    25,000 |

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

not listed separately on
this Schedule

| | | | | | |
|---|---|---|---|---|---|
| 13 | Windstorm or Hail | $ | 5,000 | $ | NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 14 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 14 | Windstorm or Hail | $ | 5,000 | $ | NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 15 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 15 | Windstorm or Hail | $ | 5,000 | $ | NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

Deductible
For Each        Maximum

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

| Loc | Covered Causes of Loss** | Covered "Auto" | Deductible in any one event |
|-----|--------------------------|----------------|-----------------------------|

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $     5,000 | $     25,000 |
| 1 | Windstorm or Hail | $     5,000 | $     NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $     5,000 | $     25,000 |
| 2 | Windstorm or Hail | $     5,000 | $     NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|

CA T4 14 SCHED

Page  6 of 11

POLICY NUMBER: AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

| | | | | |
|---|---|---|---|---|
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ | 25,000 |
| 3 | Windstorm or Hail | $ 5,000 | $ | NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 4 | Windstorm or Hail | $ 5,000 | $ NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 5 | Windstorm or Hail | $ 5,000 | $ NO |

CA T4 14 SCHED

Page   7 of 11

COMMERCIAL AUTO
ISSUE DATE: 06-17-21

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 6 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 7 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 8 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 9 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 9 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 11 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 11 | Windstorm or Hail | $ 5,000 | $ NO |

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|
| 12 | All Covered Perils, other than collision, not listed separately on this Schedule | $  5,000 | $  25,000 |
| 12 | Windstorm or Hail | $  5,000 | $  NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|
| 13 | All Covered Perils, other than collision, not listed separately on this Schedule | $  5,000 | $  25,000 |
| 13 | Windstorm or Hail | $  5,000 | $  NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|
| 14 | All Covered Perils, | $  5,000 | $  25,000 |

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

|  |  | Deductible | |
|---|---|---|---|
| 14 | other than collision, not listed separately on this Schedule | | |
| 14 | Windstorm or Hail | $      5,000 | $      NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 15 | All Covered Perils, other than collision, not listed separately on this Schedule | $      5,000 | $      25,000 |
| 15 | Windstorm or Hail | $      5,000 | $      NO |

CA T4 14 SCHED

**GEORGIA INSURANCE POLICY INFORMATION CARD**

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA    25674

Policy Number: AD-9P86338A-21-CAG          Original Issue Date: 02-01-21

Expiration Date: 02-01-22

Insured

FRED TAYLOR COMPANY INC
AND AS PER IL T8 03
2700 PALMYRA RD.

ALBANY                    GA  31707

Vehicle Insured

| Year | Make/Model | Vehicle Identification Number |
|------|------------|-------------------------------|
| 2011 | CHEVR SUBUR | 1GNSCJE01BR156519 |

"THE CURRENT STATUS OF ACTUAL MOTOR VEHICLE LIABILITY
INSURANCE COVERAGE IS MAINTAINED BY THE GEORGIA DEPARTMENT
OF MOTOR VEHICLE SAFETY AND IS ACCESSIBLE TO LAW ENFORCEMENT
AGENCIES UPON A CHECK OF THE VEHICLE REGISTRATION".

CAIDGA  Rev. 2-04     See Important Notice on Reverse Side      **TRAVELERS**

**IN CASE OF AN ACCIDENT**
\* Call The Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**

\* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.

\* Do not assume responsibility for accident.

\* Call police.

\* Protect against further damage.

\* Request medical assistance, if required.

\* Only discuss the accident with police officers or Travelers representatives.

**KEEP THIS CARD IN YOUR MOTOR VEHICLE WHILE IN OPERATION**

CAIDGA  (BACK)

CHANGE EFFECTIVE DATE: 02-01-21

# TRAVELERS 

One Tower Square, Hartford, Connecticut  06183

CHANGE ENDORSEMENT

Named Insured:
FRED TAYLOR COMPANY INC
AND AS PER IL T8 03

Policy Number: AD-9P86338A-21-CAG
Policy Effective Date: 02/01/21
Issue Date: 07/01/21
Premium $

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 06/25/21 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

"THE ACTUAL EFFECTIVE DATE OF THIS ENDORSEMENT IS 02/01/21"

THE FOLLOWING FORM(S) AND/OR ENDORSEMENT(S) IS/ARE DELETED
FROM THE POLICY:

CA 25 52 10 13

NAME AND ADDRESS OF AGENT OR BROKER:
   BALDWIN KRYSTYN SHERMAN (CFY65)
   4211 W BOY SCOUT BLVD STE 800
   TAMPA, FL 33607

COUNTERSIGNED BY:

_____
Authorized Representative

DATE:_____

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: SP-ATLANTA

CHANGE EFFECTIVE DATE: 07-12-21

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

## CHANGE ENDORSEMENT

Named Insured:
FRED TAYLOR COMPANY INC
AND AS PER IL T8 03

Policy Number: AD-9P86338A-21-CAG
Policy Effective Date: 02/01/21
Issue Date: 07/22/21
Additional Premium $ ▬▬▬

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 07/12/21 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

    SEE SCHEDULE ATTACHED FOR ADDED VEHICLE NUMBER(S):
       0010

    ADD AUTO MEDICAL PAYMENTS COVERAGE AS PER ATTACHED
    SCHEDULE FOR:
       VEHICLE NUMBER(S) :
       0010

    ADD LIABILITY COVERAGE AS PER ATTACHED SCHEDULE FOR:
       VEHICLE NUMBER(S):
       0010

    ADD COLLISION COVERAGE AS PER ATTACHED SCHEDULE FOR:
       VEHICLE NUMBER(S):
       0010

    ADD COMPREHENSIVE COVERAGE AS PER ATTACHED SCHEDULE FOR:
       VEHICLE NUMBER(S):
       0010

    ADD UNINSURED/UNDERINSURED MOTORISTS COVERAGE AS PER
    ATTACHED SCHEDULE FOR:
       VEHICLE NUMBER(S):
       0010

NAME AND ADDRESS OF AGENT OR BROKER:
  BALDWIN KRYSTYN SHERMAN (CFY65)
  4211 W BOY SCOUT BLVD STE 800
  TAMPA, FL 33607

COUNTERSIGNED BY:

_____
Authorized Representative

DATE:_____

IL T0 07 09 87   PAGE  1 OF 1
OFFICE: SP-ATLANTA

CHANGE EFFECTIVE DATE: 07-12-21

 **TRAVELERS**

POLICY NUMBER:   AD-9P86338A-21-CAG

EFFECTIVE DATE:   02-01-21

ISSUE DATE:   07-22-21

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS


COMMERCIAL AUTOMOBILE

CA T0 77 02 15    AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15    AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15    AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15    AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 81 02 15    AUTO DEALER DECLARATIONS - ITEM SEVEN
CA T0 83 02 15    AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 14 02 15    GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
```

IL T8 01 10 93                                          PAGE:   1 OF   1

# COMMERCIAL AUTOMOBILE

# COMMERCIAL AUTOMOBILE

 **TRAVELERS** J

One Tower Square, Hartford, Connecticut 06183

```
AUTO DEALERS                      POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS        ISSUE DATE:  07-22-21   JH
```

ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  02-01-21 to 02-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: CORPORATION

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.

ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
       This policy provides only those coverages where a limit, if applicable,
       is shown in the columns below. Each of the "auto"-related coverages
       will apply only to those "autos" shown as covered "autos"."Autos"
       are shown as covered "autos" for the applicable coverages by the
       entry of one or more of the symbols from section I - Covered Autos
       Coverages of the Auto Dealers Coverage Form next to the name of
       the "auto" related coverage.

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS |
|---|---|---|
| COVERED AUTOS LIABILTY | 21 | $ 1,000,000 EACH ACCIDENT |
| GENERAL LIABILITY<br>BODILY INJURY AND PROPERTY<br>DAMAGE LIABILITY | | $ 1,000,000 EACH ACCIDENT |
| DAMAGES TO PREMISES<br>RENTED TO YOU | | $   100,000 ANY ONE PREMISES |
| PERSONAL AND ADVERTISING<br>INJURY LIABILITY | | $ 1,000,000 ANY ONE PERSON OR<br>ORGANIZATION |
| GENERAL LIABILTY AGGREGATE | | $ 3,000,000 |
| PRODUCTS AND WORK YOU<br>PERFORMED AGGREGATE | | $ 2,000,000 |
| LOCATIONS AND OPERATIONS<br>MEDICAL PAYMENTS | | $     5,000 |
| ADDED PERSONAL INJURY<br>PROTECTION<br>(or equivalent Added<br>No-fault coverage) | | SEPARATELY STATED IN EACH<br>ADDED PIP ENDORSEMENT |

```
CA TO 77 02 15                          PAGE  (CONTINUED)
   PRODUCER: BALDWIN KRYSTYN SHERMAN   CFY65   OFFICE: SPATLAN 06P
```

 **TRAVELERS**                    One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                          POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  07-22-21  JH

| COVERAGES | COVERED AUTOS | LIMIT  OF INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS |
|---|---|---|
| AUTO MEDICAL PAYMENTS | 21 | $     5,000 |
| UNINSURED AND<br>UNDERINSURED<br>MOTORISTS COVERAGE | 22 32 | See CA T0 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE<br>COMPREHENSIVE COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ DEDUCTIBLE<br>FOR EACH COVERED AUTO.<br>See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE<br>COLLISION COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ Ded. FOR EACH<br>COVERED AUTO.<br>See Item Six for Dealers<br>Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS<br>LIABILITY | | $ 1,000,000      AGGREGATE<br>$    5,000      PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:      ANNUAL

CA T0 77 02 15                         PAGE  (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN   CFY65   OFFICE: SPATLAN 06P



**TRAVELERS**                                        One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                          POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  07-22-21   JH


C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
     Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos

     SYMBOL 32: ANY AUTO YOU DO NOT OWN AND THAT IS A COVERED AUTO
                UNDER THIS POLICY FOR LIABILITY INSURANCE AND IT IS
                LICENSED OR PRINCIPALLY GARAGED IN LOUISIANA.

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART:  SEE IL T8 01 10 93

CA T0 77 02 15                              PAGE  (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN     CFY65   OFFICE: SPATLAN  06P

 **TRAVELERS**                One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                        POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS          ISSUE DATE:  07-22-21   JH

LOSS PAYABLE CLAUSE

   A.  We will pay you and the loss payee named in the policy for "loss"
       to a covered "auto", as interest may appear.

   B.  The insurance covers the interest of the loss payee unless the
       "loss" results from conversion, secretion or embezzlement on your
       part.

   C.  We may cancel the policy as allowed by the CANCELLATION Common
       Policy Condition.  Cancellation ends this agreement as to the loss
       payee's interest.  If we cancel the policy we will mail you and the
       loss payee the same advance notice.

   D.  If we make any payment to the loss payee, we will obtain their
       rights against any other party.

SCHEDULE OF LOSS PAYEES

LOSS PAYEE (Name and Address)

CA T0 77 02 15                        PAGE   (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN   CFY65   OFFICE: SPATLAN  06P

 **TRAVELERS**J                    One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 07-22-21

                    Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
 Loc            Address                           Zip            Cnty/twn
 No          Street and City         State       Code    terr     Code
 ---         ---------------         -----       ----    ----   --------
   1    365 SOUTHWELL BLVD
        TIFTON                         GA        31794    119

   2    2924 3RD AVE NORTH
        BIRMINGHAM                     AL        35203    101     0001

   3    4465 MARION AVE
        MACON                          GA        31206    105


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
 Loc   Class of                      No of    Rating   Total Rating
 No    Operators                    Persons   Units       Units
 ---   ---------                    -------   ------   -----------

   1   Cl I   Empl-Regular
       Cl I   Empl-A/O                3.0      1.20
       Cl II  Non-Empl-Under age 25
       Cl II  Non-Empl-Age 25 or over
                                                           1.20


   2   Cl I   Empl-Regular            2.0      2.00
       Cl I   Empl-A/O                9.0      3.60
       Cl II  Non-Empl-Under age 25
       Cl II  Non-Empl-Age 25 or over
                                                           5.60


   3   Cl I   Empl-Regular            2.0      2.00
       Cl I   Empl-A/O                6.0      2.40
       Cl II  Non-Empl-Under age 25
       Cl II  Non-Empl-Age 25 or over
                                                           4.40
```

```
               LOCATION      LOCATION       LOCATION
             #    1        #    2         #    3
             ---------------  ---------------  ---------------
```

| | LOCATION #1 | | LOCATION #2 | | LOCATION #3 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| LOC & OP MED PAY | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ $ | ▪ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ $ | ▪ |
| A, E & O LIAB | | | | | | $ | ▪ |

```
    CA T0 78 02 15                          Page  1 (Continued)
```

 **TRAVELERS** One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 07-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 4 | 2291 DOTHAN RD BAINBRIDGE | GA | 39817 | 119 | |
| 5 | 1449 COBB PARKWAY N MARIETTA | GA | 30062 | 120 | |
| 6 | 4541 BUFORD HWY NORCROSS | GA | 30071 | 125 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 4 | Cl I   Empl-Regular | 1.0 | 1.00 | |
| | Cl I   Empl-A/O | | | |
| | Cl II  Non-Empl-Under age 25 | | | |
| | Cl II  Non-Empl-Age 25 or over | | | |
| | | | | 1.00 |
| 5 | Cl I   Empl-Regular | 1.0 | 1.00 | |
| | Cl I   Empl-A/O | 3.0 | 1.20 | |
| | Cl II  Non-Empl-Under age 25 | | | |
| | Cl II  Non-Empl-Age 25 or over | | | |
| | | | | 2.20 |
| 6 | Cl I   Empl-Regular | 2.0 | 2.00 | |
| | Cl I   Empl-A/O | 11.0 | 4.40 | |
| | Cl II  Non-Empl-Under age 25 | | | |
| | Cl II  Non-Empl-Age 25 or over | | | |
| | | | | 6.40 |

| | LOCATION # 4 | | LOCATION # 5 | | LOCATION # 6 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| LOC & OP MED PAY | ▌ | ▌ | ▆ | ▆ | ▆ | ▆ $ | ▆ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ $ | ▆ |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                                    Page  2  (Continued)

 **TRAVELERS** One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 07-22-21

                   Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
Loc          Address                          Zip            Cnty/twn
No       Street and City          State      Code      terr    Code
---      ---------------          -----      ----      ----  --------
  7    1251 NEWELL PKWY
       MONTGOMERY                    AL       36110     116    0169

  8    1860 WESTGATE PKWY
       ATLANTA                       GA       30336     101

  9    154 FALCON DR STE B
       FOREST PARK                   GA       30297     124


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
Loc      Class of                          No of    Rating    Total Rating
No       Operators                        Persons   Units        Units
---      ---------                        -------   ------    -----------

  7    Cl I   Empl-Regular                  2.0      2.00
       Cl I   Empl-A/O                     13.0      5.20
       Cl II  Non-Empl-Under age 25
       Cl II  Non-Empl-Age 25 or over
                                                                  7.20


  8    Cl I   Empl-Regular                  1.0      1.00
       Cl I   Empl-A/O                      9.0      3.60
       Cl II  Non-Empl-Under age 25
       Cl II  Non-Empl-Age 25 or over
                                                                  4.60


  9    Cl I   Empl-Regular                  3.0      3.00
       Cl I   Empl-A/O                     10.0      4.00
       Cl II  Non-Empl-Under age 25
       Cl II  Non-Empl-Age 25 or over
                                                                  7.00
```

| | LOCATION #7 | | LOCATION #8 | | LOCATION #9 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ |
| LOC & OP MED PAY | ▮ | | ▮ | ▮ | ▮ | ▮ $ | ▮ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ $ | ▮▮ |
| A, E & O LIAB | | | | | | | |

```
     CA T0 78 02 15                          Page  3  (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                                 AUTO DEALERS COVERAGE PART DECLARATIONS
                                 AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                                 Issue date: 07-22-21

                        Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
  Loc              Address                       Zip              Cnty/twn
  No          Street and City          State     Code    terr     Code
  ---         ---------------          -----     ----    ----    --------
   10     705 GENE STEWART BLVD
          SYLACAUGA                      AL      35150    129      0222

   11     114 ELI WHITNEY BLVD
          SAVANNAH                       GA      31408    108

   12     708 GIL HARBIN IND BLVD
          VALDOSTA                       GA      31601    119


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
  Loc    Class of                       No of   Rating   Total Rating
  No     Operators                     Persons  Units       Units
  ---    ---------                     -------  ------   -----------

  10     Cl I   Empl-Regular             2.0     2.00
         Cl I   Empl-A/O
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over
                                                           2.00


  11     Cl I   Empl-Regular             3.0     3.00
         Cl I   Empl-A/O                12.0     4.80
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over
                                                           7.80


  12     Cl I   Empl-Regular             2.0     2.00
         Cl I   Empl-A/O                 5.0     2.00
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over
                                                           4.00
```

| | LOCATION # 10 | | LOCATION # 11 | | LOCATION # 12 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ■■■ | ■■■■■■ | ■■■ | ■■■■■■■ | ■■■ | ■■■■■■■ | ■■■ |
| LOC & OP MED PAY | ■■ | ■■ | ■■ | ■■ | ■ | ■■ | $ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | $ ■■■ |
| A, E & O LIAB | | | | | | | |

```
     CA TO 78 02 15                          Page  4 (Continued)
```



**TRAVELERS**ᴶ                    One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 07-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 13 | 1967 KINSEY RD DOTHAN | AL | 36303 | 121 | 0085 |
| 14 | 979 POINT PETER RD SAINT MARYS | GA | 31558 | 119 | |
| 15 | 1400 & 1404 BRICKLINE CT ALBANY | GA | 31707 | 106 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 13 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | 6.0 | 2.40 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 4.40 |
| 14 | Cl I  Empl-Regular | 1.0 | 1.00 | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 1.00 |
| 15 | Cl I  Empl-Regular | 9.0 | 9.00 | |
| | Cl I  Empl-A/O | 32.0 | 12.80 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 21.80 |

| | LOCATION # 13 | | LOCATION # 14 | | LOCATION # 15 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮▮▮▮ | ▮▮ |
| LOC & OP MED PAY | ▮ | ▮ | ▮ | ▮ | ▮ | ▮▮ $ | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ $ | ▮▮▮ |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                              Page  5 (Continued)

 **TRAVELERS**⌃                                     One Tower Square, Hartford, Connecticut  06183

```
                                      AUTO DEALERS COVERAGE PART DECLARATIONS
                                      AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                                      Issue date: 07-22-21

                          Policy Number: AD -9P86338A-21-CAG

     ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
     Loc         Address                              Zip            Cnty/twn
     No        Street and City           State       Code    terr    Code
     ---       ---------------           -----       ----    ----   --------
      16      US HWY 3415
              HAZLEHURST                   GA        31539    119
```

```
     ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
     (Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
     Loc      Class of                      No of    Rating   Total Rating
     No       Operators                    Persons   Units       Units
     ---      ---------                    -------   ------   ------------

      16      Cl I  Empl-Regular            1.0       1.00
              Cl I  Empl-A/O
              Cl II Non-Empl-Under age 25
              Cl II Non-Empl-Age 25 or over
                                                                   1.00


              Cl I  Empl-Regular
              Cl I  Empl-A/O
              Cl II Non-Empl-Under age 25
              Cl II Non-Empl-Age 25 or over


              Cl I  Empl-Regular
              Cl I  Empl-A/O
              Cl II Non-Empl-Under age 25
              Cl II Non-Empl-Age 25 or over
```

```
                 LOCATION        LOCATION        LOCATION
                 #  16           #               #
               --------------- --------------- ---------------
```

| | RATE | PREM | RATE | PREM | RATE | PREM | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|---|
| AUTO & GEN LIAB | ▮▮ | ▮▮▮▮▮ | | | | | $ | ▮▮▮▮▮▮ |
| LOC & OP MED PAY | ▮ | ▮ | | | | | $ | ▮ |
| PIP/APIP | | | | | | | | |
| NJ PED PIP | | | | | | | | |
| MICHIGAN PPI | | | | | | | | |
| AUTO MED PAY | ▮▮ | ▮▮ | ▮▮ | | ▮▮ | | $ | ▮▮ |
| A, E & O LIAB | | | | | | | | |

```
         CA T0 78 02 15                              Page  6 (Continued)
```

 **TRAVELERS** J     One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 07-22-21

Policy Number: AD ~9P86338A-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - 

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal
use of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA T0 78 02 15                                    Page   7



**TRAVELERS**                    One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 07-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 1 | COMPREHENSIVE | $      450,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $         MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $         MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $         MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    450,000 MINUS $      5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 01   (Continued)

TRAVELERS DOC MGMT Page 530 of 692



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 07-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location      Coverages            Limit of Insurance for Each Location
No.

2        COMPREHENSIVE       $      300,000      MINUS THE DEDUCTIBLE AS
                             SHOWN ON CA T4 14
                                    OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $          MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


         SPECIFIED CAUSES OF  $          MINUS $          DEDUCTIBLE FOR
         LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                    OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $          MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
         COLLISION           $    300,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.



         CA T0 79 02 15                     PAGE 02   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 07-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 3 | COMPREHENSIVE | $        375,000       MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $    375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 03   (Continued)


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 07-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 4 | COMPREHENSIVE | $          600,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $   600,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 04   (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 07-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 5 | COMPREHENSIVE | $      25,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $          MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $          MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   250,000 MINUS $    5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 05   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 07-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 6 | COMPREHENSIVE | $        375,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $        MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                    PAGE 06   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 07-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 7 | COMPREHENSIVE | $       375,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $           MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $           MINUS $           DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $           MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                PAGE 07   (Continued)

 **TRAVELERS** J

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 07-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 8 | COMPREHENSIVE | $         600,000       MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>                     OR<br>$         MINUS $             DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $         MINUS $             DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>                     OR<br>$         MINUS $             DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $   600,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 08   (Continued)



**TRAVELERS**          One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 07-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages                Limit of Insurance for Each Location
No.

          COMPREHENSIVE       $        525,000      MINUS THE DEDUCTIBLE AS
9                             SHOWN ON CA T4 14
                                       OR
                             $         MINUS $            DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $         MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


          SPECIFIED CAUSES OF $         MINUS $            DEDUCTIBLE FOR
          LOSS               EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                       OR
                             $         MINUS $            DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $         MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
          COLLISION          $   525,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.

          CA T0 79 02 15                    PAGE 09   (Continued)

 **TRAVELERS**                    One Tower Square, Hartford, Connecticut  06183

                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 07-22-21

                        Policy Number: AD -9P86338A-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages              Limit of Insurance for Each Location
  No.

      10      COMPREHENSIVE        $        250,000       MINUS THE DEDUCTIBLE AS
                                   SHOWN ON CA T4 14
                                            OR
                                   $          MINUS $            DEDUCTIBLE FOR ALL
                                   PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                   $          MAXIMUM DEDUCTIBLE
                                   FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


              SPECIFIED CAUSES OF  $          MINUS $            DEDUCTIBLE FOR
              LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                                   OR MISCHIEF OR VANDALISM SUBJECT TO $
                                   MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                                   ONE EVENT;
                                            OR
                                   $          MINUS $            DEDUCTIBLE FOR ALL
                                   PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                   $          MAXIMUM DEDUCTIBLE
                                   FOR ALL SUCH LOSS IN ANY ONE EVENT.
              COLLISION            $    250,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                                   CUSTOMER'S AUTO.




      CA T0 79 02 15                        PAGE 10   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 07-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 11 | COMPREHENSIVE | $      750,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   750,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                           PAGE 11   (Continued)

 **TRAVELERS** One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 07-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 12 | COMPREHENSIVE | $ 750,000 MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $ MINUS $ DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $ MINUS $ DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $ MINUS $ DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $ 750,000 MINUS $ 5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 12   (Continued)

 **TRAVELERS** J                    One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 07-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 13 | COMPREHENSIVE | $        375,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $        MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $        MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $        MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 13   (Continued)



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 07-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 14 | COMPREHENSIVE | $        100,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$        MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $        MINUS $           DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$        MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $   100,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 14   (Continued)

 **TRAVELERS**                         One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 07-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages              Limit of Insurance for Each Location
No.

         COMPREHENSIVE       $      1,200,000      MINUS THE DEDUCTIBLE AS
15                           SHOWN ON CA T4 14
                                        OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $           MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


         SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
         LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                        OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $           MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
         COLLISION           $ 1,200,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.




         CA T0 79 02 15                         PAGE 15   (Continued)

 **TRAVELERS** J

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 07-22-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
    Comprehensive
    Specified Causes of Loss
    Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

DIRECT COVERAGE OPTIONS

(X) EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
    remains applicable on a legal liability basis. However coverage also
    applies without regard to your or any other "Insured's" legal
    liability for "loss" to a customer's "auto" on an  excess basis over
    any other collectible insurance regardless of whether the other
    insurance covers your or any other "insured's"interest or the interest
    of the covered "auto's" owner.

( ) PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
    changed to apply without regard to your or any other "insured's"
    legal liability for "loss" to a customer's "auto" and is primary
    insurance.

CA T0 79 02 15                                    PAGE 16

 **TRAVELERS**  One Tower Square, Hartford, Connecticut 06183

```
                                  AUTO DEALERS
                                  COVERAGE PART
                                  DECLARATIONS
                                  ISSUE DATE 07-22-21

                       POLICY NUMBER: AD -9P86338A-21-CAG
```

ITEM SIX

PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
TWO applies only to the types of autos and interest indicated by 'X'.

| COVERAGES | | COMPREHENSIVE | SPECIFIED CAUSES OF LOSS | COLLISION |
|---|---|---|---|---|
| TYPES OF AUTOS | NEW AUTOS | X | | X |
| | USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES | X | | X |
| INTERESTS COVERED | YOUR INTEREST IN COVERED AUTOS YOU OWN | X | | X |
| | YOUR INTEREST ONLY IN FINANCED COVERED AUTOS | X | | X |
| | YOUR INTEREST AND THE INTEREST OF ANY CREDITOR NAMED AS A LOSS PAYEE | X | | X |
| | ALL INTERESTS IN ANY AUTO NOT OWNED BY YOU OR ANY CREDITOR WHILE IN YOUR POSSESSION ON CONSIGNMENT FOR SALE | X | | X |

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
   $  1,000,000 Additional locations where you store covered autos
   $  1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
   Agreed Upon by X)
   (X) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
      You must report to us on our form the locations of your covered "autos"
      and their total value at each such location. For your main sales location
      identified as location no. 1, you must include the total value of all
      covered "autos" you have furnished or made available to yourself, your
      executives, your "employees" or family members and other Class II - Non-
      Employees, and covered "autos" that are temporarily displayed or stored
      at locations other than those stated in ITEM THREE above. For your main
      sales location you must include the total value of all service vehicles.

CA T0 80 02 15                                          PAGE   1

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 07-22-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
 (continued)

        YOUR REPORTING BASIS IS:
        ( ) QUARTERLY you must give us your first report by the fifteenth of the
            fourth month after the policy begins. Your subsequent reports must
            be given to us by the fifteenth of every third month. Your reports
            must contain the value for the last business day of every third
            month coming within the policy period.
        (X) MONTHLY You must give us your reports by the fifteenth of every
            month. Your reports will contain the total values you had on the
            last business day of the preceding month.
    Premiums will be calculated pro rata of the annual premium for the expo-
    sures contained in each report. At the end of each policy year we will
    add the monthly premiums or the quarterly premiums to determine your
    final premium due for the entire policy year. The estimated total
    premiums shown will be credited against the final premium due.
    ( ) NONREPORTING BASIS. Stated limit of insurance shown above applies.


LOC.
NO.   COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

  1   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

                                     LIMIT        RATE          PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS           500,000      ████          ████
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS


ALL   BLANKET         $ 7,450,000 MINUS $ 5,000 DEDUCTIBLE FOR EACH
      COLLISION           COVERED AUTO.




                                        COLLISION PREMIUM  $    ████



CA T0 80 02 15                                          PAGE    2

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 07-22-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE          LIMIT OF INSURANCE FOR EACH LOCATION

2   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                       BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                       CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS |  |  |  |
| BUILDING |  |  |  |
| STANDARD OPEN LOTS | 650,000 | ■■ | ■■ |
| NON STANDARD OPEN LOTS |  |  |  |
| MISCELLANEOUS BUILDING |  |  |  |
| MISCELLANEOUS OPEN LOTS |  |  |  |

3   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                       BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                       CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS |  |  |  |
| BUILDING |  |  |  |
| STANDARD OPEN LOTS | 725,000 | ■■ | ■■ |
| NON STANDARD OPEN LOTS |  |  |  |
| MISCELLANEOUS BUILDING |  |  |  |
| MISCELLANEOUS OPEN LOTS |  |  |  |

4   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                       BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                       CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS |  |  |  |
| BUILDING |  |  |  |
| STANDARD OPEN LOTS | 250,000 | ■■ | ■■ |
| NON STANDARD OPEN LOTS |  |  |  |
| MISCELLANEOUS BUILDING |  |  |  |
| MISCELLANEOUS OPEN LOTS |  |  |  |

CA T0 80 02 15                                    PAGE    3

 One Tower Square, Hartford, Connecticut  06183

```
                                        AUTO DEALERS
                                        COVERAGE PART
                                        DECLARATIONS
                                        ISSUE DATE 07-22-21

                        POLICY NUMBER: AD -9P86338A-21-CAG


    ITEM SIX    (CONTINUED)

LOC.
NO.   COVERAGE             LIMIT OF INSURANCE FOR EACH LOCATION

  5   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                           BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                           CA T4 14.

                                        LIMIT        RATE          PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS              325,000      ███           ███
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

  6   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                           BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                           CA T4 14.

                                        LIMIT        RATE          PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS              425,000      ███           ███
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

  7   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                           BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                           CA T4 14.

                                        LIMIT        RATE          PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS              250,000      ███           ███
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS




    CA T0 80 02 15                                     PAGE    4
```



One Tower Square, Hartford, Connecticut  06183

---

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 07-22-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

8    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 250,000 | ■■ | ■■ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

---

9    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 625,000 | ■■■ | ■■■■ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

11    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | | | |
| NON STANDARD OPEN LOTS | 600,000 | ■■ | ■■ |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

CA T0 80 02 15                                        PAGE    5

 **TRAVELERS** One Tower Square, Hartford, Connecticut 06183

```
                                        AUTO DEALERS
                                        COVERAGE PART
                                        DECLARATIONS
                                        ISSUE DATE 07-22-21

                        POLICY NUMBER: AD -9P86338A-21-CAG

        ITEM SIX    (CONTINUED)

LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

   12  COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                        LIMIT        RATE         PREMIUM
          FIRE ONLY, BUILDING & LOTS
          BUILDING
          STANDARD OPEN LOTS            500,000      ██          ██
          NON STANDARD OPEN LOTS
          MISCELLANEOUS BUILDING
          MISCELLANEOUS OPEN LOTS

   13  COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                        LIMIT        RATE         PREMIUM
          FIRE ONLY, BUILDING & LOTS
          BUILDING
          STANDARD OPEN LOTS            250,000      ███         ███
          NON STANDARD OPEN LOTS
          MISCELLANEOUS BUILDING
          MISCELLANEOUS OPEN LOTS

   14  COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                        LIMIT        RATE         PREMIUM
          FIRE ONLY, BUILDING & LOTS
          BUILDING
          STANDARD OPEN LOTS            100,000      ███         ███
          NON STANDARD OPEN LOTS
          MISCELLANEOUS BUILDING
          MISCELLANEOUS OPEN LOTS
```

CA T0 80 02 15                                        PAGE    6

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 07-22-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

LOC.
NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

15    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS |  |  |  |
| BUILDING |  |  |  |
| STANDARD OPEN LOTS | 1,750,000 | ■■■ | ■■■■ |
| NON STANDARD OPEN LOTS |  |  |  |
| MISCELLANEOUS BUILDING |  |  |  |
| MISCELLANEOUS OPEN LOTS |  |  |  |

TOTAL PREMIUM  $    ■■■■■■

CA T0 80 02 15                                        PAGE    7

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 07-22-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

SCHEDULE OF LOSS PAYEES

(Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)

CA T0 80 02 15                                                    PAGE    8



**TRAVELERS**                    One Tower Square, Hartford, Connecticut  06183

ITEM THREE.   SCHEDULE OF COVERED
AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING
CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: AD-9P86338A-21-CAG

INSURED'S NAME:  FRED TAYLOR COMPANY INC                    CA T0 81 02 15
AND AS PER IL T8 03

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 10 | NEW ORLEANS | LA | 70116 | 0000 | 119 | 7391 | |

| COVERED AUTO NO | YEAR | MAKE/MODEL | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF LIAB | AGE GROUP |
|---|---|---|---|---|---|---|
| 10 | 13 | MERCEDES-BENZ | WDDKK5KF8DF207617 | 59070 | ACV | D |

| | COVERED AUTO 10 | COVERED AUTO | COVERED AUTO | COVERED AUTO | COVERED AUTO |
|---|---|---|---|---|---|
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | NIL | | | | |
| COLLISION | 500 | | | | |
| PREMIUMS: | | | | | |
| LIABILITY | | | | | |
| MED PAY | ███████ | | | | |
| COMPREHENSIVE | | | | | |
| COLLISION | | | | | |
| TOTAL | | | | | |

TOTAL UNINSURED AND UNDERINSURED MOTORISTS PREMIUM:     ████

 * APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES AND COLLISION COVERAGES
                    SPV    9            PAGE    1            001

 **TRAVELERS J**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 07-22-21

Policy Number: AD-9P86338A-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 1 | | |
| 002 | 1 | | |
| 003 | 1 | | |
| 004 | 1 | | |
| 005 | 1 | | |
| 006 | 1 | | |
| 007 | 1 | | |
| 008 | 1 | | |
| 009 | 1 | | |
| 010 | 1 | | |
| 011 | 1 | | |
| 012 | 1 | | |
| 013 | 1 | | |
| 014 | 1 | | |
| 015 | 1 | | |
| 016 | 1 | | |

CA T0 83 02 15                          Page   1

POLICY NUMBER: AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 07-22-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGEKEEPERS COVERAGE AND
# PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE PART DECLARATIONS
> AUTO DEALERS COVERAGE FORM

**PROVISIONS**

1. The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

**SCHEDULE**

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| SEE SCHEDULE EXTENSION | | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| SEE SCHEDULE EXTENSION | | | |

CA T4 14 02 15

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

    **(1)** Theft or Mischief or Vandalism

    **(2)** Earthquake

    **(3)** Windstorm Or Hail

    **(4)** Flood

    **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5.   Limit Of Insurance And Deductibles**

**a.**   Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

**b.**   The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

**c.**   Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5.   Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CA T4 14 02 15

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 1 | Windstorm or Hail | $    5,000 | $    NO |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 2 | Windstorm or Hail | $    5,000 | $    NO |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 3 | Windstorm or Hail | $    5,000 | $    NO |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 4 | Windstorm or Hail | $    5,000 | $    NO |
| 5 | All Covered Perils, | $    5,000 | $    25,000 |

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

other than collision,
not listed separately on
this Schedule

| | | | | |
|---|---|---|---|---|
| 5 | Windstorm or Hail | $   5,000 | $ | NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| | | For Each | Maximum |
| | Covered Causes | Covered | Deductible in |
| Loc | of Loss** | "Auto" | any one event |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $   5,000 | $   25,000 |
| 6 | Windstorm or Hail | $   5,000 | $   NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| | | For Each | Maximum |
| | Covered Causes | Covered | Deductible in |
| Loc | of Loss** | "Auto" | any one event |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $   5,000 | $   25,000 |
| 7 | Windstorm or Hail | $   5,000 | $   NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

Deductible

CA T4 14 SCHED

COMMERCIAL AUTO
ISSUE DATE: 07-22-21

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 8 | Windstorm or Hail | $ 5,000 | $ NO |

### ITEM FIVE - GARAGEKEEPERS COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 9 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 9 | Windstorm or Hail | $ 5,000 | $ NO |

### ITEM FIVE - GARAGEKEEPERS COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 10 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 10 | Windstorm or Hail | $ 5,000 | $ NO |

CA T4 14 SCHED

Page   3 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 11 | All Covered Perils, other than collision, not listed separately on this Schedule | $  5,000 | $   25,000 |
| 11 | Windstorm or Hail | $  5,000 | $   NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 12 | All Covered Perils, other than collision, not listed separately on this Schedule | $  5,000 | $   25,000 |
| 12 | Windstorm or Hail | $  5,000 | $   NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 13 | All Covered Perils, other than collision, | $  5,000 | $   25,000 |

CA T4 14 SCHED

COMMERCIAL AUTO
ISSUE DATE: 07-22-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

not listed separately on
this Schedule

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 13 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

|  |  | Deductible | |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 14 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 14 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

|  |  | Deductible | |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 15 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 15 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

Deductible
For Each          Maximum

CA T4 14 SCHED

Page   5 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

| Loc | Covered Causes of Loss** | Covered "Auto" | Deductible in any one event |
|-----|--------------------------|----------------|------------------------------|

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------------------|--------------------------------------|
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 1 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------------------|--------------------------------------|
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 2 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------------------|--------------------------------------|

CA T4 14 SCHED

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

| | | | |
|---|---|---|---|
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $  5,000 | $  25,000 |
| 3 | Windstorm or Hail | $  5,000 | $  NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $  5,000 | $  25,000 |
| 4 | Windstorm or Hail | $  5,000 | $  NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $  5,000 | $  25,000 |
| 5 | Windstorm or Hail | $  5,000 | $  NO |

CA T4 14 SCHED

COMMERCIAL AUTO
ISSUE DATE: 07-22-21

POLICY NUMBER: AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

### ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $     5,000 | $     25,000 |
| 6 | Windstorm or Hail | $     5,000 | $     NO |

### ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $     5,000 | $     25,000 |
| 7 | Windstorm or Hail | $     5,000 | $     NO |

### ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|

CA T4 14 SCHED

Page  8 of 11

COMMERCIAL AUTO
ISSUE DATE: 07-22-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

| | | | |
|---|---|---|---|
| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 8 | Windstorm or Hail | $ 5,000 | $ NO |

---

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 9 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 9 | Windstorm or Hail | $ 5,000 | $ NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 11 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 11 | Windstorm or Hail | $ 5,000 | $ NO |

CA T4 14 SCHED

Page  9 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|
| 12 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 12 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|
| 13 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 13 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|
| 14 | All Covered Perils, | $ 5,000 | $ 25,000 |

CA T4 14 SCHED

COMMERCIAL AUTO
ISSUE DATE: 07-22-21

POLICY NUMBER: AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

#### SCHEDULE

other than collision,
not listed separately on
this Schedule

| | | | | | |
|---|---|---|---|---|---|
| 14 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 15 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 15 | Windstorm or Hail | $ | 5,000 | $ | NO |

CA T4 14 SCHED

## LOUISIANA AUTO INSURANCE IDENTIFICATION CARD

An insurer authorized to transact business in Louisiana has issued the Motor Vehicle Policy identified hereon. The coverage provided by this **commercial** liability policy that meets the minimum liability insurance limits prescribed by law.

NAIC No.   Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
  25674       ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| AD-9P86338A-21-CAG | 02-01-21 | 02-01-22 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| 2013 | MERCE E | WDDKK5KF8DF207617 |

Insured: FRED TAYLOR COMPANY INC
       AND AS PER IL T8 03
Agent: BALDWIN KRYSTYN SHERMAN

      TAMPA               FL 33607
      8139843200

## THIS CARD MUST BE CARRIED IN THE MOTOR VEHICLE AT ALL TIMES AS EVIDENCE OF INSURANCE

CAIDLA Rev. 07-09    See Important Notice On Reverse Side    **TRAVELERS**

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**IMPORTANT NOTICE**
**La. R. S. 32863.1 requires that an operator of a motor vehicle produce upon demand by a law enforcement officer documentation of motor vehicle security which is required to be maintained within the vehicle at all times.**

**Failure to comply may result in fines, revocation of registration privileges and block against the renewal or issuance of a driver's license.**

**EXCLUDED DRIVERS:**

CAIDLA  (Back)

CHANGE EFFECTIVE DATE: 08-30-21

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
FRED TAYLOR COMPANY INC
AND AS PER IL T8 03

Policy Number: AD-9P86338A-21-CAG
Policy Effective Date: 02/01/21
Issue Date: 09/02/21
Additional Premium $ ████

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 08/30/21 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

    ADD LOSS PAYEE: VFS US LLC
    FOR VEHICLE NUMBER(S):
    0011 0012

    ADD ADDITIONAL INSURED: VFS US LLC
    FOR VEHICLE NUMBER(S):
    0011 0012

    SEE SCHEDULE ATTACHED FOR ADDED VEHICLE NUMBER(S):
       0011 0012

    ADD AUTO MEDICAL PAYMENTS COVERAGE AS PER ATTACHED
    SCHEDULE FOR:
       VEHICLE NUMBER(S) :
       0011 0012

    ADD LIABILITY COVERAGE AS PER ATTACHED SCHEDULE FOR:
       VEHICLE NUMBER(S):
       0011 0012

    ADD COLLISION COVERAGE AS PER ATTACHED SCHEDULE FOR:
       VEHICLE NUMBER(S):
       0011 0012

    ADD COMPREHENSIVE COVERAGE AS PER ATTACHED SCHEDULE FOR:
       VEHICLE NUMBER(S):
       0011 0012

NAME AND ADDRESS OF AGENT OR BROKER:
  BALDWIN KRYSTYN SHERMAN (CFY65)
  4211 W BOY SCOUT BLVD STE 800
  TAMPA, FL 33607

COUNTERSIGNED BY:

_____
Authorized Representative

DATE:_____

IL T0 07 09 87   PAGE  1 OF  2
OFFICE: SP-ATLANTA

CHANGE EFFECTIVE DATE: 08-30-21

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

CHANGE ENDORSEMENT

Policy Number: AD-9P86338A-21-CAG

Policy Effective Date: 02/01/21

Issue Date: 09/02/21

ADD UNINSURED/UNDERINSURED MOTORISTS COVERAGE AS PER
THE ATTACHED SCHEDULE FOR:
VEHICLE NUMBER(S):
     0011 0012

THE FOLLOWING FORM(S) AND/OR ENDORSEMENT(S) IS/ARE ADDED TO
THE POLICY AS PER FORM(S) ATTACHED:

    CA 20 01 10 13    IL TO 10 12 86

IL TO 07 09 87    PAGE  2 OF  2

OFFICE: SP-ATLANTA          06P
PRODUCER NAME: BALDWIN KRYSTYN SHERMAN          CFY65

CHANGE EFFECTIVE DATE: 08-30-21

 **TRAVELERS**

POLICY NUMBER:  AD-9P86338A-21-CAG

EFFECTIVE DATE:  02-01-21

ISSUE DATE:  09-02-21

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

COMMERCIAL AUTOMOBILE

```
CA T0 77 02 15    AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15    AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15    AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15    AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 81 02 15    AUTO DEALER DECLARATIONS - ITEM SEVEN
CA T0 83 02 15    AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 14 02 15    GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
CA 20 01 10 13    LESSOR - ADDL INSURED AND LOSS PAYEE
```

INTERLINE ENDORSEMENTS

```
IL T0 10 12 86    LENDERS CERTIFICATE OF INSURANCE-FORM A
```

IL T8 01 10 93

PAGE:   1 OF   1

# COMMERCIAL AUTOMOBILE



# COMMERCIAL AUTOMOBILE

 **TRAVELERS J**                    One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                           POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS             ISSUE DATE:  09-02-21   JH

ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  02-01-21 to 02-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: CORPORATION

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.

ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
      This policy provides only those coverages where a limit, if applicable,
      is shown in the columns below. Each of the "auto"-related coverages
      will apply only to those "autos" shown as covered "autos"."Autos"
      are shown as covered "autos" for the applicable coverages by the
      entry of one or more of the symbols from section I - Covered Autos
      Coverages of the Auto Dealers Coverage Form next to the name of
      the "auto" related coverage.

| COVERAGES | COVERED AUTOS | LIMIT  OF INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS |
|---|---|---|
| COVERED AUTOS LIABILTY | 21 | $  1,000,000 EACH ACCIDENT |
| GENERAL LIABILITY<br>BODILY INJURY AND PROPERTY<br>DAMAGE LIABILITY | | $  1,000,000 EACH ACCIDENT |
| DAMAGES TO PREMISES<br>RENTED TO YOU | | $    100,000 ANY ONE PREMISES |
| PERSONAL AND ADVERTISING<br>INJURY LIABILITY | | $  1,000,000 ANY ONE PERSON OR<br>                  ORGANIZATION |
| GENERAL LIABILTY AGGREGATE | | $  3,000,000 |
| PRODUCTS AND WORK YOU<br>PERFORMED AGGREGATE | | $  2,000,000 |
| LOCATIONS AND OPERATIONS<br>MEDICAL PAYMENTS | | $      5,000 |
| ADDED PERSONAL INJURY<br>PROTECTION<br>(or equivalent Added<br>No-fault coverage) | | SEPARATELY STATED IN EACH<br>ADDED PIP ENDORSEMENT |

CA T0 77 02 15                              PAGE  (CONTINUED)
  PRODUCER: BALDWIN KRYSTYN SHERMAN    CFY65   OFFICE: SPATLAN  06P

 **TRAVELERS** J                     One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                          POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  09-02-21  JH

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS |
|---|---|---|
| AUTO MEDICAL PAYMENTS | 21 | $      5,000 |
| UNINSURED AND UNDERINSURED MOTORISTS COVERAGE | 22 32 | See CA T0 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ DEDUCTIBLE FOR EACH COVERED AUTO. See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE COLLISION COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ Ded. FOR EACH COVERED AUTO. See Item Six for Dealers Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS LIABILITY | | $ 1,000,000       AGGREGATE $     5,000       PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:      ANNUAL

CA T0 77 02 15                         PAGE  (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN   CFY65   OFFICE: SPATLAN 06P

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART DECLARATIONS

POLICY NUMBER: AD-9P86338A-21-CAG
ISSUE DATE:  09-02-21  JH

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
    Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos

    SYMBOL 32: ANY AUTO YOU DO NOT OWN AND THAT IS A COVERED AUTO
                UNDER THIS POLICY FOR LIABILITY INSURANCE AND IT IS
                LICENSED OR PRINCIPALLY GARAGED IN LOUISIANA.

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
interest may appear to you and the Loss Payee named in the Declarations
(see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
PART:  SEE IL T8 01 10 93

CA T0 77 02 15
PRODUCER: BALDWIN KRYSTYN SHERMAN   CFY65

PAGE  (CONTINUED)
OFFICE: SPATLAN  06P

 **TRAVELERS**                        One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                        POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS          ISSUE DATE:  09-02-21  JH

LOSS PAYABLE CLAUSE

A.  We will pay you and the loss payee named in the policy for "loss"
    to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the
    "loss" results from conversion, secretion or embezzlement on your
    part.

C.  We may cancel the policy as allowed by the CANCELLATION Common
    Policy Condition.  Cancellation ends this agreement as to the loss
    payee's interest.  If we cancel the policy we will mail you and the
    loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their
    rights against any other party.


                        SCHEDULE OF LOSS PAYEES

                              LOSS PAYEE (Name and Address)

        VEHICLE NUMBER        VFS US LLC
        0011 0012
                              PO BOX 26131

                              GREENSBORO            NC 27402


CA T0 77 02 15                          PAGE  (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN   CFY65   OFFICE: SPATLAN 06P

 **TRAVELERS**J                    One Tower Square, Hartford, Connecticut  06183

```
                          AUTO DEALERS COVERAGE PART DECLARATIONS
                          AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                          Issue date: 09-02-21

                    Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
Loc            Address                      Zip              Cnty/twn
No          Street and City       State    Code     terr    Code
---         ---------------       -----    ----     ----    --------
  1    365 SOUTHWELL BLVD
       TIFTON                      GA      31794     119

  2    2924 3RD AVE NORTH
       BIRMINGHAM                  AL      35203     101      0001

  3    4465 MARION AVE
       MACON                       GA      31206     105


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
Loc    Class of                         No of    Rating    Total Rating
No     Operators                        Persons  Units     Units
---    ---------                        -------  ------    -----------

  1    Cl I   Empl-Regular
       Cl I   Empl-A/O                    3.0     1.20
       Cl II  Non-Empl-Under age 25
       Cl II  Non-Empl-Age 25 or over
                                                              1.20


  2    Cl I   Empl-Regular                2.0     2.00
       Cl I   Empl-A/O                    9.0     3.60
       Cl II  Non-Empl-Under age 25
       Cl II  Non-Empl-Age 25 or over
                                                              5.60


  3    Cl I   Empl-Regular                2.0     2.00
       Cl I   Empl-A/O                    6.0     2.40
       Cl II  Non-Empl-Under age 25
       Cl II  Non-Empl-Age 25 or over
                                                              4.40
```

|  | LOCATION # 1 | | LOCATION # 2 | | LOCATION # 3 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
|  | RATE | PREM | RATE | PREM | RATE | PREM |  |
| AUTO & GEN LIAB | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| LOC & OP MED PAY | | ▇ | | ▇ | | ▇ $ | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▇ | ▇ | ▇ | | ▇ | ▇ $ | |
| A, E & O LIAB | | ▇ | | | | $ | ▇ |

```
    CA T0 78 02 15                        Page  1 (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 09-02-21

### Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 4 | 2291 DOTHAN RD BAINBRIDGE | GA | 39817 | 119 | |
| 5 | 1449 COBB PARKWAY N MARIETTA | GA | 30062 | 120 | |
| 6 | 4541 BUFORD HWY NORCROSS | GA | 30071 | 125 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 4 | Cl I  Empl-Regular | 1.0 | 1.00 | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 1.00 |
| 5 | Cl I  Empl-Regular | 1.0 | 1.00 | |
| | Cl I  Empl-A/O | 3.0 | 1.20 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 2.20 |
| 6 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | 11.0 | 4.40 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 6.40 |

| | LOCATION # 4 | | LOCATION # 5 | | LOCATION # 6 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB |  | | | | | | |
| LOC & OP MED PAY | | | | | | $ | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | $ | |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                                    Page  2 (Continued)



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 09-02-21

Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 7 | 1251 NEWELL PKWY MONTGOMERY | AL | 36110 | 116 | 0169 |
| 8 | 1860 WESTGATE PKWY ATLANTA | GA | 30336 | 101 | |
| 9 | 154 FALCON DR STE B FOREST PARK | GA | 30297 | 124 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 7 | Cl I   Empl-Regular | 2.0 | 2.00 | |
| | Cl I   Empl-A/O | 13.0 | 5.20 | |
| | Cl II  Non-Empl-Under age 25 | | | |
| | Cl II  Non-Empl-Age 25 or over | | | |
| | | | | 7.20 |
| 8 | Cl I   Empl-Regular | 1.0 | 1.00 | |
| | Cl I   Empl-A/O | 9.0 | 3.60 | |
| | Cl II  Non-Empl-Under age 25 | | | |
| | Cl II  Non-Empl-Age 25 or over | | | |
| | | | | 4.60 |
| 9 | Cl I   Empl-Regular | 3.0 | 3.00 | |
| | Cl I   Empl-A/O | 10.0 | 4.00 | |
| | Cl II  Non-Empl-Under age 25 | | | |
| | Cl II  Non-Empl-Age 25 or over | | | |
| | | | | 7.00 |

| | LOCATION # 7 | | LOCATION # 8 | | LOCATION # 9 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ■■ | ■■■■ | ■■ | ■■■■ | ■■ | ■■■■ | ■■ |
| LOC & OP MED PAY | ■ | ■ | | ■ | | $ | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ■■ | ■■ | ■■ | | ■■ | ■■ $ | ■■■ |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                                    Page  3 (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 09-02-21

                  Policy Number: AD -9P86338A-21-CAG
```

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 10 | 705 GENE STEWART BLVD SYLACAUGA | AL | 35150 | 129 | 0222 |
| 11 | 114 ELI WHITNEY BLVD SAVANNAH | GA | 31408 | 108 | |
| 12 | 708 GIL HARBIN IND BLVD VALDOSTA | GA | 31601 | 119 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 10 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 2.00 |
| 11 | Cl I  Empl-Regular | 3.0 | 3.00 | |
| | Cl I  Empl-A/O | 12.0 | 4.80 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 7.80 |
| 12 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | 5.0 | 2.00 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 4.00 |

|  | LOCATION # 10 | | LOCATION # 11 | | LOCATION # 12 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▮ | ▮ | ▮ | ▮ ▮ | ▮ | ▮ | ▮ |
| LOC & OP MED PAY | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ $ | ▮ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ $ | ▮ |
| A, E & O LIAB | | | | | | | |

```
     CA TO 78 02 15                          Page  4 (Continued)
```



**TRAVELERS**        One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 09-02-21

                    Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
   Loc          Address                      Zip            Cnty/twn
   No        Street and City       State     Code     terr    Code
   ---       ---------------       -----     ----     ----  --------
   13     1967 KINSEY RD
          DOTHAN                    AL      36303      121    0085

   14     979 POINT PETER RD
          SAINT MARYS               GA      31558      119

   15     1400 & 1404 BRICKLINE CT
          ALBANY                    GA      31707      106


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
   Loc   Class of                        No of   Rating    Total Rating
   No    Operators                      Persons  Units        Units
   ---   ---------                      -------  ------    -----------

   13    Cl I   Empl-Regular             2.0      2.00
         Cl I   Empl-A/O                 6.0      2.40
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over
                                                               4.40


   14    Cl I   Empl-Regular             1.0      1.00
         Cl I   Empl-A/O
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over
                                                               1.00


   15    Cl I   Empl-Regular             9.0      9.00
         Cl I   Empl-A/O                32.0     12.80
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over
                                                              21.80
```



```
                  LOCATION       LOCATION        LOCATION
                  #  13          #  14           #  15
                 ---------------  ---------------  ---------------


                      RATE    PREM     RATE    PREM     RATE    PREM        TOTAL
                                                                         PREMIUMS
AUTO & GEN LIAB   ████   ██████   ████   ██████   ████   ██████        ███
LOC & OP MED PAY         ██              ██              ██             ██
PIP/APIP                 █               █               █
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY      ███    ███      ███    ███      ███    ███      $     ███████
A, E & O LIAB
      CA T0 78 02 15                        Page  5 (Continued)
```



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 09-02-21

Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 16 | US HWY 3415 HAZLEHURST | GA | 31539 | 119 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 16 | Cl I  Empl-Regular | 1.0 | 1.00 | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | 1.00 |
| | | | | |
| | Cl I  Empl-Regular | | | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | |
| | Cl I  Empl-Regular | | | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |



| | LOCATION # 16 | | LOCATION # | | LOCATION # | | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | | |
| AUTO & GEN LIAB | ▮ | ▬ | | | | | $ | ▬ |
| LOC & OP MED PAY | ▮ | ▮ | | | | | $ | ▮ |
| PIP/APIP | | | | | | | | |
| NJ PED PIP | | | | | | | | |
| MICHIGAN PPI | | | | | | | | |
| AUTO MED PAY | ▬ | ▬ | ▬ | | | ▬ | $ | ▬ |
| A, E & O LIAB | | | | | | | | |

CA T0 78 02 15                                    Page  6  (Continued)

 **TRAVELERS** J

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 09-02-21

Policy Number: AD -9P86338A-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - 

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal
use of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA T0 78 02 15                                   Page  7

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-02-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

1       COMPREHENSIVE       $       450,000       MINUS THE DEDUCTIBLE AS
                            SHOWN ON CA T4 14
                                  OR
                            $          MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $            MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

        SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
        LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                  OR
                            $          MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $            MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION           $    450,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                            CUSTOMER'S AUTO.

CA T0 79 02 15                          PAGE 01  (Continued)

 **TRAVELERS** One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-02-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages                 Limit of Insurance for Each Location
   No.

      2      COMPREHENSIVE          $         300,000      MINUS THE DEDUCTIBLE AS
                                    SHOWN ON CA T4 14
                                             OR
                                    $          MINUS $          DEDUCTIBLE FOR ALL
                                    PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                    $          MAXIMUM DEDUCTIBLE
                                    FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


             SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
             LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                                 OR MISCHIEF OR VANDALISM SUBJECT TO $
                                 MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                                 ONE EVENT;
                                             OR
                                 $          MINUS $          DEDUCTIBLE FOR ALL
                                 PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                 $          MAXIMUM DEDUCTIBLE
                                 FOR ALL SUCH LOSS IN ANY ONE EVENT.
             COLLISION           $   300,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                                 CUSTOMER'S AUTO.


      CA T0 79 02 15                         PAGE 02   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-02-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 3 | COMPREHENSIVE | $       375,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $        MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 03   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-02-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 4 | COMPREHENSIVE | $        600,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>               OR<br>$       MINUS $            DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $        MINUS $            DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>               OR<br>$       MINUS $            DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   600,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 04   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-02-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 5 | COMPREHENSIVE | $      25,000   MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $        MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   250,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 05   (Continued)



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-02-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages              Limit of Insurance for Each Location
No.

        COMPREHENSIVE        $         375,000      MINUS THE DEDUCTIBLE AS
  6                          SHOWN ON CA T4 14
                                      OR
                             $         MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $          MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF  $         MINUS $          DEDUCTIBLE FOR
        LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                      OR
                             $         MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $          MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION            $   375,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.

        CA T0 79 02 15                    PAGE 06   (Continued)

 **TRAVELERS** One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-02-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 7 | COMPREHENSIVE | $       375,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 <br> OR <br> $        MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $        MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; <br> OR <br> $        MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $   375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 07   (Continued)



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-02-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location       Coverages           Limit of Insurance for Each Location
No.

              COMPREHENSIVE        $          600,000       MINUS THE DEDUCTIBLE AS
8                                  SHOWN ON CA T4 14
                                            OR
                                   $         MINUS $           DEDUCTIBLE FOR ALL
                                   PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                   $            MAXIMUM DEDUCTIBLE
                                   FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

              SPECIFIED CAUSES OF  $          MINUS $           DEDUCTIBLE FOR
              LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                                   OR MISCHIEF OR VANDALISM SUBJECT TO $
                                   MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                                   ONE EVENT;
                                            OR
                                   $         MINUS $           DEDUCTIBLE FOR ALL
                                   PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                   $            MAXIMUM DEDUCTIBLE
                                   FOR ALL SUCH LOSS IN ANY ONE EVENT.
              COLLISION            $   600,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                                   CUSTOMER'S AUTO.

              CA T0 79 02 15                       PAGE 08   (Continued)



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-02-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 9 | COMPREHENSIVE | $        525,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>                     OR<br>$            MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $            MINUS $           DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>                     OR<br>$            MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $   525,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 09  (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-02-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 10 | COMPREHENSIVE | $       250,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$        MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $        MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$        MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   250,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 10   (Continued)


**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-02-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages              Limit of Insurance for Each Location
No.

       11       COMPREHENSIVE      $        750,000      MINUS THE DEDUCTIBLE AS
                                   SHOWN ON CA T4 14
                                            OR
                                   $          MINUS $          DEDUCTIBLE FOR ALL
                                   PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                   $            MAXIMUM DEDUCTIBLE
                                   FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


                SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
                LOSS               EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                                   OR MISCHIEF OR VANDALISM SUBJECT TO $
                                   MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                                   ONE EVENT;
                                            OR
                                   $          MINUS $          DEDUCTIBLE FOR ALL
                                   PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                   $            MAXIMUM DEDUCTIBLE
                                   FOR ALL SUCH LOSS IN ANY ONE EVENT.
                COLLISION          $    750,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                                   CUSTOMER'S AUTO.


       CA T0 79 02 15                          PAGE 11   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-02-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 12 | COMPREHENSIVE | $      750,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |

OR
$        MINUS $         DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$        MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

SPECIFIED CAUSES OF  $        MINUS $        DEDUCTIBLE FOR
LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                     OR MISCHIEF OR VANDALISM SUBJECT TO $
                     MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                     ONE EVENT;
                            OR
                     $        MINUS $        DEDUCTIBLE FOR ALL
                     PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                     $        MAXIMUM DEDUCTIBLE
                     FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION            $   750,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                     CUSTOMER'S AUTO.

CA T0 79 02 15                          PAGE 12   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-02-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 13 | COMPREHENSIVE | $      375,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $        MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $      375,000 MINUS $      5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 13   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-02-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 14 | COMPREHENSIVE | $       100,000       MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR |
| | | $         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $         MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR |
| | | $         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    100,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                   PAGE 14   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-02-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 15 | COMPREHENSIVE | $    1,200,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $         MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $ 1,200,000 MINUS $    5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                        PAGE 15   (Continued)



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-02-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
    Comprehensive
    Specified Causes of Loss
    Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by " (X) "

  DIRECT COVERAGE OPTIONS

    (X)  EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
         remains applicable on a legal liability basis. However coverage also
         applies without regard to your or any other "Insured's" legal
         liability for "loss" to a customer's "auto" on an  excess basis over
         any other collectible insurance regardless of whether the other
         insurance covers your or any other "insured's"interest or the interest
         of the covered "auto's" owner.

    ( )  PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
         changed to apply without regard to your or any other "insured's"
         legal liability for "loss" to a customer's "auto" and is primary
         insurance.

        CA T0 79 02 15                              PAGE 16


**TRAVELERS** J                               One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 09-02-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX

PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
TWO applies only to the types of autos and interest indicated by 'X'.

| COVERAGES | | COMPREHENSIVE | SPECIFIED CAUSES OF LOSS | COLLISION |
|---|---|---|---|---|
| TYPES OF AUTOS | NEW AUTOS | X | | X |
| | USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES | X | | X |
| INTERESTS COVERED | YOUR INTEREST IN COVERED AUTOS YOU OWN | X | | X |
| | YOUR INTEREST ONLY IN FINANCED COVERED AUTOS | X | | X |
| | YOUR INTEREST AND THE INTEREST OF ANY CREDITOR NAMED AS A LOSS PAYEE | X | | X |
| | ALL INTERESTS IN ANY AUTO NOT OWNED BY YOU OR ANY CREDITOR WHILE IN YOUR POSSESSION ON CONSIGNMENT FOR SALE | X | | X |

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
   $  1,000,000 Additional locations where you store covered autos
   $  1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
 Agreed Upon by X)
 (X) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
    You must report to us on our form the locations of your covered "autos"
    and their total value at each such location. For your main sales location
    identified as location no. 1, you must include the total value of all
    covered "autos" you have furnished or made available to yourself, your
    executives, your "employees" or family members and other Class II - Non-
    Employees, and covered "autos" that are temporarily displayed or stored
    at locations other than those stated in ITEM THREE above. For your main
    sales location you must include the total value of all service vehicles.

CA T0 80 02 15                                          PAGE    1

**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 09-02-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX    (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
 (continued)

    YOUR REPORTING BASIS IS:
      ( ) QUARTERLY you must give us your first report by the fifteenth of the
           fourth month after the policy begins. Your subsequent reports must
           be given to us by the fifteenth of every third month. Your reports
           must contain the value for the last business day of every third
           month coming within the policy period.
      (X) MONTHLY You must give us your reports by the fifteenth of every
           month. Your reports will contain the total values you had on the
           last business day of the preceding month.
    Premiums will be calculated pro rata of the annual premium for the expo-
    sures contained in each report. At the end of each policy year we will
    add the monthly premiums or the quarterly premiums to determine your
    final premium due for the entire policy year. The estimated total
    premiums shown will be credited against the final premium due.
   ( ) NONREPORTING BASIS. Stated limit of insurance shown above applies.

LOC.
NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

  1    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                    BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                    CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 500,000 | ▆▆▆ | ▆▆▆ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

ALL    BLANKET        $ 7,450,000 MINUS $ 5,000 DEDUCTIBLE FOR EACH
       COLLISION            COVERED AUTO.

COLLISION PREMIUM  $    ▆▆▆▆▆

CA T0 80 02 15                                      PAGE    2

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                         AUTO DEALERS
                                         COVERAGE PART
                                         DECLARATIONS
                                         ISSUE DATE 09-02-21

                               POLICY NUMBER: AD -9P86338A-21-CAG

       ITEM SIX   (CONTINUED)

       LOC.
       NO.   COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

        2    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                 BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                 CA T4 14.

                                         LIMIT        RATE        PREMIUM
             FIRE ONLY, BUILDING & LOTS
             BUILDING
             STANDARD OPEN LOTS              650,000
             NON STANDARD OPEN LOTS
             MISCELLANEOUS BUILDING
             MISCELLANEOUS OPEN LOTS

        3    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                 BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                 CA T4 14.

                                         LIMIT        RATE        PREMIUM
             FIRE ONLY, BUILDING & LOTS
             BUILDING
             STANDARD OPEN LOTS              725,000
             NON STANDARD OPEN LOTS
             MISCELLANEOUS BUILDING
             MISCELLANEOUS OPEN LOTS

        4    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                 BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                 CA T4 14.

                                         LIMIT        RATE        PREMIUM
             FIRE ONLY, BUILDING & LOTS
             BUILDING
             STANDARD OPEN LOTS              250,000
             NON STANDARD OPEN LOTS
             MISCELLANEOUS BUILDING
             MISCELLANEOUS OPEN LOTS
```

CA T0 80 02 15                                          PAGE    3

 **TRAVELERS** J                    One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 09-02-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

 5   COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                           BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                           CA T4 14.

                                          LIMIT       RATE           PREMIUM
     FIRE ONLY, BUILDING & LOTS
     BUILDING
     STANDARD OPEN LOTS                  325,000      ████           ████
     NON STANDARD OPEN LOTS
     MISCELLANEOUS BUILDING
     MISCELLANEOUS OPEN LOTS

 6   COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                           BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                           CA T4 14.

                                          LIMIT       RATE           PREMIUM
     FIRE ONLY, BUILDING & LOTS
     BUILDING
     STANDARD OPEN LOTS                  425,000      ████           ████
     NON STANDARD OPEN LOTS
     MISCELLANEOUS BUILDING
     MISCELLANEOUS OPEN LOTS

 7   COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                           BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                           CA T4 14.

                                          LIMIT       RATE           PREMIUM
     FIRE ONLY, BUILDING & LOTS
     BUILDING
     STANDARD OPEN LOTS                  250,000      ████           ████
     NON STANDARD OPEN LOTS
     MISCELLANEOUS BUILDING
     MISCELLANEOUS OPEN LOTS

CA T0 80 02 15                                        PAGE    4

 **TRAVELERS**J

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 09-02-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

8    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

|                                  | LIMIT   | RATE | PREMIUM |
|----------------------------------|---------|------|---------|
| FIRE ONLY, BUILDING & LOTS       |         |      |         |
| BUILDING                         |         |      |         |
| STANDARD OPEN LOTS               | 250,000 | ■■■  | ■■■     |
| NON STANDARD OPEN LOTS           |         |      |         |
| MISCELLANEOUS BUILDING           |         |      |         |
| MISCELLANEOUS OPEN LOTS          |         |      |         |

9    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

|                                  | LIMIT   | RATE | PREMIUM |
|----------------------------------|---------|------|---------|
| FIRE ONLY, BUILDING & LOTS       |         |      |         |
| BUILDING                         |         |      |         |
| STANDARD OPEN LOTS               | 625,000 | ■■■  | ■■■■    |
| NON STANDARD OPEN LOTS           |         |      |         |
| MISCELLANEOUS BUILDING           |         |      |         |
| MISCELLANEOUS OPEN LOTS          |         |      |         |

11   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

|                                  | LIMIT   | RATE | PREMIUM |
|----------------------------------|---------|------|---------|
| FIRE ONLY, BUILDING & LOTS       |         |      |         |
| BUILDING                         |         |      |         |
| STANDARD OPEN LOTS               |         |      |         |
| NON STANDARD OPEN LOTS           | 600,000 | ■■■  | ■■■     |
| MISCELLANEOUS BUILDING           |         |      |         |
| MISCELLANEOUS OPEN LOTS          |         |      |         |

CA T0 80 02 15                                        PAGE    5

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 09-02-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

12   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 500,000 | ■■■ | ■■ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

13   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 250,000 | ■■■ | ■■ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

14   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 100,000 | ■■■ | ■■ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

CA T0 80 02 15                                    PAGE   6

 **TRAVELERS**J

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 09-02-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE                LIMIT OF INSURANCE FOR EACH LOCATION

15   COMPREHENSIVE           LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 1,750,000 | ▬ | ▬ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

TOTAL PREMIUM  $      ▬

CA T0 80 02 15                                              PAGE   7

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 09-02-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM SIX   (CONTINUED)

SCHEDULE OF LOSS PAYEES

(Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)

CA T0 80 02 15                                    PAGE    8

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

                    ITEM THREE.   SCHEDULE OF COVERED
                               AUTOS YOU OWN
                        (SEE SEPARATE PAGE EXPLAINING
                     CERTAIN ENTRIES OR ABSENCE THEREOF)

                       POLICY NUMBER: AD-9P86338A-21-CAG

INSURED'S NAME:  FRED TAYLOR COMPANY INC            CA T0 81 02 15
                 AND AS PER IL T8 03

|  |  |  |  |  | COUNTY | TERR | ISO/ | USE CLASS GVW/GCW |
|---|---|---|---|---|---|---|---|---|
| COVERED AUTO NO |  | GARAGING CITY & STATE |  | ZIP CODE | TOWN CODE | ZONE CODE | STAT CODE | OR SEAT CAPACITY |
| 11 | TIFTON |  | GA | 31794 | 0000 | 119 | 50199 | 99999 |
| 12 | TIFTON |  | GA | 31794 | 0000 | 119 | 50199 | 99999 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF LIAB | AGE GROUP |
|---|---|---|---|---|---|---|
| 11 | 22 | MACK | 1M1AN3GY9NM023683 | 110363 | ACV | 1 |
| 12 | 22 | MACK | 1M1AN3GY1NM026531 | 110363 | ACV | 1 |

|  | COVERED AUTO 11 | COVERED AUTO 12 | COVERED AUTO | COVERED AUTO | COVERED AUTO |
|---|---|---|---|---|---|
| DEDUCTIBLES: |  |  |  |  |  |
| COMPREHENSIVE | NIL | NIL |  |  |  |
| COLLISION | 500 | 500 |  |  |  |
| PREMIUMS: |  |  |  |  |  |
| LIABILITY | ▇ | ▇ |  |  |  |
| MED PAY | ▇ | ▇ |  |  |  |
| COMPREHENSIVE | ▇ | ▇ |  |  |  |
| COLLISION | ▇ | ▇ |  |  |  |
| TOTAL | ▇ | ▇ |  |  |  |

TOTAL UNINSURED AND UNDERINSURED MOTORISTS PREMIUM:     ▇

 * APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES AND COLLISION COVERAGES
                         SPV   11          PAGE   1          001

TRAVELERS DOC MGMT Page 611 of 692

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 09-02-21

Policy Number: AD-9P86338A-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 1 | | |
| 002 | 1 | | |
| 003 | 1 | | |
| 004 | 1 | | |
| 005 | 1 | | |
| 006 | 1 | | |
| 007 | 1 | | |
| 008 | 1 | | |
| 009 | 1 | | |
| 010 | 1 | | |
| 011 | 1 | | |
| 012 | 1 | | |
| 013 | 1 | | |
| 014 | 1 | | |
| 015 | 1 | | |
| 016 | 1 | | |

CA TO 83 02 15                                        Page   1

POLICY NUMBER: AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 09-02-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS COVERAGE FORM

**PROVISIONS**

1. The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS:**

## SCHEDULE

### ITEM FIVE – GARAGEKEEPERS COVERAGE

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| SEE SCHEDULE EXTENSION | | | |

### ITEM SIX – PHYSICAL DAMAGE COVERAGE

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| SEE SCHEDULE EXTENSION | | | |

CA T4 14 02 15

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

    **(1)** Theft or Mischief or Vandalism

    **(2)** Earthquake

    **(3)** Windstorm Or Hail

    **(4)** Flood

    **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

2. The following replaces Paragraph **5., Limit Of Insurance And Deductibles**, in Paragraph E., **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

    **5. Limit Of Insurance And Deductibles**

    **a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

    **b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

    **c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

3. The following replaces Paragraph 5., **Deductible**, in Paragraph F., **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

    **5. Deductible**

    For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

    The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA T4 14 02 15

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 09-02-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 1 | Windstorm or Hail | $    5,000 | $    NO |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 2 | Windstorm or Hail | $    5,000 | $    NO |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 3 | Windstorm or Hail | $    5,000 | $    NO |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 4 | Windstorm or Hail | $    5,000 | $    NO |
| 5 | All Covered Perils, | $    5,000 | $    25,000 |

CA T4 14 SCHED

Page  1 of 11

COMMERCIAL AUTO
ISSUE DATE: 09-02-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

other than collision,
not listed separately on
this Schedule

| Loc | Covered Causes of Loss | | |
|---|---|---|---|
| 5 | Windstorm or Hail | $   5,000 | $   NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $   5,000 | $   25,000 |
| 6 | Windstorm or Hail | $   5,000 | $   NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $   5,000 | $   25,000 |
| 7 | Windstorm or Hail | $   5,000 | $   NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

Deductible

CA T4 14 SCHED

Page  2 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  09-02-21

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $   5,000 | $    25,000 |
| 8 | Windstorm or Hail | $   5,000 | $    NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

|  |  | Deductible |  |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 9 | All Covered Perils, other than collision, not listed separately on this Schedule | $   5,000 | $    25,000 |
| 9 | Windstorm or Hail | $   5,000 | $    NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

|  |  | Deductible |  |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 10 | All Covered Perils, other than collision, not listed separately on this Schedule | $   5,000 | $    25,000 |
| 10 | Windstorm or Hail | $   5,000 | $    NO |

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  09-02-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 11 | All Covered Perils, other than collision, not listed separately on this Schedule | $     5,000 | $     25,000 |
| 11 | Windstorm or Hail | $     5,000 | $     NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 12 | All Covered Perils, other than collision, not listed separately on this Schedule | $     5,000 | $     25,000 |
| 12 | Windstorm or Hail | $     5,000 | $     NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 13 | All Covered Perils, other than collision, | $     5,000 | $     25,000 |

CA T4 14 SCHED

Page  4 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 09-02-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

not listed separately on
this Schedule

| | | | | |
|---|---|---|---|---|
| 13 | Windstorm or Hail | $    5,000 | $ | NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible | | |
|---|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event | |
| 14 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 | |
| 14 | Windstorm or Hail | $    5,000 | $    NO | |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible | | |
|---|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event | |
| 15 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 | |
| 15 | Windstorm or Hail | $    5,000 | $    NO | |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | Deductible | |
|---|---|---|
| | For Each | Maximum |

CA T4 14 SCHED

Page  5 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| Loc | Covered Causes of Loss** | Covered "Auto" | Deductible in any one event |
|-----|-----|-----|-----|

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|-----|-----|-----|
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $   5,000 | $   25,000 |
| 1 | Windstorm or Hail | $   5,000 | $   NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|-----|-----|-----|
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $   5,000 | $   25,000 |
| 2 | Windstorm or Hail | $   5,000 | $   NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|-----|-----|-----|

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  09-02-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

3  All Covered Perils,       $      5,000      $      25,000
   other than collision,
   not listed separately on
   this Schedule

3  Windstorm or Hail      $      5,000      $      NO

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $      5,000 | $      25,000 |
| 4 | Windstorm or Hail | $      5,000 | $      NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $      5,000 | $      25,000 |
| 5 | Windstorm or Hail | $      5,000 | $      NO |

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  09-02-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 6 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 7 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |

CA T4 14 SCHED

Page  8 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  09-02-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |

| 8 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|-----|--------------------------|------|-------|------|--------|
| 9 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 9 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|-----|--------------------------|------|-------|------|--------|
| 11 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 11 | Windstorm or Hail | $ | 5,000 | $ | NO |

CA T4 14 SCHED

Page  9 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  09-02-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
| | | For Each Covered | Maximum Deductible in |
| Loc | Covered Causes of Loss** | "Auto" | any one event |
| --- | --- | --- | --- |
| 12 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 12 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
| | | For Each Covered | Maximum Deductible in |
| Loc | Covered Causes of Loss** | "Auto" | any one event |
| --- | --- | --- | --- |
| 13 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 13 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
| | | For Each Covered | Maximum Deductible in |
| Loc | Covered Causes of Loss** | "Auto" | any one event |
| --- | --- | --- | --- |
| 14 | All Covered Perils, | $    5,000 | $    25,000 |

CA T4 14 SCHED

Page 10 of 11

POLICY NUMBER:  **AD-9P86338A-21-CAG**

COMMERCIAL AUTO
ISSUE DATE:  **09-02-21**

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

other than collision,
not listed separately on
this Schedule

14  Windstorm or Hail        $      5,000        $        NO

ITEM SIX - PHYSICAL DAMAGE COVERAGE

|     |                      | Deductible | | |
| --- | --- | --- | --- | --- |
|     | Covered Causes | For Each Covered "Auto" | | Maximum Deductible in any one event |
| Loc | of Loss** | | | |
| 15  | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $      25,000 |
| 15  | Windstorm or Hail | $ | 5,000 | $        NO |

CA T4 14 SCHED

TRAVELERS DOC MGMT Page 625 of 692

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 09-02-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LESSOR – ADDITIONAL INSURED AND LOSS PAYEE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## SCHEDULE

**Insurance Company:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**Policy Number:**  AD-9P86338A-21-CAG          **Effective Date:** 02-01-21

**Expiration Date:** 02-01-22

**Named Insured:**  FRED TAYLOR COMPANY INC
                    AND AS PER IL T8 03

**Address:**    2700 PALMYRA RD.

              ALBANY                GA  31707

**Additional Insured (Lessor):**  VFS US LLC

**Address:** PO BOX 26131

         GREENSBORO              NC  27402

**Designation Or Description Of "Leased Autos":**

11     12

| Coverages | Limit Of Insurance | |
|---|---|---|
| **Covered Autos Liability** | $ 1,000,000 | Each "Accident" |
| **Comprehensive** | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br>$ See CA T0 81  Deductible For Each Covered "Leased Auto" | |
| **Collision** | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br>$ See CA T0 81  Deductible For Each Covered "Leased Auto" | |
| **Specified Causes Of Loss** | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br>$            Deductible For Each Covered "Leased Auto" | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CA 20 01 10 13          © Insurance Services Office, Inc.,  2011          Page 1 of 2

COMMERCIAL AUTO

**A. Coverage**

1. Any "leased auto" designated or described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire or borrow.

2. For a "leased auto" designated or described in the Schedule, the **Who Is An Insured** provision under **Covered Autos Liability Coverage** is changed to include as an "insured" the lessor named in the Schedule. However, the lessor is an "insured" only for "bodily injury" or "property damage" resulting from the acts or omissions by:

   a. You;

   b. Any of your "employees" or agents; or

   c. Any person, except the lessor or any "employee" or agent of the lessor, operating a "leased auto" with the permission of any of the above.

3. The coverages provided under this endorsement apply to any "leased auto" described in the Schedule until the expiration date shown in the Schedule, or when the lessor or his or her agent takes possession of the "leased auto", whichever occurs first.

**B. Loss Payable Clause**

1. We will pay, as interest may appear, you and the lessor named in this endorsement for "loss" to a "leased auto".

2. The insurance covers the interest of the lessor unless the "loss" results from fraudulent acts or omissions on your part.

3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

**C. Cancellation**

1. If we cancel the policy, we will mail notice to the lessor in accordance with the Cancellation Common Policy Condition.

2. If you cancel the policy, we will mail notice to the lessor.

3. Cancellation ends this agreement.

**D.** The lessor is not liable for payment of your premiums.

**E. Additional Definition**

As used in this endorsement:

"Leased auto" means an "auto" leased or rented to you, including any substitute, replacement or extra "auto" needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

# INTERLINE ENDORSEMENTS

# INTERLINE
# ENDORSEMENTS

**TRAVELERS**

CHANGE EFFECTIVE DATE: 08-30-21

PO BOX 64095
ST. PAUL, MN 55102-0095

**LENDER'S CERTIFICATE OF
INSURANCE–FORM A**
Issue Date: 09-02-21

1. **CERTIFICATE HOLDER:**          Policy Number: AD-9P86338A-21-CAG


   VFS US LLC

   PO BOX 26131

   GREENSBORO            NC 27402


2. **NAMED INSURED:**  FRED TAYLOR COMPANY INC
                       AND AS PER IL T8 03
                       2700 PALMYRA RD.

                       ALBANY              GA 31707

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 02-01-21  to  02-01-22

5. **INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   Vehicles        -  The policy names the Certificate Holder as a Loss Payee
                      according to its Loss Payable Clause (see item 7. Special
                      Provisions), for the vehicles described below:

   Coverages:      A = Comprehensive
                   B = Specified Perils
                   C = Collision


| DESIGNATED VEHICLE(S) | | COVERAGES AND DEDUCTIBLE | | | |
|---|---|---|---|---|---|
| 2022 MACK | 1M1AN3GY9NM023683 | A | NIL | C - $ | 500 |
| 2022 MACK | 1M1AN3GY1NM026531 | A | NIL | C - $ | 500 |

**IL T0 10 12 86**

Page 1 of 2

CHANGE EFFECTIVE DATE: 08-30-21

**LENDER'S CERTIFICATE OF
INSURANCE – FORM A**

Policy Number:  AD-9P86338A-21-CAG

7.  **SPECIAL PROVISIONS:**

**LOSS PAYABLE CLAUSE**

**A.**  We will pay you and the loss payee named in the policy for "loss" to a covered "auto", as interest may appear.

**B.**  The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.**  We may cancel the policy as allowed by the CANCELLATION Common Policy Condition. Cancellation ends this agreement as to the  loss payee's interest. If we cancel the policy we will mail you and the     loss payee the same advance notice.

**D.**  If we make any payment to the loss payee, we will obtain their rights against any other party notice.

8.  **NOTICE OF CANCELLATION –**   If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the  Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in  this Certificate or is required by law, we will mail written notice according  to such provision or requirement.

9.  **DEFINITIONS –**  As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the polic     y.

**COUNTERSIGNED BY:**

_____

Authorized Representative

**IL T0 10 12 86**

Page  2   of  2

**TRAVELERS**

PO BOX 64095
ST. PAUL, MN 55102-0095

CHANGE EFFECTIVE DATE: 08-30-21

**LENDER'S CERTIFICATE OF INSURANCE–FORM A**
Issue Date: 09-02-21

**1. CERTIFICATE HOLDER:**

Policy Number: AD-9P86338A-21-CAG

VFS US LLC

PO BOX 26131

GREENSBORO                NC 27402

**2. NAMED INSURED:** FRED TAYLOR COMPANY INC
AND AS PER IL T8 03
2700 PALMYRA RD.

ALBANY                    GA 31707

**3. CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

**4. POLICY PERIOD:** 02-01-21  to  02-01-22

**5. INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**6. INSURANCE**

| Vehicles | - | The policy names the Certificate Holder as a Loss Payee according to its Loss Payable Clause (see item 7. Special Provisions), for the vehicles described below: |
|---|---|---|

| Coverages: | A = Comprehensive |
|---|---|
| | B = Specified Perils |
| | C = Collision |

| DESIGNATED VEHICLE(S) | | COVERAGES AND DEDUCTIBLE | | | | |
|---|---|---|---|---|---|---|
| 2022 MACK | 1M1AN3GY9NM023683 | A | NIL | C - $ | 500 |
| 2022 MACK | 1M1AN3GY1NM026531 | A | NIL | C - $ | 500 |

**IL T0 10 12 86**

CHANGE EFFECTIVE DATE: 08-30-21

**LENDER'S CERTIFICATE OF
INSURANCE – FORM A**

Policy Number:  AD-9P86338A-21-CAG

**7.  SPECIAL PROVISIONS:**

**LOSS PAYABLE CLAUSE**

**A.**  We will pay you and the loss payee named in the policy for "loss" to a covered "auto", as interest may appear.

**B.**  The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.**  We may cancel the policy as allowed by the CANCELLATION Common Policy Condition. Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

**D.**  If we make any payment to the loss payee, we will obtain their rights against any other party notice.

**8.  NOTICE OF CANCELLATION –**   If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

**9.  DEFINITIONS –**   As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

COUNTERSIGNED BY:

_____

Authorized Representative

**IL T0 10 12 86**

**GEORGIA INSURANCE POLICY INFORMATION CARD**

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA    25674

Policy Number: AD-9P86338A-21-CAG          Original Issue Date: 02-01-21

Expiration Date: 02-01-22

Insured

FRED TAYLOR COMPANY INC
AND AS PER IL T8 03
2700 PALMYRA RD.

ALBANY                    GA  31707

Vehicle Insured

| Year | Make/Model | Vehicle Identification Number |
|------|------------|-------------------------------|
| 2022 | MACK ANTHE | 1M1AN3GY1NM026531 |

"THE CURRENT STATUS OF ACTUAL MOTOR VEHICLE LIABILITY
INSURANCE COVERAGE IS MAINTAINED BY THE GEORGIA DEPARTMENT
OF MOTOR VEHICLE SAFETY AND IS ACCESSIBLE TO LAW ENFORCEMENT
AGENCIES UPON A CHECK OF THE VEHICLE REGISTRATION".

CAIDGA  Rev. 2-04     See Important Notice on Reverse Side     **TRAVELERS**

**GEORGIA INSURANCE POLICY INFORMATION CARD**

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA    25674

Policy Number: AD-9P86338A-21-CAG          Original Issue Date: 02-01-21

Expiration Date: 02-01-22

Insured

FRED TAYLOR COMPANY INC
AND AS PER IL T8 03
2700 PALMYRA RD.

ALBANY                    GA  31707

Vehicle Insured

| Year | Make/Model | Vehicle Identification Number |
|------|------------|-------------------------------|
| 2022 | MACK ANTHE | 1M1AN3GY9NM023683 |

"THE CURRENT STATUS OF ACTUAL MOTOR VEHICLE LIABILITY
INSURANCE COVERAGE IS MAINTAINED BY THE GEORGIA DEPARTMENT
OF MOTOR VEHICLE SAFETY AND IS ACCESSIBLE TO LAW ENFORCEMENT
AGENCIES UPON A CHECK OF THE VEHICLE REGISTRATION".

CAIDGA  Rev. 2-04     See Important Notice on Reverse Side     **TRAVELERS**

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**


* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.

* Do not assume responsibility for accident.

* Call police.

* Protect against further damage.

* Request medical assistance, if required.

* Only discuss the accident with police officers or Travelers representatives.

**KEEP THIS CARD IN YOUR MOTOR VEHICLE WHILE IN OPERATION**

CAIDGA  (BACK)


**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.

* Do not assume responsibility for accident.

* Call police.

* Protect against further damage.

* Request medical assistance, if required.

* Only discuss the accident with police officers or Travelers representatives.

**KEEP THIS CARD IN YOUR MOTOR VEHICLE WHILE IN OPERATION**

CAIDGA  (BACK)

CHANGE EFFECTIVE DATE: 08-30-21

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
FRED TAYLOR COMPANY INC
AND AS PER IL T8 03

Policy Number: AD-9P86338A-21-CAG
Policy Effective Date: 02/01/21
Issue Date: 09/13/21
Return Premium $ ▓▓▓▓

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 08/30/21 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

DELETE LOSS PAYEE: VFS US LLC

DELETE ADDITIONAL INSURED: VFS US LLC

DELETE VEHICLE NUMBER(S)
   0011 0012

AUTO MEDICAL PAYMENTS COVERAGE IS DELETED AS PER ATTACHED
SCHEDULE FOR:
   VEHICLE NUMBER(S) :
      0011 0012

LIABILITY COVERAGE IS DELETED AS PER ATTACHED SCHEDULE FOR:
   VEHICLE NUMBER(S):
      0011 0012

COLLISION COVERAGE IS DELETED AS PER ATTACHED SCHEDULE FOR:
   VEHICLE NUMBER(S):
      0011 0012

COMPREHENSIVE COVERAGE IS DELETED AS PER ATTACHED SCHEDULE
FOR:
   VEHICLE NUMBER(S):
      0011 0012

UNINSURED/UNDERINSURED MOTORISTS COVERAGE IS DELETED
AS PER THE ATTACHED SCHEDULE FOR:
VEHICLE NUMBER(S) :
   0011 0012

NAME AND ADDRESS OF AGENT OR BROKER:
  BALDWIN KRYSTYN SHERMAN (CFY65)
  4211 W BOY SCOUT BLVD STE 800
  TAMPA, FL 33607

COUNTERSIGNED BY:

_____
Authorized Representative

DATE:_____

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: SP-ATLANTA

CHANGE EFFECTIVE DATE: 08-30-21


**TRAVELERS**

POLICY NUMBER:  AD-9P86338A-21-CAG

EFFECTIVE DATE:  02-01-21

ISSUE DATE:  09-13-21

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87   CHANGE ENDORSEMENT
IL T8 01 10 93   FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

COMMERCIAL AUTOMOBILE

```
CA T0 77 02 15   AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15   AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15   AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15   AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 81 02 15   AUTO DEALER DECLARATIONS - ITEM SEVEN
CA T0 83 02 15   AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 14 02 15   GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
```

IL T8 01 10 93                                    PAGE:   1 OF   1

# COMMERCIAL AUTOMOBILE



# COMMERCIAL AUTOMOBILE

 **TRAVELERS** ⌐                        One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  09-13-21   JH

ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  02-01-21 to 02-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: CORPORATION

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.


ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
       This policy provides only those coverages where a limit, if applicable,
       is shown in the columns below. Each of the "auto"-related coverages
       will apply only to those "autos" shown as covered "autos". "Autos"
       are shown as covered "autos" for the applicable coverages by the
       entry of one or more of the symbols from section I - Covered Autos
       Coverages of the Auto Dealers Coverage Form next to the name of
       the "auto" related coverage.

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS |
|---|---|---|
| COVERED AUTOS LIABILTY | 21 | $ 1,000,000 EACH ACCIDENT |
| GENERAL LIABILITY BODILY INJURY AND PROPERTY DAMAGE LIABILITY | | $ 1,000,000 EACH ACCIDENT |
| DAMAGES TO PREMISES RENTED TO YOU | | $ 100,000 ANY ONE PREMISES |
| PERSONAL AND ADVERTISING INJURY LIABILITY | | $ 1,000,000 ANY ONE PERSON OR ORGANIZATION |
| GENERAL LIABILITY AGGREGATE | | $ 3,000,000 |
| PRODUCTS AND WORK YOU PERFORMED AGGREGATE | | $ 2,000,000 |
| LOCATIONS AND OPERATIONS MEDICAL PAYMENTS | | $ 5,000 |
| ADDED PERSONAL INJURY PROTECTION (or equivalent Added No-fault coverage) | | SEPARATELY STATED IN EACH ADDED PIP ENDORSEMENT |

   CA T0 77 02 15                       PAGE  (CONTINUED)
   PRODUCER: BALDWIN KRYSTYN SHERMAN     CFY65   OFFICE: SPATLAN  06P

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  09-13-21  JH

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS |
|---|---|---|
| AUTO MEDICAL PAYMENTS | 21 | $    5,000 |
| UNINSURED AND UNDERINSURED MOTORISTS COVERAGE | 22 32 | See CA T0 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ DEDUCTIBLE FOR EACH COVERED AUTO. See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE COLLISION COVERAGE | 22 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ Ded. FOR EACH COVERED AUTO. See Item Six for Dealers Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS LIABILITY | | $ 1,000,000    AGGREGATE $    5,000    PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:      ANNUAL

CA T0 77 02 15                        PAGE  (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN   CFY65   OFFICE: SPATLAN  06P

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                           POLICY NUMBER: AD-9P86338A-21-CAG
COVERAGE PART DECLARATIONS             ISSUE DATE:  09-13-21   JH


C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
     Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos

     SYMBOL 32: ANY AUTO YOU DO NOT OWN AND THAT IS A COVERED AUTO
                UNDER THIS POLICY FOR LIABILITY INSURANCE AND IT IS
                LICENSED OR PRINCIPALLY GARAGED IN LOUISIANA.

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
     interest may appear to you and the Loss Payee named in the Declarations
     (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
     PART:  SEE IL T8 01 10 93


CA T0 77 02 15                          PAGE  (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN   CFY65   OFFICE: SPATLAN  06P

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART DECLARATIONS

POLICY NUMBER: AD-9P86338A-21-CAG
ISSUE DATE:  09-13-21   JH

LOSS PAYABLE CLAUSE

A.  We will pay you and the loss payee named in the policy for "loss"
    to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the
    "loss" results from conversion, secretion or embezzlement on your
    part.

C.  We may cancel the policy as allowed by the CANCELLATION Common
    Policy Condition.  Cancellation ends this agreement as to the loss
    payee's interest.  If we cancel the policy we will mail you and the
    loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their
    rights against any other party.

SCHEDULE OF LOSS PAYEES

LOSS PAYEE (Name and Address)

CA TO 77 02 15                           PAGE   (CONTINUED)
PRODUCER: BALDWIN KRYSTYN SHERMAN    CFY65   OFFICE: SPATLAN  06P

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 09-13-21

Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 1 | 365 SOUTHWELL BLVD TIFTON | GA | 31794 | 119 | |
| 2 | 2924 3RD AVE NORTH BIRMINGHAM | AL | 35203 | 101 | 0001 |
| 3 | 4465 MARION AVE MACON | GA | 31206 | 105 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 1 | Cl I  Empl-Regular | | | |
| | Cl I  Empl-A/O | 3.0 | 1.20 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 1.20 |
| 2 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | 9.0 | 3.60 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 5.60 |
| 3 | Cl I  Empl-Regular | 2.0 | 2.00 | |
| | Cl I  Empl-A/O | 6.0 | 2.40 | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 4.40 |



LOCATION # 1          LOCATION # 2          LOCATION # 3



| | RATE | PREM | RATE | PREM | RATE | PREM | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|---|
| AUTO & GEN LIAB | | | | | | | | |
| LOC & OP MED PAY | | | | | | | $ | |
| PIP/APIP | | | | | | | | |
| NJ PED PIP | | | | | | | | |
| MICHIGAN PPI | | | | | | | | |
| AUTO MED PAY | | | | | | | $ | |
| A, E & O LIAB | | | | | | | $ | |

CA T0 78 02 15                                    Page  1 (Continued)



One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 09-13-21

                    Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
 Loc          Address                        Zip              Cnty/twn
 No        Street and City          State    Code    terr       Code
 ---       ---------------          -----    ----    ----    --------
   4    2291 DOTHAN RD
        BAINBRIDGE                    GA     39817    119

   5    1449 COBB PARKWAY N
        MARIETTA                      GA     30062    120

   6    4541 BUFORD HWY
        NORCROSS                      GA     30071    125


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
 Loc     Class of                    No of    Rating    Total Rating
 No      Operators                  Persons   Units        Units
 ---     ---------                  -------   ------    -----------
   4     Cl I  Empl-Regular           1.0      1.00
         Cl I  Empl-A/O
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over
                                                            1.00


   5     Cl I  Empl-Regular           1.0      1.00
         Cl I  Empl-A/O               3.0      1.20
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over
                                                            2.20


   6     Cl I  Empl-Regular           2.0      2.00
         Cl I  Empl-A/O              11.0      4.40
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over
                                                            6.40
```

| | LOCATION # 4 | | LOCATION # 5 | | LOCATION # 6 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| LOC & OP MED PAY | | ▮ | | | | | $ | ▮ |
| PIP/APIP | | | | | | | | |
| NJ PED PIP | | | | | | | | |
| MICHIGAN PPI | | | | | | | | |
| AUTO MED PAY | | ▮ | | ▮ | | ▮ | ▮ | $ ▮ |
| A, E & O LIAB | | | | | | | | |

```
     CA  T0 78 02 15                          Page  2  (Continued)
```



**TRAVELERS J**                        One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 09-13-21

                    Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
Loc              Address                        Zip              Cnty/twn
No           Street and City        State      Code      terr      Code
---          ---------------        -----      ----      ----   --------
  7   1251 NEWELL PKWY
      MONTGOMERY                      AL       36110      116      0169

  8   1860 WESTGATE PKWY
      ATLANTA                         GA       30336      101

  9   154 FALCON DR STE B
      FOREST PARK                     GA       30297      124


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
Loc   Class of                        No of    Rating   Total Rating
No    Operators                      Persons   Units       Units
---   ---------                      -------   ------   -----------

  7   Cl I   Empl-Regular              2.0      2.00
      Cl I   Empl-A/O                 13.0      5.20
      Cl II  Non-Empl-Under age 25
      Cl II  Non-Empl-Age 25 or over
                                                            7.20


  8   Cl I   Empl-Regular              1.0      1.00
      Cl I   Empl-A/O                  9.0      3.60
      Cl II  Non-Empl-Under age 25
      Cl II  Non-Empl-Age 25 or over
                                                            4.60


  9   Cl I   Empl-Regular              3.0      3.00
      Cl I   Empl-A/O                 10.0      4.00
      Cl II  Non-Empl-Under age 25
      Cl II  Non-Empl-Age 25 or over
                                                            7.00
```

|                        | LOCATION # 7 | | LOCATION # 8 | | LOCATION # 9 | | TOTAL PREMIUMS |
|------------------------|------|------|------|------|------|------|----------------|
|                        | RATE | PREM | RATE | PREM | RATE | PREM |                |
| AUTO & GEN LIAB        | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ $ | ▆ |
| LOC & OP MED PAY       | ▆ |   |   |   |   |   |                |
| PIP/APIP               |      |      |      |      |      |      |                |
| NJ PED PIP             |      |      |      |      |      |      |                |
| MICHIGAN PPI           |      |      |      |      |      |      |                |
| AUTO MED PAY           | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ $ | ▆ |
| A, E & O LIAB          |      |      |      |      |      |      |                |

```
      CA T0 78 02 15                        Page  3 (Continued)
```



**TRAVELERS**                    One Tower Square, Hartford, Connecticut 06183

```
                        AUTO DEALERS COVERAGE PART DECLARATIONS
                        AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                        Issue date: 09-13-21

                  Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
   Loc              Address                    Zip              Cnty/twn
   No          Street and City        State    Code    terr      Code
   ---         ---------------        -----    ----    ----    --------
    10    705 GENE STEWART BLVD
          SYLACAUGA                     AL     35150    129      0222

    11    114 ELI WHITNEY BLVD
          SAVANNAH                      GA     31408    108

    12    708 GIL HARBIN IND BLVD
          VALDOSTA                      GA     31601    119


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
   Loc    Class of                      No of    Rating   Total Rating
   No     Operators                    Persons   Units        Units
   ---    ---------                    -------   ------   -----------

   10     Cl I  Empl-Regular            2.0      2.00
          Cl I  Empl-A/O
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over
                                                           2.00


   11     Cl I  Empl-Regular            3.0      3.00
          Cl I  Empl-A/O               12.0      4.80
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over
                                                           7.80


   12     Cl I  Empl-Regular            2.0      2.00
          Cl I  Empl-A/O                5.0      2.00
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over
                                                           4.00
```

|  |  | LOCATION # 10 | | LOCATION # 11 | | LOCATION # 12 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|---|
|  |  | RATE | PREM | RATE | PREM | RATE | PREM |  |
| AUTO & GEN LIAB | | ■■ | ■■■■■ | ■■ | ■■■■■ | ■■ | ■■■■■ $ | ■■ |
| LOC & OP MED PAY | | ■ | ■ | ■ | ■ | | | |
| PIP/APIP | | | | | | | | |
| NJ PED PIP | | | | | | | | |
| MICHIGAN PPI | | | | | | | | |
| AUTO MED PAY | | ■■ | ■■ | ■■ | ■■ | ■■ | ■■ $ | ■■ |
| A, E & O LIAB | | | | | | | | |

```
     CA TO 78 02 15                          Page  4 (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 09-13-21

                 Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
  Loc          Address                    Zip              Cnty/twn
  No        Street and City       State   Code    terr       Code
  ---     ---------------         -----   ----    ----    --------
  13      1967 KINSEY RD
          DOTHAN                   AL     36303    121      0085

  14      979 POINT PETER RD
          SAINT MARYS              GA     31558    119

  15      1400 & 1404 BRICKLINE CT
          ALBANY                   GA     31707    106


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
  Loc     Class of                    No of    Rating    Total Rating
  No      Operators                  Persons   Units         Units
  ---     ---------                  -------   ------    -----------

  13      Cl I   Empl-Regular          2.0      2.00
          Cl I   Empl-A/O              6.0      2.40
          Cl II  Non-Empl-Under age 25
          Cl II  Non-Empl-Age 25 or over
                                                            4.40


  14      Cl I   Empl-Regular          1.0      1.00
          Cl I   Empl-A/O
          Cl II  Non-Empl-Under age 25
          Cl II  Non-Empl-Age 25 or over
                                                            1.00


  15      Cl I   Empl-Regular          9.0      9.00
          Cl I   Empl-A/O             32.0     12.80
          Cl II  Non-Empl-Under age 25
          Cl II  Non-Empl-Age 25 or over
                                                           21.80
```



```
                LOCATION         LOCATION         LOCATION
              #  13             #  14            #  15
             ---------------   ---------------   ---------------

                        TOTAL
                        PREMIUMS
                   RATE    PREM    RATE    PREM    RATE    PREM
AUTO & GEN LIAB    ██      ███     ██      ███     ██      ███
LOC & OP MED PAY   █       █       █       ███  $  ███
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY       ██      ██      ██              ██      ██   $  ███
A, E & O LIAB
    CA T0 78 02 15                        Page  5 (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 09-13-21

Policy Number: AD -9P86338A-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|--------|-------------------------|-------|----------|------|---------------|
| 16 | US HWY 3415 HAZLEHURST | GA | 31539 | 119 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|--------|--------------------|---------------|--------------|--------------------|
| 16 | Cl I  Empl-Regular | 1.0 | 1.00 | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | 1.00 |
| | Cl I  Empl-Regular | | | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | Cl I  Empl-Regular | | | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |

| | LOCATION # 16 | | LOCATION # | | LOCATION # | | TOTAL PREMIUMS |
|--|------|------|------|------|------|------|------|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | �formula | ▮▮▮▮ | | | | $ | ▮▮▮▮ |
| LOC & OP MED PAY | ▮ | ▮ | | | | $ | ▮ |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | ▮▮ | ▮▮ | ▮▮ | | ▮▮ | $ | ▮▮ |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15

Page  6 (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 09-13-21

Policy Number: AD -9P86338A-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM -  ■■■■

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal
use of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA T0 78 02 15                                        Page  7

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-13-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 1 | COMPREHENSIVE | $      450,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $         MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO |
| | | $         MAXIMUM DEDUCTIBLE |
| | | FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $         MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $         MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO |
| | | $         MAXIMUM DEDUCTIBLE |
| | | FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    450,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 01   (Continued)



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-13-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages              Limit of Insurance for Each Location
  No.

       COMPREHENSIVE      $      300,000      MINUS THE DEDUCTIBLE AS
  2                       SHOWN ON CA T4 14
                                   OR
                          $         MINUS $          DEDUCTIBLE FOR ALL
                          PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                          $             MAXIMUM DEDUCTIBLE
                          FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


       SPECIFIED CAUSES OF $         MINUS $          DEDUCTIBLE FOR
       LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                          OR MISCHIEF OR VANDALISM SUBJECT TO $
                          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                          ONE EVENT;
                                   OR
                          $         MINUS $          DEDUCTIBLE FOR ALL
                          PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                          $             MAXIMUM DEDUCTIBLE
                          FOR ALL SUCH LOSS IN ANY ONE EVENT.
       COLLISION          $    300,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                          CUSTOMER'S AUTO.


       CA T0 79 02 15                      PAGE 02   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

                    AUTO DEALERS COVERAGE PART DECLARATIONS
                    Issue Date: 09-13-21

                    Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages           Limit of Insurance for Each Location
  No.

     3    COMPREHENSIVE       $        375,000     MINUS THE DEDUCTIBLE AS
                              SHOWN ON CA T4 14
                                        OR
                              $         MINUS $         DEDUCTIBLE FOR ALL
                              PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                              $         MAXIMUM DEDUCTIBLE
                              FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


          SPECIFIED CAUSES OF $         MINUS $         DEDUCTIBLE FOR
          LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                              OR MISCHIEF OR VANDALISM SUBJECT TO $
                              MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                              ONE EVENT;
                                        OR
                              $         MINUS $          DEDUCTIBLE FOR ALL
                              PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                              $         MAXIMUM DEDUCTIBLE
                              FOR ALL SUCH LOSS IN ANY ONE EVENT.
          COLLISION           $     375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
                              CUSTOMER'S AUTO.




          CA T0 79 02 15                      PAGE 03   (Continued)

 **TRAVELERS** J                One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-13-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 4 | COMPREHENSIVE | $     600,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $   600,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 04   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-13-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 5 | COMPREHENSIVE | $          25,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    250,000 MINUS $     5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 05   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-13-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 6 | COMPREHENSIVE | $ 375,000 MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR |
| | | $ MINUS $ DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $ MINUS $ DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR |
| | | $ MINUS $ DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $ 375,000 MINUS $ 5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                   PAGE 06   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 09-13-21

                        Policy Number: AD -9P86338A-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages             Limit of Insurance for Each Location
    No.

        7    COMPREHENSIVE        $       375,000      MINUS THE DEDUCTIBLE AS
                                  SHOWN ON CA T4 14
                                           OR
                                  $         MINUS $         DEDUCTIBLE FOR ALL
                                  PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                  $           MAXIMUM DEDUCTIBLE
                                  FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


             SPECIFIED CAUSES OF  $         MINUS $         DEDUCTIBLE FOR
             LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                                  OR MISCHIEF OR VANDALISM SUBJECT TO $
                                  MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                                  ONE EVENT;
                                           OR
                                  $         MINUS $         DEDUCTIBLE FOR ALL
                                  PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                  $           MAXIMUM DEDUCTIBLE
                                  FOR ALL SUCH LOSS IN ANY ONE EVENT.
             COLLISION            $   375,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
                                  CUSTOMER'S AUTO.




     CA T0 79 02 15                       PAGE 07   (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-13-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 8 | COMPREHENSIVE | $      600,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $        MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $      600,000 MINUS $      5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                PAGE 08   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-13-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 9 | COMPREHENSIVE | $       525,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $       MINUS $       DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $       MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $       MINUS $       DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $       MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $       MINUS $       DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $       MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    525,000 MINUS $    5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 09  (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-13-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

10   COMPREHENSIVE   $      250,000      MINUS THE DEDUCTIBLE AS
                     SHOWN ON CA T4 14
                                  OR
                     $          MINUS $          DEDUCTIBLE FOR ALL
                     PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                     $          MAXIMUM DEDUCTIBLE
                     FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


     SPECIFIED CAUSES OF   $          MINUS $          DEDUCTIBLE FOR
     LOSS                  EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                           OR MISCHIEF OR VANDALISM SUBJECT TO $
                           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                           ONE EVENT;
                                        OR
                           $          MINUS $          DEDUCTIBLE FOR ALL
                           PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                           $          MAXIMUM DEDUCTIBLE
                           FOR ALL SUCH LOSS IN ANY ONE EVENT.
     COLLISION             $      250,000 MINUS $      5,000 DEDUCTIBLE FOR EACH
                           CUSTOMER'S AUTO.


CA T0 79 02 15                          PAGE 10   (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-13-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 11 | COMPREHENSIVE | $      750,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $        MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $        MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $        MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $      750,000 MINUS $      5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 11   (Continued)


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-13-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 12 | COMPREHENSIVE | $      750,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |

                                                 OR

$                 MINUS $             DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$             MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

SPECIFIED CAUSES OF $             MINUS $             DEDUCTIBLE FOR
LOSS            EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
OR MISCHIEF OR VANDALISM SUBJECT TO $
MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
ONE EVENT;
               OR
$             MINUS $             DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$             MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION       $   750,000 MINUS $    5,000 DEDUCTIBLE FOR EACH
CUSTOMER'S AUTO.

CA T0 79 02 15                              PAGE 12   (Continued)



**TRAVELERS**                One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-13-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 13 | COMPREHENSIVE | $       375,000       MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |

                              OR

$          MINUS $          DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$          MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

SPECIFIED CAUSES OF     $          MINUS $          DEDUCTIBLE FOR
LOSS     EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
OR MISCHIEF OR VANDALISM SUBJECT TO $
MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
ONE EVENT;
                    OR
$          MINUS $          DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$          MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION     $   375,000 MINUS $     5,000 DEDUCTIBLE FOR EACH
CUSTOMER'S AUTO.

CA T0 79 02 15                          PAGE 13   (Continued)



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-13-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 14 | COMPREHENSIVE | $       100,000       MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   100,000 MINUS $    5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 14  (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-13-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 15 | COMPREHENSIVE | $    1,200,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $       MINUS $      DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $       MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $       MINUS $       DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $       MINUS $       DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $       MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $ 1,200,000 MINUS $    5,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                         PAGE 15   (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 09-13-21

Policy Number: AD -9P86338A-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
    Comprehensive
    Specified Causes of Loss
    Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

  DIRECT COVERAGE OPTIONS

    (X) EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
        remains applicable on a legal liability basis. However coverage also
        applies without regard to your or any other "Insured's" legal
        liability for "loss" to a customer's "auto" on an  excess basis over
        any other collectible insurance regardless of whether the other
        insurance covers your or any other "insured's"interest or the interest
        of the covered "auto's" owner.

    ( ) PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
        changed to apply without regard to your or any other "insured's"
        legal liability for "loss" to a customer's "auto" and is primary
        insurance.

CA T0 79 02 15                                PAGE 16

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

NON-DEALERS' AND TRAILER DEALERS'
ISSUE DATE 09-13-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM NINE

PHYSICAL DAMAGE INSURANCE-AUTOS HELD FOR SALE-TYPES OF COVERED AUTOS AND
INTERESTS IN THESE AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

The PHYSICAL DAMAGE COVERAGE provision of the Garage Coverage Form relating to
dealers apply to those autos held for sale by non-dealers and trailer dealers.

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
TWO applies only to the types of autos and interest indicated by 'X'.

| COVERAGES | | COMPREHENSIVE | SPECIFIED CAUSES OF LOSS | COLLISION |
|---|---|---|---|---|
| TYPES OF AUTOS | NEW AUTOS | X | | X |
| | USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES | X | | X |
| INTERESTS COVERED | YOUR INTEREST IN COVERED AUTOS YOU OWN | X | | X |
| | YOUR INTEREST ONLY IN FINANCED COVERED AUTOS | X | | X |
| | YOUR INTEREST AND THE INTEREST OF ANY CREDITOR NAMED AS A LOSS PAYEE | X | | X |
| | ALL INTERESTS IN ANY AUTO NOT OWNED BY YOU OR ANY CREDITOR WHILE IN YOUR POSSESSION ON CONSIGNMENT FOR SALE | X | | X |

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
   $  1,000,000 Additional locations where you store covered autos
   $  1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting
 (X) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
     You must report to us on our form the locations of your covered "autos"
     and their total value at each such location. For your main sales location
     identified as location no. 1, you must include the total value of all
     covered "autos" you have furnished or made available to yourself, your
     executives, your "employees" or family members and other Class II - Non-
     Employees, and covered "autos" that are temporarily displayed or stored
     at locations other than those stated in ITEM THREE above. For your main
     sales location you must include the total value of all service vehicles.

CA T0 22 12 90                                         PAGE    1

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

                                    GARAGE COVERAGE PART
                                    NON-DEALERS' AND TRAILER DEALERS'
                                    SUPPLEMENTARY SCHEDULE
                                    ISSUE DATE 09-13-21

                        POLICY NUMBER: AD -9P86338A-21-CAG

ITEM NINE (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting (continued)

     YOUR REPORTING BASIS IS:
     ( ) QUARTERLY you must give us your first report by the fifteenth of the
         fourth month after the policy begins. Your subsequent reports must
         be given to us by the fifteenth of every third month. Your reports
         must contain the value for the last business day of every third
         month coming within the policy period.
     (X) MONTHLY You must give us your reports by the fifteenth of every
         month. Your reports will contain the total values you had on the
         last business day of the preceding month.
     Premiums will be calculated pro rata of the annual premium for the expo-
     sures contained in each report. At the end of each policy year we will
     add the monthly premiums or the quarterly premiums to determine your
     final premium due for the entire policy year. The estimated total
     premiums shown will be credited against the final premium due.
   ( ) NONREPORTING BASIS. Stated limit of insurance shown above applies.


LOC.
NO.   COVERAGE          LIMIT OF INSURANCE FOR EACH LOCATION

  1   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14.

                                       LIMIT       RATE         PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS               500,000     ██████       ██████
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS


ALL    BLANKET          $404,040,404 MINUS $ 5,000 DEDUCTIBLE FOR EACH
       COLLISION              COVERED AUTO.



                              COLLISION PREMIUM  $    ██████


CA T0 22 12 90                                    PAGE    2

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

GARAGE COVERAGE PART
NON-DEALERS' AND TRAILER DEALERS'
ISSUE DATE 09-13-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM NINE (CONTINUED)

LOC.
NO.   COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

2     COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                        LIMIT         RATE          PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS                650,000       ▬▬▬          ▬▬▬▬
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

3     COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                        LIMIT         RATE          PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS                725,000       ▬▬▬          ▬▬▬▬
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

4     COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                        LIMIT         RATE          PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS                250,000       ▬▬▬          ▬▬▬
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

CA T0 22 12 90                                        PAGE    3



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                                    GARAGE COVERAGE PART
                                    NON-DEALERS' AND TRAILER DEALERS'
                                    ISSUE DATE 09-13-21

                          POLICY NUMBER: AD -9P86338A-21-CAG


ITEM NINE (CONTINUED)

LOC.
NO.   COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

 5    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                        LIMIT        RATE          PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS               325,000       ███            ███
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

 6    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                        LIMIT        RATE          PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS               425,000       ███            ███
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

 7    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

                                        LIMIT        RATE          PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS               250,000       ███            ███
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS
```

CA T0 22 12 90                                          PAGE    4

 **TRAVELERS**J                One Tower Square, Hartford, Connecticut  06183

```
                                    GARAGE COVERAGE PART
                                    NON-DEALERS' AND TRAILER DEALERS'
                                    ISSUE DATE 09-13-21

                              POLICY NUMBER: AD -9P86338A-21-CAG


        ITEM NINE (CONTINUED)

        LOC.
        NO.   COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

          8   COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                    BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                    CA T4 14.

                                    LIMIT         RATE            PREMIUM
              FIRE ONLY, BUILDING & LOTS
              BUILDING
              STANDARD OPEN LOTS    250,000       ████            ████
              NON STANDARD OPEN LOTS
              MISCELLANEOUS BUILDING
              MISCELLANEOUS OPEN LOTS

          9   COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                    BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                    CA T4 14.

                                    LIMIT         RATE            PREMIUM
              FIRE ONLY, BUILDING & LOTS
              BUILDING
              STANDARD OPEN LOTS    625,000       ████            ██████
              NON STANDARD OPEN LOTS
              MISCELLANEOUS BUILDING
              MISCELLANEOUS OPEN LOTS

         11   COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                    BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                    CA T4 14.

                                    LIMIT         RATE            PREMIUM
              FIRE ONLY, BUILDING & LOTS
              BUILDING
              STANDARD OPEN LOTS
              NON STANDARD OPEN LOTS 600,000      ████            ████
              MISCELLANEOUS BUILDING
              MISCELLANEOUS OPEN LOTS
```

CA T0 22 12 90                                            PAGE    5

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

GARAGE COVERAGE PART
NON-DEALERS' AND TRAILER DEALERS'
ISSUE DATE 09-13-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM NINE (CONTINUED)

LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

12    COMPREHENSIVE          LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 500,000 | ▆▆ | ▆▆ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

13    COMPREHENSIVE          LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 250,000 | ▆▆ | ▆▆ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

14    COMPREHENSIVE          LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | 100,000 | ▆▆ | ▆▆ |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

CA T0 22 12 90                                              PAGE    6

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

GARAGE COVERAGE PART
NON-DEALERS' AND TRAILER DEALERS'
ISSUE DATE 09-13-21

POLICY NUMBER: AD -9P86338A-21-CAG

ITEM NINE (CONTINUED)

LOC.
NO.   COVERAGE          LIMIT OF INSURANCE FOR EACH LOCATION

15   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                        BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                        CA T4 14.

                                       LIMIT        RATE         PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS             1,750,000    ████         ████
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

                                       TOTAL PREMIUM  $    ██████

CA TO 22 12 90                                         PAGE    7



One Tower Square, Hartford, Connecticut 06183

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                        ITEM THREE.    SCHEDULE OF COVERED
                                       AUTOS YOU OWN
                             (SEE SEPARATE PAGE EXPLAINING
                            CERTAIN ENTRIES OR ABSENCE THEREOF)

                            POLICY NUMBER: AD-9P86338A-21-CAG

    INSURED'S NAME:   FRED TAYLOR COMPANY INC              CA T0 81 02 15
                      AND AS PER IL T8 03
```

| COVERED AUTO NO | | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|---|
| 11 | TIFTON | | GA | 31794 | 0000 | 119 | 50199 | 99999 |
| 12 | TIFTON | | GA | 31794 | 0000 | 119 | 50199 | 99999 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF LIAB | AGE GROUP |
|---|---|---|---|---|---|---|
| 11 | 22 | MACK | 1M1AN3GY9NM023683 | 110363 | | |
| 12 | 22 | MACK | 1M1AN3GY1NM026531 | 110363 | | |

| | COVERED AUTO | COVERED AUTO | COVERED AUTO | COVERED AUTO | COVERED AUTO |
|---|---|---|---|---|---|
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | | | | | |
| COLLISION | | | | | |
| PREMIUMS: | | | | | |
| LIABILITY | | | | | |
| MED PAY | | | | | |
| COMPREHENSIVE | | | | | |
| COLLISION | | | | | |
| TOTAL | | | | | |

```
    TOTAL UNINSURED AND UNDERINSURED MOTORISTS PREMIUM:      ████
```

```
     * APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
    **APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES AND COLLISION COVERAGES
                            SPV   11           PAGE   1              001
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 09-13-21

Policy Number: AD-9P86338A-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --- | --- | --- | --- |
| 001 | 1 | | |
| 002 | 1 | | |
| 003 | 1 | | |
| 004 | 1 | | |
| 005 | 1 | | |
| 006 | 1 | | |
| 007 | 1 | | |
| 008 | 1 | | |
| 009 | 1 | | |
| 010 | 1 | | |
| 011 | 1 | | |
| 012 | 1 | | |
| 013 | 1 | | |
| 014 | 1 | | |
| 015 | 1 | | |
| 016 | 1 | | |

CA T0 83 02 15

Page  1

POLICY NUMBER: **AD-9P86338A-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **09-13-21**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGEKEEPERS COVERAGE AND
# PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS COVERAGE FORM

**PROVISIONS**

1. The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

**SCHEDULE**

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**CA T4 14 02 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

    **(1)** Theft or Mischief or Vandalism

    **(2)** Earthquake

    **(3)** Windstorm Or Hail

    **(4)** Flood

    **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5., Limit Of Insurance And Deductibles**, in Paragraph **E., Garagekeepers Coverage**, of SECTION I – COVERED AUTOS COVERAGES:

    **5. Limit Of Insurance And Deductibles**

        **a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

        **b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

        **c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5., Deductible**, in Paragraph **F., Physical Damage Coverage**, of SECTION I – COVERED AUTOS COVERAGES:

    **5. Deductible**

        For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

        The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA T4 14 02 15

COMMERCIAL AUTO
ISSUE DATE: 09-13-21

POLICY NUMBER: AD-9P86338A-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 1 | Windstorm or Hail | $ 5,000 | $ NO |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 2 | Windstorm or Hail | $ 5,000 | $ NO |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 3 | Windstorm or Hail | $ 5,000 | $ NO |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 4 | Windstorm or Hail | $ 5,000 | $ NO |
| 5 | All Covered Perils, | $ 5,000 | $ 25,000 |

CA T4 14 SCHED

Page  1 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  09-13-21

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES
### SCHEDULE

| | | | | | |
|---|---|---|---|---|---|
| | other than collision, not listed separately on this Schedule | | | | |
| 5 | Windstorm or Hail | $ | 5,000 | $ | NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 6 | Windstorm or Hail | $ | 5,000 | $ | NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 7 | Windstorm or Hail | $ | 5,000 | $ | NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

Deductible

CA T4 14 SCHED

Page  2 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  09-13-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|-------------------------------------|
| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 8 | Windstorm or Hail | $    5,000 | $    NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

|     |                          | Deductible              |                                     |
|-----|--------------------------|-------------------------|-------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 9 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 9 | Windstorm or Hail | $    5,000 | $    NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

|     |                          | Deductible              |                                     |
|-----|--------------------------|-------------------------|-------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 10 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 10 | Windstorm or Hail | $    5,000 | $    NO |

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  09-13-21

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 11 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 11 | Windstorm or Hail | $    5,000 | $    NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 12 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 12 | Windstorm or Hail | $    5,000 | $    NO |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 13 | All Covered Perils, other than collision, | $    5,000 | $    25,000 |

CA T4 14 SCHED

Page   4 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  09-13-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

#### SCHEDULE

not listed separately on
this Schedule

| Loc | Covered Causes of Loss** | | For Each Covered "Auto" | | Maximum Deductible in any one event |
|---|---|---|---|---|---|
| 13 | Windstorm or Hail | $ | 5,000 | $ | NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | | For Each Covered "Auto" | | Maximum Deductible in any one event |
|---|---|---|---|---|---|
| 14 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 14 | Windstorm or Hail | $ | 5,000 | $ | NO |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | | For Each Covered "Auto" | | Maximum Deductible in any one event |
|---|---|---|---|---|---|
| 15 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 15 | Windstorm or Hail | $ | 5,000 | $ | NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

Deductible
For Each        Maximum

CA T4 14 SCHED

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 09-13-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

| Loc | Covered Causes of Loss** | Covered "Auto" | Deductible in any one event |
|-----|--------------------------|----------------|------------------------------|

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------------------|--------------------------------------|
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 1 | Windstorm or Hail | $ 5,000 | $ NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------------------|--------------------------------------|
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 2 | Windstorm or Hail | $ 5,000 | $ NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------------------|--------------------------------------|

CA T4 14 SCHED

Page  6 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 09-13-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

| | | | | | |
|---|---|---|---|---|---|
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 3 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 4 | Windstorm or Hail | $    5,000 | $    NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 5 | Windstorm or Hail | $    5,000 | $    NO |

CA T4 14 SCHED

TRAVELERS DOC MGMT Page 685 of 692

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  09-13-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------------------|--------------------------------------|
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 6 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------------------|--------------------------------------|
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $    5,000 | $    25,000 |
| 7 | Windstorm or Hail | $    5,000 | $    NO |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------------------|--------------------------------------|

CA T4 14 SCHED

Page  8 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 09-13-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

**SCHEDULE**

| | | | | |
|---|---|---|---|---|
| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 8 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 9 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 9 | Windstorm or Hail | $ 5,000 | $ NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 11 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 5,000 | $ 25,000 |
| 11 | Windstorm or Hail | $ 5,000 | $ NO |

CA T4 14 SCHED

Page   9 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 09-13-21

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

ITEM SIX - PHYSICAL DAMAGE COVERAGE

|  |  | Deductible | |
| --- | --- | --- | --- |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 12 | All Covered Perils, other than collision, not listed separately on this Schedule | $     5,000 | $     25,000 |
| 12 | Windstorm or Hail | $     5,000 | $     NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

|  |  | Deductible | |
| --- | --- | --- | --- |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 13 | All Covered Perils, other than collision, not listed separately on this Schedule | $     5,000 | $     25,000 |
| 13 | Windstorm or Hail | $     5,000 | $     NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

|  |  | Deductible | |
| --- | --- | --- | --- |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 14 | All Covered Perils, | $     5,000 | $     25,000 |

CA T4 14 SCHED

Page 10 of 11

POLICY NUMBER:  AD-9P86338A-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  09-13-21

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

other than collision,
not listed separately on
this Schedule

| 14 | Windstorm or Hail | $ | 5,000 | $ | NO |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 15 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 5,000 | $ | 25,000 |
| 15 | Windstorm or Hail | $ | 5,000 | $ | NO |

CA T4 14 SCHED



**TRAVELERS**
DOCUMENT MANAGEMENT
300 WINDSOR STREET
HARTFORD, CT 06120

11/05/2021

FRED TAYLOR COMPANY INC
AND AS PER IL T8 03
2700 PALMYRA RD.
ALBANY GA 31707-1885

Policy: **AD    9P86338A**                     Policy Renewal Effective Date: **02-01-2022**
Insuring Company: **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**
Line Of Insurance: **AUTO DEALERS**

Policy: N/A                                    Policy Renewal Effective Date: N/A
Insuring Company: N/A
Line Of Insurance: N/A

Policy: N/A                                    Policy Renewal Effective Date: N/A
Insuring Company: N/A
Line Of Insurance: N/A

Policy: N/A                                    Policy Renewal Effective Date: N/A
Insuring Company: N/A
Line Of Insurance: N/A

# NOTICE OF CHANGE IN POLICY TERMS

# AMENDMENT OF
# INTELLECTUAL PROPERTY EXCLUSION

THIS IS NOT AN OFFER TO RENEW YOUR POLICY. THIS NOTICE IS INTENDED TO MAKE YOU AWARE OF CERTAIN COVERAGE CHANGES TO YOUR POLICY IF WE RENEW IT. YOUR STATE INSURANCE DEPARTMENT MAY ALSO REQUIRE US TO NOTIFY YOU OF OTHER CHANGES IF WE RENEW IT.

IF WE DO NOT RENEW YOUR POLICY, WE WILL PROVIDE YOU WITH NOTICE OF NONRENEWAL CONSISTENT WITH APPLICABLE STATE REQUIREMENTS.

IF WE RENEW YOUR POLICY, IT WILL INCLUDE COVERAGE CHANGES FROM YOUR EXPIRING POLICY. THE IMPORTANT COVERAGE CHANGES ARE IDENTIFIED IN THIS NOTICE. PLEASE READ THIS NOTICE CAREFULLY.

YOUR NEW POLICY ALSO MAY INCLUDE CERTAIN WORDING AND FORMATTING CHANGES FOR THE PURPOSE OF CLARIFICATION OR IMPROVED READABILITY. THIS NOTICE DOES NOT NECESSARILY IDENTIFY ANY OR EVERY SUCH CLARIFICATION OR EDITORIAL CHANGE.

NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR EXPIRING POLICY OR YOUR NEW POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.

**PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS.**

If we renew your policy shown above, the Intellectual Property exclusion in your expiring Commercial General Liability, Farm Liability, Auto Dealers, Umbrella Liability, or Manufacturers Errors And Omissions Liability coverage will be changed in your new policy.

The Intellectual Property exclusion in your new policy will include additional wording to clarify that the exclusion applies when any party to a claim or suit, including any insured, alleges an infringement or violation of intellectual property rights or laws.  This is a wording change that reinforces our intent and, therefore, does not change coverage.  This change may be considered to reduce coverage, however, if the exclusion in your previous policy is interpreted to apply only when allegations of such infringement or violation are made against the insured.

The policy forms involved in this change are identified by line of insurance below.

**AUTO DEALERS**

| If your expiring policy includes: | Your new policy will include: |
| --- | --- |
| Amendment Of Personal And Advertising Injury Liability Coverage (CA T4 72 12 18) | Amendment Of Personal And Advertising Injury Liability Coverage (CA T4 72 09 21) |
| Amendment Of Personal And Advertising Injury Liability Coverage – Without Asbestos Exclusion (CA F2 60 12 19) | Amendment Of Personal And Advertising Injury Liability Coverage – Without Asbestos Exclusion (CA F2 60 09 21) |
| Amendment Of Personal And Advertising Injury Liability Coverage – New York (CA F2 62 07 19) | Amendment Of Personal And Advertising Injury Liability Coverage – New York (CA F2 62 09 21) |

**COMMERCIAL GENERAL LIABILITY**

| If your expiring policy includes: | Your new policy will include: |
| --- | --- |
| Amendment Of Coverage B – Limited Personal And Advertising Injury Liability – Not Including Malicious Prosecution (CG D4 37 02 19) | Amendment Of Coverage B – Limited Personal And Advertising Injury Liability – Not Including Malicious Prosecution (CG D4 37 09 21) |
| Amendment Of Coverage B – Limited Personal And Advertising Injury Liability (CG D6 17 02 19) | Amendment Of Coverage B – Limited Personal And Advertising Injury Liability (CG D6 17 09 21) |
| Amendment Of Coverage B – Limited Personal Injury Coverage And Exclusion For Advertising Injury (CG D7 52 02 19) | Amendment Of Coverage B – Limited Personal Injury Coverage And Exclusion For Advertising Injury (CG D7 52 09 21) |
| Amendment Of Coverage B – Limited Personal Injury Coverage And Exclusion For Advertising Injury – Technology (CG D7 53 02 19) | Amendment Of Coverage B – Limited Personal Injury Coverage And Exclusion For Advertising Injury – Technology (CG D7 53 09 21) |
| Amendment Of Coverage B – Limited Personal And Advertising Injury Liability – Not Including Malicious Prosecution (CG D8 16 02 19) | Amendment Of Coverage B – Limited Personal And Advertising Injury Liability – Not Including Malicious Prosecution (CG D8 16 09 21) |
| None of the above endorsements | Amendment of Intellectual Property Exclusion (CG D9 10 09 21) |

© 2021 The Travelers Indemnity Company. All rights reserved.
PN M1 68 06 21

**FARM LIABILITY**

| If your expiring policy includes: | Your new policy will include: |
|---|---|
| Amendment Of Coverage I – Personal And Advertising Injury Liability (FL T3 41 01 15) | Amendment Of Coverage I – Personal And Advertising Injury Liability (FL T3 41 09 21) |
| Amendment Of Coverage I – Personal And Advertising Injury Liability – With Exclusion For Advertising Injury (FL T3 45 01 15) | Amendment Of Coverage I – Personal And Advertising Injury Liability – With Exclusion For Advertising Injury (FL T3 45 09 21) |

**MANUFACTURERS ERRORS AND OMISSIONS LIABILITY**

If your expiring policy includes the Manufacturers Errors And Omissions Liability Coverage Form (PR T1 35 09 18), an Amendment Of Intellectual Property Exclusion endorsement (PR T5 21 09 21) will be added at renewal.

**UMBRELLA LIABILITY**

If your expiring Excess Follow-Form And Umbrella Liability Insurance policy (EU 00 01 07 16) includes the Intellectual Property Exclusion – Coverage B endorsement (EU 01 96 07 16), that endorsement will be replaced at renewal with Amendment Of Advertising Injury Coverage And Intellectual Property Exclusion – Coverage B (EU 01 96 09 21).

If your expiring Excess Follow-Form And Umbrella Liability Insurance policy (EU 00 01 07 16) does not include the Intellectual Property Exclusion – Coverage B endorsement (EU 01 96 07 16), an Intellectual Property Exclusion – Coverage B endorsement (EU 04 21 09 21) will be added at renewal.

**ADDITIONAL INFORMATION**

**MARYLAND**

You may have a right to replace your automobile insurance through the Maryland Automobile Insurance Fund, 1215 E. Fort Avenue, Suite 300, Baltimore, Maryland 21230-5281, Telephone 410-269-8609 / 800-492-7120.

**NEW YORK**

Upon receipt of a written request from you or your authorized agent or broker, we will provide you with your account's loss history within 10 days. This loss history will cover a period of years specified by the Superintendent of Financial Services by regulation or the period of time coverage has been provided by us, whichever is less. Loss information consists of information on closed claims, open claims and notices of occurrences, including date and description of occurrence and any payments or amount of payments.

Your coverage will continue on the same terms, conditions and rates as the expiring policy until the later of the expiration date or 60 days after this notice is mailed to you, except to the extent, prior thereto, you have replaced the coverage or elect to cancel your insurance, in which event such cancellation shall be on the pro rata premium basis.

**WISCONSIN**

Pursuant to Wisconsin Statute Section 631.36(5)(a), if this notice is mailed or delivered to the policyholder within sixty (60) days of the renewal date of the policy, the policyholder may elect to cancel the renewal policy at any time during a sixty (60) day period which begins on the date this notice is mailed or delivered.