# EXHIBIT "C"

# JOHNSONFLOYD LLP
## BUSINESS AND TRIAL LAWYERS
www.JohnsonFloyd.com

J. ALEXANDER JOHNSON PC
jajohnson@jajlaw.com

132 WEST PARKER STREET
BAXLEY, GEORGIA 31513
TEL: 912-367-9000
FAX: 912-367-5883

GRAHAM F. FLOYD PC
gffloyd@jajlaw.com

August 20, 2021

**VIA E-MAIL: mwrobins@travelers.com and Statutory Overnight Delivery**
Travelers Insurance
C/O Michael Robinson
P.O. Box 430
Buffalo, NY 14240-0430

RE:  **Our Client:         Clifford Lee Hardee (Deceased)**
     **Your Insured:       Clifford Lee Hardee**
     **Your Claim No:      FKK7347-Clifford Hardee**
     **Date of Incident:   August 3, 2021**

## TIME LIMIT DEMAND PURSUANT TO O.C.G.A. § 33-7-11(j)

Dear Sir/Madame:

We represent Nicholas Hardee, Jessie Hardee Bass, and Nicole Hardee in relation to the wrongful death of their father, Clifford Lee Hardee on August 3, 2021. The tortfeasor is underinsured for the purpose of bodily injury liability coverage as the tortfeasor carried insurance limits of $300,000.00. This letter is being sent to you pursuant to O.C.G.A. §33-7-11, and is in the nature of a demand for purposes of compromise only.

Enclosed you will find a copy of the declarations page from Auto Owners Insurance Company confirming the bodily injury liability limit of $300,000.00. Enclosed herewith please also find a copy of our demand portfolio recently submitted to Auto-Owners Insurance Company.

This will serve as formal notice to you of our intent to pursue an underinsured motorist claim under your insured's policy. In Georgia, every motor vehicle liability policy must contain provision for uninsured motorist coverage "[e]qual to the limits of liability" of the policy unless the insured affirmatively chooses limits less than the limits of liability. The liability limits on the policy disclosed to me is $1,000,000.00. I have asked for proof of your insured's written selection to have uninsured limits below its limits of liability but you have explained to me that you do not have these. Therefore, our demand is for $1,000,000.00.

Pursuant to O.C.G.A section 33-7-11, all UM/UIM coverage is "add on" coverage unless "add on" UM/UIM coverage is specifically rejected and the "difference in limits" coverage is chosen <u>in writing</u>. We have not been provided anything <u>in writing</u> showing

Travelers Insurance
Claim No. FKK7347-Clifford Hardee
August 20, 2021
Page 2

that our client selected the older style "difference in limits" coverage. We will have our client execute a policy release of the applicable policy/policies only, not a general release. The following additional conditions apply to any settlement negotiations that ever take place concerning this claim, even if the case goes into litigation and negotiations occur with an attorney or anyone representing any potential Defendant:

1. We will release claims against the policy or policies in question only, and there shall be no full release of any company or entity, plus diminution in value and property damage claims will not be released;
2. Payment shall be made to our client referenced herein and Johnson Floyd, LLP only, and no one else shall be on any settlement check or draft;
3. Payment within 10 days of the settlement must be in the form of one check for the entire settlement amount made out as noted in number 2 above, and we alone will handle all lien and reimbursement issues;
4. Only the client referenced herein shall be on the policy release as a required signatory and releasing party;
5. Indemnity may be for medical/healthcare liens only, and indemnity will not be provided for any attorney's fees or expenses of litigation;
6. As an attorney and not a party, I do not sign releases;
7. We do not allow waiver of property exemptions in releases;
8. We must be in receipt of the settlement funds before any release will be executed; and
9. Any release cannot include a confidentiality provision, and the release must not contain any language stating in any fashion that my client has been fully and completely compensated as my client has not been.

We await your response within 60 days of your company's receipt of this letter. Should you require any additional information, please contact us immediately.

Sincerely,

Graham F. Floyd

GFF/jh

Enclosures

EXHIBIT A
PAGE 1 OF 2

59511 (10-19)

18-0173-00
BENNETT BENNETT & JOHNSON INS AGENCY
PO BOX 752
ALMA  GA  31510



**INSURANCE**

LIFE • HOME • CAR • BUSINESS

PO Box 30660 • Lansing, MI 48909-8160
517.323.1200

03-16-2021                                    Auto-Owners Insurance Company

| You can view your policy, pay your bill, or change your paperless options at any time online at www.auto-owners.com. |
|---|
| **ADDITIONAL WAYS TO PAY YOUR BILL** |
| Pay Online                              Pay by Mail |
| www.auto-owners.com            AUTO-OWNERS INSURANCE |
| Pay My Bill                                   PO BOX 740312 |
| Pay by Phone                     CINCINNATI, OH 45274-0312 |
| 1-800-288-8740 |

J MILES ENTERPRISES LLC
DBA MILES AUTO SALES
202 S PIERCE ST
ALMA  GA  31510-2916

Your agency's phone number is (912) 632-0101.

RE: Policy 49-078-048-00                Billing Account 012686002

Thank you for selecting Auto-Owners Insurance Group to serve your insurance needs! Feel free to contact your independent Auto-Owners agent with questions you may have.

Auto-Owners and its affiliate companies offer a full complement of policies, each of which has its own eligibility requirements, coverages and rates. In addition, Auto-Owners also offers many billing options.  Please take this opportunity to review your insurance needs with your Auto-Owners agent, and discuss which company, program, and billing option may be most appropriate for you.

Auto-Owners Insurance Company was formed in 1916. Our A++ (Superior) rating by A.M. Best Company signifies that we have the financial strength to provide the insurance protection you need. The Auto-Owners Insurance Group is comprised of six property and casualty companies and a life insurance company.

*Serving Our Policyholders and Agents Since 1916*

*Auto-Owners*

Page 1

Issued   03-16-2021

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

| | | |
|---|---|---|
| AGENCY | BENNETT BENNETT & JOHNSON INS AGENCY | |
| | 18-0173-00     MKT TERR 087     (912) 632-0101 | |
| INSURED | J MILES ENTERPRISES LLC | |
| | DBA MILES AUTO SALES | |
| ADDRESS | 202 S PIERCE ST | |
| | ALMA  GA  31510-2916 | |

Endorsement Effective   02-10-2021
**POLICY NUMBER**   **49-078-048-00**
Company Use   80-47-GA-1202

Company Bill

**Policy Term**
12:01 a.m. to 12:01 a.m.
02-10-2021    02-10-2022

This policy is amended in consideration of the additional or return premium shown below.  This Declarations voids and replaces all previously issued Declarations bearing the same policy number and premium term.

69554 (01-17)

**POLICY INFORMATION**

| | |
|---|---|
| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S): | |
| THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT. | PREMIUM |
| GARAGE LIABILITY COVERAGE | $3,942.63 |
| DEALER'S BLANKET COVERAGE | $993.95 |
| **TOTAL** | **$4,936.58** |

Page 2

| | | | | |
|---|---|---|---|---|
| Auto-Owners Ins. Co. | | | Issued | 03-16-2021 |
| AGENCY BENNETT BENNETT & JOHNSON INS AGENCY<br>18-0173-00    MKT TERR 087 | Company Bill | **POLICY NUMBER**<br>Company Use | | **49-078-048-00**<br>80-47-GA-1202 |
| INSURED  J MILES ENTERPRISES LLC | | | Term 02-10-2021 to | 02-10-2022 |

79041 (01-17)

## GARAGE LIABILITY COVERAGE
## DIVISION I

### Garage Liability Coverage - Limits of Insurance

| COVERAGES | LIMITS |
|---|---|
| General Aggregate (Other than Products-Completed Operations and Auto) | $300,000 |
| Products-Completed Operations Aggregate | $300,000 |
| Personal Injury and Advertising Injury | $300,000 |
| Combined Bodily Injury and Property Damage Liability | $300,000 each occurrence |
| Auto Medical Payments | $1,000 each person |
| Accidental Death and Disability Income | See Form 89873 |
| Medical Payments | See Endorsement Below |
| Uninsured including Underinsured Motorist | $300,000 each person / $300,000 each occurrence |
| Uninsured Motorist Property Damage | $300,000 each occurrence - $250 deductible |

ITEM DETAILS:
Twice the "General Aggregate Limit" is provided at no additional charge for each 12-month period in accordance with form 89700.
Audit is Annual.
Entity is a Limited Liability Company.

### Garage Liability Plus Endorsement 89909

| COVERAGES | LIMITS |
|---|---|
| Damage to Premises Rented to You (Fire, Lightning, Explosion, Smoke and Water Damage) | $300,000 any one premises |
| Medical Payments | $10,000 any one person |

Expanded Coverage Details See Form
  Extended Watercraft
  Personal Injury Extension
  Broadened Supplementary Payments
  Broadened Knowledge of Occurrence
  Additional Products-Completed Operations Aggregate
  Blanket Additional Insured-Lessor of Leased Equipment
  Blanket Additional Insured-Managers or Lessors of Premises
  Newly Formed or Acquired Organizations Extension
  Blanket Waiver of Subrogation
  Fellow Employee Coverage

Page 3

Auto-Owners Ins. Co.                                                                                   Issued     03-16-2021

| AGENCY | BENNETT BENNETT & JOHNSON INS AGENCY | | Company Bill | **POLICY NUMBER** | **49-078-048-00** |
|---|---|---|---|---|---|
| | 18-0173-00 | MKT TERR 087 | | Company Use | 80-47-GA-1202 |

INSURED   J MILES ENTERPRISES LLC                                       Term  02-10-2021  to  02-10-2022

---

**LOCATION 001: 202 S Pierce St, Alma, GA 31510-2916**          Territory: 014
                                                                County:   Bacon

### Named Person Uninsured Motorist: JAMES MILES

| COVERAGES | PREMIUM | CHANGE |
|---|---|---|
| Uninsured including Underinsured Motorist | $139.00 | |
| Terrorism Coverage | $0.70 | |
| **TOTAL** | **$139.70** | |
| | | No Charge |

Additional Forms For This Coverage:
89736   (09-05)

### Named Person Automobile Medical Payments: JAMES MILES

| COVERAGES | PREMIUM | CHANGE |
|---|---|---|
| Auto Medical Payments (Excess basis) | $9.00 | |
| Accidental Death and Disability Income | | |
| Terrorism Coverage | $0.05 | |
| **TOTAL** | **$9.05** | |
| | | No Charge |

Additional Forms For This Coverage:
89938   (09-05)       89873   (08-11)

### Garage Liability - DIVISION I

| COVERAGES | ESTIMATED PREMIUM | CHANGE |
|---|---|---|
| Combined Bodily Injury and Property Damage Liability | $3,106.00 | |
| Auto Medical Payments | $23.00 | |
| Accidental Death and Disability Income | | |
| Medical Payments | $59.00 | |
| Uninsured including Underinsured Motorist | $277.00 | |
| Uninsured Motorist Property Damage | $99.00 | |
| Terrorism Coverage | $17.82 | |
| **TOTAL** | **$3,581.82** | |
| | | No Charge |

Additional Forms For This Coverage:
89147   (11-11)       89980   (08-15)       89896   (09-05)       89873   (08-11)

ITEM DETAILS:
Non-Franchised Dealer - Automobile Sales.
Total Full Time Equivalent Employees: 2.0. (Proprietors, partners, active officers: 1.0; Salespeople, managers, mechanics, drivers & employees furnished a garage automobile: 1.0; Clerical: 0.0; Cashiers, detailers & all other non-drivers: 0.0).
Number of licensed vehicles - 1. Number of dealer / transportation / repairer plates - 1.

Page 4

| | | | | |
|---|---|---|---|---|
| Auto-Owners Ins. Co. | | | Issued | 03-16-2021 |
| AGENCY BENNETT BENNETT & JOHNSON INS AGENCY<br>18-0173-00    MKT TERR 087 | Company Bill | **POLICY NUMBER**<br>Company Use | | **49-078-048-00**<br>80-47-GA-1202 |
| INSURED  J MILES ENTERPRISES LLC | | | Term  02-10-2021  to  02-10-2022 | |

### DOC - Broad: JAMES MILES

| COVERAGES | PREMIUM | CHANGE |
|---|---|---|
| Combined Bodily Injury and Property Damage Liability | $118.00 | |
| Auto Medical Payments | Included | |
| Accidental Death and Disability Income | Included | |
| Uninsured including Underinsured Motorist | Included | |
| Uninsured Motorist Property Damage | Included | |
| Terrorism Coverage | $0.59 | |
| **TOTAL** | **$118.59** | |
| | | No Charge |

Additional Forms For This Coverage:
89861   (07-11)

ITEM DETAILS:
Automobile driven by a 61 year old operator.

### Garage Liability Plus Endorsement

| COVERAGES | PREMIUM | CHANGE |
|---|---|---|
| See Form 89909 | $93.00 | |
| Terrorism Coverage | $0.47 | |
| **TOTAL** | **$93.47** | |
| | | No Charge |

Additional Forms For This Coverage:
89909   (07-14)

| | TERM | ALL COVERAGES |
|---|---|---|
| TOTAL GARAGE PREMIUM | $3,942.63 | |
| | | No Charge |

Forms That Apply To This Policy:
| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 89700 | (09-05) | 89799 | (02-19) | 69283 | (07-14) | 59176 | (11-86) | 89995 | (01-10) |
| 89723 | (02-14) | 89862 | (03-16) | 69717 | (09-19) | | | | |

Uninsured Motorist Coverage - Added on to At-Fault Liability Limits applies.
Auto Medical Payments coverage written on more than one vehicle does not increase the stated limit per person.

09710

Page 5

Auto-Owners Ins. Co.                                                                                    Issued    03-16-2021

| AGENCY | BENNETT BENNETT & JOHNSON INS AGENCY | Company Bill | **POLICY NUMBER** Company Use | **49-078-048-00** 80-47-GA-1202 |
|---|---|---|---|---|
| | 18-0173-00     MKT TERR 087 | | | |

INSURED   J MILES ENTERPRISES LLC                                                    Term  02-10-2021  to  02-10-2022

79042 (01-17)

## DEALER'S BLANKET COVERAGE

**LOCATION 001: 202 S Pierce St, Alma, GA 31510-2916**                    Territory: 014
County:    Bacon

### Dealer's Blanket - Non-Reporting Form

| COVERAGES | LIMITS | PREMIUM | CHANGE |
|---|---|---|---|
| Comprehensive | $70,000 | $570.00 | $108.00 |
| Other Than Wind/Hail and Flood | $1,000 deductible / $5,000 occurrence | | |
| Wind/Hail Only | $1,000 deductible / $5,000 occurrence | | |
| Flood Only | $1,000 deductible / Unlimited occurrence | | |
| Collision | $70,000 - $1,000 deductible | $419.00 | $70.00 |
| Terrorism Coverage | | $4.95 | $0.89 |
| Replacement and Repairs Reimbursement | 60% | | |
| | **TOTAL** | $993.95 | $178.89 Additional |

Secured Interested Parties:  See Attached Schedule
Additional Forms For This Coverage:
69106   (11-14)

ITEM DETAILS:

Non-Franchised Dealer - Automobile Sales.

Total Full Time Equivalent Employees: 2.0. (Proprietors, partners, active officers: 1.0; Salespeople, managers, mechanics, drivers & employees furnished a garage automobile: 1.0; Clerical: 0.0; Cashiers, detailers & all other non-drivers: 0.0).

Number of licensed vehicles - 1. Number of dealer / transportation / repairer plates - 1.

Entity is a Limited Liability Company.

NOTE: The deductible shown applies to each vehicle and will be deducted for each loss. Regardless of the number of covered vehicles damaged, the occurrence deductible shown is the maximum deductible applicable for all loss in any one occurrence.

| TOTAL DEALER'S BLANKET PREMIUM | TERM $993.95 (THIS IS NOT A BILL) | ALL COVERAGES $178.89 Additional |
|---|---|---|

Forms That Apply To This Policy:

| 89757 | (02-19) | 69305 | (09-14) | 89701 | (12-04) | 89974 | (07-13) | 89976 | (10-09) |
| 89988 | (02-09) | 89725 | (02-14) | 69725 | (01-20) | | | | |

09510

| | | | | |
|---|---|---|---|---|
| Auto-Owners Ins. Co. | | | Issued | 03-16-2021 |
| AGENCY BENNETT BENNETT & JOHNSON INS AGENCY<br>18-0173-00    MKT TERR 087 | Company<br>Bill | **POLICY NUMBER**<br>Company Use | | **49-078-048-00**<br>80-47-GA-1202 |
| INSURED  J MILES ENTERPRISES LLC | | Term  02-10-2021 to  02-10-2022 | | |

**SECURED INTERESTED PARTIES AND/OR ADDITIONAL INTERESTED PARTIES**

LOC: 001
FNB SOUTH
PO BOX 2028
ALMA  GA  31510
Interest:  Loss Payable - For All Vehicles On The Lot
SIP ID:  GA049214

EXHIBIT B
PAGE 1 OF 6

# JOHNSONFLOYD LLP

BUSINESS AND TRIAL LAWYERS
WWW.JOHNSONFLOYD.COM
132 WEST PARKER STREET
BAXLEY, GEORGIA 31513
TEL: 912-367-9000
FAX: 912-367-5883

J. ALEXANDER JOHNSON PC
jajohnson@jajlaw.com

GRAHAM F. FLOYD PC
gffloyd@jajlaw.com

August 19, 2021

**Via Electronic Mail: Grimsley.Sharon@aoins.com**
Auto-Owners Insurance Company
C/O Sharon Grimsley
6101 Anacapri Blvd
Lansing, Michigan, 48917

RE:   Our Client:          Clifford Lee Hardee
       Your Insured:     J Miles Enterprises, LLC DBA Miles Auto Sales
       Your Claim #:     300-0443244-2021
       Date of Incident:  August 3, 2021

## TIME LIMITED DEMAND

Dear Sir/Madame:

     We represent Nicholas Hardee, Jessie Hardee Bass, and Nicole Hardee children of Clifford Lee Hardee regarding an accident involving your insured, Miles Auto Sales ("Miles"), on August 3, 2021. This letter is being sent to you pursuant to O.C.G.A. §51-12-14 and is in the nature of a demand for compromise only.

## CAUSE OF INJURY & LIABILITY

     Your insured, Miles, owned the 2004 Chevrolet Tahoe, that was driven by the at-fault driver in the accident, Mia Music.

     Miles Auto Sales loaned Ms. Music the aforementioned Chevrolet Tahoe on August 3, 2021 while Miles serviced her vehicle. Later that day she was driving southbound on GA 4 Business Route in Ware County when she crossed the center dividing line of the highway and travelled into the path of the vehicle driven by Clifford Lee Hardee who was traveling northbound on the same highway. Ms. Music's vehicle collided with Mr. Hardee's vehicle in the northbound lane pf the highway. Mr. Clifford died later on August 3 as a result of his injuries.

     The facts of this collision are highly suggestive that Ms. Music was operating her vehicle using her cellphone at the time of the collision.

Auto-Owners Insurance Company
Claim No. 300-0443244-2021
August 19, 2021
Page 2

Mr. Clifford Lee Hardee is the father of our clients, who now assert this claim pursuant to O.C.G.A. §51-4-2(a). To evaluate this suit I have included the Georgia Motor Vehicle Crash Report (Exhibit A) and the Death Certificate for Clifford Lee Hardee (Exhibit B).

## 30 DAY TIME LIMIT DEMAND FOR POLICY LIMITS

My client hereby demands the payment of the policy limits on the policy identified above. Per the information have provided to us, this amount is $300,000.00. Payment shall occur no more than 10 days after the case settles, as per OC.G.A. § 9-11-67.1(g). Please be advised that this settlement demand is conditioned upon execution of a limited liability release pursuant to the terms of O.C.G.A. § 33-24-41.1. Please be advised that this settlement demand is conditioned upon an agreement between our office and you regarding the language of the final release. We also expect to receive an affidavit stating clearly that all available coverage has been exhausted pursuant to O.C.G.A. § 9-11-67.1(a)(3).

The following additional conditions apply to any settlement negotiations that ever take place concerning this claim:

1. Your named driver and insured and related companies will be released, but we do not release "all other persons, firms, corporations, etc.", nor do we approve any other such broad language in releases;
2. All claims arising out of the incident at issue described above will be released;
3. Payment shall be made to our client and JohnsonFloyd LLP only;
4. Any indemnity provisions should be for medical or healthcare liens and for loss of consortium claims only, and indemnity is capped at the amount of the settlement;
5. As an attorney and not a party, I do not sign releases; and
6. We do not allow clients to waive property exemptions in releases.

Any counteroffer to these terms will be deemed a rejection thereof. Any rejection or failure to timely respond will result in the immediate filing of a suit against your insured seeking damages in excess of the policy limits. We expect to hear from you within 30 days from the date of receipt of this demand by you or your company, as required by this letter and the applicable statute. Please feel free to contact our office at (912) 367-9000 should you have any questions or concerns.

Auto-Owners Insurance Company
Claim No. 300-0443244-2021
August 19, 2021
Page 3

Cordially,

*Graham F. Floyd*

GFF/jh

# GEORGIA DEATH CERTIFICATE

State File Number: 2021GA000061819

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | CLIFFORD LEE HARDEE |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | |
| 2. SEX | MALE |
| 2a. DATE OF DEATH (Mo., Day, Year) / ACTUAL DATE OF DEATH | 08/03/2021 |
| 3. SOCIAL SECURITY NUMBER | 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 |
| 4a. AGE (Years) | 63 |
| 4b. UNDER 1 YEAR | |
| 4c. UNDER 1 DAY | |
| 5. DATE OF BIRTH (Mo., Day, Year) | 08/23/1958 |
| 6. BIRTHPLACE | FLORIDA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | APPLING |
| 7c. CITY, TOWN | BAXLEY |
| 7d. STREET AND NUMBER | 1751 PINEY BLUFF ROAD |
| 7e. ZIP CODE | 31513 |
| 7f. INSIDE CITY LIMITS? | NO |
| 8. ARMED FORCES? | NO |
| 8a. USUAL OCCUPATION | MECHANIC |
| 8b. KIND OF INDUSTRY OR BUSINESS | MOBILE MECHANIC |
| 9. MARITAL STATUS | WIDOWED |
| 10. SPOUSE NAME | JANICE ELIZABETH SELLERS |
| 11. FATHER'S FULL NAME (First, Middle, Last) | ARCHIE GERALD HARDEE |
| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | JOANN SALLAS |
| 13a. INFORMANT'S NAME (First, Middle, Last) | NICK HARDEE |
| 13b. RELATIONSHIP TO DECEDENT | SON |
| 13c. MAILING ADDRESS | 6314 HATCH PARKWAY N BAXLEY GEORGIA 31513 |
| 14. DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 15. ORIGIN OF DECEDENT (Spanish/Hispanic/Latino) | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE | WHITE |
| 17a. IF DEATH OCCURRED IN HOSPITAL | EMERGENCY ROOM/OUTPATIENT |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) | |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | MEMORIAL SATILLA HEALTH |
| 19. CITY, TOWN or LOCATION OF DEATH | WAYCROSS |
| 20. COUNTY OF DEATH | WARE |
| 21. METHOD OF DISPOSITION | BURIAL |
| 22. PLACE OF DISPOSITION | MELTON'S CHAPEL UNITED METHODIST CHURCH CEMETERY 2319 PINEY BLUFF ROAD GEORGIA 31513 |
| 23. DISPOSITION DATE (Mo., Day, Year) | 08/10/2021 |
| 24a. EMBALMER'S NAME | WALTER JUSTIN MCLELLAN |
| 24b. EMBALMER LICENSE NO | 4335 |
| 25. FUNERAL HOME NAME | SWAIN FUNERAL HOME INC |
| 25a. FUNERAL HOME ADDRESS | 1632 HATCH PARKWAY NORTH BAXLEY GEORGIA 31513 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | WALTER JUSTIN MCLELLAN |
| 26b. FUN. DIR. LICENSE NO | 4746 |
| 27. DATE PRONOUNCED DEAD (Mo., Day, Year) | 08/03/2021 |
| 28. HOUR PRONOUNCED DEAD | 19:27 MILITARY |
| 29a. PRONOUNCER'S NAME | JOHN CALEIST SOUD |
| 29b. LICENSE NUMBER | 85737 |
| 29c. DATE SIGNED | 08/03/2021 |
| 30. TIME OF DEATH | 19:27 MILITARY |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | YES |

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest. Or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | A. BLUNT FORCE TRAUMA | HOURS |
| Due to, or as a consequence of | B. | |
| Due to, or as a consequence of | C. | |
| Due to, or as a consequence of | D. | |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

| Field | Value |
|---|---|
| 33. WAS AUTOPSY PERFORMED? | NO |
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | NO |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT APPLICABLE |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify) | ACCIDENT |
| 38. DATE OF INJURY (Mo., Day, Year) | 08/03/2021 |
| 39. TIME OF INJURY | 15:55 MILITARY |
| 40. PLACE OF INJURY (Home, Farm, Street, Factory, Office, Etc.) (Specify) | GA 4 AND CAMRON LANE |
| 41. INJURY AT WORK? (Yes or No) | NO |
| 42. LOCATION OF INJURY | GA 4 BUSINESS ROUTE HIGHWAY WAYCROSS GEORGIA 31503 WARE |
| 43. DESCRIBE HOW INJURY OCCURRED | 2 MOTOR VEHICLE ACCIDENT |
| 44. IF TRANSPORTATION INJURY | YES |
| 45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.) | |
| 46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated, Medical Examiner/Coroner (Name, Title, License No.) | /S/ WILLIAM L WILSON CORONER |
| 45a. DATE SIGNED (Mo., Day, Year) | |
| 45b. HOUR OF DEATH | |
| 46a. DATE SIGNED (Mo., Day, Year) | 08/17/2021 |
| 46b. HOUR OF DEATH | 19:27 MILITARY |
| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | WILLIAM L WILSON 1546 HIGHWAY 84 BLACKSHEAR GEORGIA 31516 |
| 48. REGISTRAR (Signature) | /S/ CHRISTOPHER JP HARRISON |
| 49. DATE FILED - REGISTRAR (Mo., Day, Year) | 08/18/2021 |

Form 3903 (Rev 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH

---

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3 DPH RULES AND REGULATIONS.

Christopher JP Harrison
STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS

COUNTY CUSTODIAN: Diane Hallman
ISSUED BY: Diane Hallman
DATE ISSUED: 8-18-21

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.
VOID IF ALTERED OR COPIED

# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC Number | County | Date Rec. by GDOT |
|---|---|---|---|
| C000755627-01 | GAGSP0000 | WARE | |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | |
| 08/03/21 | 15:27 | 08/03/21 | 15:40 | 08/03/21 | 15:55 | 2 | 1 | 1 | |

**Road of Occurrence:** GA 4 BUSINESS ROUTE  
**At Its Intersection With:** ___  
☐ Corrected Report

**Not At Its Intersection But:** 50  ☐ Miles ☒ Feet  ☒ North ☐ South  ☐ East ☐ West  **Of** CAMERON LANE  
☐ Sup To Original

**Latitude (Y):** 31.2859498333333  (Format) 00.00000  
**Longitude (X):** -82.4365523333333  (Format) -00.00000  
☐ Hit And Run?

## Unit 1
- Driver ☒ / Ped ☐ / Bike ☐
- ☒ Susp At Fault
- **LAST NAME:** MUSIC  **FIRST:** MIA  **MIDDLE:** NICOLE
- **Address:** 401 N CITY BLVD
- **City:** WAYCROSS  **State:** GA  **Zip:** 31501-6219  **DOB:** /2003
- **Driver's License No.:** 061247198  **Class:** D  **State:** GA  **Country:** UNITED STATES
- **Insurance Co.:** ACCEPTANCE INSURANCE  **Policy No.:** CSGA000375119  **Telephone No.:**
- **Year:** 2004  **Make:** CHEVROLET  **Model:** TAHOE C1500
- **VIN:** 1GNEC13V64J118071  **Vehicle Color:** TAN
- **Tag #:** NONE  **State:** GA  **County:** BACON  **Year:** 2021
- **Trailer Tag #:**  **State:**  **County:**  **Year:**
- ☐ Same as Driver  **Owner's Last Name:** MILES AUTO SALES
- **Address:** 1150 SOUTH PIERCE ST
- **City:** ALMA  **State:** GA  **Zip:** 31510-6542
- **Removed By:** MILLER TIRE SERVICE  ☐ Request ☒ List
- **Alco Test:** 2  **Type:**  **Results:**  **Drug Test:** 2  **Type:**  **Results:**
- **First Harmful Event:** 11  **Most Harmful Event:** 11  **Operator/Ped Cond:** 2
- **Operator Contributing Factors:** 7  1  1  1
- **Vehicle Contributing Factors:** 1  **Roadway Contributing Factors:** 1
- **Direction of Travel:** 2  **Vehicle Maneuver:** 5  **Non-Motor Maneuver:**
- **Vehicle Class:** 1  **Vehicle Type:** 11  **Vision Obscured:** 1
- **Number of Occupants:** 1  **Area of Initial Contact:** 3  **Damage to Veh:** 4
- **Traffic-Way Flow:** 1  **Road Comp:** 2  **Road Character:** 1
- **Number of Lanes:** 2  **Posted Speed:** 55  **Work Zone:** 0
- **Traffic Control:** 7  **Device Inoperative:** ☐ Yes ☒ No
- **Citation Information:** Citation # ___ O.C.G.A. § ___ (×3)

### Commercial Motor Vehicles Only (Unit 1)
- **Carrier Name:**
- **Address:**  **City:**  **State:**  **Zip:**
- **U.S. D.O.T. #:**  **No. of Axles:**  **G.V.W.R.:**
- **Cargo Body Type:**  **Vehicle Config.:**  ☐ Interstate ☐ Intrastate  **Fed. Reportable:** ☐ Yes ☐ No
- **C.D.L.?** ☐ Yes ☐ No  **C.D.L. Suspended?** ☐ Yes ☐ No
- **Vehicle Placarded?** ☐ Yes ☐ No  **Hazardous Materials?** ☐ Yes ☐ No
- **Haz Mat Released?** ☐ Yes ☐ No
- If YES: Name or four Digit Number from Diamond or Box: ___  One Digit Number from Bottom of Diamond: ___
- ☒ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

## Unit 2
- Driver ☒ / Ped ☐ / Bike ☐
- ☐ Susp At Fault
- **LAST NAME:** HARDEE  **FIRST:** CLIFFORD  **MIDDLE:** LEE
- **Address:** 1751 PINEY BLUFF RD
- **City:** BAXLEY  **State:** GA  **Zip:** 31513-3133  **DOB:** /1958
- **Driver's License No.:** 049923745  **Class:** A  **State:** GA  **Country:** UNITED STATES
- **Insurance Co.:** TRAVELERS INSURANCE C  **Policy No.:** AD9H478283-20-CAJ  **Telephone No.:**
- **Year:** 2015  **Make:** ISUZU  **Model:** NQR
- **VIN:** JALE5W163F7901231  **Vehicle Color:** WHI
- **Tag #:** DXL423  **State:** GA  **County:** TIFT  **Year:** 2022
- **Trailer Tag #:**  **State:**  **County:**  **Year:**
- ☐ Same as Driver  **Owner's Last Name:** INTERSTATE NATIONA
- **Address:** 365 SOUTHWELL BLVD
- **City:** TIFTON  **State:** GA  **Zip:** 31794-8828
- **Removed By:** MILLER TIRE COMPANY  ☐ Request ☒ List
- **Alco Test:** 2  **Type:**  **Results:**  **Drug Test:** 2  **Type:**  **Results:**
- **First Harmful Event:** 11  **Most Harmful Event:** 11  **Operator/Ped Cond:** 2
- **Operator Contributing Factors:** 1  1  1  1
- **Vehicle Contributing Factors:** 1  **Roadway Contributing Factors:** 1
- **Direction of Travel:** 1  **Vehicle Maneuver:** 5  **Non-Motor Maneuver:**
- **Vehicle Class:** 7  **Vehicle Type:** 8  **Vision Obscured:** 1
- **Number of Occupants:** 1  **Area of Initial Contact:** 12  **Damage to Veh:** 4
- **Traffic-Way Flow:** 1  **Road Comp:** 2  **Road Character:** 1
- **Number of Lanes:** 2  **Posted Speed:** 55  **Work Zone:** 0
- **Traffic Control:** 7  **Device Inoperative:** ☐ Yes ☒ No
- **Citation Information:** Citation # ___ O.C.G.A. § ___ (×3)

### Commercial Motor Vehicles Only (Unit 2)
- **Carrier Name:** INTERSTATE NATIONAL LEASE
- **Address:** 365 SOUTHWELL BLVD  **City:** TIFTON  **State:** GA  **Zip:** 31794
- **U.S. D.O.T. #:** 154506  **No. of Axles:** 1  **G.V.W.R.:** 02
- **Cargo Body Type:** 1  **Vehicle Config.:** 2  ☒ Interstate ☐ Intrastate  **Fed. Reportable:** ☒ Yes ☐ No
- **C.D.L.?** ☒ Yes ☐ No  **C.D.L. Suspended?** ☐ Yes ☒ No
- **Vehicle Placarded?** ☐ Yes ☒ No  **Hazardous Materials?** ☐ Yes ☒ No
- **Haz Mat Released?** ☐ Yes ☒ No
- If YES: Name or four Digit Number from Diamond or Box: ___  One Digit Number from Bottom of Diamond: ___
- ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

EXHIBIT B  
PAGE 1 OF 3

## COLLISION FIELDS

| Manner of Collision: | 1 | Location at Area of Impact: | 2 | Weather: | 2 | Surface Condition: | 1 | Light Condition: | 1 |
|---|---|---|---|---|---|---|---|---|---|

### NARRATIVE

Vehicle 1 was traveling south on GA 4 Business Route. Vehicle 2 was traveling north on GA 4 Business Route. Vehicle 1 traveled partially onto the west shoulder. Driver 1 over corrected causing vehicle 1 to begin to rotate counter clockwise and cross the centerline and into the path of vehicle 2. Vehicle 2 struck the right side of vehicle 1 with its front. Area of impact was in the northbound lane of GA 4 Business Route. After impact, vehicle 1 rotated into the east ditch, partially striking a fence and came to an uncontrolled final rest, upright, facing north. After impact, vehicle 2 rotated and overturned onto it's left side, partially on the east shoulder and partially in the northbound lane facing east.

Note: Witness was traveling behind vehicle 1.

Measurements withheld pending further SCRTI-063-21 investigation.

Video: 316 Digital 4RE was activated

### DIAGRAM

INDICATE NORTH

### PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle | Owner |
|---|---|
| FENCE | EUGENE & GAIL JOHNS |

### WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| LEE, CHARI | 1265 OBERRY RD | MILLWOOD | GA | 31552-9743 | |

### OCCUPANT INFORMATION

| 1 | Name (Last, First): MUSIC, MIA | | | | | Address: 401 N CITY BLVD WAYCROSS, GA 31501-6219 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Age: 17 | Sex: F | Unit #: 1 | Position: 1 | Safety Eq: 3 | Ejected: 2 | Extricated: 1 | Air Bag: 2 | Injury: 2 | Taken for Treatment: 1 |
| | Injury Taken To: MEMORIAL SATILLA & ORANG | | By: WARE COUNTY EMS | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

| 2 | Name (Last, First): HARDEE, CLIFFORD | | | | | Address: 1751 PINEY BLUFF RD BAXLEY, GA 31513-3133 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Age: 63 | Sex: M | Unit #: 2 | Position: 1 | Safety Eq: 3 | Ejected: 2 | Extricated: 1 | Air Bag: 0 | Injury: 1 | Taken for Treatment: 1 |
| | Injury Taken To: MEMORIAL SATILLA HEALTH | | By: WARE COUNTY EMS | | EMS Notified Time: 15:31 | | EMS Arrival Time: 15:39 | | Hospital Arrival Time: 16:01 | |

### ADMINISTRATIVE

| Photos Taken: [x] Yes [ ] No | By: TFC AUSTIN EDWARDS #313 | Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404)635-2963 |
|---|---|---|
| Report By: WILLIAMS, J.C. #0316 | Agency: GSP\POST 22 | Report Date: 08/03/21 | Checked By: WOODS, C #0149 | Date Checked: 08/05/21 |

Page 3 of 3

ADDITIONAL or FULL PAGE DIAGRAM



GDOT-623 SUPP (07/17)