# EXHIBIT "G"

≣ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WARE COUNTY, GEORGIA
**SUV2021000736**
NOV 29, 2021 10:35 AM

*Melba H. Fiveash*
Melba H. Fiveash, Clerk
Ware County, Georgia

IN THE SUPERIOR COURT OF WARE COUNTY
STATE OF GEORGIA

| | |
|---|---|
| THE ESTATE OF CLIFFORD LEE HARDEE, NICHOLAS HARDEE, JESSIE HARDEE BASS, NICOLE HARDEE<br>Plaintiffs,<br><br>vs.<br><br>MIA MUSIC, BILLY MUSIC, and J. MILES ENTERPRISE, LLC DBA MILES AUTO SALES<br>Defendants. | CIVIL ACTION<br>FILE NO:<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' COMPLAINT

COME NOW Plaintiffs **Nicholas Hardee**, Individually and as Representative of the **Estate of Clifford Lee Hardee**, **Jessie Hardee Bass**, and **Nicole Hardee** in the above-styled action, and states this their Complaint against Defendants **Mia Music**, **Billy Music**, and **J. Miles Enterprise, LLC** DBA **Miles Auto Sales** as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff Nicholas Hardee, Jessie Hardee Bass, and Nicole Hardee are the surviving children of the late Clifford Lee Hardee. Plaintiff Nicholas Hardee brings these claims in this action on behalf of himself individually, and as personal representative of the Estate of Clifford Lee Hardee in connection with the death of Clifford Lee Hardee which occurred on August 3, 2021.

2.

Plaintiffs are residents of the State of Georgia.

3.

Defendant Mia Music is a citizen and resident of the State of Georgia, whose last known residence is 401 N. City Boulevard, Waycross, Georgia 31501. Defendant Mia Music is subject to the jurisdiction of this Court and may be served by personal service of the Summons and Complaint at that address.

5.

Defendant J. **Miles Enterprise, LLC** DBA **Miles Auto Sales** is a business operating in Georgia and may be served by service upon its registered agent: James Miles, 794 Brown Thrasher Road, Alma, Bacon County, Georgia 31551.

6.

Defendants Mia Music and J. Miles Enterprise, LLC are joint tortfeasors and as such, venue as to all Defendants is proper in Ware County, Georgia.

## COUNT I – NEGLIGENCE OF DEFENDANT MIA MUSIC

7.

Plaintiff realleges and incorporates herein by reference paragraphs 1 through 6 above as if they were fully restated verbatim.

8.

On or about August 3, 2021, at approximately 3:27 p.m., Clifford Lee Hardee was driving his vehicle in a prudent and careful manner, northbound on Georgia Highway 4 in Wayne County, Georgia.

9.

On or about the same time and place, Defendant Mia Music was driving a 2004 Chevrolet Tahoe, owned by Defendant J. Miles Enterprise, LLC DBA Miles Auto Sales, was traveling southbound on Georgia Highway 4 when she negligently, recklessly, carelessly and unlawfully operated said vehicle so as to cause the death of Clifford Lee Hardee.

a. In failing to make reasonable and proper observations while driving; or, if reasonable and proper observations were made, failing to act thereon;

b. In failing to drive as nearly as practicable entirely within a single lane of travel and not move from such lane until first ascertaining that such movement could be made safely in violation of O.C.G.A. § 40-6-48;

c. In driving a vehicle in a manner exhibiting a reckless disregard for the safety of persons or property in violation of O.C.G.A. § 40-6-390;

d. In unintentionally causing the death of another through the commission of a general traffic offense in violation of O.C.G.A. § 40-6-393;

e. In failing to make timely and proper application of his brakes in violation of O.C.G.A. § 40-6-241;

f. In driving without due caution and circumspection and in a manner so as to endanger the person and/or property of others in the immediate vicinity in violation of O.C.G.A. § 40-6-241;

g. By engaging in texting while operating a commercial motor vehicle in violation of O.C.G.A. § 40-6-241; and

h.  In committing other negligent and reckless acts and omissions as may be shown by the evidence and proven at trial.

13.

Defendant Music's violations of the aforementioned duties of care constitute negligence *per se*.

14.

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendant Music, Clifford Lee Hardee suffered significant injuries leading to his death, medical expenses, and damages. These damages include emotional distress, fright and shock, personal inconvenience, mental and physical pain and suffering. As a result of the subject collision, Clifford Lee Hardee has incurred in excess of **$20,000.00** in past medical expenses.

## COUNT II – NEGLIGENCE OF DEFENDANT J. MILES ENTERPRISE, LLC DBA MILES AUTO SALES

15.

Plaintiff realleges and incorporates herein by reference paragraphs 1 through 14 above as if they were fully restated verbatim.

16.

J. MILES ENTERPRISE, LLC DBA MILES AUTO SALES owned the subject Chevrolet Tahoe that was used by Defendant Music

17.

J. MILES ENTERPRISE, LLC DBA MILES AUTO SALES made no effort to vet or

otherwise ascertain Music's ability or inclination to operate a vehicle in a safe, prudent manner.

18.

J. MILES ENTERPRISE, LLC DBA MILES AUTO SALES negligently entrusted this vehicle to Music when they knew or should have known that Music was incompetent or unfit to perform the duties given to the driver by the company.

21.

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendant J. MILES ENTERPRISE, LLC DBA MILES AUTO SALES, Clifford Lee Hardee suffered significant injuries leading to his death, medical expenses, and damages. These damages include emotional distress, personal inconvenience, mental and physical pain and suffering. As a result of the subject collision, Clifford Lee Hardee has incurred in excess of **$20,000.00** in past medical expenses.

## COUNT III—WRONGFUL DEATH

22.

Plaintiffs re-allege and incorporate herein by reference Paragraphs 1 through 21 above, as if restated herein.

23.

Pursuant to O.C.G.A. § 51-4-2(a), Defendants Music and J. MILES ENTERPRISE, LLC DBA MILES AUTO SALES jointly and severally owed a duty to Decedent Hardee for the full value of his life from his own eyes involving the income he

would likely have earned throughout his life, including both economic and non-economic values. Decedent Hardee was only 62 years old when he was negligently struck by Defendant Music on August 3, 2021. At the time of his untimely death, Decedent was survived by his loving children Nicholas Hardee, Jessie Hardee Bass and Nicole Hardee. For his economic value, Decedent Hardee died tragically at the age of 62 years with the best part of his life still well ahead of her. Therefore, Plaintiffs are entitled to be compensated for the Decedent's economic and non-economic value.

## COUNT IV—SURVIVAL ACTION

24.

Plaintiffs re-allege and incorporate herein by reference Paragraphs 1 through 23 above, as if restated verbatim.

25.

Because of Defendant Music's negligence in her operation of J. MILES ENTERPRISE, LLC DBA MILES AUTO SALES' vehicle on August 3, 2021 that proximately caused the untimely death of Decedent Hardee, the Defendants are joint and severally owe a duty to the Decedent's survivors the value of their lost support, future lost support, and services as well as funeral and medical expenses incurred due to his death, the conscious pain and suffering endured by Decedent Hardee prior to his death following the collision. The Defendants also owe a duty for the fright, shock, and terror for the fear that Decedent Hardee experienced knowing that his death was imminent and the Plaintiff is entitled to damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays and demands as follows:

a) That Process and Summons issue, as provided by law, requiring Defendants to appear and answer Plaintiff's Complaint;

b) That service be had upon Defendants as provided by law;

c) That Plaintiff have a judgment against Defendants Mia Music and J. MILES ENTERPRISE, LLC DBA MILES AUTO SALES for: (1) negligence of Defendants, (2) wrongful death, (3) survival action; and (4) punitive damages—in amounts to be determined by the enlightened conscience of the jury also involving Decedent Hardee's conscious pain and suffering, the survivor's medical and funeral expenses, past lost and future lost support and services, mental anguish,and negligent infliction of emotional distress;

d) That Plaintiffs have such other and further relief as this Court may deem just, proper, and equitable;

e) That this matter be tried to a jury;

f) That all costs be cast against the Defendants; and

g) For such other and further relief as this Court deems just and appropriate.

This 21 day of November, 2021

_____
Graham R. Floyd
Georgia Bar No. 654987
Attorney for Plaintiffs

JohnsonFloyd LLP
132 West Parker Street
Baxley, Georgia 31513
T: (912) 367-9000
F: (912) 367-5883