# United States District Court
## Southern District of Georgia

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 322-004

NICHOLAS HARDEE, Individually and as Administrator of the Estate of Clifford Lee Hardee; JESSIE HARDEE BASS; and NICOLE HARDEE,

      Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated September 12, 2023, Plaintiff's motion for summary judgment is granted, and Defendants' motion for summary judgment is denied.

Therefore, judgment is hereby entered in favor of the Plaintiff Travelers Property Casualty Company of America, and this civil action stands closed.



September 12, 2023  
Date

John E. Triplett, Clerk of Court  
Clerk

*Candy Ashbell*  
(By) Deputy Clerk